# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case: 1:21-mj-00549 |
| Isaac Samuel Yoder | ) | Assigned To : Faruqui, Zia M. |
| DOB: XXXXXX | ) | Assign. Date : 7/29/2021 |
| | ) | Description: COMPLAINT W/ ARREST WARRANT |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ____January 6, 2021____ in the county of _____ in the _____ in the District of ____Columbia____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | 18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| | 18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds , |
| | 40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building , |
| | 40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Allen Purcell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/29/2021

*Judge's signature*

City and state: Washington, D.C.       Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*