**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Case No: 21-MJ-549** |
| | : | |
| **v.** | : | |
| | : | **VIOLATIONS:** |
| | : | |
| **ISAAC SAMUEL YODER,** | : | **18 U.S.C. § 1752(a)(1)** |
| | : | **(Entering and Remaining in a Restricted** |
| | : | **Building or Grounds)** |
| **Defendant.** | : | |
| | : | **18 U.S.C. § 1752(a)(2)** |
| | : | **(Disorderly and Disruptive Conduct in a** |
| | : | **Restricted Building or Grounds)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(D)** |
| | : | **Disorderly Conduct in a Capitol Building)** |
| | : | |
| | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | **(Parading, Demonstrating, or Picketing in** |
| | : | **a Capitol Building)** |

**SUPPLEMENTAL MOTION TO SEAL AFFIDAVIT IN**
**SUPPORT OF CRIMINAL COMPLAINT**

The United States of America, by and through the United States Attorney for the District

of Columbia, respectfully moves for an order to place and maintain under seal, until the Arrest

Warrant is executed, the Redacted Affidavit in Support of Criminal Complaint, this Motion and

Supporting Memorandum, the proposed Order attached to this Motion, and any Order granting

this motion.   In addition, we respectfully request that the unredacted Affidavit in Support of

Criminal Complaint remain sealed after the Arrest Warrant is executed.   In support thereof, the

government states as follows:

1.      On July 28, 2021, the Government filed a Criminal Complaint in the above

referenced matter.   At the same time, the Government also filed a Motion to Seal the Affidavit

1

in Support of a Criminal Complaint.   In the Motion, the Government argued the Affidavit in

Support of the Criminal Complaint would be unsealed once the arrest warrant is executed.   The

Court granted this motion on July 29, 2021.   As of this filing, the Defendant has not been

arrested and arrangements have been made between the Defendant and law enforcement to

surrender himself on August 4, 2021.

  2. After the Court granted the Government's motion, the Government, in preparation

of the Affidavit being unsealed on or about August 4, identified certain personal information and

un-indicted individuals were named in the Affidavit.   The Government felt it prudent to redact

this information from public viewing.   The Court allowed the Government to file a Redacted

Affidavit thereafter.

  3. The Affidavit in Support of Criminal Complaint references evidence gathered in

the course of the investigation.   The Affidavit also contains personal information and identifies

an un-indicted individual who is not under any sort of investigation by federal law enforcement

agencies.   The personal information is vital in identifying Yoder.   The inclusion of the un-

indicted individual is not necessary; however, it would be impossible to not include the un-

indicted individual as the information contained in the Affidavit is linked to Yoder in a way that

precludes eliminating the un-indicted individual from the Affidavit.   The public disclosure of

the un-indicted individual would subject that individual to unwarranted scrutiny and give the

impression the individual is part of or participated in the events surrounding the alleged offenses.

In addition, the Government has an interest in protecting personal information such as date of

births, social security numbers, phone numbers, etc.   Public disclosure of the un-indicted

individual and of personal information could subject the individual to unwanted scrutiny and

subject that individual or others to potential identity theft or public harassment.   Thus, a sealing order is necessary to protect the identity of the un-indicted individual and prevent the release of protected personal information.

4.      In this matter, the United States has a compelling interest in protecting the identity of the un-indicted individual, and protecting personal information of individuals.   The permanent sealing of the unredacted Affidavit will protect the identity of the un-indicted individual and protected personal information.   A sealing order ensuring that the unredacted Affidavit are not accessible from the Court's public files while allowing a redacted version of the Affidavit to be unsealed after the arrest warrant is executed is narrowly tailored to serve a compelling interest.

**WHEREFORE**, the United States respectfully requests that this Court issue an Order directing that the Clerk of the Court place and maintain under seal, until execution of the Arrest Warrant, the redacted Affidavit in Support of Criminal Complaint, this Motion and Supporting

Memorandum, the proposed Order attached to this Motion, and any Order granting this motion and the unredacted Affidavit in Support of Criminal Complaint remain sealed.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY
D.C. Bar No. 415793


/s/ *Mona Lee M. Furst*

by:    MONA LEE M. FURST
Assistant United States Attorney
Detailee – Federal Major Crimes
Kansas Bar No. 13162
United States Attorney's Office
1200 Epic Center, Suite 1200
Wichita, Kansas 67202
Mobile No. (316) 213-7420
Email: Mona.Furst@usdoj.gov

4