UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-505 (EGS) |
| v. | : | |
| ISAAC SAMUEL YODER, | : | |
|                 Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 11th discovery letter, memorializing discovery sent in this case, which is served as an attachment via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
    Mona Lee M. Furst
    Assistant United States Attorney
    Detailee
    United States Attorney's Office
    District of Columbia
    Cell No. (316) 269-6537
    Kansas Bar Number 13162
    Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 11th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

                                      /s/
                              Mona Lee M. Furst
                              Assistant United States Attorney