

U.S. Department of Justice

CHANNING D. PHILLIPS
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C.  20530*

August 11, 2021

John Machado
VIA E-MAIL

    Re:    *United States v. Isaac Samuel Yoder*
              Case No. 21-cr-505-EGS

Dear Counsel:

    This is to memorialize the following FBI Serials which include attachments to those serials in initial discovery 1 sent via USAFX on August 11, 2021:

1. Opening EC – Full Investigation;
2. Baseline Checks on Isaac Yoder;
3. Review of TTK Facial Recognition Return on Isaac S. Yoder;
4. Interview of Isaac S. Yoder;
5. News Article on Isaac Yoder;
6. Clothing Voluntarily Provided by Isaac Yoder;
7. Clothing Items Collected on 05/19/2021;
8. Consent to Search Cellular Phone;
9. Examination of Cellular Phone;
10. Review of U.S. Capitol CCTV Recordings;
11. TTK Review - Public Tip submitted through http://www.fbi.gov/USCapitol;
12. S-00103740-A-062;
13. Yoder Complaint and Arrest Warrant;
14. Arrest of Isaac S. Yoder;

Open source video - TrumpRallyDC 2021-01-06 6-17-10 by Baked Alaska. Yoder around 24:35 mark toward back right with flag and out of frame by 24:50 mark.

    Due to the extraordinary nature of the January 6, 2021 Capitol Attack, the government anticipates that a large volume of materials may contain information relevant to this prosecution. These materials may include, but are not limited to, surveillance video, statements of similarly situated defendants, forensic searches of electronic devices and social media accounts of

similarly situated defendants, and citizen tips. The government is working to develop a system that will facilitate access to these materials. In the meantime, please let me know if there are any categories of information that you believe are particularly relevant to your client.

The discovery is unencrypted. Please contact me if you have any issues accessing the information, and to confer regarding pretrial discovery as provided in Fed. R. Crim. P. 16.1.

Additional materials are being provided since the entry of a Protective Order in this case.

I recognize the government's discovery obligations under *Brady v. Maryland*, 373 U.S. 83 (1963), its progeny, and Rule 16. I will provide timely disclosure if any such material comes to light. Consistent with *Giglio*, *Ruiz*, and 18 U.S.C. § 3500, I will provide information about government witnesses prior to trial and in compliance with the court's trial management order.

I request reciprocal discovery to the fullest extent provided by Rule 16 of the Federal Rules of Criminal Procedure, including results or reports of any physical or mental examinations, or scientific tests or experiments, and any expert witness summaries. I also request that defendant(s) disclose prior statements of any witnesses defendant(s) intends to call to testify at any hearing or trial. *See* Fed. R. Crim. P. 26.2; *United States v. Nobles*, 422 U.S. 255 (1975). I request that such material be provided on the same basis upon which the government will provide defendant(s) with materials relating to government witnesses.

Additionally, pursuant to Federal Rules of Criminal Procedure 12.1, 12.2, and 12.3, I request that defendant(s) provide the government with the appropriate written notice if defendant(s) plans to use one of the defenses referenced in those rules. Please provide any notice within the time period required by the Rules or allowed by the Court for the filing of any pretrial motions.

I will forward additional discovery as it becomes available. If you have any questions, please feel free to contact me.

Sincerely,

/s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney

Enclosure(s)
cc: