# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | : | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-505 (EGS) |
| | : | |
| v. | : | |
| | : | |
| **ISAAC YODER,** | : | |
|          **Defendant.** | : | |
| | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 20, 2021 discovery letter, memorializing discovery sent on August 20, 2021, which is served as an attachment via ECF on counsel for the Defendant.

    Respectfully submitted,

    CHANNING D. PHILLIPS
    Acting United States Attorney
    D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
    MONA LEE M. FURST
    Assistant United States Attorney
    Detailee – Federal Major Crimes
    Kansas Bar No. 13162
    United States Attorney's Office
    1200 Epic Center, Suite 1200
    Wichita, Kansas 67202
    Mobile No. (316) 269-6537
    Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On 20th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the e-mail.

        /s/*Mona Lee M. Furst*
    Mona Lee M. Furst
    Assistant United States Attorney