# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No.: 21-CR-505 (EGS) |
| v. | : | |
| **ISAAC SAMUEL YODER,** | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its August 23, 2021 discovery letter, memorializing discovery sent in this case, which is served as an attachment via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (316) 269-6537
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

## CERTIFICATE OF SERVICE

On this 24th day of August, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
Mona Lee M. Furst
Assistant United States Attorney