# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-505 (EGS) |
| v. | : | |
| ISAAC SAMUEL YODER, | : | |
| Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its September 11, 2021 e-mail, memorializing discovery 4 sent on that same date via USAfx; and its September 25, 2021 discovery letter, memorializing discovery 5 sent on September 24, 2021 via USAfx; both of which are served as attachments via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ *Mona Lee M. Furst*
Mona Lee M. Furst
Assistant United States Attorney
Detailee
United States Attorney's Office
District of Columbia
Cell No. (316) 269-6537
Kansas Bar Number 13162
Mona.Furst@usdoj.gov

CERTIFICATE OF SERVICE

On this 30th day of September, 2021, a copy of the foregoing was served on counsel of record for the defendant via the Court's Electronic Filing System.

/s/
Mona Lee M. Furst
Assistant United States Attorney