| | |
|---|---|
| **From:** | Furst, Mona (USADC) |
| **To:** | John Machado |
| **Subject:** | US v. Yoder - USCP OPR reportsa |
| **Date:** | Saturday, September 11, 2021 4:22:00 PM |

John,

As part of our ongoing discovery production and responsibility in this case, you will receive an invitation via USAFx to download reports from U.S. Capitol Police (USCP) investigations of alleged wrongdoing by USCP officers on January 6, 2021. Officer names, witness names, and complainant names have been redacted. We are working to produce a set of reports that replaces the redactions with unique identifiers for individuals whose names have been redacted. When that process is complete, we will reproduce the documents with the unique identifiers. Additional exhibits from these investigations are forthcoming. At this time, we understand that a small number of investigations are still on-going, and we will provide reports of those investigations on a rolling basis as they are concluded.

Regards,

Mona Lee M. Furst
Senior Litigation Counsel
District of Kansas
Detailed to the District of Columbia
1200 Epic Center | 301 N. Main | Wichita, Kansas 67202
Direct line: 316-269-6537