

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☐ Criminal Case   or ☑ Magistrate Case
WDMO Case No.: 21-mj-2043DPR          Case Title: USA v. Isaac Samuel Yoder

Dear Sir/Madam:

**Pursuant to** ☑ F.R.Cr.P. 5      ☐ F.R.Cr.P. 32
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**   ☐ Supervised Release    ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

                                        Sincerely,

                                        Paige Wymore-Wynn, Clerk of Court

                                        By  s/ Karla Berziel
                                             Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  Karla_Berziel@mow.uscourts.gov

                                        Clerk, U.S. District Court

Date: _____        By _____
                                             Deputy Clerk

# U.S. District Court
## Western District of Missouri (Springfield)
## CRIMINAL DOCKET FOR CASE #: 6:21−mj−02043−DPR−1

| | |
|---|---|
| Case title: USA v. Yoder | Date Filed: 08/04/2021 |

Assigned to: Magistrate Judge David P. Rush

**Defendant (1)**

**Isaac Samuel Yoder**    represented by    **Stuart P. Huffman**
Whiteaker & Wilson, PC
3315 E. Ridgeview,
Suite 4000
65804
Springfield, MO 65804
417−882−7400
Fax: 417−882−6101
Email: sph@stuarthuffmanlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| 18:3583.F | |

**Plaintiff**

| | | | |
|---|---|---|---|
| **USA** | | represented by | **James Joseph Kelleher** <br> United States Attorney's Office−Spgfd <br> 901 St. Louis Street <br> Suite 500 <br> Springfield, MO 65806−2511 <br> (417) 831−4406 <br> Email: James.Kelleher@usdoj.gov <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* <br> *Designation: Assistant US Attorney* <br> *Bar Status: Active* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/04/2021 | 1 | | RULE 5 as to Isaac Samuel Yoder (1). (Berziel, Karla) (Entered: 08/04/2021) |
| 08/04/2021 | 2 | | Minute Entry for proceedings held before Magistrate Judge David P. Rush: INITIAL APPEARANCE in Rule 5(c)(3) Proceedings as to Isaac Samuel Yoder held on 8/4/2021. Time in court: 11:18 a.m. to 11:21 a.m. To order a transcript of this hearing please contact Karla Berziel, 417−865−3869. DEFENDANT ON BOND. (Berziel, Karla) (Entered: 08/04/2021) |
| 08/04/2021 | 3 | | WAIVER of Rule 5(c)(3) Hearings by Isaac Samuel Yoder. (Berziel, Karla) (Entered: 08/04/2021) |
| 08/04/2021 | 4 | | APPEARANCE BOND ENTERED as to Isaac Samuel Yoder. (Berziel, Karla) (Entered: 08/04/2021) |
| 08/04/2021 | 5 | | ORDER setting conditions of release as to Isaac Samuel Yoder. Defendant released on a personal recognizance bond. (Berziel, Karla) (Entered: 08/04/2021) |

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>Isaac Samuel Yoder<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:21-mj-00549<br>Assigned To : Faruqui, Zia M.<br>Assign. Date : 7/29/2021<br>Description: COMPLAINT W/ ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1752(a)(1) | Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority, |
| 18 U.S.C. § 1752(a)(2) | Disorderly and Disruptive Conduct in a Restricted Building or Grounds , |
| 40 U.S.C. § 5104(e)(2)(D) | Disorderly Conduct in a Capitol Building , |
| 40 U.S.C. § 5104(e)(2)(G) | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Allen Purcell, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 07/29/2021

2021.07.29
11:53:05 -04'00'
*Judge's signature*

City and state: Washington, D.C.      Zia M. Faruqui, U.S. Magistrate Judge
*Printed name and title*

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
## SOUTHERN DIVISION

### MINUTE SHEET

**UNITED STATES OF AMERICA**           Date: August 4, 2021

vs.                                                                 Case No.:   21-mj-2043DPR

**ISAAC SAMUEL YODER**

---

**Honorable David P. Rush, presiding at Springfield, Missouri**

**Nature of Hearing:**   Rule 5(c)(3) Out – Initial Appearance

**Time Commenced:**  11:18 a.m.                                  **Time Terminated:**  11:21 a.m.

---

### APPEARANCES

**Plaintiff:**     Jim Kelleher, AUSA
**Defendant:**  Stuart Huffman, Retained
**USPPTS:**    Katie Klocksiem

---

**Proceedings:**  Parties appear as indicated above.  Defendant appears in person.

FPD's appointed for this district only.  Government does not move for detention.  Defendant advised of rights and questioned as to completion of the waiver of Rule 40 hearings.  Defendant waives the right to an identity hearing and a detention hearing in this district.  Defendant reserves the right to a preliminary and detention hearing in the charging district.  Defendant ordered to appear in the District of Columbia.

Defendant has signed, and agrees to abide by, the *Appearance Bond* and *Order Setting Conditions of Release*.  Defendant's next hearing will be by Zoom Video Conference with the District of Columbia on August 9th at 12:00 p.m. Central Standard Time.

Defendant on bond.

---

**Courtroom Deputy/ERO:**  Karla Berziel

AO 466A (Rev. 12/09)  Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America<br>v.<br><br>ISAAC SAMUEL YODER<br>*Defendant* | Case No.   21-mj-2043DPR<br><br>Charging District's Case No.   1:21-mj-00549 |

### WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)*   District of Columbia

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐  an identity hearing and production of the warrant.

