UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | Case No. 21-cr-505 (EGS) |
| : | |
| **ISAAC SAMUEL YODER,** : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Trial Attorney Sarah W. Rocha, hereby informs the Court that she is entering her appearance in this matter on behalf of the United States. Assistant United States Attorney Mona Furst no longer represents the United States in this matter.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

BY:   */s/ Sarah W. Rocha*
Sarah W. Rocha
Trial Attorney
D.C. Bar No. 977497
555 Fourth Street, N.W.
Washington, D.C. 20530
202-330-1735
*sarah.wilsonrocha@usdoj.gov*

**CERTIFICATE OF SERVICE**

On this 29th day of June 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Sarah Rocha
SARAH ROCHA
Trial Attorney