# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 21-CR-505 (EGS) |
| ISAAC YODER, | ) Judge: Sullivan |
| | ) Trial Date: 2/7/23 |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant Isaac Yoder's Unopposed Motion for Extension of Time to File Motions, and no opposition from the government, and good cause having been shown, it is hereby on this _____ day of _____, 2022,

**ORDERED** that the motion is **GRANTED.** It is also

**ORDERED** that the deadline for filing motions in the present matter is extended to September 13, 2022.

**SO ORDERED.**

_____
Judge Emmet G. Sullivan
United States District Court

1