UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Case No. 1:21-cr-00505 (EGS)** |
| : | |
| **ISAAC SAMUEL YODER,** : | |
| : | |
| **Defendant.** : | |

ORDER RESTRICTING CROSS-EXAMINATION
OF U.S. SECRET SERVICE WITNESSES

Before the Court is the government's motion *in limine* to restrict the cross-examination of U.S. Secret Service witnesses. Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* Regarding Cross-Examination of U.S. Secret Service Witnesses [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.

_____
EMMET G. SULLIVAN
United States District Judge