**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00505 (EGS) |
| | : | |
| **ISAAC SAMUEL YODER,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER PRECLUDING**
**IMPROPER DEFENSE ARGUMENTS AND EVIDENCE**

Before the Court is the government's motion *in limine* to preclude arguments or attempting to introduce improper defense arguments and evidence. Because the motion is meritorious, it is hereby

**ORDERED** that the government's Motion *in Limine* Precluding Improper Defense Arguments and Evidence [ECF No. __] is **GRANTED**.

**SO ORDERED.**

Dated: _____, 2022.

_____
EMMET G. SULLIVAN
United States District Judge