# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No.: 21-CR-00505 (RCL)** |
| **v.** | **:** | |
| | **:** | |
| **ISAAC SAMUEL YODER** | **:** | |
| | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court

that Assistant United States Attorney Michael Barclay is entering his appearance in the above-

captioned matter as counsel for the United States.

Respectfully submitted,

DATED: November 2, 2022

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ Michael L. Barclay
Michael L. Barclay
New York Bar
Assistant United States Attorney
United States Attorney's Office
District of Columbia
202-252-7669
Michael.Barclay@usdoj.gov

## **CERTIFICATE OF SERVICE**

On this 2nd day of November 2022, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ Michael L. Barclay_____
MICHAEL L. BARCLAY
Assistant United States Attorney