# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 21-CR-505 (RCL) |
| v. | ) | |
| | ) | Judge: Lamberth |
| ISAAC YODER, | ) | |
| | ) | Trial Date: 2/7/23 |
| Defendant. | ) | |

## UNOPPOSED MOTION TO CONTINUE TRIAL

COMES NOW Isaac Yoder, through counsel, and requests continuance of the trial currently scheduled for February 7, 2023, and the setting of a new trial date. As reasons therefor, defendant states as follows:

1. This matter is currently scheduled for trial on February 7, 2023.

2. Undersigned counsel was appointed to this case under the Criminal Justice Act. He was also similarly appointed to another January 6th case, United States v. Sandra Parker, 21-CR-28. In that matter, because of the size of the number of defendants, and due to the filing of additional charges on some other defendants, the trial has been divided into separate trials of multiple groups of defendants. At this time, Ms. Parker's trial is currently scheduled as an eight (8) person codefendant matter on February 1, 2023. Though it is expected that the matter may be further divided into two trial groups, at this time, Judge Mehta has asked that all counsel

1

should be expected to proceed on February 1, 2023. The trial is expected to last for approximately four (4) weeks.

3. Accordingly, Mr. Yoder's trial is currently conflicting with Ms. Parker's trial. Since Mr. Yoder's trial is a single defendant trial, and should be shorter, as it will last approximately two (2) days, it would be more judicially efficient for the present matter to be rescheduled.[1]

4. Mr. Yoder is currently on personal recognizance, so a delay will not affect his liberty interests.

5. In addition, Mr. Yoder is willing to waive the time between the present trial date and the new trial date to be excluded under the Speedy Trial Act.

6. Undersigned counsel has been in contact with AUSA Sarah Wilson Rocha, and she indicates that the government does not oppose this motion.

WHEREFORE, the defendant requests a continuance of the trial for a date mutually convenient to all the parties.

---

[1] Undersigned counsel had not raised this earlier since there was a possibility that the Sandra Parker trial would possibly move and/or Mr. Yoder was considering retaining counsel. Neither of those have occurred to date. Accordingly, counsel is presenting this motion so as to allow for a change of date before dates closer to the February date become further filled.

Respectfully submitted,

ISAAC YODER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Isaac Yoder
503 D Street, N.W., Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 19th day of November, 2022, which will send a notification of such filing (NEF) to the following to all counsel of record.

/s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Isaac Yoder
Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com