## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **21-CR-505 (RCL)** |
| v. | ) | |
| | ) | **Judge: Lamberth** |
| ISAAC YODER, | ) | |
| | ) | **Trial Date: 2/7/23** |
| Defendant. | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Isaac Yoder's Unopposed

Motion to Continue Trial, and good cause having been shown, and there being no

opposition from the government, it is hereby

**ORDERED** that the Unopposed Motion to Continue Status Date is

GRANTED. It is also hereby

**ORDERED** that the trial date in this matter of February 7, 2023, is

VACATED; it is further

**ORDERED** that the status hearing in this mattered is continued until the

_____ day of _____, 2023.

**SO ORDERED.**

_____
ROYCE C. LAMBERTH
U.S. District Court Judge

1