# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 21-CR-505 (RCL) |
| v. ) | |
| ) | Judge: Lamberth |
| ISAAC YODER, ) | |
| ) | Trial Date: 3/20/23 |
| Defendant. ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Isaac Yoder's Motion for Change of Venue to the Western District of Missouri, and good cause having been shown, it is therefore

**ORDERED** that the Motion For Change of Venue is **GRANTED**. It is further

**ORDERED** that this matter shall be transferred to the to the Western District of Missouri.

**SO ORDERED.**

_____
Royce C. Lamberth
United States District Court Judge

1