IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 21-CR-505 (RCL) |
| v. | ) | |
| | ) | Judge: Lamberth |
| **ISAAC YODER,** | ) | |
| | ) | Trial Date: 3/20/23 |
| **Defendant.** | ) | |

## ORDER

**UPON CONSIDERATION** of Defendant Isaac Yoder's Motion *In Limine* to Limit Inflammatory Terminology at Trial, and good cause having been shown, it is therefore on this _____ day of _____, 20\_\_\_\_\_

**ORDERED** that the motion is **GRANTED.** It is also hereby

**ORDERED** that the government shall refrain from using the following terms in its presentation of evidence, including opening and closing statements: "riot," "insurrect," or "insurrection," "mob," "anti-government," or "breach."

**SO ORDERED.**

_____
Royce C. Lamberth
U.S. District Court Judge