CO-526
(12/86)

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No. 21-CR-505
)
Isaac Yoder )
)
)

## WAIVER OF TRIAL BY JURY

With the consent of the United States Attorney and the approval of the Court, the defendant waives his/her right to trial by jury.

_____
Defendant

_____
Counsel for defendant

I consent:

_____
~~Assistant United States Attorney~~
Trial Attorney

**Approved:**

_____          Date: March 15, 2023
**Royce C. Lamberth**
United States District Judge