| Government | X |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☐ |
| Joint Court | ☐ |

# UNITED STATES

# v.

# ISAAC YODER

Criminal No.: 21-CR-505

| *No.* | *Description* | *Marked for ID* | *Received in Evidence* | *Witness* |
|---|---|---|---|---|
| 100 Series: Overview Documents, Congressional Documents and Maps ||||| 
| 101 | 3D Rendering of U.S. Capitol | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 102 | U.S. Capitol Floor Plan – Floor 1 | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 103 | U.S. Capitol Floor Plan – Floor 2 | | | |
| 104 | Map of U.S. Capitol Restricted Area | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 105 | "Area closed" sign 1 at U.S. Capitol | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 106 | "Area closed" sign 2 at U.S. Capitol | 3-20-2023 | 3-20-2023 | Ronald Ortega |

| 107 | Secret Service Email Notification and Worksheet to USCP | 3-20-2023 | 3-20-2023 | Lanelle Hawa |
|---|---|---|---|---|
| 108 | Video of Vice President Pence Evacuation | 3-20-2023 | 3-20-2023 | Lanelle Hawa |
| 109 | 3D Rendering of U.S. Capitol with Inauguration Stage | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 200 Series – CCV and BWC ||||||
| 201 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h10min00s000ms.asf | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 201A | Screenshot from 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h10min00s000ms.asf | 3-21-2023 | 3-21-2023 | Dennis Kelly |
| 201B | Zoomed Screenshot from 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h10min00s000ms.asf | | | |
| 202 | 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h25min00s000ms.asf | 3-20-2023 | 3-20-2023 | Ronald Ortega |

| | | | | |
|---|---|---|---|---|
| 202A | Screenshot from 0102 I USCS 01 Senate Wing Door near S139-2021-01-06_15h25min00s000ms.asf | | | |
| 203 | 0402 I USCH 01 Crypt North-2021-01-06_15h14min00s000ms.asf | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 204 | 0403 I USCH 01 Crypt South-2021-01-06_15h16min00s000ms.asf | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 205 | Dallas Bennett BWC Clip | | | |
| 300 Series: Montages and Compilations ||||| 
| 301 | Montage of Video Footage from the U.S. House and Senate on January 6, 2021 | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 302 | USCP Compilation Video - Full | | | |
| 303 | USCP Compilation Video - Abbreviated with Radio Runs | | | |
| 303A | USCP Compilation Video - Abbreviated without sound | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 304 | Demonstrative of Senate Wing Door Entry | 3-20-2023 | 3-20-2023 | Allen Purcell |

| 305 | Demonstrative of Senate Wing Door Exit | 3-20-2023 | 3-20-2023 | Allen Purcell |
|---|---|---|---|---|
| | 400 Series: Other Videos and Photos | | | |
| 401 | 20210106_151447.mp4 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 402 | Baked Alaska_ Fellows Hall Merkley office_TrumpRallyDC_2021-01-06 16-17-10.mkv | | | |
| 403 | ips-82B0CF78-5EB2-44FC-B97C-90E75217006F.mov | | | |
| 404 | sstg-E6063DAF-3B85-4C35-9B97-73F86609CD99.mov | | | |
| 405 | gettyimages-1230734053-2048x2048.jpg | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 406 | gettyimages-1230734212-2048x2048.jpg | 3-20-2023 | 3-20-2023 | Ronald Ortega |
| 407 | gettyimages-1230734232-2048x2048.jpg | 3-20-2023 | 3-20-2023 | Allen Purcell |

| | | | | |
|---|---|---|---|---|
| 408 | gettyimages-1230734313-2048x2048.jpg | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 409 | gettyimages-1230734335-2048x2048.jpg | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 410 | IMG_0125 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 411 | Yoder and woman in US Capitol | 3-20-2023 | 3-20-2023 | Allen Purcell |
| | 500 Series: Physical Evidence and Related Documents | | | |
| 501 | Tri-corn Hat | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 501A | Photo of Tri-corn Hat | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 502 | Colonial Period Blue Overcoat | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 502A | Photo of Colonial Period Blue Overcoat | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 503 | White Cravat (Neck Sash) | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 503A | Photo of White Cravat (Neck Sash) | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 504 | Tan Vest | 3-20-2023 | 3-20-2023 | Allen Purcell |

| | | | | |
|---|---|---|---|---|
| 504A | Photo of Tan Vest | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 505 | FD-597 Receipt for Property – May 19, 2021 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 506 | Consent to Search Computer/Cell Phone Form – May 19, 2021 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 507 | FD-26 Consent to Search Form – May 19, 2021 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 508 | Text Messages Between Isaac Yoder and Kelly Yoder – January 6, 2021 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 509 | PART_1609937137780_image_20210106_065940_HDR_1609937131234 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 510 | PART_1609954852897_image_part_0_1609954817323.jpg | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 511 | Compilation of Text Messages and Photos Between Isaac Yoder and Kelly Yoder—January 6, 2021 | 3-20-2023 | 3-20-2023 | Allen Purcell |
| 600 Series:  Stipulations | | | | |
| 601 | Stipulations of the Parties as to the Certification of the Electoral College | 3-20-2023 | 3-20-2023 | |

|  | Vote, United States Capitol Police Closed Circuit Video Monitoring, Videos Recorded By Third Parties, and Isaac Samuel Yoder's Cell Phone |  |  |  |
|---|---|---|---|---|
| | 700 Series:  Potential Rebuttal Exhibits | | | |
| 701 | Newsweek, "George Washington Says If Capitol Rioters Wanted Trouble There'd Be Piles of Bodies"—March 19, 2021 | | | |
| 702 | Isaac Yoder Interview Report—March 16, 2021 | | | |
| 703 | Isaac Yoder Interview Report Notes—March 16, 2021 | | | |
| 704 | Isaac Yoder Consent Report – May 19, 2021 | | | |
| 705 | Yoder Photo with Sign | 3-21-2023 | 3-21-2023 | Isaac Yoder |