| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States VS. Isaac Yoder

Civil/Criminal No. 21-CR-505

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 1 | Yoder - with brothers | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 2 | Yoder - alone with Bible | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 3 | Yoder - with daughter | | | Isaac Yoder | |
| 4 | Yoder - bow tie with son | | | Isaac Yoder | |
| 5 | Yoder - with wife and 2 kids with flag | | | Isaac Yoder | |
| 6 | Yoder with wife and 2 kids and friend | | | Isaac Yoder | |
| 7 | Yoder - next to wheel | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 8 | Yoder - at Jefferson City event | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 9 | Yoder - with wife and 2 children | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 10 | Yoder - with son | 3/21/2023 | 3/21/2023 | Isaac Yoder | |

| Government | ☐ |
|---|---|
| Plaintiff | ☐ |
| Defendant | ☑ |
| Joint | ☐ |
| Court | ☐ |

United States VS. Isaac Yoder

Civil/Criminal No. 21-CR-505

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 11 | Yoder - Thanksgiving picture | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 12 | Yoder - wife at Christmas | | | Isaac Yoder | |
| 13 | Yoder - wife, daughter in field | | | Isaac Yoder | |
| 15 | Yoder - Facebook Review | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 24 | Yoder at Washington Monument | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| 25 | Yoder Lock and Key Website | 3/21/2023 | 3/21/2023 | Isaac Yoder | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |