# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00505 (RCL) |
| | : | |
| **ISAAC SAMUEL YODER,** | : | |
| | : | |
| **Defendant.** | : | |

## JOINT MOTION FOR A SCHEDULING ORDER

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Isaac Samuel Yoder, by and through his attorney, John Machado request that they be granted until April 25, 2023 to file Proposed Findings of Fact and Conclusions of Law.  A proposed order is attached.

                                              Respectfully submitted,

| | |
|---|---|
| ISAAC YODER | MATTHEW M. GRAVES |
| By Counsel | UNITED STATES ATTORNEY |
| | D.C. Bar Number 481052 |
| | |
| */s/ John L. Machado* | By:   */s/ Sarah W. Rocha* |
| JOHN L. MACHADO, ESQ. | SARAH W. ROCHA |
| Counsel for Isaac Yoder | Trial Attorney / Detailee |
| Bar No. 449961 | D.C. Bar No. 977497 |
| 503 D Street, NW, Suite 310 | 219 S. Dearborn Street, Fifth Floor |
| Washington, DC 20001 | Chicago, Illinois 60604 |
| (703) 989-0840 | (202) 330-1735 |
| johnlmachado@gmail.com | sarah.wilsonrocha@usdoj.gov |
| | |
| | MICHAEL L. BARCLAY |
| | Assistant United States Attorney |
| | Member of N.Y. Bar |
| | U.S. Attorney's Office for the District of Columbia |
| | 601 D Street, NW |
| | Washington, D.C. 20530 |
| | (202) 252-7669 |
| | Michael.Barclay@usdoj.gov |