# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:21-cr-00505 (RCL) |
| | : | |
| **ISAAC SAMUEL YODER,** | : | |
| | : | |
| **Defendant.** | : | |

## PROPOSED SCHEDULING ORDER

Upon consideration of the parties' proposed joint request, it is this _____ day of _____ 2023 hereby:

**ORDERED** that the parties shall file their Proposed Findings of Fact and Conclusions of Law by April 25, 2023.

**SO ORDERED.**

_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge