## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **Case No. 1:21-cr-00505 (RCL)** |
| | : | |
| ISAAC SAMUEL YODER, | : | |
| | : | |
| Defendant. | : | |

### SCHEDULING ORDER

Upon consideration of the parties' proposed joint request, it is this __29th__ day of

__March__ 2023 hereby:

**ORDERED** that the parties shall file their Proposed Findings of Fact and Conclusions

of Law by April 25, 2023.

**SO ORDERED.**


_____
HONORABLE ROYCE C. LAMBERTH
United States District Judge