☐  a preliminary hearing.

☐  a detention hearing.

☒  an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date:   8/4/2021

*Isaac Yoder*
*Defendant's signature*

*[signature]*
*Signature of defendant's attorney*

Stuart P. Huffman

Case 6:21-mj-02043-DPRR Document 6-1   Filed 08/04/21   Page 5 of 11

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Isaac Samuel Yoder | ) | Case No. 21-mj-2043DPR |
| | ) | |
| Defendant | ) | |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Isaac Samuel Yoder_____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

      ( X )   to appear for court proceedings;
      ( X )   if convicted, to surrender to serve a sentence that the court may impose; or
      ( X )   to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

( X ) (1) This is a personal recognizance bond.

(    ) (2) This is an unsecured bond of $ _____ .

(    ) (3) This is a secured bond of $ _____ , secured by:

      (    ) (a) $ _____ , in cash deposited with the court.

      (    ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value)*:

If this bond is secured by real property, documents to protect the secured interest may be filed of record.

      (    ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 08/04/2021

*Isaac Yoder*
*Defendant's signature*

_____          _____
Surety/property owner – printed name            Surety/property owner – signature and date

_____          _____
Surety/property owner – printed name            Surety/property owner – signature and date

_____          _____
Surety/property owner – printed name            Surety/property owner – signature and date

CLERK OF COURT

Date: _____

Approved.
Date: 8/4/2021

*Signature of Clerk or Deputy Clerk*

*[signature]*
*Judge's signature*

AO 199A (Rev. 06/19) Order Setting Conditions of Release          Page 1 of __4__ Pages

# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 21?mj-2043DPR |
| Isaac Samuel Yoder ) | |
| ) | |
| _____ ) | |
| *Defendant* | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 34 U.S.C. § 40702.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _Washington D.C. (via Zoom)_
*Place*

on _August 9, 2021 @ 12:00 noon CST_
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

AO 199B (Rev. 10/20) Additional Conditions of Release        Page 2 of 4 Pages

## ADDITIONAL CONDITIONS OF RELEASE

Pursuant to 18 U.S.C. § 3142(c)(1)(B), the court may impose the following least restrictive condition(s) only as necessary to reasonably assure the appearance of the person as required and the safety of any other person and the community.

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ☐ ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____
who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____
Custodian    Date

( ☑ ) (7) The defendant must:
- ( ☑ ) (a) submit to supervision by and report for supervision to the   pretrial services, as directed  ,
  telephone number _____ , no later than _____ .
- ( ☑ ) (b) continue or actively seek employment.
- ( ☐ ) (c) continue or start an education program.
- ( ☐ ) (d) surrender any passport to: _____
- ( ☐ ) (e) not obtain a passport or other international travel document.
- ( ☑ ) (f) abide by the following restrictions on personal association, residence, or travel:   Western District of Missouri, unless granted permission by
  supervising officer; No travel to DC area unless for Court proceedings and/or to meet with counsel.
- ( ☑ ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ( ☑ ) (h) get medical or psychiatric treatment:   as directed by the Pretrial Services Officer.
- ( ☐ ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling, or the following purposes: _____
- ( ☐ ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( ☑ ) (k) not possess a firearm, destructive device, or other weapon.
- ( ☑ ) (l) not use alcohol ( ☐ ) at all ( ☑ ) excessively.
- ( ☑ ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.
- ( ☐ ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ☐ ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ☐ ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ☐ ) (i) **Curfew.** You are restricted to your residence every day ( ☐ ) from _____ to _____ , or ( ☐ ) as directed by the pretrial services office or supervising officer; or
  - ( ☐ ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ☐ ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court; or
  - ( ☐ ) (iv) **Stand Alone Monitoring.** You have no residential curfew, home detention, or home incarceration restrictions. However, you must comply with the location or travel restrictions as imposed by the court.
  **Note:** Stand Alone Monitoring should be used in conjunction with global positioning system (GPS) technology.
- ( ☐ ) (q) submit to the following location monitoring technology and comply with its requirements as directed:

## ADDITIONAL CONDITIONS OF RELEASE

- ( ☐ ) (i) Location monitoring technology as directed by the pretrial services or supervising officer; or
- ( ☐ ) (ii) Voice Recognition; or
- ( ☐ ) (iii) Radio Frequency; or
- ( ☐ ) (iv) GPS.

( ☐ ) (r) pay all or part of the cost of location monitoring based upon your ability to pay as determined by the pretrial services or supervising officer.

( ☑ ) (s) report as soon as possible, to the pretrial services or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( ☑ ) (t) Report to pretrial services office prior to any scheduled Court appearance.

AO 199C  (Rev. 09/08)  Advice of Penalties                                              Page ___4___ of ___4___ Pages

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

    Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

    While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

    It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

    If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:
(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

    I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____Isaac Yoder_____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: 8/4/2021                                 _____David P. Rush_____
                                                                  Judicial Officer's Signature

David P. Rush - Chief U.S. Magistrate Judge
*Printed name and title*

DISTRIBUTION:   COURT   DEFENDANT   PRETRIAL SERVICE   U.S. ATTORNEY   U.S. MARSHAL