```
1                    IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
2        - - - - - - - - - - - - - - - x
         THE UNITED STATES OF AMERICA,
3                                           Criminal Action No.
                        Plaintiff,         1:21-cr-00505-RCL-1
4                                           Monday, March 20, 2023
         vs.                                10:32 a.m.
5
         ISAAC SAMUEL YODER,
6
                        Defendant.
7        - - - - - - - - - - - - - - - x
         _____
8
                       TRANSCRIPT OF BENCH TRIAL
9            HELD BEFORE THE HONORABLE ROYCE C. LAMBERTH
                     UNITED STATES DISTRICT JUDGE
10       _____
         APPEARANCES:
11
         For the United States:     SARAH WILSON ROCHA, ESQ.
12                                   DOJ-CRM
                                     219 S. Dearborn Street
13                                   5th Floor
                                     Chicago, IL 60604
14                                   (202) 330-1735
                                     sarah.wilsonrocha@usdoj.gov
15
                                     MICHAEL LAWRENCE BARCLAY, ESQ.
16                                   USAO
                                     601 D Street NW
17                                   Washington, DC 20530
                                     (202) 252-7669
18                                   michael.barclay@usdoj.gov

19       For the Defendant:         JOHN L. MACHADO, ESQ.
                                     LAW OFFICE OF JOHN MACHADO
20                                   503 D Street, N.W., Suite 310
                                     Washington, DC 20001
21                                   (703) 989-0840
                                     johnlmachado@gmail.com
22
         Court Reporter:            Lisa A. Moreira, RDR, CRR
23                                   Official Court Reporter
                                     U.S. Courthouse, Room 6718
24                                   333 Constitution Avenue, NW
                                     Washington, DC  20001
25                                   (202) 354-3187
```

```
1                          I N D E X

2

      WITNESS                                            PAGE
3
      INSPECTOR LANELLE HAWA
4          (By Mr. Barclay)..................................14
           (By Mr. Machado)..................................30
5          (By Mr. Barclay)..................................39

6

      CAPTAIN RONALD ORTEGA
7          (By Ms. Rocha)....................................40
           (By Mr. Machado).................................101
8          (By Ms. Rocha)...................................122
           (By Mr. Machado).................................130
9
      FBI SPECIAL AGENT ALLEN PURCELL
10         (By Mr. Barclay).................................131
           (By Mr. Machado).................................178
11         (By Mr. Barclay).................................186

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Your Honor, this is
 3    Criminal Case No. 21-505, United States of America vs. Isaac
 4    Samuel Yoder.
 5              Starting with the government, please approach the
 6    podium to state your appearance for the record.
 7              MS. ROCHA:  Good morning, Your Honor; Sarah Rocha
 8    for the United States.  I'm joined by my colleague, Michael
 9    Barclay; paralegal specialist Edward Wise; and FBI Special
10    Agent Isaac McPheeters.
11              THE COURT:  Okay.
12              MR. MACHADO:  Good morning, Your Honor; John
13    Machado on behalf of Mr. Isaac Yoder, who is present.
14              Just in advance, my apologies that we started
15    late.  There was a jury note from Judge Mehta that we
16    started at 9:00 about some evidence that went to the jury
17    that wasn't supposed to, so it was a little messy, but my
18    apologies.  I got up here as soon as I could.
19              THE COURT:  I know these things happen in trials.
20    Hopefully not here.  At least we won't have a jury note
21    here.
22              MR. MACHADO:  It makes things easier.  Yes, Your
23    Honor.
24              THE COURT:  Okay.  If counsel want to make an
25    opening statement, you may; or we can just proceed.  Either
```

1    way.

2           MR. MACHADO:  Your Honor, there is one issue that

3    I did want to take up beforehand.  My apologies.

4           THE COURT:  Okay.

5           MR. MACHADO:  The government has -- we've made --

6    they've provided *Jencks*.  The problem is -- on our part is

7    that the government has indicated that there is certain

8    testimony that has been given by witnesses in previous

9    trials by some of -- by some of the witnesses that they're

10   planning to call.  They gave this to us on Saturday.

11          And essentially, Your Honor, we believe that their

12   *Jencks* obligation requires them to provide those before the

13   cross-examination of those witnesses.  The fact that they

14   gave it to us on Saturday is a little regrettable,

15   particularly since I'm guessing they're going to say, well,

16   these transcripts were available to, you know, all the

17   parties; and so, therefore, we don't consider it *Jencks*.

18          Well, it's a little difficult to do that on the

19   eve of trial, for us to make arrangements to see that.  So

20   we would object to the use of the testimony of any of those

21   witnesses due to a *Jencks* violation.

22          Thank you.

23          MS. ROCHA:  Your Honor, I wasn't aware of the

24   issue until defense counsel raised it.  As Your Honor knows,

25   we were attempting to work through stipulations and kind of

```
 1   solidify the testimony, make things streamlined for the
 2   Court.
 3          The particular witnesses that I believe, my
 4   understanding -- perhaps Mr. Machado can correct me -- is a
 5   Secret Service witness and an overview witness from the
 6   Capitol Police.  The government provided that information to
 7   defense counsel.  We certainly -- if there was an issue of
 8   wanting transcripts, that was something that we could take
 9   care of, and it's something that we could have addressed
10   with counsel beforehand.
11          We don't believe it's a Jencks violation.
12   Certainly it's before their cross-examination.  If there's
13   something to work out now, we're happy to do so; but from
14   the government's perspective, we've fulfilled our
15   obligations.
16          THE COURT:  Okay.  Well, I don't find the Jencks
17   violation.  And if there's -- if more time is needed to
18   prepare for cross, I'll grant it at the time that cross
19   begins.  So you can proceed.
20          MS. ROCHA:  Okay.  Thank you.
21          Oh, Your Honor, while I'm up here, one
22   housekeeping matter, just because I noticed there's some
23   young children in the courtroom.  Because of the nature of
24   the trial and the testimony, the government does not intend
25   to alter its presentation of the evidence, and so just fair
```

1    warning to the Court and to the parties involved that that

2    could necessarily involve images of violence or profanity or

3    other such things.

4            THE COURT:  All right.

5            MS. ROCHA:  Thank you, Your Honor.

6            THE COURT:  And are we just going to proceed to

7    the first witness then?  Or how did you want to do that?

8            MR. BARCLAY:  Your Honor, if the government could

9    make a brief opening statement?

10           THE COURT:  Okay.

11           MR. BARCLAY:  "Pence folded.  It's bad.  They've

12   forced their way into the Capitol."

13           The evidence will show that after Isaac Yoder

14   heard those words, he made his way to the Capitol to join

15   the mob that was storming its halls.  He could have stayed

16   where he was, safely out of harm's way with his family.  But

17   we're here today because he did not do that.  We're here

18   today because he chose to go somewhere he knew he shouldn't

19   have been.

20           Isaac Yoder and his family came to D.C. on January

21   6th to attend President Trump's Stop the Steal rally by The

22   Ellipse.  He came dressed as George Washington.  This is a

23   cropped image from his phone.

24           In addition to the costume, you'll see he is

25   holding a flag.  Because of that flag, Isaac Yoder separated

1      from his family and did not enter the rally because of the

2      security involved, according to him, with that flag.

3                   After the rally, he went to his family's car

4      parked near the Capitol, and that's where he learned that it

5      had been breached and made the fateful decision to go in.

6                   The Court will hear evidence from Secret Service

7      and U.S. Capitol Police witnesses about the restricted

8      perimeter that was set up around the Capitol that day for

9      the certification of the 2020 presidential election.

10                  Your Honor will hear about the snow fences, the

11     barricades, the bike racks that made up that restricted

12     perimeter.  Isaac Yoder ignored those barricades and pushed

13     past them.

14                  The Court will also hear evidence from U.S.

15     Capitol Police about the scaffolding that was set up for

16     the forthcoming inauguration of President Joe Biden that

17     would happen a few weeks later.  Isaac Yoder ascended

18     those scaffolding -- that scaffolding to get into the

19     Capitol.

20                  At 3:14 p.m. on January 6th Isaac Yoder entered

21     the Capitol building through a fire door called the Senate

22     Wing Door.  It was chaotic.  It was loud.  And there was an

23     alarm blaring.  This is a video taken less than a minute

24     after Mr. Yoder entered the Capitol.

25                  (Video playing)

1          MR. BARCLAY:  It may be hard to hear above the din

2   of the crowd and alarm, but what Mr. Yoder said is, "We've

3   been so weak.  We've lost any kind of credibility because

4   all we ever do is cave."

5          After speaking to the other rioters, Mr. Yoder did

6   not leave the Capitol.  He actually went further in to a

7   place called the Crypt.  Your Honor will see surveillance

8   footage of him marching around, literally parading around

9   the edge of the Crypt.

10          Throughout his time in the Crypt and as he left to

11   return back from where he came, Mr. Yoder was photographed

12   multiple times.  Here's one of those photographs.

13          Your Honor will hear testimony from U.S. Capitol

14   Police Lieutenant Kelly, who was near the Senate Wing Door

15   when Isaac Yoder made his way back out towards it.

16   Lieutenant Kelly will describe how the rioters impeded his

17   job that day and how he was ordering rioters to leave the

18   building.  He will identify Mr. Yoder as inside the Capitol

19   building.

20          Mr. Yoder finally left the Capitol building at

21   about 3:33 p.m. on January 6, 2021.

22          A few months later he voluntarily interviewed with

23   the FBI.  You're going to hear -- the Court will hear from

24   retired Special Agent Allen Purcell who will describe how

25   Mr. Yoder admitted during that interview that he had been

1    inside the Capitol and explained his reasons why.  This

2    evidence will prove the government's case beyond a

3    reasonable doubt on all four charges.

4           First, entering and remaining in a restricted

5    building or grounds.  Mr. Yoder ignored the various red

6    flags I've talked about, the restricted area, the

7    scaffolding, the alarms, and went into the restricted area

8    that day.

9           Counts 2 and 3, disorderly and disruptive conduct

10   in a restricted building or grounds, and violent entry and

11   disorderly conduct in a Capitol building.  The testimony of

12   the U.S. Capitol Police and Secret Service witnesses will

13   establish that the presence of rioters in the Capitol

14   building that day stopped the certification of the

15   presidential election, and that it could not resume until

16   rioters were removed from the building.  And Mr. Yoder's

17   actions and words that day will show that that was his

18   intent when he went in.

19          And finally, Count 4, parading, demonstrating or

20   picketing in a Capitol building.  Mr. Yoder marched around

21   the Capitol building that day.

22          Mr. Yoder at bottom went somewhere he knew he

23   shouldn't have been.  So at the end of this case, the

24   government will be asking Your Honor to return the only

25   verdict consistent with the evidence, and that's guilty on

1      all counts.

2              MR. MACHADO:  May it please the Court.

3              "We don't riot.  We don't do bad things."

4              The government already had the opportunity to show

5      you that and show you the words that Isaac Yoder said while

6      he was at the Capitol.  Mr. Yoder is sitting here because he

7      went into a location where there were no signs or indication

8      that he couldn't proceed.  The breach that had happened had

9      happened two hours previously.  There were no blockades, you

10     will hear -- we submit the evidence will show.  There were

11     no blockades or any indication.

12             Quite the contrary.  There were police officers

13     along the way that did not stop him or do anything to

14     suggest that he had to return except at the very end when he

15     was told that he needed to leave, and he left.  And the

16     evidence will show that there were many people who came

17     in, there were rows of police officers that were lining,

18     and you will see Mr. Yoder being one of those people

19     coming in, acting orderly; in fact, as I indicated, saying,

20     "We don't riot; we don't do bad things," because he was --

21     he's a rule follower, and he's a person who respects the

22     union.

23             The reason -- he has been termed as being a George

24     Washington, but he's actually -- he supports the

25     revolutionary re-enactment, and it's basically a way of life

1    for his family, the evidence will show.

2           This was not a situation where Mr. Yoder was

3    somehow making some sort of political statement.  The

4    evidence will show he wears this quite often and does this

5    as part of his advertising, as part of the business that he

6    runs.  He runs a locksmith company.  His family is involved

7    with it.  His children and his wife also dress in this, and

8    the evidence will show that.

9           So when we're talking about the fact that he was

10   wearing revolutionary garb, it was not to make a political

11   statement.  That's just what he was wearing.

12          With regard to the counts, just going through

13   them, the first count we have is remaining -- entering or

14   remaining in a restricted building or grounds.  The evidence

15   will show that in fact there was not anything that stopped

16   Mr. Yoder from going in.  There were no signs.  There was no

17   indication from police officers or anyone that he could not

18   enter.

19          Then with regard to Count 2, which is disorderly

20   or disruptive conduct in a restricted building or grounds,

21   the evidence will show that the entire time that Mr. Yoder

22   was there he was behaving orderly.  He was following the

23   rules, following instructions.  There was nothing in any way

24   disruptive or disorderly with what he did.

25          The third is violent entry and disorderly conduct.

1    There was no violent entry as far as going in.  He just

2    entered through an open door, not through a window, not

3    through anything that he had broken.  Just he was one of the

4    many people who walked in and did not do any damage or acted

5    violently.

6         Finally, the fourth, which is the parading,

7    demonstrating, or picketing.  The government suggests that

8    they're going to show evidence that he was marching.  I

9    would suggest to the Court that it would be more of a

10   situation of walking.  And there is no indication that he

11   was parading or demonstrating or picketing; not waving his

12   flag, which he had with him, which was part of what he was

13   wearing and what he was carrying.  But he did not in any way

14   make any political statement.

15        Because of the way that he was dressed, some

16   people came and took pictures with him.  He was not trying

17   to make any effort to be disrespectful in any way to the

18   Capitol.

19        And so we would suggest to the Court that as far

20   as Count 4, when we show the background of parading,

21   demonstrating, or picketing, that the fact that what he's

22   wearing is more of a lifestyle or a brand, that it really

23   was not to make any sort of political statement; and,

24   therefore, he was not doing anything that would be

25   considered to be parading, demonstrating, or picketing.

1          After the Court hears all the evidence, we would

2     ask for the Court to find my client not guilty on all four

3     counts.

4          Thank you.

5          THE COURT:  All right.  The government may call

6     your first witness.

7          MR. BARCLAY:  The government calls Inspector

8     Lanelle Hawa.

9          And, Your Honor, while we're waiting, we have a

10    stipulation between the parties as to certain evidence.  May

11    I move to admit that at this time?

12         The government moves to admit Government Exhibit

13    601.

14         MR. MACHADO:  Exhibit 601 is without objection,

15    Your Honor.

16         THE COURT:  What is it?

17         MR. BARCLAY:  It's a stipulation between the

18    parties as to certain facts regarding the admissibility of

19    other evidence.

20         THE COURT:  Does that have a number, or what?

21         MR. BARCLAY:  601.

22         MR. MACHADO:  Government Exhibit 601.

23         THE COURT:  601?

24         MR. BARCLAY:  Correct.

25         THE COURT:  All right.  It's received.

```
1                        LANELLE HAWA, Sworn

2                        DIRECT EXAMINATION

3      BY MR. BARCLAY:

4      Q.  Good morning.  Can you please state your name for the

5      record.

6      A.  Good morning.  Lanelle Hawa.

7      Q.  And where do you work?

8      A.  The United States Secret Service.

9      Q.  What is your title?

10     A.  Inspector.

11     Q.  Generally, what is the mission of the United States

12     Secret Service as it relates to protectees?

13     A.  We protect some of the highest leaders in the nation;

14     the president, vice president, former presidents --

15                THE COURT:  Pull that mic up closer.

16     A.  -- any visiting heads of state.

17     Q.  Is there any particular department or division within

18     the Secret Service you work for currently?

19     A.  Yes.  I work in the inspection division.

20     Q.  And was that the department that you were with on

21     January 6, 2021?

22     A.  It is not.

23     Q.  What was the department you were in on January 6, 2021?

24     A.  I was with the liaison division.

25     Q.  What are the duties of the liaison division?
```

1    A.  We are placed in various agencies throughout the

2    national Capitol region and departments.  In this instance I

3    was assigned to the U.S. Capitol.  And we coordinate visits

4    of our protectees to those agencies and help coordinate

5    access onto the facilities, onto the complex, in this

6    example with the Capitol Police -- I'm sorry, with the U.S.

7    Capitol Complex, would help navigate their movements

8    throughout the Capitol and get them to and from any meetings

9    or events that they were attending.

10   Q.  Did the -- on January 6, 2021, did the Secret Service

11   have a protectee who was visiting the Capitol?

12   A.  Yes.

13   Q.  Was one of those protectees the vice president of the

14   United States?

15   A.  Yes.

16   Q.  And who was the vice president at the time?

17   A.  Michael Pence.

18   Q.  And did the vice president have members of his family

19   who were accompanying him?

20   A.  Yes.

21   Q.  And who accompanied him that day?

22   A.  Mrs. Pence and their daughter, Charlotte.

23   Q.  I'm going to show you -- Mr. Wise -- what's been marked

24   for identification as Government's Exhibit 107.  And it's a

25   two-

1    page document.

2              MR. BARCLAY:  Would you scroll to the second page

3    as well?  And now back to the first.

4    Q.  Have you seen this before?

5    A.  Yes.

6    Q.  What is it?

7    A.  It is the Head of State Worksheet that we utilize as

8    liaison agents at the U.S. Capitol.

9    Q.  And is there a cover email as well?

10   A.  Yes, there is.

11   Q.  Does it appear to have been altered in any way?

12   A.  Other than the redacted information, no.

13   Q.  Is this a fair and accurate copy of the cover email and

14   attached Head of State Worksheet used in advance of January

15   6, 2021?

16   A.  Yes.

17             MR. BARCLAY:  Move to admit Government's Exhibit

18   107 into evidence.

19             MR. MACHADO:  No objection, Your Honor.

20             THE COURT:  Received.

21             MR. BARCLAY:  Let's go back to Page 1.

22   Q.  So whose name is on the top there?

23   A.  I'm sorry, repeat the question.

24   Q.  Whose name is on the very top of the email?

25   A.  My name.

1    Q.  And so what was the purpose -- this is your email?

2    A.  Yes.

3    Q.  What is the purpose of this email?

4    A.  This served as the cover sheet, if you will.  It is the

5    email notification that was sent to the U.S. Capitol Police

6    Special Events Section, as well as members of the Senate and

7    House Sergeant At Arms and a few other U.S. Capitol Police

8    personnel and Secret Service individuals who were involved

9    in the visit of Vice President Pence and his family members

10   to the U.S. Capitol on January 6, 2021.

11   Q.  What is your understanding of why the vice president was

12   going to the Capitol on January 6, 2021?

13   A.  For the certification of the Electoral College votes.

14             MR. BARCLAY:  Can we go to Page 2, please.

15             And can we zoom in on the bottom half called -- it

16   starts with "Itinerary."

17   Q.  Based on this, Inspector Hawa, what time was the vice

18   president supposed to be arriving at the Capitol?

19   A.  Approximately 12:30 p.m.

20   Q.  And can you just briefly explain what the first row of

21   this chart means.

22   A.  Sure.  So the itinerary as we knew it was that the vice

23   president and his family members were due to arrive at the

24   U.S. Capitol at approximately 12:30 p.m.  They would be

25   arriving via motorcade to the Senate Carriage.

1          They would be greeted by a member of the Senate

2     Sergeant At Arms office from the motorcade.  We would move

3     to S-214, which is what we used to designate the vice

4     president's ceremonial office, which is on the second floor.

5          His purpose for going to S-214 was for what we

6     refer to as a hold, which means he would just stand by there

7     until it was time for him to go over to the Senate Chamber

8     prior to them moving the vice president and members of the

9     Senate walking over via foot to the House Chamber, at which

10    point they would depart the House -- the Senate Chamber at

11    about 12:45 to make that movement.

12    Q.  And based on this, what was the purpose of moving to the

13    House Chamber?

14    A.  So it's somewhat of a ceremonial or choreographed

15    movement of the vice president leading the senators over to

16    the House Chamber to meet up with the members of the House

17    of Representatives to take part in the certification of the

18    Electoral College votes, is my understanding.

19          MR. BARCLAY:  We can pull this down now.  Thank

20    you, Mr. Wise.

21    Q.  Does the United States Secret Service work with the

22    Capitol Police to establish a perimeter that would be set up

23    whenever a protected person goes to the Capitol?

24    A.  If it's deemed necessary to have a perimeter set up,

25    yes.

1    Q.  Was a perimeter in fact set up on January 6, 2021, for

2    the visit of -- excuse me, for Vice President Pence's

3    arrival at the Capitol on January 6, 2021?

4                MR. MACHADO:  Objection; foundation.

5                THE COURT:  Overruled.  You can answer.

6    A.  Yes, there was a perimeter set up on January 6, 2021.

7    Q.  And can you describe -- did Secret Service set up that

8    perimeter?  Did U.S. Capitol Police set up that perimeter?

9    Who set up that perimeter?

10   A.  So it's usually a coordinated effort between Secret

11   Service and Capitol Police.  A lot of times there are

12   standard or typical perimeters that are set up that were

13   established or agreed upon long before I was assigned to the

14   U.S. Capitol, so typically maybe a recommendation will be

15   made by the U.S. Capitol Police.

16               MR. MACHADO:  Objection; speculation, Your Honor.

17               THE COURT:  Overruled.

18   A.  And the Secret Service will then discuss the suggestions

19   or, again, collaborate on a perimeter, and we will adopt a

20   perimeter, if it is established by the Capitol Police, and

21   determine if it's going to work with our security plan.

22   Q.  Is that what happened on January 6, 2021?

23   A.  It is.

24   Q.  Generally, why would it be important for the Secret

25   Service to establish a perimeter?

1  A.  It's important to establish a perimeter so that we're

2  aware of setting up boundaries and -- you know, a perimeter

3  is just that, to set up an area that will include those who

4  are authorized to be in the area and establish a perimeter

5  of those and a boundary for those who are not included to be

6  in the event.  And it allows us to set up security

7  perimeters, if you will, of how those individuals will

8  need -- will be able to access our secure perimeter.

9  Q.  Did Vice President Pence, in fact, go to the Capitol on

10 January 6, 2021?

11 A.  Yes, he did.

12 Q.  And who, in fact, accompanied him?

13 A.  His family:  his wife, Mrs. Pence; their daughter,

14 Charlotte; agents from his security detail; staff; other

15 personnel that were included in his entourage, if you will.

16 Q.  So after he arrived at the Capitol, where did Vice

17 President Pence go?

18 A.  So once he arrived at the Senate Carriage, we proceeded

19 on foot up the member stairs and to his office, the S-214,

20 which is his ceremonial office on the second floor.

21 Q.  And did he remain in Senate 214, or did he go elsewhere?

22 A.  No.  He was there for probably a few minutes and then

23 proceeded over to the Senate Chamber, met with the senators.

24 And a little before 1:00 p.m., he, along with the senators

25 and other members of his group, walked over to the House

1   Chamber, and he entered the House Chamber.

2   Q.  What, if anything, happened at the House Chamber?

3   A.  So he entered the House Chamber a little before 1:00

4   p.m.  I did not go inside the chamber with him.  Another

5   agent went inside.

6           We then stood by.  And a little bit before 1:15 or

7   right around 1:15 my understanding is there was an objection

8   to one of the state's votes -- I believe it was Arizona --

9   and at that point they separated, the Senate and the House.

10  So the Senate -- the senators and the vice president then

11  proceeded to walk back over to the Senate Chamber, and the

12  House members stayed on the House side.

13          The senators moved to the Senate side, and then

14  there was additional government business to take place at

15  that point before they confer again, before the senators

16  would have walked back over and proceeded with the

17  certification of the votes.

18  Q.  And did Vice President Pence go back with the senators

19  to the Senate Chamber?

20  A.  Yes, he did.

21  Q.  And did he remain there, or did he go elsewhere?

22  A.  So, again, about approximately 1:15 we proceeded over to

23  the Senate Chamber.  My recollection is he went into the

24  Senate Chamber, maybe said a few words, had his official

25  discussions with the senators, and at some point made his

1    way to his ceremonial office, the S-214.

2    Q.  Was there a time on January 6, 2021, where you began

3    getting updates about the security status at the Capitol

4    that day?

5                MR. MACHADO:  Objection; hearsay.

6                THE COURT:  Overruled.

7    A.  Yes.  It was about that time when we were proceeding

8    back from the House Chamber at approximately 1:15.  As we

9    were walking back over to the Senate Chamber, we began

10   getting information that there had been a security breach.

11               MR. MACHADO:  Objection; hearsay.

12               THE COURT:  Overruled.

13   A.  I was getting the information from my police -- Capitol

14   Police counterparts who were assigned to the detail with me,

15   as well as hearing the ruckus, if you will, or the breach

16   that was taking place on my Capitol Police officer

17   counterpart's radio that sits on his uniform.

18               So we had gotten information that there had been a

19   breach on the -- a security breach on the west side of the

20   Capitol.

21               MR. MACHADO:  Objection to the hearsay, Your

22   Honor.

23               THE COURT:  Overruled.

24   A.  That there had been a security breach on the west side

25   of the Capitol, and unknown individuals, unauthorized

1    individuals, had made their way to the inaugural platform

2    that was being --

3              MR. MACHADO:  Objection to the unauthorized

4    individuals, Your Honor.

5              THE COURT:  Overruled.

6    A.   -- had made their way to the inaugural platform.

7              And there was some, again, tussling, fighting, if

8    you will, between Capitol Police and these individuals who

9    were trying to make their way into the Capitol on the west

10   side of the -- again, the Capitol building near where the

11   inaugural platform sits, and there were some breaches on the

12   House side.  During that time we were making a determination

13   of whether we needed to move the vice president.

14             I was getting calls from the motorcade because

15   there was also, at the same time, a large presence of

16   individuals on the east side, on the plaza.  And there was

17   concern from the agents who were in the motorcade -- the

18   vice president's motorcade -- that these individuals would

19   breach the security barricade.  There were some bike rack

20   out on the plaza.

21             And so we were making the call of where to move

22   these vehicles, and ultimately made a call to move the vice

23   president's motorcade to a more secure location so they were

24   not, you know, within reach of these unknown individuals who

25   were gathering on the east side, knowing that there had been

1    some security breaches on the exterior of the Capitol

2    Complex.  And then we were also getting information that

3    there had actually been breaches on the building itself.

4    Q.  And when you're describing getting these updates from

5    your U.S. Capitol Police counterpart, how were you receiving

6    those updates exactly?

7    A.  So verbally from him, as he was receiving the

8    information.  I was also, again, hearing the information

9    being passed on his radio traffic.  I was receiving phone

10   calls from Secret Service personnel who were also passing

11   information as it was being passed to them by the law

12   enforcement entities.  And I was receiving information from

13   the agents who were outside in the motorcade who were

14   passing information to us of what they were seeing on the

15   outside.

16   Q.  We mentioned earlier that the vice president returned to

17   the ceremonial office.  Was there a time after that that he

18   then left the ceremonial office again?

19   A.  When we made the decision to move him from the

20   ceremonial office and take him to a more secure location

21   based on the numerous breaches that were occurring on the

22   House and Senate side of the Capitol Complex.

23            MR. BARCLAY:  I'm now going to show you

24   Government's Exhibit 108, which we'll move to admit pursuant

25   to the stipulation entered into by the parties.

1           You can pause it, Mr. Wise.

2           THE COURT:  That's Government 108?

3           MR. BARCLAY:  Yes.  Move to admit Government's

4     108.

5           MR. MACHADO:  No objection.  I thought it was part

6     of the stipulation.

7     Q.  Inspector Hawa, what location are we looking at here?

8     A.  So this is the lobby area.  This is at the top of the

9     member staircase.  So this would have been the staircase

10    that we used upon the vice president's arrival.  We walked

11    up these stairs to get to the vice president's ceremonial

12    office.

13          So if you were to go into -- through the double

14    doors, the glass doors that you see on the right of your

15    screen, those doors lead to a back hallway, the backside of

16    the Senate Chamber, which would be on your left.  And to the

17    right would be the vice president's ceremonial office.

18    Q.  Do you see anyone that you know in this video, this

19    current still frame, which is 2:25:48 p.m. on the time

20    stamp?

21    A.  Yes.  That is me at the landing of the stairs, and

22    that's one of the Secret Service agents at the top of the

23    stairs who is assigned to the vice president's detail.

24    Q.  And can you circle yourself with the touch screen.

25    A.  (Witness complies)

1    Q.  Thank you.

2         Do you remember what you were doing around this

3    time?

4    A.  Yes, I had -- just prior to that I had run a route that

5    we deemed to be an appropriate route to take Vice President

6    Pence and his family to a more secure location.

7         Just prior to that I had actually run into some

8    unauthorized individuals on the first floor of the Senate

9    side of the Capitol who had, again, breached our security

10   perimeter, who were not authorized to be in the building for

11   this event.  And we just -- myself, along with Capitol

12   Police counterparts, had ensured that the path we needed to

13   take in order to get the vice president to the secure

14   location was clear of unauthorized individuals.

15        And then, you know, again, there were some back-

16   and-forth phone calls with just some of our personnel at

17   headquarters, and then we were letting the agents know, who

18   were inside the double doors there, just letting them know

19   that we were -- it was a good time to go.  It was a good

20   time to move the vice president while we had that window.

21   Because knowing that unauthorized individuals had made their

22   way into the Capitol building on the House and Senate side,

23   we were concerned that had we waited much longer, we would

24   have been trapped, for lack of better words, in the area

25   where we were at the current time.

1   Q.  Can you explain to the Court why the presence of those

2   unauthorized individuals on that particular day presented a

3   security risk, if it did.

4   A.  Sure.  The individuals who had breached the Capitol

5   Complex had not been screened by the Secret Service or

6   Capitol Police, meaning they hadn't gone through

7   magnetometers.  We weren't certain of their intentions that

8   day.  We weren't sure if they had weapons on them, if they

9   were there to cause harm to anybody.

10          Again, knowing that they had gone to the extremes

11   they had to get into the Capitol building, it was

12   concerning.  Not the type of people we would want around our

13   protectees when they had gone to such extreme measures to

14   access the Capitol.

15          MR. BARCLAY:  I'm just going to clear the screen.

16          Mr. Wise, can we play this to about 14 seconds.

17          (Video playing)

18          MR. BARCLAY:  Pause here.  Time stamp 2:26:02 p.m.

19   Q.  Who do you see in the center of the frame here?

20   A.  So you have Mrs. Pence right here; you have their

21   daughter, Charlotte; the vice president.  This is the vice

22   president's special agent in charge of his detail.

23          Again, some of the entourage staff will also be in

24   this clip, but if you proceed to play it, more Secret

25   Service agents.

1          MR. BARCLAY:  I'm just going to clear the screen

2     again.

3          Mr. Wise, can we play this through to the end.

4          (Video playing)

5          MR. BARCLAY:  We can take this down.

6     Q.  Was the vice president ultimately moved to a secure

7     location?

8     A.  Yes.

9     Q.  And without going into any specifics, where was that

10    secure location?

11    A.  So the location was not in the main Capitol building, if

12    you will, but it was still on the Capitol Complex and within

13    the original secure perimeter that we had established with

14    Capitol Police.

15    Q.  What's your understanding of what was happening with the

16    Electoral College certification at that time?

17    A.  So my understanding is --

18          MR. MACHADO:  Objection.

19          THE COURT:  Overruled.

20    A.  So aside from the -- what had taken place, meaning that

21    the senators and the House members had to separate based on

22    the objection to the state's vote, there was a halt in the

23    proceedings based on, again, these unauthorized individuals

24    and the security breaches.  And as we were moving the vice

25    president, there was also -- the other members of Congress

1    were being relocated, and the leaders were also being

2    relocated and taken to secure locations.

3    Q.  About how long was the vice president in the secure

4    location?

5    A.  Approximately five hours.

6    Q.  And did there come a time where the vice president

7    returned to the Senate Chamber?

8    A.  Yes.

9    Q.  And do you recall when that would have been?

10   A.  I want to say it was sometime between 7:00 p.m. and 8:00

11   p.m. on January 6th.

12   Q.  And what's your understanding of what happened when he

13   returned?

14          MR. MACHADO:  Objection; hearsay.

15          THE COURT:  Overruled.

16   A.  So when we returned back to the Senate Chamber area,

17   the vice president at some point went into his office and

18   then back over to the Senate Chamber to meet with the

19   senators.  And then I want to say a little before 9:00 p.m.

20   there was -- I guess decisions were being made that this was

21   going -- the proceeding, the certification of the Electoral

22   College votes, was going to continue as they were getting

23   members of Congress back into the House and Senate Chambers.

24          Prior to that, before they were all brought back

25   in, we conducted security sweeps in conjunction with

1    multiple federal, state, and local law enforcement

2    counterparts that had responded to the Capitol to assist

3    with ensuring that there were no unauthorized individuals in

4    what we had once determined to be our secure location, and

5    just to make sure that there were no weapons or anything of

6    harm that would, you know, cause harm to any of the senators

7    or members of the House of Representatives or anybody

8    involved in the event.

9           So once he got back into the Senate Chamber, his

10   office area, a little before 9:00, he proceeded again with

11   the senators back over to the House Chamber.

12   Q.  Would it have been advisable or recommendable for the

13   vice president to return to the Senate Chamber prior to

14   those security sweeps being conducted?

15   A.  No.

16   Q.  And is it your understanding that the certification of

17   the 2020 presidential election was ultimately completed?

18   A.  Yes.

19          MR. BARCLAY:  One moment, Judge.

20          Nothing further.

21          THE COURT:  All right.  Mr. Machado.

22          MR. MACHADO:  Thank you, Your Honor.

23                    CROSS-EXAMINATION

24   BY MR. MACHADO:

25   Q.  Good morning, ma'am.

1    A.   Good morning.

2    Q.   So just to start off, you don't know my client, I

3    presume.

4    A.   I do not.

5    Q.   You never had any contact with him on that day, correct?

6    A.   Not that I recall.

7    Q.   And you mentioned that at some point you ran into some

8    people who were causing a little trouble or ruckus.  And my

9    client was not one of those individuals, correct?

10   A.   There were quite a few of them, so I don't know that

11   that would be true or not true.

12   Q.   Do you recall anyone wearing a revolutionary war outfit?

13   A.   I do not.

14   Q.   Okay.

15        All right.  So with regard to the security

16   measures that took place, was there a -- was it -- I presume

17   it was kind of an evolving situation.  Would that be a

18   correct statement?

19   A.   Meaning what?

20   Q.   Well, originally you weren't having people breaching,

21   and so apparently certain actions needed to be taken to kind

22   of alleviate the situation.

23   A.   Yes.

24   Q.   Okay.  And as far as the steps that were taken, are you

25   aware of the role the U.S. Capitol Police or what they were

1    doing as the time progressed?

2    A.  I can't speak for all of the actions of the Capitol

3    Police, no.

4    Q.  Okay.  You indicated that there was concern because

5    there were people who had entered who had not been screened

6    yet?

7    A.  Correct.

8    Q.  Obviously that was a concern because people didn't know

9    what people had on them, including weapons.  Correct?

10   A.  Correct.

11   Q.  Do you know why there was not screening that was

12   occurring?

13   A.  My understanding is some of the unauthorized individuals

14   were breaking glass and coming through windows, breaking

15   doors open and, again, coming through the building in an

16   unruly and atypical manner.

17   Q.  But there were some who came in through doors and not

18   just breaking windows, correct?

19            MR. BARCLAY:  Objection; foundation.

20            THE COURT:  There was no authorized entry of the

21   public, right?

22            THE WITNESS:  That is my understanding, yes.

23   Q.  Okay.  Well, were there any individuals -- do you know

24   how the individuals entered from your personal knowledge?

25   Let's start with that.

1    A.   The information that I was receiving was that they were

2    breaching the Capitol main building through unauthorized

3    means.  Windows were being broken.  Doors were being pushed

4    open.  The breaches had started on the perimeter, and they

5    made their way up to the building.

6    Q.   And about what time did all that start?

7    A.   Well, I can't speak to the exact time it started, but

8    the first time I received knowledge of it was, again, about

9    1:15 p.m.

10   Q.   1:15 is when you first heard about breaches to the

11   building?

12   A.   Correct.

13   Q.   Okay.  Do you know when eventually the situation was

14   subsided and things returned back to, quote-unquote, normal?

15   A.   Things didn't return back to normal until -- again, we

16   were in a hold or so until sometime between 7:00 and 8:00

17   p.m. when we finished the security sweep.

18   Q.   Were you aware when Capitol Police were taking a

19   position of fighting or interacting with the people who were

20   entering, the unauthorized people?

21   A.   Yes.  My knowledge and from what I was hearing over the

22   radio, there was definitely knowledge of the Capitol Police

23   pushing back and trying to hold back the unauthorized

24   individuals from entering the building.

25   Q.   Did they become outnumbered or outpowered at some point?

```
 1    A.  Yes.

 2    Q.  And what happened at that point?

 3    A.  They were overpowered, and I think the breaches just

 4    became more intense.  I mean, they were entering more

 5    locations.

 6    Q.  Was there a concerted effort to not put -- because of

 7    the overwhelming number, to not put up -- to push back

 8    because of the overwhelming number?

 9    A.  I never received that information.

10    Q.  Okay.  Did you, in fact, hear that there were

11    individuals who had entered the building but Capitol Police

12    did not stop them?

13    A.  I don't know that I would have heard it in that manner,

14    no; that Capitol Police was not attempting to stop them, no.

15    Q.  Okay.  Were Capitol Police trying to control the

16    situation as far as where people were going?

17              MR. BARCLAY:  Objection; foundation.

18              MR. MACHADO:  If she knows.

19              THE COURT:  I didn't hear it.

20              MR. MACHADO:  If she knows if they were trying to

21    control where they were going.

22    Q.  If you know.

23              MR. BARCLAY:  Your Honor, you're overruling my

24    objection, I assume, for foundation?

25              THE COURT:  You can answer whatever you know.  You
```

1   weren't out there.

2   A.  Can you repeat the question?

3   Q.  Were the officials trying to control where the people

4   were going, the Capitol Police?

5   A.  That's my understanding, yes.

6   Q.  Okay.  And were they -- by controlling where they were

7   going, they were trying to keep certain areas protected from

8   being breached further?

9   A.  I can't speak to what areas they were, you know,

10  choosing to do what -- what means they were using or what

11  areas they were controlling more than others because I

12  wasn't with those Capitol Police officers.

13  Q.  All right.  I understand, although you've testified a

14  lot to a lot of things that the Capitol Police officers did

15  that you weren't privy to when the government was asking

16  questions, correct?

17  A.  Based on what I heard and what was conveyed to me over

18  the radio, yes.

19  Q.  So I'm asking kind of based on that similar information

20  whether you have any knowledge with regard to, you know, the

21  extent that they were controlling the direction of where

22  people were going?

23  A.  I mean, there may have been radio communications of

24  locations of where the individuals were, kind of updates, if

25  you will; you know, updates of, you know, what the status

1   was, location, you know -- but I would have -- I don't know

2   that I ever heard, you know, "We're trying to control them,"

3   or, you know, push them in one direction versus another.  I

4   don't know that it would have gotten that specific.

5   Q.  Okay.  It would be safe to say that not everyone was

6   being destructive on that day, to your knowledge?  Perhaps

7   unruly, perhaps even doing -- being where they shouldn't be,

8   but they weren't being disruptive; is that correct?

9              MR. BARCLAY:  Objection to personal knowledge.

10             THE COURT:  Overruled.  You can answer.

11   A.  I would not have gotten a -- I would have been passed

12   like an overall, "There is destruction being had."  I

13   wouldn't have gotten specific as "it's everybody" or "some"

14   or others.  I don't know that that information was passed.

15   Q.  So you don't know, frankly, whether Mr. Yoder was being

16   destructive, correct?

17   A.  I would not have that knowledge, no.

18   Q.  And you wouldn't have any knowledge about whether he was

19   being disorderly or marching or parading, correct?

20   A.  I wouldn't --

21   Q.  My client in particular.

22   A.  I would not.  I would have only known if there was

23   unauthorized individuals in the building and, again, in a

24   very general sense of the unruliness.

25   Q.  Now, to touch on the perimeters that we were talking

1    about.  These perimeters, there were some that are -- that

2    were created temporarily as far as bike racks, for instance;

3    is that correct?

4    A.  Correct.

5    Q.  Okay.  At some point are you aware whether protesters

6    actually knocked out the bike racks and charged through

7    them?

8    A.  Yes.

9    Q.  Okay.  And, in fact, at some point there was -- there

10   were no obstacles in order to be able to get into the

11   Capitol with regard to bike racks; is that correct?

12   A.  Meaning after the bike racks there were no obstacles

13   between --

14   Q.  After the bike racks got knocked over, suddenly the bike

15   racks are not part of that protection; is that correct?

16   A.  If the bike racks get knocked over, they are part of our

17   security perimeter that have been knocked over.  I mean,

18   they're still part of our security perimeter.  They just

19   have been --

20   Q.  Just not very effective once it gets knocked out of the

21   way, I assume.

22   A.  Sure.

23   Q.  And as I understand it, in the Capitol there are no

24   signs basically saying a person cannot enter through a

25   particular door, or something to that effect?

1    A.   That's incorrect.

2    Q.   Okay.  Where are those signs?

3    A.   There's various signs throughout that would say "For

4    Members Only."  For example, on the staircase that we use,

5    it is the member staircase, so there's a sign at the bottom

6    of those stairs that say, you know, it's for use by members

7    only.

8    Q.   Okay.

9    A.   So if you weren't a member of Congress, you were not to

10   use the staircase.

11   Q.   Well, I'm talking about -- you're talking about inside

12   the Capitol, correct?

13   A.   Correct.

14   Q.   Okay.  I'm talking about outside the Capitol.

15   A.   Okay.

16   Q.   Just in the doors coming in, is there a door that says

17   or any signs that say "Do Not Enter"?

18   A.   There are signs on the perimeter of the Capitol,

19   particularly where the snow fencing was or on barricades.

20   Wherever there's points where people are not allowed to

21   enter --

22   Q.   Right.

23   A.   -- there's a sign that will read that there is no entry

24   by order of the Capitol Police Board.

25            I think there are, again, points -- there's some

1        signage at the checkpoints where the magnetometers are.

2               So there's various signage on the exterior of the

3        Capitol building, yes.

4        Q.  Do you know whether on the west Capitol door, whether

5        there were any of those signs?

6        A.  On the west Capitol door?

7        Q.  Yes.

8        A.  I don't -- I couldn't tell you on that particular day,

9        no.

10       Q.  Okay.  Thank you.

11              MR. MACHADO:  Nothing further.

12                           REDIRECT EXAMINATION

13       BY MR. BARCLAY:

14       Q.  Inspector Hawa, we talked about the radio communications

15       that you were getting throughout the day.

16       A.  Yes.

17       Q.  To your knowledge, why was that particular information

18       being conveyed to you on January 6th?

19       A.  Because it was a concern that the secure perimeter was

20       being breached in the method that it was.

21       Q.  And was that as a result of your role as a U.S. Secret

22       Service agent and liaison that day?

23              MR. MACHADO:  Objection; leading.

24              THE COURT:  Overruled.

25       A.  The reason that we are assigned Capitol Police officers

1    when we have visits of our protectees to the Capitol is for

2    just that purpose; that if information is being passed to

3    the Capitol Police officers with regard to the Capitol

4    Complex, our counterparts can share that information with us

5    because we, as Secret Service agents, are not on the same

6    radiofrequency as the Capitol Police.

7              So in that instance, the information that was

8    being passed to the Capitol Police officer was relevant to

9    our security plan and the safety of the vice president of

10   the United States and his family.

11             MR. BARCLAY:  No further questions.

12             THE COURT:  You may step down.

13             Next witness.

14             MS. ROCHA:  The government calls Ronald Ortega,

15   Your Honor.

16             One moment, Your Honor.

17             (Pause)

18             THE COURT:  You can take your mask off when you're

19   on the stand.

20             THE WITNESS:  Thank you, Your Honor.

21                  CAPTAIN RONALD ORTEGA, Sworn

22                       DIRECT EXAMINATION

23   BY MS. ROCHA:

24   Q.  Good morning.

25   A.  Good morning.

1    Q.  Would you please introduce yourself to the Court and

2    spell your name for the record.

3    A.  Capitol Ronald Ortega; Ronald, R-O-N-A-L-D, Ortega,

4    O-R-T-E-G-A.

5    Q.  Captain Ortega, are you currently employed?

6    A.  I am.

7    Q.  Where do you work?

8    A.  With the United States Capitol Police.

9    Q.  What's your position with the United States Capitol

10   Police?

11   A.  I'm a captain with the United States Capitol Police.

12   Q.  How long have you been with the United States Capitol

13   Police?

14   A.  Approximately 15 years.

15   Q.  And what positions have you held within the Capitol

16   Police?

17   A.  I've been a police officer, special agent, sergeant,

18   supervisory special agent, lieutenant, and a captain.

19   Q.  And what are your job duties and responsibilities as a

20   captain?

21   A.  I am at the assistant commander level.  Currently I

22   supervise 400 employees.

23   Q.  What's the mission of the United States Capitol Police?

24   A.  To protect the Congress, its staff, family members, and

25   visitors to the Capitol and Capitol grounds.

1    Q.  Is the United States Capitol Police a federal agency?

2    A.  It is.

3    Q.  How is it different from the Metropolitan Police

4    Department?

5    A.  Metropolitan Police Department would be the primary law

6    enforcement entity inside the District of Columbia.  We're

7    specifically just in charge of the United States Capitol and

8    Capitol grounds.

9    Q.  Based on your experience with the United States Capitol

10   Police, are you familiar with the Capitol grounds and the

11   buildings?

12   A.  I am.

13   Q.  And that would include the interior and exterior?

14   A.  That is correct.

15   Q.  Okay.  I'd like to show you Government's Exhibit 101.

16          MS. ROCHA:  Mr. Wise, if you could please put up

17   101, please.

18   Q.  Do you recognize this, Captain Ortega?

19   A.  I do.

20   Q.  What is it?

21   A.  This is an overhead view of the United States Capitol.

22   Q.  And does this fairly and accurately depict what the

23   Capitol building looked like on January 6, 2021?

24   A.  It does.

25          MS. ROCHA:  The government would move to admit

1      Government's Exhibit 101.

2                  MR. MACHADO:  No objection.

3                  THE COURT:  Received.

4      Q.  Captain Ortega, could you explain to us what we're

5      looking at in terms of the cardinal directions of the map?

6                  So I guess we'll start with the north side.

7      A.  Yes, so the north would be the left side, which would be

8      the Senate side of the United States Capitol.

9                  The south side would be the House side, which is

10     the right of the photo, which would be the -- the House

11     would be the south side.

12                 The west would be the bottom of the photo, which

13     would be the West Front area.

14                 And then the east would be the top of the photo,

15     which would be the East Front area.

16     Q.  In the bottom of the photo on the west side, can you

17     describe for us what we're seeing at the bottom of the

18     screen.

19     A.  Yes, that would be the inaugural stage.

20                 MS. ROCHA:  Mr. Wise, if you could please pull up

21     Government's Exhibit 109.

22     Q.  Captain Ortega, do you recognize this?

23     A.  I do.

24     Q.  What is it?

25     A.  So that is a photo of the west side of the Capitol,

1   specifically looking at the inaugural stage.

2   Q.  And does it fairly and accurately depict what that

3   inaugural stage looked like on January 6, 2021?

4   A.  It does.

5          MS. ROCHA:  The government would move to admit

6   Government Exhibit 109.

7          MR. MACHADO:  No objection.

8          THE COURT:  Received.

9   Q.  Captain Ortega, can you walk us through on the stage

10  where the president and other dignitaries walk out from the

11  Capitol.

12  A.  Yes.  The center of the photo -- and I'll mark it on the

13  screen in red -- that would be the lower West Terrace door,

14  and during the inauguration you'll have the VIPs and the

15  president come out of the lower West Terrance door.

16  Q.  On January 6, 2021, was the stage, inaugural stage,

17  fully set up?

18  A.  It was not.  It was actually still under construction.

19  Q.  And what did it look like?

20  A.  It looked similar to this, again, but it was still a

21  construction site where you had areas like the scaffolding

22  area that was still under active construction.

23          MR. MACHADO:  Your Honor, I'm going to object

24  based on the testimony.  He's indicated that 109 is not a

25  fair and accurate representation of the way that it appeared

1   on January 6th now, and so I object based on his testimony

2   saying that it's not a fair and accurate representation on

3   January 6th.

4           THE COURT:  Overruled.

5           MR. MACHADO:  Thank you, Your Honor.

6           THE COURT:  Can you describe what the difference

7   was on January 6th?

8           THE WITNESS:  I think he may have misheard me.

9   This was still an active construction site, which, if you

10  look at this photo, it's still active construction.

11          When I'm referring to the scaffolding area, that

12  is the left side.  So this is an accurate photo of January

13  6th, so I apologize if you misheard me.

14          MR. MACHADO:  I withdraw my objection, Your Honor.

15  Thank you.

16  BY MS. ROCHA:

17  Q.  Captain Ortega, can you explain the difference between

18  what we're -- from our view --

19          THE COURT:  You mean added to this was the

20  scaffolding?  This looked like this on January 6th?

21          THE WITNESS:  That is correct.

22          THE COURT:  You just had scaffolding on top?

23          THE WITNESS:  Correct.  The scaffolding is

24  actually to the left of the photo, sir, so it actually is

25  depicted, Your Honor.

 1                THE COURT:  Okay.

 2   Q.  Captain Ortega, can you describe the difference between

 3   what we're seeing on the left side of the inaugural stage

 4   and the right side of the inaugural stage?

 5   A.  So on the left side you'll see the scaffolding area that

 6   actually has -- it's covered with a tarp versus the right

 7   side where you can actually see the open area.

 8   Q.  And for the inauguration, would it look like it does as

 9   depicted in 109?

10   A.  It would not.  During the inauguration, the whole set-up

11   and construction would be complete, so it would be a full

12   completed project by the inauguration.

13   Q.  Okay.  So just to recap, would Exhibit 109 depict how it

14   looked on January 6, 2021?

15   A.  It would.

16   Q.  Would it describe what it looked like on the

17   inauguration itself?

18   A.  With the difference being on the inauguration, the

19   construction would have been completed.

20   Q.  It would have looked different on the inauguration

21   itself?

22   A.  That is correct.

23   Q.  Okay.  Thank you.

24                MS. ROCHA:  Mr. Wise, you can take that down.

25   Q.  Captain Ortega, did you work at the Capitol on January

1    6, 2021?

2    A.  I did.

3    Q.  At that time what was your role with the United States

4    Capitol Police?

5    A.  At the time I was the assistant captain, assistant

6    commander for the Senate division.

7    Q.  And what were your role and responsibilities?

8    A.  So I was in charge of the Senate office buildings -- the

9    Russell, Dirksen, Hart buildings -- and the Senate grounds.

10   Q.  What time did you arrive for work?

11   A.  Approximately 0530 hours.

12   Q.  And when you started the day, what was your primary

13   responsibility?

14   A.  Again, specifically I was in charge of the Senate

15   buildings and Senate grounds to ensure that those areas were

16   going to be safe during the day.

17   Q.  What was scheduled to happen that day?

18   A.  The certification of the election.  It was going to be a

19   joint session of Congress.

20   Q.  Were there any scheduled VIPs to come to the Capitol

21   that day?

22   A.  There was.  Vice President Michael Pence was scheduled

23   to come to the Capitol that day.

24   Q.  Was the House scheduled to be in session?

25   A.  Yes, the House was scheduled to be in session.

1    Q.  And the Senate?

2    A.  The Senate was supposed to be in session as well.

3    Q.  Was the Capitol open to the public on January 6, 2021?

4    A.  It was not.

5    Q.  Why not?

6    A.  This was due to the COVID-19 issue.

7    Q.  Before COVID, was the Capitol open to visitors?

8    A.  Certain areas of the Capitol would be open to visitors.

9    Q.  What security measures -- we're talking the pre-COVID

10   time -- what security measures were in place for people

11   wanting to visit the Capitol?

12   A.  So for anyone visiting the Capitol, they'd have to

13   submit to security screening.  They'd have to go through

14   walk-through magnetometers.  They would have to submit their

15   bags into the x-ray machines.  They would also have to

16   submit themselves possibly to hand wand magnetometers and an

17   explosive detection device; their items could be screened

18   through that as well.

19   Q.  Members of the public, could they come into the Capitol

20   with large sticks?

21   A.  They typically are not.  It wouldn't be something

22   usually that's brought into the building.

23   Q.  How about a sword?

24   A.  That would not be acceptable inside the building.

25   Q.  Even if it was not real?  A replica, if you will?

1    A.  If it was an item that was considered a replica,

2    typically it's got to be cleared, and we're going to be

3    notified to that prior to that coming into the building.

4           But if someone were to bring something like that,

5    they would be stopped and investigated.  It would not be

6    something they would let through.

7    Q.  Walking back to January 6th, who was permitted to enter

8    the Capitol grounds on January 6, 2021?

9    A.  So it would be members of Congress, congressional staff.

10   Law enforcement would be able to enter the Capitol at that

11   time, Capitol grounds at that time.

12   Q.  What security measures were in place for those people

13   that were permitted to enter the Capitol grounds on January

14   6, 2021?

15   A.  So there were several different layers of security.

16   We had an outer perimeter around the Capitol Complex.  We

17   also -- if you were entering inside the buildings, you still

18   were going through security screenings to come in the

19   buildings.

20           MS. ROCHA:  Mr. Wise, if you could pull up

21   Government Exhibit 104.

22           THE COURT:  The building had been closed for how

23   long?

24           THE WITNESS:  At the beginning of the pandemic.

25   So I believe it was whenever the pandemic started.  I can't

1    remember the exact date.

2              THE COURT:  Like March of 2020?

3              THE WITNESS:  That sounds correct.

4              THE COURT:  About that time is when the building

5    itself closed for the public?

6              THE WITNESS:  That is correct, Your Honor.

7              THE COURT:  So it had been months that the Capitol

8    itself had been closed to the public?

9              THE WITNESS:  That is correct, Your Honor.

10             THE COURT:  January 6th wasn't any different than

11   all those months that it had been closed to the public?

12             THE WITNESS:  That is correct, Your Honor.

13             THE COURT:  That didn't suddenly spring up that

14   day?

15             THE WITNESS:  That is correct.

16   Q.  Captain Ortega, are you able to view your screen?

17   A.  I am.

18   Q.  Do you recognize what's pulled up on there?

19   A.  I do.

20   Q.  What do you recognize it to be?

21   A.  That would be the perimeter that was around the United

22   States Capitol during January 6, 2021.

23   Q.  And is it a fair and accurate depiction of that

24   perimeter?

25   A.  It is.

```
 1              MS. ROCHA:  The government would move to admit

 2    Government Exhibit 104.

 3              THE COURT:  What was the number?

 4              MS. ROCHA:  104, Your Honor.

 5              THE COURT:  All right.  It's received.

 6    Q.  Captain Ortega --

 7              MS. ROCHA:  I lost it on my screen.  There we go.

 8    Q.  -- can you describe to us what we're looking at in the

 9    photo?

10    A.  Again, that is the perimeter we had around the United

11    States Capitol.

12    Q.  What's the -- do you see the red line?

13    A.  I do.

14    Q.  What is that?

15    A.  So the red line would have consisted of either snow

16    fencing or bike rack that we utilized to set the perimeter.

17    Q.  Okay.  Who set the perimeter?

18    A.  So our security services bureau sets the perimeter with

19    the Architect of the Capitol, who will lay out the snow

20    fencing or the bike rack.

21    Q.  And why was that perimeter set?

22    A.  So you had two different functions.  Some of the

23    perimeter had initially been set for the West Front, closed

24    it down because of the set-up of the inaugural stage.  It's

25    an active construction zone.
```

 1          But then also for the event that was happening on

 2     January 6, 2021.

 3     Q.  And who could pass within this area in the red line in

 4     the perimeter to go inside what's inside the red area?

 5     A.  Again, that's going to be limited to members of

 6     Congress, congressional staff, Architect of the Capitol

 7     employees, and law enforcement.

 8          MS. ROCHA:  Mr. Wise, if you could please pull

 9     that down and pull up Government's Exhibit 105.

10     Q.  Captain Ortega, do you recognize this photograph?

11     A.  I do.

12     Q.  What is it?

13     A.  So we're looking at the West Front.  You see part of the

14     snow fencing with one of the "Area Closed by Order of the

15     United States Capitol Police Board" signs.

16          In the back, you're going to see three police

17     officers that are posted.  And behind that you're going to

18     see an additional line of fencing with the little white

19     dots, which are also those "Area Closed by Order of the

20     United States Capitol Police Board" signs.

21     Q.  And is that a fair and accurate depiction of what those

22     signs and the fencing looked like on January 6, 2021?

23     A.  It is.

24          MS. ROCHA:  The government would move to admit

25     Government Exhibit 105.

1          MR. MACHADO:  No objection.

2          THE COURT:  Received.

3          That's the fencing that would have been where the

4     red line was?

5          THE WITNESS:  That is correct, Your Honor.

6     Q.  And I think you mentioned this, but just to kind of make

7     sure that I followed you correctly, can you describe

8     furthest to the left what that sign indicates?

9     A.  So the sign says "Area Closed by Order of the United

10    States Capitol Police Board."

11    Q.  And what is that sign used for?

12    A.  It's used to notify the public that you are not to enter

13    this area; that it is closed.

14    Q.  And then on the lawn we see some figures in black.  Are

15    you able to identify who that is?

16    A.  Those are our police officers who were posted.

17          MS. ROCHA:  Mr. Wise, if you can please pull up

18    Government's Exhibit 106.

19    Q.  Captain Ortega, do you recognize this photo?

20    A.  I do.

21    Q.  What is it?

22    A.  Again, that's another view from the West Front.  You'll

23    see the snow fencing with the "Area Closed" signs.  And

24    behind that you'll see police officers that are posted on

25    the West Front.

1          MS. ROCHA:  The government would move to admit

2    Government Exhibit 106.

3          THE COURT:  Received.

4    Q.  Captain Ortega, going back to you and your day on

5    January 6th --

6          MR. MACHADO:  Your Honor, was it indicated to be a

7    fair and accurate representation?

8          MS. ROCHA:  Oh, I'm sorry.  Thank you.

9          MR. MACHADO:  Objection; foundation.

10          MS. ROCHA:  Sure.  I'm happy to ask the question.

11   Q.  Is it a fair and accurate depiction of what the area

12   looked like on January 6, 2021?

13   A.  It is.

14          MS. ROCHA:  The government would move to admit.

15          MR. MACHADO:  No objection.

16          THE COURT:  It's received.

17   Q.  Where did you originally report for work on January 6,

18   2021?

19   A.  At Capitol Police headquarters at 119 D Street

20   Northeast.

21   Q.  And what did you do when you arrived?

22   A.  So initially I prepared for the day.  I remember I went

23   to our roll call room, set up live stream cameras in the

24   roll call room for our police officers that were going to be

25   working that day so I can give them an idea what to expect.

1          The live stream was capturing the folks that were

2     recording what was going on at the Ellipse, so I had those

3     streaming in the roll call room.

4          I then met with my supervisor at the time,

5     Inspector Amy Hyman, and we went inside of her patrol

6     vehicle and patrolled Capitol grounds.

7          MS. ROCHA:  Mr. Wise, if you can pull back up

8     Government Exhibit 104.

9     Q.   Captain Ortega, can you describe where you patrolled?

10    A.   Yes.  So I went around the entire Capitol square.

11         If you want to look at this map, I left from --

12    from this corner here, from my X.  You can start there.  So

13    from Con Avenue to First Street down to Independence,

14    westbound on Independence, back to First Street, going north

15    again to Constitution Avenue, back up to Constitution

16    Avenue.

17         I did the perimeter there around the Capitol

18    square.  I went through our other Senate offices and

19    buildings, and patrolled just the Capitol grounds so I could

20    have a fair idea of what was going to be going on that day.

21    Q.   Okay.  And what did you observe when you patrolled?

22    A.   So several things.  I observed the crowd.  I observed

23    specifically our Capitol Police perimeter.

24    Q.   And what did you observe about the perimeter?

25    A.   I observed that it was in place, that I had, you know,

1     the bike rack, I had the snow fencing, which was in place

2     around the Capitol perimeter.

3     Q.  After you patrolled, what did you do next?

4     A.  So I remained on patrol until the speech was beginning

5     from President Trump.  From there I responded back to

6     headquarters and watched the speech from my office.

7     Q.  At some point did you deploy?

8     A.  I did.  At approximately -- it was between 12:50, 12:53

9     hour, there was a call for the breach on the Penn Avenue

10    walkway -- that's the Pennsylvania Avenue walkway -- and

11    there was a call for all available units to respond out

12    there.

13          So at that point I left Capitol Police

14    headquarters, entered the Dirksen Building; and from the

15    Dirksen building I took the Senate subway, which is an

16    underground train -- subway system to the United States

17    Capitol.  At that point I get to the United States Capitol,

18    and I exit out of a law library door which is on the --

19    which took me to the East Plaza of the United States

20    Capitol.

21          From there, when I got to the East Plaza, I was

22    able to observe that the bike rack was still in place;

23    however, there was a huge crowd that was in front of me on

24    the East Plaza.  They were still behind the bike rack at the

25    time.

1          I noticed my police officers were congregating.

2     They were really close to each other.  So I started on the

3     south side of the perimeter closest to the House side of the

4     East Plaza, walked around, grabbed the police officers and

5     spread them out across the fence telling them, "Hey, there's

6     a huge crowd in front of us.  Please make sure we're

7     controlling the whole fence."

8          So I spread them out.  I made my way until I got

9     to the north side, which would be the Senate side of the

10    East Plaza, when one of the officers grabbed me and said,

11    "Captain, we don't need you here.  We need you on the West

12    Front."

13         So at this point I decide to respond to the West

14    Front.  I went from the Upper West Terrace side of the West

15    Front, and when I got to the top of the Upper West Terrace,

16    I was able to observe the West Front in front of me.

17         At this point the breach had already occurred on

18    Penn Avenue walkway, and I was able to observe a large crowd

19    starting to fill up the West Front of the U.S. Capitol.  And

20    I could see -- as the crowd was coming in, I could look down

21    Pennsylvania Avenue and just see the enormous amount of

22    people that were still coming from the end of Pennsylvania

23    Avenue, which would be where the White House is, onto the

24    Capitol grounds.

25         At that point, I walked down from the Upper West

1    Terrace down these stairs near the scaffolding, and then

2    responded to the inaugural stage.

3            Once I got to the inaugural stage, I -- below me

4    is the area called the Lower West Terrace, and I observed my

5    police officers from the Senate division.  This was part of

6    our civil disturbance squad or unit.  They were the first

7    officers to respond out there for the breach, and they were

8    already engaged in combat with the protesters as they

9    breached our perimeter.

10           At this point my officers were being struck by the

11   protesters with flags.  They were getting sprayed with some

12   sort of orange liquid.  They were getting punched.  A few of

13   them were trying to decon each other with bottles of water

14   to their eyes.  They're getting things thrown at them.

15           From there I attempted to find a way to get down

16   to my police officers.  I was almost in like a state of

17   panic trying to get to them.

18           I walked to the right-hand side back to the

19   scaffolding, because there's a doorway that can get you down

20   to them.  And as I ran in there, an officer runs into me, a

21   female officer runs into me, and she had just got sprayed

22   with some sort of chemical liquid.  She's crying really

23   hard.  So I grab her.  I grab a bottle of water to wash out

24   her eyes.  She's screaming.  And I'm trying to calm her down

25   telling her, "It's fine, it's fine, just go back out there.

1    Let's go back into the fight."

2              MR. MACHADO:  Objection, Your Honor; hearsay.

3              THE COURT:  Overruled.

4    A.  "I can't go out there.  I can't do it."

5              I said, "Well, what's wrong?"

6              She says, "No, I haven't told anyone, I'm

7    pregnant."

8              So I grab her and I said, "Well, just go back into

9    the detail office.  Just tell them Captain Ortega sent you.

10   You don't have to tell them why.  Just go in there and lock

11   yourself in the detail office."

12             MR. MACHADO:  Objection.  Objection to this

13   testimony pursuant to Rule 403.

14             THE COURT:  Overruled.

15   A.  From there, I ended up in the scaffolding.  And I get to

16   the bottom of the scaffolding, and there's a doorway there.

17   And outside the doorway there are a bunch of protesters that

18   are preventing us from exiting there.

19             And at this time slowly the protesters figured out

20   that they could get under the scaffolding, because there was

21   a tarp, and they start coming under the scaffolding --

22             MR. MACHADO:  Objection; speculation, Your Honor.

23             THE COURT:  Overruled.

24   A.  They start coming into the scaffolding, and I grab

25   officers.  We respond, and we try to make -- I personally

1    try to make contact with the group as they're coming through

2    to try to get them to stop from breaching our perimeter and

3    coming into the scaffolding.  With that I met with some sort

4    of orange spray that was thrown at my face.

5           They slowly start coming through, and I'm engaging

6    in physical combat with them, fist fights.  They're throwing

7    different things at us.  There are chemicals.  They're

8    engaging in physical combat with us.  They're hitting us

9    with different items.

10          The scaffolding itself was an active construction

11   zone.  There were AoC employees that were working on it that

12   morning when they had to be evacuated with the initial

13   breach.  When they left, they left all their tools there.

14   So as we were engaging with the protesters that are in the

15   scaffolding at the time, we had hammers and different items

16   fall from the sky that the protesters started utilizing.

17          I had one individual come after me with a hammer.

18   And I remember telling them at the time, "If you pick up

19   that hammer, I'm going to fucking shoot you.  If you pick up

20   the hammer, I'm going to fucking shoot you."

21          He picks up the hammer and continues to come after

22   me.  However, there's no way I'm going to be able to get a

23   close-quarter shot off like that with the amount of officers

24   that were there, with the amount of crowd that was still

25   there at the time.  So at the transition to grabbing my

1    pepper spray and pepper spray him where he drops the hammer,

2    he eventually runs back into the crowd.

3           In between there -- fighting in the scaffolding --

4    I'm also managing the landing area right next to the

5    scaffolding, because we had the protesters who were coming

6    up the railing at us.  So I have to utilize my less than

7    lethal team to deploy the pepper balls and different items

8    at them to try to prevent the crowd from coming up.

9           In between there, again, in the scaffolding,

10   they're engaged in more combat with them until at some point

11   I know I got sprayed with some sort of chemical again in my

12   eye.  I remember being completely blinded and having to go

13   up the stairs as the crowd is starting to surround us at

14   this point.

15          I get back to the Upper West Terrace.  Inspector

16   Amy Hyman grabs me, introduces me to Sergeant Sanchez, who

17   then at this point starts cleaning out my eyes with water to

18   try to decon my eyes.

19          I remember at that point we were told that we had

20   back-up from United States Park Police that arrived, that

21   their SWAT team had arrived.  I remember one unit did show

22   up.  He was wearing a green SWAT uniform.  I talked to him

23   and asked him where his team was.  He said, "Oh, it's just

24   me."

25          MR. MACHADO:  Objection, Your Honor; hearsay.

1          THE COURT:  About what time was this?

2          THE WITNESS:  I don't have the exact time, sir.

3     Everything just flowed the entire time, I'll be honest with

4     you, where I didn't look at my watch as we were going

5     through these things.  I just -- you know, I'm fighting with

6     folks.  I'm trying to lead my officers, and I'm dealing with

7     these things.  And honestly, the radio is haywire to the

8     point even when they're calling out the call signs you can

9     barely hear it because of how loud the crowd was.

10          In between there, again, as I was stating before

11    on the landing, as the crowd's coming up, we're getting

12    things pelted at us.  Cans of food, frozen water, anything

13    that the crowd could find on the ground was being thrown at

14    us.

15          But, again, back to where I was.  When I got to

16    the Upper West Terrace and I engaged with the Park Police,

17    there was one, and he had a long gun.  And at this point the

18    crowd was starting to overrun us at the bottom, so I told

19    him to get out of here.  I said -- I was, like, "If the

20    crowd surrounds us, your long gun's gone.  Go.  I can't have

21    you up here."

22          From there, after I spoke to the Park Police

23    officer, I noticed to my right there were two officers that

24    were face down on the ground, and I ran to them.  They

25    weren't moving.

1          MR. MACHADO:  Your Honor, objection to the

2     narrative.

3          THE COURT:  I'll stop there.  This is all on the

4     scaffolding on the West Front?

5          THE WITNESS:  This is a mix on the West Front from

6     the scaffolding, the railing, and then back up to the Upper

7     West Terrace where I'm at now in my story.  So it's all in

8     the kind of triangular location.

9          THE COURT:  All around the West Front there?

10         THE WITNESS:  Correct, sir.

11         MS. ROCHA:  Mr. Wise, can you pull up Government

12    Exhibit 101.

13         THE COURT:  Let's take what will be our morning

14    recess, and we'll take about ten minutes.

15         MS. ROCHA:  Okay.  Thank you.

16         (Recess taken)

17         MS. ROCHA:  I think we need a moment to get

18    everybody together.

19         THE COURTROOM DEPUTY:  We just need to get the

20    defendant, Your Honor.

21         (Pause)

22         MR. MACHADO:  My apologies, Your Honor.  My client

23    should be returning from the restroom soon.

24         (Pause)

25         MR. MACHADO:  Thank you for the Court's

1      indulgence.  My client is back, Your Honor.

2                  THE COURT:  You may proceed.

3                  MS. ROCHA:  May I continue, Your Honor?

4                  Mr. Wise, if you can please pull up Government

5      Exhibit 101.

6                  THE COURT:  I'm sorry, going back to that

7      timeline, that would have been -- you responded after you

8      had listened to Trump's remarks, so that would have been

9      around the noon timeframe?

10                 THE WITNESS:  So at around 12:53 -- 12:50, 12:53

11     hours when the initial breach occurred, and the President's

12     speech was still going on at that time.

13                 THE COURT:  So it was after that point?

14                 THE WITNESS:  Yes, so I probably got out there

15     around 1300, 13 -- 1:00 p.m., 1:10 hours.

16                 THE COURT:  It was around that time frame

17     anyway --

18                 THE WITNESS:  Correct.

19                 THE COURT:  -- when this, what you were just

20     testifying about, occurred?

21                 THE WITNESS:  Correct, sir.

22     BY MS. ROCHA:

23     Q.  Captain Ortega, can you describe on 101 where the area

24     was that you were just talking about.

25                 I think before the break you mentioned to the

1    Court that you were talking about what was occurring in a

2    couple of different areas, but it sounded like close by?

3    Can you show us what you meant by that?

4    A.   Correct.   (Indicating)

5           So right here is the Upper West Terrace.  I was

6    trying to do a UWT, but I'm having issues here.  This X

7    right here would be the scaffolding area, and this area on

8    the left of that would be the landing area, specifically the

9    banister railing area where the protesters were climbing up.

10   Q.   Okay.  I'm going to just clear this because I'm going to

11   show us some different spots.

12          After you were in that area, did you go anywhere

13   else?

14   A.   Correct.  So, again, I was at the Upper West Terrace

15   where I observed those two officers.  I helped get those two

16   officers up off the ground.  They had been hit with some

17   sort of chemical agent.

18          I grabbed the water, cleaned both of their eyes

19   out, picked them up and told them, "You gotta go.  You gotta

20   go.  They're coming.  They're coming."

21          I got them up, and I pushed them off to the House

22   side.

23          At that point I responded back to the Upper West

24   Terrace area, particularly that stairwell, and the

25   protesters at this point were going up the stairs, and my

1    officers had set up one last set of bike rack to kind of

2    prevent them from coming up at this point.

3           The protesters were able to get through the bike

4    rack, and at this point they got to the Upper West Terrace.

5    I gave the order at that point to the officers to lead the

6    group back around to the East Front.

7    Q.  Can you describe where in the East Front that was?

8    A.  Correct.  So I had them walk across the Upper West

9    Terrace following this line and go back to the East Front,

10   the East Plaza, in that area.

11          At the time I wasn't aware that the East Plaza

12   perimeter had collapsed.

13   Q.  And did you go to that area that you described that you

14   kind of like walked through with the map?  Did you go there

15   as well?

16   A.  Correct.  Eventually I did.

17          As I was walking in that area, trying to lead the

18   protesters in that area, I had observed one of my police

19   officers who had been still over at the stairwell.  He had

20   completely been surrounded by the crowd, and he disappeared

21   in the crowd.

22          So at that point I ran and jumped into the crowd

23   to where he was.  And he had been trying to get -- he had

24   bottles of water that he was handing out.  And I asked him,

25   "What are you doing?"

1        He said, "I'm trying to get them away from my

2    bike."  He was a mountain bike officer, and he was trying to

3    get them away from his mountain bike.

4        At that point I grabbed him, I pulled him out of

5    the crowd, and I handed him off to Sergeant Lukaszewicz, who

6    was posted closer to the Upper West Terrace door.

7        At that point -- I did respond back to the East

8    Front plaza at that point.

9    Q.  And then did you remain on the East Front side of the

10   Capitol for some time?

11   A.   Temporarily.  Once I got to the East Front plaza, there

12   was several skirmishes that broke out at that point.  One of

13   my officers did detain some individual, and after cleaning

14   up that situation, I ended up at the Senate carriage door.

15       I was approached by one of our civil disturbance

16   officers -- sorry, sergeants -- who informed me, "Captain,

17   we have shields.  What do you want us to do with them."

18       At that point I had the officers put on the

19   shields starting from, I would say, the south side of the

20   Senate carriage door, and put the shields up to create a

21   perimeter around the Senate carriage door to prevent more

22   protesters from trying breaking into the Capitol.

23       At some point during that time there was a call

24   for shots fired on USCP dispatch.  When that "shots fired"

25   call came out, it was "shots fired," and then they said,

1    "no, they didn't," and then again "shots fired" occurred.

2              At around that same point there was another call

3    on the radio, a USCP dispatch, that advised that there was a

4    breach in the Senate subways.  And if there's a breach in

5    the Senate subways, that means now the protesters are going

6    to get access into the buildings on the Senate side.

7              So my concern was that I am the assistant command

8    to the Senate division, and my supervisor, Inspector Amy

9    Hyman, who was the commander of the Senate division, we were

10   both out there on the East Front.  At that point I said, "We

11   got to get back to the buildings" to her.  "We have to go

12   take command of our buildings."

13             So Inspector Hyman asked me, "So how are we going

14   to get back there?"

15             We couldn't get back into the Capitol because of

16   the lockdown at the time.  So I told her, "We have to go

17   through the crowd," which is going to be on the East Plaza.

18   So I told her to "Grab my -- the back of my gun belt, dig

19   your head into my back."

20             And at that point I led us through the crowd on

21   the East Plaza back going northbound back towards the

22   Russell building.  And as we are going through the crowd,

23   they're pushing.  They're screaming at us.  There's some

24   people saying, "We backed you.  Why don't you back us now?"

25   A lot of fuck you's.  A lot of different things, being spit

1    at.

2            And then I made it -- we made my way through the

3    crowd until I got us to the Russell building.  And then we

4    entered through the --

5            MR. MACHADO:  Your Honor, object to the narrative

6    again.

7            THE COURT:  Overruled.  Go ahead.

8    A.  Then we entered through the Russell building.

9            At that point I go down to the Senate subway.  I

10   speak to my officers that are down in the Senate subway.

11   They said, "We have not had anyone breach our building at

12   this point."

13           And at that point there were certain -- there was

14   relocation of senators beginning at that point, and I

15   assisted in that process.

16   Q.  Captain Ortega, what were you wearing that day?

17   A.  At that -- during that day I was wearing my dress blue

18   uniform; so I was wearing my blue pants, my white command

19   shirt, my tie, my cruiser jacket, and a fleece hat the

20   department issues.

21           Unfortunately I did not wear any -- have any civil

22   disturbance gear to protect me from the crowd during that

23   day.

24   Q.  I think you briefly started to talk about relocation.

25   Did you assist with relocation efforts?

1    A.  I did.

2    Q.  Can you briefly describe what that involved.

3    A.  I can briefly touch on it, but it was making sure the

4    senators were going to be protected in a place by securing

5    an area for them, ensuring they were all accounted for, and

6    then eventually safely bringing them back at the end of the

7    day back to the Senate when the Capitol had been cleared.

8    Q.  And why were you relocating them?

9    A.  Because the Capitol had been breached at this point, the

10   actual building was breached; and in order to protect them,

11   we had to get them out of there and set up a relocation site

12   for them.

13   Q.  Fair to say you were all over the Capitol that day?

14   A.  During that day I wasn't back into the -- I didn't go

15   into the interior of the Capitol until I brought the members

16   back.

17          MS. ROCHA:  Mr. Wise, if you can pull up

18   Government Exhibit 102, please.

19   Q.  Captain Ortega, do you recognize this?

20   A.  I do.

21   Q.  What is it?

22   A.  These are schematics of the first floor of the United

23   States Capitol.

24   Q.  And is it a fair and accurate schematic of the building?

25   A.  It is.

1          MS. ROCHA:  The government would move to admit

2     Government Exhibit 102.

3          MR. MACHADO:  No objection.

4          THE COURT:  Received.

5     Q.  Captain Ortega, are you familiar with the Senate Wing

6     Door?

7     A.  I am.

8     Q.  What is that?

9     A.  So the Senate Wing Door is actually a fire exit, a fire

10    door, which is only to be utilized as an emergency exit --

11    Q.  Okay.

12    A.  -- in the U.S. Capitol.

13    Q.  Where is the Senate Wing Door?

14    A.  Would you like me to mark it on the screen?

15    Q.  Yes, please.

16    A.  (Witness complies) It would be in that general area.

17    Q.  And I think you said it was a fire exit?

18    A.  That is correct.

19    Q.  And what does that mean?

20    A.  So it's only to be utilized during emergency situations.

21    It has a crash bar, so you have to push on the bar to open

22    it for approximately 30 seconds.  And when it does open,

23    it's letting out a very loud beeping noise.

24          MS. ROCHA:  I'll clear this.

25    Q.  Are you familiar with --

```
 1              MS. ROCHA:  And, Mr. Wise, you can bring it down.
 2    Q.  Are you familiar with CCV cameras?
 3    A.  Do you mean CCTV cameras, ma'am?
 4    Q.  Yes, yes, Captain Ortega, thank you.  CCTV cameras.
 5    A.  I am.
 6    Q.  And how are you familiar with them?
 7    A.  I have utilized them in my duties as a Capitol Police
 8    employee.
 9    Q.  What does CCTV mean?
10    A.  Closed-circuit, and CCTV would be closed-circuit
11    television.
12    Q.  Who controls the cameras?
13    A.  So typically on the day-to-day it's going to be
14    controlled by the watch commander's office of the United
15    States Capitol Police.
16    Q.  And why are they there?
17    A.  They are what we call a force multiplier.  It gives us
18    the ability to look at Capitol grounds, to have a bird's eye
19    view of the Capitol building and Capitol grounds without
20    having a police officer staged in that area.
21    Q.  And does it capture audio?
22    A.  It does not.
23    Q.  And does it capture -- are there cameras that capture
24    the interior and exterior of the Capitol?
25    A.  Yes.  It captures both.
```

 1   Q.  In preparation for your testimony, did you and I -- and

 2   in other testimony have you also reviewed footage from

 3   January 6th from the CCV cameras?

 4   A.  That is correct.  I have.

 5   Q.  Okay.  I'd like to show you what I understand has been

 6   previously -- I believe it's previously admitted by

 7   stipulation, Government Exhibit 201.  It's a video, but I

 8   don't think we're going to play it.

 9           MS. ROCHA:  Mr. Wise, if you can just pull it up

10   to show the very beginning.

11           You can just pause.

12   Q.  Captain Ortega, do you recognize this?

13   A.  I do.

14   Q.  What is it?

15   A.  That's footage of the Senate Wing Door.

16   Q.  And if we can --

17           THE COURT:  Stop there for a minute.

18           Explain for me just where this is.

19           THE WITNESS:  So this would be on the first floor

20   of the U.S. Capitol on the Senate side of the U.S. Capitol.

21           THE COURT:  On the Senate side?

22           THE WITNESS:  That's correct, sir.

23           THE COURT:  And this -- is that the West Front or

24   East Front, or what is that over there?

25           THE WITNESS:  So the way they're entering, that

1        would be from the West Front, sir.

2                  THE COURT:  West, okay.

3                  So the people climbing in there are coming from

4        what?

5                  THE WITNESS:  They are coming from the West Front.

6        So they are at the -- I'm sorry, the Upper West Terrace of

7        the West Front.

8                  THE COURT:  So they're coming in from the terrace?

9                  THE WITNESS:  Correct, sir.

10                 THE COURT:  Okay.  I had a case where this -- I

11       saw this same video, I guess, or a similar video, same

12       vantage point.  In the video I had in the other case, they

13       were breaking in this window, and then my defendant was --

14       came walking in this door, and it's been shown recently on

15       TV again as though the police waved them in.

16                 They stood aside because they'd been overwhelmed,

17       the two officers who remained at the door had been

18       overwhelmed, and it wasn't like they were voluntarily

19       standing aside.  But my guy had gone on TV and said at the

20       time that he was waved in by the police, and I knew that I

21       had seen his picture on the front page of the *Washington*

22       *Post* at the time.  He's saying this on TV, and he's pleading

23       guilty before me, and I knew I had seen his picture on the

24       front page of the *Washington Post* at the time with these

25       people climbing in the window at the same time he's saying

1      he's waved in by the police.

2              So I questioned him about whether he knew what was

3      going on.  Obviously he knew what was going on.

4              It's quite a little interesting picture here

5      though.  This is the same scene.

6              This is a little later because the picture I had

7      was the very first people coming in.  But this is the same

8      place then?

9              THE WITNESS:  That would be correct, sir.

10             THE COURT:  And that's the West Front.  Okay.

11             And that's the door.  Okay.

12             But, I mean, even these people then, they can't be

13     walking through that door without knowing there are people

14     climbing in through the window right there.  Hardly an

15     authorized entry through that door.

16             THE WITNESS:  That's correct, Your Honor.

17             THE COURT:  All right.  I got it.  Go ahead.

18     BY MS. ROCHA:

19     Q.  Captain Ortega, can you describe what's going on in the

20     very top left-hand corner of what we're seeing, where it

21     says Wednesday, January 6th?

22     A.  Are you talking at the top right?

23     Q.  Yes, yes, yes.

24     A.  So that would be Wednesday, January 6, 2021, 3:10 and

25     five seconds p.m., and that's the time stamp.

```
1              THE COURT:  That's the 3:10?

2              THE WITNESS:  Yes, sir.

3              THE COURT:  And they're climbing through the

4    window still then.  Hmm.

5              I don't know.  I don't know -- that picture I had

6    in evidence in the other case, I don't know what the time

7    was.  I'll go back and look.  I probably still have the

8    evidence.

9              MS. ROCHA:  That's why we're all here, Your Honor.

10   Q.  So, Captain Ortega, just to recap, this is the inside of

11   that area that you had identified in the prior map, which I

12   believe is Government 102, that you had circled that area of

13   the Senate Wing Door?

14   A.  That is correct.

15             THE COURT:  This is 3:10.  This is still going on

16   like this?

17             THE WITNESS:  That is correct, Your Honor.

18             MS. ROCHA:  Mr. Wise, if you can take this down

19   and pull up Government Exhibit 203, which I also believe --

20             THE COURT:  And we'll ask the officer here.  Are

21   there any officers in sight there?

22             THE WITNESS:  If you look at the bottom of the

23   photo, you're going to see Capitol Police officers with the

24   riot helmets on.

25             Bottom left of the photo and then bottom right of
```

1    the photo as well.

2              THE COURT:  Oh, here, okay.  Oh, I see.

3              He's hardly in a position to wave anybody in or

4    try to prevent anybody from coming in at that stage, right?

5              THE WITNESS:  Correct, sir.

6              THE COURT:  Officers having just been beaten up

7    outside.

8              THE WITNESS:  For a long time they had been.

9              THE COURT:  Okay.  Go ahead.

10              MS. ROCHA:  Thank you.

11    Q.  Captain Ortega, do you recognize what we're seeing here?

12    A.  I do.

13    Q.  What is it?

14    A.  So this is a camera view inside of the Crypt, which is

15    the first floor of the U.S. Capitol.

16              THE COURT:  What exhibit number is that?

17              MS. ROCHA:  This is Government Exhibit 203, Your

18    Honor.

19              THE COURT:  203.

20    Q.  Captain Ortega, why does this view look -- or let me

21    take a step back.

22              This has been previously admitted, but this is

23    also CCTV footage?

24    A.  It is.

25    Q.  Why does this look different than what we saw before?

1   A.  So it is a different lens.  I believe it's referred to

2   as a fisheye lens or fish lens, fishbowl lens, and it's just

3   a different lens for the camera.

4             THE COURT:  Is the Crypt sometimes called Statuary

5   Hall, or is that something different?

6             THE WITNESS:  Statuary Hall is a different place,

7   sir.

8             THE COURT:  So this is called the Crypt?

9             THE WITNESS:  Yes, sir.  So Statuary Hall would be

10  on the second floor of the Capitol just outside of the

11  Rotunda.

12            THE COURT:  Uh-huh.  And this is called the Crypt?

13            THE WITNESS:  Yes, sir.

14            THE COURT:  What is it?

15            THE WITNESS:  So I don't know the background of

16  why it's called the Crypt, but it is an area where -- the

17  center of it's technically -- when they bring the tours

18  around, the center of it is actually supposed to be the

19  center of Washington, D.C.  But inside of it is different

20  statues.  There's different things that tourists can look

21  at, like models of D.C. that are in the Crypt in the

22  Capitol.

23            THE COURT:  Oh.

24  BY MS. ROCHA:

25  Q.  Captain Ortega, are you aware of what's on the floor

1     above the Crypt?

2     A.   I am.

3     Q.   And what is that?

4     A.   So above the Crypt on the second floor would be the

5     Rotunda of the U.S. Capitol.

6     Q.   So this is the floor below, essentially?

7     A.   That is correct.

8     Q.   Okay.  And how do you recognize this as the Crypt?

9     A.   Again, there's several different things that remind me

10    that it is the Crypt:  the statues, the pillars that are

11    there, and then, most importantly, the floor.  The Crypt has

12    a specific-looking floor that always is a telltale sign for

13    me to know it's the Crypt.

14          MS. ROCHA:  Mr. Wise, can you pull up Government's

15    Exhibit 403, which I also believe was admitted by

16    stipulation.

17          I'm sorry, 405.  Sorry.  I gave you the wrong

18    exhibit.

19    Q.   Captain Ortega, do you recognize what's happening in the

20    background or the area where this photograph was taken?

21    A.   I do.

22    Q.   What do you recognize it to be?

23    A.   So I recognize that this is again -- this is inside of

24    the Crypt of the U.S. Capitol.  I can tell from the statues.

25    I can tell from the flooring.

1          In the background, you have three police officers

2     that are posted there.

3     Q.  Do you know what kind of law enforcement officers they

4     are?

5     A.  Those are United States Capitol Police officers.

6          MS. ROCHA:  And, Mr. Wise, if you can also pull up

7     Government Exhibit 406.

8     Q.  Captain Ortega, do you recognize the background of this

9     photograph?

10    A.  I do.

11    Q.  Is that the same?

12    A.  It is the same area.  This is, again -- this is the

13    Crypt.  You can tell from the two officers on the right-hand

14    side from the last photo.  Again, you can tell from the

15    statues.  And again, you can tell from the flooring that

16    this is the Crypt of the U.S. Capitol.

17    Q.  Can you tell when -- just by looking at the photograph,

18    can you tell when the photograph was taken?

19    A.  Yes.  January 6, 2021.

20    Q.  And why is that?

21    A.  One, the individual that's in the back, but most

22    importantly, the officer that's on the left-hand side with

23    the civil disturbance helmet on.  Capitol Police officers

24    don't wear civil disturbance helmets inside of the Capitol.

25         In addition, the officers that are in there, they

1    are both wearing their -- all three of them are wearing

2    their cruiser jackets, and one is wearing a baseball cap.

3              To work in the Capitol on a normal day, my police

4    officers are in their dress A uniform, and they're wearing

5    the Garrison, which people refer to as the bus driver hat.

6    Q.  Are you knowledgeable about whether the area where this

7    photograph was taken in the Crypt was a restricted area on

8    January 6th?

9    A.  It would be a restricted area.

10             THE COURT:  Even if the building had been open to

11   tourists?

12             THE WITNESS:  If the building had been open to

13   tourists, they'd be allowed to be in here on an authorized

14   tour.

15             But during January 6th, since the building was

16   closed to the public, this individual would not be

17   authorized to be inside the building.

18             THE COURT:  And what did you say about this flag

19   and the flagpole?

20             THE WITNESS:  So an item like that, there's no

21   reasonable purpose for it to be inside the Capitol, so

22   that's not something that we would let inside the building.

23             There would be circumstances where maybe a member

24   of Congress or so would request something like a larger item

25   to get through, but there are processes that they would go

1     through to have an item like that come in to us, and we

2     would be notified prior to.

3                THE COURT:  But if you just showed up at the entry

4     point to come in with an item like that, you wouldn't get

5     cleared in?

6                THE WITNESS:  There would be no reasonable purpose

7     for them to have an item like that inside the U.S. Capitol,

8     so they would not be cleared to come in.

9                THE COURT:  All right.

10               MS. ROCHA:  Thank you, Mr. Wise.  You can take it

11    down.

12               THE COURT:  And to whatever extent that was on

13    his --

14               MS. ROCHA:  I'm sorry, you can pull it back up,

15    Government Exhibit 406.

16               THE COURT:  I don't know if you can tell if that's

17    a sword or whatever that is there.  I don't know.

18               THE WITNESS:  It would be an issue to have a sword

19    or replica sword come in.

20               THE COURT:  All right.

21    Q.  Captain Ortega, would that be something that officers

22    would ask about if they went through the screening?

23               THE COURT:  If there was a metal detector

24    screening --

25               THE WITNESS:  That would.  That individual would

1    be stopped, and there would be some sort of investigation

2    into that individual that would occur at that point.

3              THE COURT:  And certainly not with the vice

4    president in the building you wouldn't have.

5              THE WITNESS:  That's correct.

6              THE COURT:  But even with a senator, I guess, or a

7    Congressman?

8              THE WITNESS:  That is correct.

9    Q.  Would that be even the case if the House or the Senate

10   were not in session?

11   A.  Correct.  There's no reason why that item should be in

12   the building.

13             MS. ROCHA:  Okay.  Thank you, Mr. Wise.  You can

14   take it down.

15   Q.  Captain Ortega, in preparation for your testimony today,

16   did you review footage compiled together from CCTV footage?

17   A.  I did.

18             MS. ROCHA:  The government would move to admit

19   government -- well, let me take a step back.

20   Q.  The CCTV footage, is that made at or near the time of

21   the events that take place?

22   A.  It is.

23   Q.  And that CCTV footage, that's made by someone

24   knowledgeable about the cameras and about what is being

25   recorded?

1    A.  That is correct.

2    Q.  And the record is kept in the regular course of business

3    of the Capitol Police, and it's the regular practice of the

4    United States Capitol Police to have and use this video?

5    A.  That is correct.

6         MS. ROCHA:  The government would move to admit a

7    montage of video primarily from CCTV footage, which is

8    Government Exhibit 303A.

9         MR. MACHADO:  Your Honor, I'm going to object to

10   that.  Basically 401.  It has no relevance.  And 403.  It's

11   images that have no relevance to Mr. Yoder including as far

12   as him not being in the videos, and also on the timing issue

13   of when he entered.

14        THE COURT:  I'll admit it subject to striking it

15   if I later determine it to have a 403 proper objection.

16        MS. ROCHA:  Thank you, Your Honor.

17        Mr. Wise, if you could pull up the video but stop

18   it at 0000.

19   Q.  Captain Ortega, can you describe what we're seeing here?

20   A.  So that is an overhead view of the United States Capitol

21   grounds.

22   Q.  And does this look similar to what we've seen before, it

23   just now has the street names added to it?

24   A.  That is correct, it does.

25        MS. ROCHA:  Mr. Wise, if you could play until

 1    00:11 and then stop the video.

 2              (Video playing)

 3    Q.  Captain Ortega, can you describe what we're seeing here?

 4    A.  So this is at 12:51 p.m.  Overview of Peace Circle and

 5    Penn Avenue walkway.

 6    Q.  What's Peace Circle?

 7    A.  So Peace Circle would be the circle that's going to be

 8    on your left-hand side.

 9              MS. ROCHA:  Mr. Wise, if you could play until 45

10    seconds.

11              (Video playing)

12    Q.  Captain Ortega, what was depicted in what we just saw?

13    A.  So you saw the protesters were able to break through the

14    perimeter on the Penn Avenue walkway, and they were able to

15    push past my officers.

16    Q.  And from what we're seeing from the CCTV footage at the

17    very top, could you tell us what time that is now?

18    A.  So now it's 12:57:20 p.m.

19              MS. ROCHA:  Thank you.  Mr. Wise, if you could

20    play until 1:04.

21              (Video playing)

22    Q.  Captain Ortega, what are we seeing here?

23    A.  So we're at the -- we're looking from the inaugural

24    stage area to the West Front, Lower West Terrace area.

25    Q.  And what time is this?

1    A.   It's going to be 12:58:31 p.m.

2    Q.   And is this what you were describing in your testimony

3    before about the stage and what you saw?

4    A.   That is correct.

5              MS. ROCHA:   And if we could play until 1:15.

6              (Video playing)

7    Q.   Captain Ortega, what are we seeing here?

8    A.   So this is the northwest steps.

9              At this point the protesters were able to break

10   through both the scaffolding area, and enough of them had

11   got up on the railing, banister area, and to this landing,

12   and they're able to breach past the officers and make it to

13   the top of the stairs.

14   Q.   Was this the landing that you had described previously?

15   A.   That is correct.

16             MS. ROCHA:   Mr. Wise, if you could play it until

17   one minute and 37 seconds, please.

18             (Video playing)

19   Q.   Captain Ortega, what are we seeing here?

20   A.   So this is actually the top of the Upper West Terrace.

21   If you look straight ahead where those three openings are,

22   that would be where the Senate Wing Door ends up being.

23   Q.   And if you can see the railing on the left-hand side,

24   what is that?

25   A.   To the left-hand side, that's going to be to another

1    door that brings you into the Senate -- I can't remember --

2    secretary of the Senate's office is on that side.

3    Q.  Is that an entrance to the Capitol?

4    A.  Not when it's open to the public.  Again, that's another

5    entrance that is a fire door exit only as well as, as I

6    stated before, the Senate Wing Door.  Same thing.  Fire exit

7    only.

8    Q.  We've been -- for the fire exit doors, the Senate Wing

9    Door and that other door, would those be accessible --

10   would, say, members of Congress be able to -- on a

11   nonJanuary-6th day, would members of Congress be able to use

12   those doors to enter the Capitol?

13   A.  They would not.  No one is able to enter those doors.

14           MS. ROCHA:  If you could play until two minutes

15   and 12 seconds, please.

16           (Video playing)

17           MR. MACHADO:  Your Honor, my apologies.  I just

18   received a text that we're needed in Courtroom 10.

19           THE COURT:  I couldn't hear you.

20           MR. MACHADO:  I just received a text that we're

21   needed in Courtroom 10, Judge Mehta's case.

22           MS. ROCHA:  I'm happy to pause, Your Honor.

23           MR. MACHADO:  Can we take a --

24           THE COURT:  We can try to come back at 1:45, but

25   if you need more time, I can.  We'll take our lunch break

1    now.

2              MR. MACHADO:  I appreciate the Court's

3    understanding.  Thank you.

4              (Lunch recess taken)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              A F T E R N O O N   S E S S I O N

 2          MS. ROCHA:  Good afternoon, Your Honor.  May I

 3    continue the inquiry?

 4          THE COURT:  Yes.

 5                   RONALD ORTEGA, Resumed

 6                DIRECT EXAMINATION, Continued

 7    BY MS. ROCHA:

 8    Q.  Captain Ortega, I think where we left off, we were on

 9    Government Exhibit 303A.  And I believe the timing where we

10    stopped --

11          MS. ROCHA:  Mr. Wise, if you could pull it up.

12    Q.  -- we were at 1:37.

13          MS. ROCHA:  Mr. Wise, if you could please play

14    until 2:12 and pause.

15          (Video playing)

16    Q.  Captain Ortega, first, I guess, can you describe what

17    was happening in the clip that we saw.

18    A.  Yes.  So we were looking at the Upper West Terrace, and

19    the protesters had now breached that final perimeter at the

20    Upper West Terrace stairs, and now we're walking on the

21    Upper West Terrace.

22          You saw some continue going around the Upper West

23    Terrace, which would lead them to the East Front, and then

24    you saw others going towards the Senate carriage door -- I'm

25    sorry -- yeah, the Senate carriage door or Senate -- the one
```

 1    Senate door, I can't recall the name right now.

 2    Q.  As we are -- what are we looking at right now where the

 3    screen is paused?

 4    A.  So we're looking at, again, the schematics of the first

 5    floor of the U.S. Capitol.

 6    Q.  And you said the name is escaping you.  What area is

 7    that?

 8    A.  What is that?  The Senate door.

 9    Q.  The Senate door?

10    A.  Yeah.

11    Q.  Okay.

12           MS. ROCHA:  And if you can play, Mr. Wise, now

13    until 2:23.

14           (Video playing)

15           THE WITNESS:  Senate Wing Door is the word I was

16    looking for.  I apologize.

17           MS. ROCHA:  I forgot what I was going to ask you.

18           And, Mr. Wise, if you can play it until 4:05.

19           (Video playing)

20           THE COURT:  Are those the same doors we saw at

21    3:10?

22           THE WITNESS:  It is, Your Honor.

23           THE COURT:  It is.  And this is at 2:12?

24           THE WITNESS:  Yes, sir.

25           THE COURT:  So can you stop that just a minute?

 1          MS. ROCHA:  Yes.  Mr. Wise.

 2          THE COURT:  So when that first intruder came in

 3    there, I take it that the policeman had the option to shoot

 4    him there.  Was that a gun in his hand or not?  I mean, I'm

 5    not saying he should have, but that would have been an

 6    option?

 7          THE WITNESS:  So at that point he utilized pepper

 8    spray.

 9          THE COURT:  That was pepper spray?  Okay.

10          THE WITNESS:  Yeah, he utilized his pepper spray

11    against the individual that came in.

12          THE COURT:  The only shot that was ever fired that

13    day was once they got into the interior of the Senate

14    Chamber itself?

15          THE WITNESS:  The House Chamber, sir.  Yes, that

16    was the only shot that was fired, at the House Chamber.

17          THE COURT:  So this was pepper spray that was

18    here?

19          THE WITNESS:  That is correct, sir.

20          THE COURT:  And no weapon was ever actually fired.

21    But a weapon -- in a totalitarian country, perhaps, a weapon

22    might have been used here at this point, which this country

23    is not?

24          THE WITNESS:  I would imagine so.

25          THE COURT:  So the intruders came in through that

1      door, and the police retreated?

2               THE WITNESS:  Correct.  You had one officer there.

3      I believe it's a sergeant who was the first one to respond,

4      and he's by himself, so he utilized --

5               THE COURT:  The alarm went off when the glass was

6      broken out?

7               THE WITNESS:  So not for the glass.  The alarm

8      won't go off until the door gets triggered.

9               THE COURT:  The door was breached?

10              THE WITNESS:  Yes.  Once the door is breached,

11     that is connected to an alarm system, and that let off the

12     audible alarm.

13              THE COURT:  And that's when the officers came

14     forward there?

15              THE WITNESS:  Correct.

16              So I believe that's Sergeant Nicholas.  Once that

17     initial breach happened, it got put over the air that they

18     had breached the building, and that's when officers started

19     to respond to the Senate wing door.

20              THE COURT:  That's the alarm that the building had

21     been breached?

22              THE WITNESS:  Correct, sir.  This was the first

23     breach inside of the building.

24              THE COURT:  All right.  And that's when both the

25     Senate and House Chambers inside knew the building had been

 1    breached?

 2              THE WITNESS:  Not at this point yet, but they

 3    eventually would be.

 4              THE COURT:  Yes, okay.

 5              And this is 2:12.

 6              THE WITNESS:  2:13.

 7              THE COURT:  2:13.

 8              THE WITNESS:  And one second, p.m.

 9              THE COURT:  All right.  And this is a doorway

10    here.  These are windows.  But this one over here --

11              THE WITNESS:  So the one to the left is a window.

12    The only doorway is going to be the one in the center, and

13    the one to the right is a window as well.

14              THE COURT:  Oh, that's another window?  Okay.

15              THE WITNESS:  Yes.

16              THE COURT:  Okay.  Oh, this is the doorway here?

17    I see.  Okay.

18              THE WITNESS:  Yes, sir.

19              THE COURT:  So that person that we just saw, they

20    came in through a window, too?

21              THE WITNESS:  That is correct.

22              THE COURT:  Okay.  Okay.

23              I'm sorry, I'm just trying to --

24              MS. ROCHA:  Your Honor has taken many of my

25    questions to streamline the process.

1           I do have a couple of questions for you while

2      we're paused, though, Captain Ortega.

3      BY MS. ROCHA:

4      Q.  Underneath the window -- and I think we'll start with

5      either one, I guess -- what is underneath the window?

6      A.  So it's -- so it's like a wooden desk with -- on top of

7      it it's about the history of that section of the Capitol.

8      So it's more of something that during the tours is utilized

9      to give history about the Capitol building.

10     Q.  Okay.  And is that the same underneath -- similar thing

11     underneath both?

12     A.  It's something similar underneath each window.

13          THE COURT:  With the history of the Capitol sort

14     of thing?

15          THE WITNESS:  Yes, sir.

16     Q.  Can you describe what it is?

17     A.  It's like a desk, like I said.  Some sort of wooden desk

18     object.  And, again, it has -- on the top of it it has some

19     sort of like laminated-type paper that has the history of

20     the Capitol.

21     Q.  Okay.  And just so that the record is clear, I think the

22     Court obviously understands it, but is the Senate Wing Door

23     that we've been talking about, is that what's directly

24     underneath the exit sign at the top in the middle of the

25     screen?

1   A.  So I don't believe it says specifically Senate Wing

2   Door, that I'm aware of.  But there is -- obviously you have

3   the exit sign, and I believe that has some sort of warning

4   at the bottom -- that red sign -- about do not open that

5   door; that it's emergency use.

6   Q.  And I guess we've been talking about entry into the

7   Capitol.  But other than emergency situations, is it used

8   for people to exit the Capitol?

9   A.  It is not.  It is not utilized at all to exit other than

10  emergency situations.

11  Q.  Okay.

12          MS. ROCHA:  Continue to play.

13          (Video playing)

14  Q.  Captain Ortega, do you recognize this portion of the

15  schematic that's identified?

16  A.  I do.  I believe I incorrectly referred to this as the

17  Senate secretary's door.  It's the Senate parliamentarian's

18  door.

19          If you were looking from the Upper West Terrace,

20  when you see the individuals run straight forward through

21  those three openings, that's where the Senate carriage

22  door -- I'm sorry, the Senate Wing Door.  And then to the

23  left where the other railing was, that would be the Senate

24  parliamentarian's door.

25  Q.  Fair to say this is an adjacent area to that Senate Wing

```
 1    Door area?

 2    A.  It is.

 3              MS. ROCHA:  Mr. Wise, if you can play until

 4    4:43.

 5              (Video playing)

 6              MR. MACHADO:  Your Honor, I'd object to this

 7    portion based on relevance.

 8              THE COURT:  Overruled.

 9              (Video playing)

10              THE COURT:  I'm sorry, what was the time on the

11    parliamentarian's door?

12              MS. ROCHA:  Mr. Wise, if you could pause and I

13    guess take it back a few seconds.

14              There we go.

15    Q.  Captain Ortega --

16              THE COURT:  2:42, okay.

17              THE WITNESS:  Yes, Your Honor, 2:42:19 p.m.

18              THE COURT:  Okay.  Okay.

19              MS. ROCHA:  Now, Mr. Wise, if you can play until

20    4:43.

21              (Video playing)

22              THE COURT:  2:48.

23              MS. ROCHA:  Can you allow it to continue to

24    play -- apologies -- until 5:35.

25              (Video playing)
```

1              THE COURT:  Now, this is what we were looking at

2       back at 2:12, right?

3              THE WITNESS:  Yes, sir.  This is the Senate

4       Wing --

5              THE COURT:  There is a policeman trying to hold

6       him back?

7              THE WITNESS:  Correct.  This is the Senate Wing

8       Door again.

9              (Video playing)

10             MS. ROCHA:  If you could pause, Mr. Wise, and take

11      it back to, let's say, 5:32.

12             There we go.  That's perfect.

13      Q.  Captain Ortega, what time is shown on the CCV footage

14      here?

15      A.  2:48:58 p.m.

16      Q.  Do you see anyone wearing the uniform of the United

17      States Capitol Police?

18      A.  I do.

19      Q.  How are you able to identify them?

20      A.  One, by their helmets; two, by the cruiser jackets; and

21      then the Capitol Police emblem that is on their shoulder

22      pads.

23             MS. ROCHA:  Mr. Wise, if you can play until 5:51.

24             (Video playing)

25             THE COURT:  What was your last question?

1      MS. ROCHA:  That's a good question, Your Honor.  I

2  don't know.

3  Q.  I think I asked you about the Capitol Police and how you

4  were able to identify them.

5  A.  That is correct.

6      THE COURT:  Oh, okay.  Okay.

7      (Video playing)

8      MS. ROCHA:  Mr. Wise, if you could pause there and

9  take it back a few seconds.

10      Thank you.  That's perfect.

11  Q.  Captain Ortega, what time is this video taken?

12  A.  3:39:28 p.m.

13      MS. ROCHA:  And, Mr. Wise, if you could play until

14  the end.

15      (Video playing)

16  Q.  Captain Ortega, what did we see in those last portions

17  of the video?

18  A.  So on the last portion, you have Metropolitan Police

19  Department officers who are now clearing the Upper West

20  Terrace of the U.S. Capitol.

21  Q.  Earlier in your testimony you discussed how you were

22  preparing in the morning for the joint session of Congress.

23  Do you know if there was a time in the day when the members

24  of Congress were evacuated?

25  A.  There was.

1   Q.  And do you know if the certification was able to

2   continue at that time?

3   A.  Not at that date.  I believe it was early the next

4   morning when it finally took place.

5          MS. ROCHA:  The government would move to admit

6   Government Exhibit 301, which is a video that I believe

7   defense counsel has no objection to.

8          THE COURT:  I can't hear you.

9          MS. ROCHA:  Government Exhibit 301, the government

10  would move to admit it.  It's a video that we plan to show.

11         THE COURT:  301 is received.

12         MS. ROCHA:  Mr. Wise, if you could pull up the

13  video and play it, and we'll play it all the way through.

14  It's about nine minutes, I believe.

15         THE COURT:  All right.

16         (Video playing)

17         MR. MACHADO:  Counsel, you indicated that I do not

18  have an objection, right?

19         MS. ROCHA:  That was my understanding.

20         MR. MACHADO:  Yes, yes, I just wanted to make

21  sure.

22         MS. ROCHA:  Hence when I moved to admit it and you

23  didn't object.

24         MR. MACHADO:  Yes.

25         (Video playing)

```
 1   BY MS. ROCHA:

 2   Q.  Captain Ortega, are you familiar with the Congressional

 3   Record?

 4   A.  I am.

 5   Q.  What is that?

 6   A.  So it captures what business went on that day in

 7   Congress.

 8   Q.  Did you see the text in the video that we watched, the

 9   images with the words?

10   A.  I did.

11   Q.  Do you recognize it?

12   A.  I do.

13   Q.  What is that?

14   A.  That is the Congressional Record.

15   Q.  And did you recognize the videos that we watched?

16   A.  I did.

17   Q.  And what were they?

18   A.  So that's a video from both the House Chamber and the

19   Senate Chamber.

20   Q.  Captain Ortega, when were you scheduled to end your

21   workday on January 6th?

22   A.  I probably would have been off at 5:00 p.m. that day.

23   Q.  When were you actually off that day?

24   A.  January 7th around 4:30 a.m. in the morning.

25            MS. ROCHA:  One moment, Your Honor.
```

```
 1                      (Pause)
 2              MS. ROCHA:  No further questions.
 3              THE COURT:  You may cross-examine.
 4              MR. MACHADO:  Thank you, Your Honor.
 5                        CROSS-EXAMINATION
 6     BY MR. MACHADO:
 7     Q.  Good afternoon, Captain.
 8     A.  Good afternoon, sir.
 9     Q.  So I want to talk about the term "breach" that you've
10     been using.  What exactly do you mean when an area has been
11     breached?  What exactly does that entail?
12     A.  For me, it would mean they broke through a secure
13     perimeter or broke through a door; entered a place they
14     weren't supposed to be.
15     Q.  Okay.  So when there is a breach of the location,
16     basically whatever barricades were there are no longer
17     there, or at least pushed aside so that people can go
18     through.  Correct?
19     A.  Correct.  I'm referring to, again, like if we're talking
20     about a perimeter, if we're talking about a fence.  When you
21     saw the protesters push past the fence and push past my
22     officers, they have breached a perimeter at that point; so
23     that's what I'm referring to.
24     Q.  So what happens to the fence?  Does it fall apart?  Is
25     it on the ground?  What exactly happens to it?
```

1    A.  Depends.

2    Q.  Okay.

3    A.  Sometimes it can fall to the ground.  Sometimes it can

4    be pushed to the side.

5    Q.  Okay.  And some of the things that were also used

6    were -- in order to secure the area were bike racks; is that

7    correct?

8    A.  That is correct.

9    Q.  Okay.  It's my understanding that some of the protesters

10   actually -- well, they moved the bike racks so that they

11   could breach, correct?

12   A.  They had.

13   Q.  And, in fact, some of them even took them; is that

14   correct?

15   A.  Yes.  They utilized it as weapons against my officers.

16   Q.  And they also used it as -- kind of as a make-shift

17   stairway to get up to different locations, correct?

18   A.  They were using it for that as well.

19   Q.  Okay.  So it's fair to say that at some point these bike

20   racks and -- had disappeared from the pathway, at least the

21   one down Pennsylvania Avenue that you described.  Correct?

22   A.  Depends.  If you can show me an exhibit that shows me

23   that, then I can confirm that.

24   Q.  Well, I'll just ask you generally.  Did they disappear

25   in some locations?

1    A.  I can't tell you that.

2    Q.  Okay.  Did you observe the aftermath of what had

3    happened outside of the Capitol?

4    A.  I hadn't gone back to Pennsylvania Avenue, no.

5    Q.  But you were aware that there had been multiple

6    breaches; is that correct?

7    A.  I'm aware.

8    Q.  Okay.  You were shown the entry into the doorway of the

9    Senate Wing Door.

10   A.  Yes, sir.

11   Q.  And you recall the video where someone kicks in and

12   breaks the door or pushes -- kicks the door open, correct?

13   A.  Yes, sir.

14   Q.  Okay.  Do you recall around what time that happened?

15   A.  I do not.  If you replay the exhibit, I can give you the

16   exact time.

17   Q.  Okay.  Well, it's fair to say that Mr. Yoder -- well, do

18   you recall seeing Mr. Yoder on that day, or at least in

19   videos?

20   A.  I do not.

21   Q.  Okay.  Do you know now that Mr. Yoder was wearing some

22   Revolutionary War garb, something to that effect that day?

23   A.  Yes, from the photo.

24   Q.  Right.  And with regard to -- I'm going to show you

25   Government's Exhibit 201, if I can --

 1              MR. MACHADO:  Madam Clerk, I might need some help.

 2       Let's see if I can do it right.

 3              Okay.

 4       Q.  And this is Exhibit 201.  And --

 5              MR. MACHADO:  Am I not doing something right?  I

 6       plugged it in.

 7              THE COURTROOM DEPUTY:  You might need to drag the

 8       exhibit to the screen because it's just showing your desktop

 9       right now.

10              MR. MACHADO:  Got it, okay.

11              There we go.  Thank you.

12              Okay.  So let me close this to see a little

13       better.

14       Q.  All right.  So what you're seeing right now is January

15       6th at about 3:14 p.m., correct?

16       A.  Yes, sir.

17       Q.  Okay.  I'm correct in seeing that there are U.S. Capitol

18       Police here, here, here, here; is that correct?

19       A.  That is correct, sir.

20       Q.  Okay.  I'm sure that this was a very fluid situation.

21       Am I correct in that?

22       A.  That is correct.

23       Q.  You know, the Judge mentioned that when that first

24       person came in, they could have shot him.  Is there a

25       reason -- were you given some orders, or what authority --

1    that you shouldn't be using lethal force of that kind?

2    A.   The department doesn't advise anyone on how to utilize

3    force in that manner.

4    Q.   They don't advise?

5    A.   They do not.  We are all trained to the same standard

6    that any other police agency is.  We're trained by using

7    *Graham vs. Connor* or *Tennessee vs. Garner* when it comes to

8    lethal force.

9    Q.   I guess my question would be, was he following protocol

10   or -- by pulling out the spray?

11   A.   He was utilizing the force that he deemed correct at

12   that time.

13   Q.   Okay.  And there was nothing wrong with that presumably?

14   A.   There was not.

15   Q.   And, you know, frankly, it was a proper response, you

16   would think.  Correct?

17   A.   He did the best that he could at that time.

18   Q.   Sure.  Of course.  Especially when he was by himself; is

19   that correct?

20   A.   That's correct.

21   Q.   All right.  So now when we get to this point of 3:14, at

22   this point there are people that are entering and exiting

23   from that door opening; is that correct?

24   A.   That is correct.

25   Q.   And I'm correct to say there's no magnetometer at that

1    location?

2    A.  There is not.

3    Q.  Because, frankly, that's supposed to be an exit, an

4    emergency exit, so you wouldn't have a magnetometer there,

5    correct?

6    A.  That is correct, sir.

7    Q.  Okay.  So someone who was entering that door, if a

8    person had never been to the Capitol, would there be a

9    reason that they would know they couldn't go through that

10   door?

11   A.  Yes, the loud beeping noise that would be coming from

12   that door.

13   Q.  All right.  How about physically is there anything?

14   A.  Well, I think when you see the door off its hinge, you

15   know, on the other side wide open like that, I think that

16   would kind of tell you.

17           And the fact that a crowd's pouring in like that,

18   to me, would kind of signal that that's not a proper

19   doorway.

20   Q.  Are you suggesting that the door should open and close

21   as all these people are walking through each time?

22   A.  Well, what I'm suggesting is between the beeping and

23   seeing a crowd of people funnel into the Capitol like that,

24   I think it would appear that that's not a public entrance.

25   Q.  Okay.  But there's nothing that says this is not a

1    public entrance, correct?

2    A.   There is not, other than on the other side of the door,

3    that red sign that is advising it's a fire door.

4    Q.   Well, the red sign is indoors; it's not outdoors.

5    A.   Now with the door open.

6    Q.   Now with the door open, yes, I guess technically you're

7    right, it would be slightly outdoors.

8              Okay.  So I'm going to play this -- and I'm at

9    four minutes -- and I want you to notice the door.  You'll

10   be seeing my client coming in in about ten seconds or so.

11             (Video playing)

12   Q.   There he is.

13   A.   Okay.

14   Q.   All right.  Do you see him stopping in at 4:07?  Did you

15   see him coming in?

16   A.   I do.

17   Q.   You saw the tri-corner hat?

18   A.   Yup.  I see the flag.

19   Q.   And the flag, okay.

20             Now, these officers that are there, the ones that

21   I've pointed out, are they making any effort to stop people

22   from coming in?  Yes or no?

23   A.   I don't see them at this point.

24   Q.   Okay.  In fact, some of them are having a little

25   conversation over here with some people, correct?

1    A.  I can see them engaged with them.

2    Q.  And so there is not anything -- these officers are not

3    enforcing any of these protocols or rules with regard to

4    entry as far as what a person can have or wear or anything

5    like that, correct?

6    A.  Well, at this point specifically with your client, one,

7    I don't believe they can probably see them with the amount

8    of folks that are there at that point.

9    Q.  Okay.

10   A.  And, two, it would be very hard to get to him to tell

11   him to not come in at this point.

12   Q.  Was there some order or something telling the officers

13   not to be at the door?

14   A.  There was not that I'm aware of.

15   Q.  Okay.  So there's no reason that a police officer

16   couldn't be at the door.

17   A.  Well, I think with the size of the crowd, they're

18   clearly being overwhelmed.  You have about four officers

19   and, what, over 60 people there, ones that we've been

20   combatting for the last few hours.

21   Q.  Well, let's talk about the overwhelmed aspect of this.

22   I mean, clearly the officers were outnumbered, correct?

23   A.  That is correct, sir.

24   Q.  And, in fact, you were interviewed, and you made a point

25   of saying that you thought that things -- that things were

1    clearly -- you were not ready for what happened.  Would that
2    be safe to say?
3    A.  Very accurate.
4    Q.  Yes.  And, frankly, this was just an overwhelming
5    situation, and you were trying to do the best of a bad
6    situation; is that correct?
7    A.  Correct.
8    Q.  So would it be correct to say that at some point the
9    officers switched from a role of trying to prevent people
10   from coming in to one of just trying to control the
11   situation?
12   A.  I would say that's accurate.  They were trying to
13   control the situation.
14   Q.  Okay.  And by doing that, they were, perhaps, preventing
15   people from going to certain areas.  Would that be correct?
16   A.  That would be correct.
17   Q.  Perhaps this is why there's a line of officers over
18   here, but yet there aren't any officers over on this side.
19   They were allowing people to kind of go in and -- to go in
20   that direction if they were going in?
21   A.  I can't speak to the tactics that they utilized.
22   Q.  Okay.  Well, you would agree with me that there are no
23   police officers on the other side, correct?  Over here.
24   A.  Nothing visible in this.
25   Q.  Okay.  And even though we don't have any sound, you

1    don't see any officers indicating people to go back out.

2    Correct?

3    A.  I cannot tell -- I cannot tell if they are giving verbal

4    commands from this exhibit.

5    Q.  Okay.  Well, they're not giving physical commands, are

6    they?

7    A.  I do not see physical commands.

8    Q.  Okay.  And you're also -- as my client is entering,

9    you're not seeing him doing anything that would be different

10   from all the other people walking in with the exception of

11   what he was wearing.  He's just walking along with everyone

12   else, correct?

13            MS. ROCHA:  Objection.  I don't think we've seen

14   enough of the video.

15            THE COURT:  Overruled.

16   A.  All of them are breaking the law by being in the

17   building, so if you were saying he's breaking the law, then

18   I agree with you.

19   Q.  Well, what I'm saying is -- I'm not saying he was

20   breaking the law.  What I'm saying is -- and my question

21   was, he was walking in with all the other people?

22   A.  He is, but that would be breaking the law.  They are

23   entering a restricted area.

24   Q.  And are you an attorney, or do you work for the U.S.

25   Attorney's Office?

1    A.   No.  I work with the U.S. Capitol Police, and he's

2    entering a building that he should not be entering in.

3    Q.   Right.  And you are basing that opinion based on the

4    fact that in your mind he was not allowed to be in or other

5    people were not allowed to be in, correct?

6    A.   That's correct.

7    Q.   And do you know if anyone communicated that exact same

8    thought to my client?

9    A.   Well, him entering shows that he went through several

10   perimeters.  Can you advise which area he came in?

11   Q.   I'll ask the questions.

12            But what you have indicated previously is that a

13   lot of these barriers and a lot of these things were already

14   breached.  Correct?

15   A.   It depends on the time.

16   Q.   Right.  It depends on the time.

17            So when is your understanding that things were

18   breached?

19   A.   So the initial breach was around 12:50ish on Penn

20   Avenue; but through that, you know, there's several bike

21   racks, there's several signs.

22            Once you got past that outer perimeter, there was

23   a middle perimeter that had several bike racks as well with

24   signs.

25            As you got past there, whether it's the

1    scaffolding or if it was the Upper West Terrace, again,

2    there were more bike racks, there were signs, and there were

3    police officers.

4            And then ultimately when you get to this door,

5    there was an audible alarm.

6    Q.  Okay.  And you can't recall -- you didn't bother to look

7    to see how things looked afterwards, correct?

8    A.  I did not.

9    Q.  So you can't tell me if there were any of those breaches

10   or any of those breached -- or any of those blockages, for

11   lack of a better term, still in existence, can you?

12   A.  I cannot.

13   Q.  Okay.  Now, as my client -- let's talk about what my

14   client was wearing.  You said he had a -- he wouldn't have

15   been allowed to bring a flag of that size, at least

16   there's -- let --

17   A.  It's -- the fact that it's like a big wooden pole,

18   that's the issue bringing that in.

19   Q.  The pole more than the flag?

20   A.  Yes.  The flag's not the issue; it's the big wooden

21   pole.

22   Q.  Makes sense.  It could be used as a weapon of some sort?

23   A.  Right.

24   Q.  Although there's no indication that my client used it as

25   a weapon, to your knowledge?

1    A.  Not that I'm aware of, sir.

2    Q.  He used it as a flagpole, at least we see it from here,

3    correct?

4    A.  In this footage, correct.

5    Q.  Yeah.  And as far as the sword is concerned, I mean,

6    obviously a person can't tell by looking at it -- you know,

7    at least what we've seen -- whether it is an actual sword or

8    whether it's a costume sword, correct?

9    A.  That is correct, sir.

10   Q.  And as he is walking in, no one's telling him that he

11   can't have a sword; is that correct?

12   A.  That is correct, sir.

13   Q.  Okay.  I'm going to continue -- how did that happen?

14           MR. MACHADO:  What's that?  Okay.  We're good now.

15   Sorry about that.

16           So I'm going to keep on playing it just for a

17   little bit longer.  It was at 4:07, right?

18           (Video playing)

19   Q.  As you can see, my client is making his way and going

20   along with other people towards the right; is that correct?

21   A.  That is correct, sir.

22   Q.  To the right as far as through the door?

23   A.  To his right.

24   Q.  Yes.  And do you see him making any gestures or yelling

25   or anything like that?

1    A.  I do not.

2              MR. MACHADO:  I'll stop at --

3              THE COURT:  His client is looking over there

4    seeing people climbing in and out the window though, it

5    looks like.  Right?

6              THE WITNESS:  That would be correct, sir.

7              MR. MACHADO:  I'll back it up.

8              THE COURT:  I thought he just looked over to the

9    right.

10             (Video playing)

11             THE WITNESS:  When he does look over to the right,

12   he can see those individuals climbing out.

13             MR. MACHADO:  Yes, a person climbing out through

14   the window.

15   Q.  He didn't come in through the window, correct?

16   A.  That is correct.

17   Q.  Okay.  And now at this point --

18   A.  Oh, I actually do see him yelling and pointing.

19   Q.  Yes.  He is yelling and pointing, and we do -- we'll

20   cover that a little later, but -- and he is not in any way

21   being -- having any interaction with the police officers,

22   correct?

23   A.  I do not see him having interaction with the police

24   officers.

25   Q.  There's not a police officer who comes up to him and

1    tells him to stop.

2    A.  Not here.  I don't see that.

3    Q.  Okay.  All right.

4         You have seen other pictures of my client -- well,

5    there was one with his cell phone; is that correct?

6    A.  That is correct.

7    Q.  You saw it earlier?

8    A.  Yes.

9    Q.  There were police officers who were right behind him; is

10   that correct?

11   A.  There are.

12   Q.  Did you see them interacting with him?

13   A.  No, but it was a still photo, so I don't know what

14   occurred at that point.

15   Q.  Okay.  At any point did my client -- to your knowledge,

16   he cooperated -- you have no reason to think that he didn't

17   cooperate with police officers, correct?

18            MS. ROCHA:  Objection; foundation.

19            THE COURT:  You can answer, if you know.

20   A.  I do not know what you're -- what he did inside, if he

21   cooperated with police or if he did not.

22   Q.  Okay.

23            MR. MACHADO:  Could I ask for you to pull up 303,

24   please.

25            I'll disconnect this, if that will help.

```
 1               MS. ROCHA:  Mr. Machado, just for the record, I
 2      think you mean 303A.
 3               MR. MACHADO:  Oh, 303A.  Thank you.
 4               Okay.  If we could go to 55 seconds, please.
 5               Okay.  If you could play it.  Thank you.
 6               (Video playing)
 7               MR. MACHADO:  You can keep on playing it.  Thank
 8      you.
 9               (Video playing)
10      Q.  So this is at 12:58, according to this, right?
11               At this point people have breached the outer
12      area --
13               MR. MACHADO:  You can pause it.  Thank you.
14      Q.  -- have breached the outer area and have already arrived
15      closer to the Capitol; is that correct?
16      A.  That is correct, sir.
17      Q.  Okay.
18               MR. MACHADO:  And if you can go to 1:36, please.
19               (Video playing)
20               MR. MACHADO:  Okay.  And if you can just play it.
21               (Video playing)
22      Q.  Those doors in the background, or that door in the
23      background, that is the door that we've been -- that I
24      showed you earlier; is that correct?
25      A.  Right.  That's the Senate Wing Doors, correct.
```

1    Q.  And there's no sign on the Senate Wing Doors that

2    indicates, you know, as you indicated, that there was some

3    sort of a, you know, authorized personnel only or anything

4    like that, correct?

5    A.  Correct.

6    Q.  Now, from what you've seen --

7              MR. MACHADO:  Thank you.  You can stop it.  Thank

8    you.

9    Q.  From what you have seen, at no point did you see Isaac

10   Yoder being one of those people who breached the door,

11   correct?

12   A.  Are you talking about the initial breach?

13   Q.  I'm talking about the -- yes -- the Senate Wing Door.

14   A.  No, just -- to me, when he entered the door in the

15   video, that is breaching the door.

16   Q.  Oh.

17   A.  Okay.

18   Q.  He didn't -- he did not cause any action to break the

19   door, I guess, or open the door.  Correct?

20   A.  Correct.  I did not see him in that footage.

21   Q.  He was not involved in any way, from what you've seen,

22   in breaking the windows or going through the windows.

23   Correct?

24   A.  I did not observe him breaking windows or going through

25   windows.

1  Q.  You did not see him -- did you see him when he was

2  exiting?

3  A.  I did not see the exit.

4  Q.  Okay.

5       MR. MACHADO:  The Court's indulgence.  The Court's

6  indulgence for a moment.

7       (Pause)

8       MR. MACHADO:  Okay.  I'm pulling up Exhibit 202.

9       Madam Clerk, I'll try this again, and I know I'm

10  supposed to pull it over now.  Thank you.

11       (Video playing)

12  Q.  Okay.  So now with regard to this video -- this is at

13  3:25, correct?

14  A.  That is correct, 3:25:33 p.m.

15  Q.  And 33 seconds, yes, I should -- we should be specific.

16       But at this point there seem to be a lot more

17  officers present and kind of making a wall of individuals, a

18  wall of officers; is that correct?

19  A.  That is correct.

20  Q.  Okay.  Are you aware of why they were doing that?

21  A.  What they're doing at this point?

22  Q.  Yes.

23  A.  They're trying to guide individuals out of the building.

24  Q.  Okay.  And, in fact, it seems like there still might be

25  people coming in, but the majority are leaving; is that

```
 1    correct?

 2    A.   That's correct.

 3    Q.   Okay.  And now let me just fast forward a little bit.

 4               MR. MACHADO:  Okay.  Bear with me a moment.

 5    Q.   Okay.  I'll point your attention I guess starting here.

 6    Does that look like a familiar person?

 7    A.   It does.

 8    Q.   Okay.  Do you agree with me that's my client?

 9    A.   It appears to be your client, yes.

10    Q.   And as he is -- as he is exiting, he's following

11    basically the line of people who are exiting; is that

12    correct?

13    A.   Correct.

14    Q.   He is not being boisterous or loud or making any sort of

15    actions?

16    A.   I don't see any actions.

17               MR. MACHADO:  I'll just play it out until he exits

18    just to make sure that we're all on the same page as far as

19    that's concerned.

20               (Video playing)

21    Q.   You would agree with me that this resembles a rather

22    crowded and slow move to get to the exit, correct?

23    A.   That is correct.

24               (Video playing)

25    Q.   At no point in these videos, either him entering or
```

1   exiting, do you see him doing any sort of waving of the flag

2   or pumping of his fist, do you?

3   A.   No -- not here, but in the first video, again, he was --

4   Q.   He got up and was saying something.   I agree.   That's

5   why I asked specifically those two things.

6              (Video playing)

7   Q.   You can see there's a police officer right behind him.

8   Is that an MPD officer?

9   A.   That's a Capitol Police officer.

10  Q.   Capitol Police officer?   Okay.

11             And he seemed to not have any negative interaction

12  with the police officer, correct?

13  A.   The police officer was giving orders.

14  Q.   Right.   And presumably it would be for people to exit.

15  At least that was the plan at the moment, to get people out?

16  A.   It appears to be.

17  Q.   And my client did exit?

18  A.   He did exit.

19             MR. MACHADO:   The Court's indulgence.

20             (Pause)

21  Q.   Now, just to clarify.   The Crypt is an area kind of in

22  the center which is right below -- well, right below the

23  dome, frankly, but just on the lower floor, correct?

24  A.   It's on the first floor.   The center of the Capitol.

25  Right above that is the Rotunda, and above that would be the

1    dome.

2    Q.  Right.  And there's nothing improper on regular business

3    days for visitors to enter that area, correct?

4    A.  Tour groups are allowed to go inside the Crypt.

5    Q.  And there's no one that on a normal day would tell

6    people, no, you can't be in the Crypt.  We're talking about

7    normal business hours and nonCOVID restrictions.

8    A.  They would have to be, one, on a tour, or be an invited

9    guest to be in that area.

10    Q.  I'm sorry?

11    A.  They would have to be, one, either be on a tour, or be

12    an invited guest to be in that area.

13    Q.  And just to be clear, a tour, we're talking about public

14    tours?

15    A.  Correct.

16    Q.  At some point we saw some video of my client walking in

17    the Crypt, correct?

18    A.  I think it's just still photos of him in the Crypt.

19    Q.  Okay.  Well, do you recall the fisheye lens?

20    A.  I do.

21    Q.  Do you remember seeing him there?

22    A.  I didn't see him specifically in the fisheye lens.

23    Q.  All right.  Fair enough.

24         Okay.  At any point did you -- are you aware if my

25    client breached any of the entrances to the Capitol?

```
 1   A.  Other than the --

 2   Q.  I'm sorry, I'm using "breach" the wrong way again.

 3           Did he cause any of these items to -- that were

 4   blocking, did he help to remove them or take them aside?

 5   A.  You're referring to the barricaded stuff?

 6   Q.  All the different barricades and the door entrances.

 7   A.  Not that I'm aware of.

 8   Q.  Okay.  Thank you.

 9           MR. MACHADO:  Nothing further.

10                      REDIRECT EXAMINATION

11   BY MS. ROCHA:

12   Q.  Captain Ortega, you just discussed some of the factors

13   that would have been -- that were indicated by the video

14   that we saw inside the Senate Wing Door.  The door and the

15   alarm -- you talked about the alarm and the windows.

16           What factors or what would have been the

17   atmosphere like outside that Senate Wing Door at the time,

18   that 3:14 time period that we've been talking about?

19   A.  It was just -- there would have been a lot -- a large

20   crowd there at that point all pouring in.

21   Q.  Would the scaffolding have been outside of that area?

22   A.  It would have been.

23   Q.  Okay.  I'd like to show you just a couple of clips from

24   Government Exhibit 303A starting at, I believe, 55 seconds

25   in, and then we can just pause there.  But let me clear the
```

1    screen.

2             (Video playing)

3             MS. ROCHA:  It was a little bit further.

4             (Video playing)

5             MS. ROCHA:  Mr. Wise, if you can just stop right

6    there.

7    Q.  Captain Ortega, what do you see at the far -- I guess

8    it's the west.  I was going to say the north, but that's

9    incorrect.

10            At the very top of the screen, what do you see?

11   A.  So I see snow fencing with signs on it.

12   Q.  Is that the restricted perimeter?

13   A.  It is.

14   Q.  Okay.  Is that the snow fencing that we saw in the other

15   pictures?

16   A.  It was in the background.

17   Q.  Okay.  And how do you know that's what it is?

18   A.  My experience as a Capitol Police officer in seeing it,

19   but you can tell.

20            The way the snow fencing works, it's snow fencing,

21   and then they have to use a metal pole to put it in, and

22   then more snow fencing.  So you can kind of see the snow

23   fencing, pole, snow fencing, pole.  It's put out the same

24   way that snow fencing is normally put out.

25   Q.  Was there only this one layer of snow fencing on January

1    6, 2021?

2    A.  No, there was some more earlier closer to the First

3    Street side, and you had this layer, and then beyond that

4    you had other perimeters such as bike rack and police

5    officers.

6              MS. ROCHA:  Okay.  If we could show Government

7    Exhibit I believe it's 104.

8    Q.  And can you describe where you mean by that?

9              I think what you said was "earlier."  What do you

10   mean by "earlier"?  Where was that?

11   A.  It was one of the first photos that you showed from the

12   West Front, from the First Street side.

13   Q.  Okay.

14   A.  Where you showed the Area Closed sign.

15             Do you want me to point where the middle perimeter

16   is?

17   Q.  If you could, that would be helpful.

18   A.  (Witness complies)  So right around there.

19   Q.  That would be the fencing?

20   A.  That would be where the snow fencing was.

21   Q.  Was there any other fencing?

22   A.  Yes.  There were multiple bike racks.

23   Q.  Okay.  And did you -- was that in different areas?

24   A.  It was.

25   Q.  Could you describe showing on this map where they were?

1    A.  So, again, you'll see the bike rack that ends up being

2    at the Lower West Terrace.  You had additional bike rack on

3    the top of each stairwell.  And then, where the scaffolding

4    was, there was another piece of bike rack there as well.

5            MS. ROCHA:  And if we could go back to Government

6    Exhibit 303A.

7    A.  And actually --

8    Q.  I'm sorry.

9    A.  -- the scaffolding actually had two sets of bike rack.

10   They had it at the entrance of the scaffolding, which is

11   closer to the Lower West Terrace side, and there was a door

12   there, and there were police officers with shields there.

13           And beyond that, there was another bike rack set

14   up at the top of the landing and the scaffolding.

15           MS. ROCHA:  Pull up 303A starting with 4:49 and

16   play until 5:17.

17           (Video playing)

18   Q.  Captain Ortega, what are we seeing in this portion of

19   the video?

20   A.  So again we're back at the Senate Wing Door, and we have

21   officers that are all gathered together trying to prevent

22   the crowd from entering through the exit door.  And you have

23   officers that are on the windows on the left- and right-hand

24   side as well.

25           MS. ROCHA:  Mr. Wise, can you continue to play.

```
 1              (Video playing)
 2              MS. ROCHA:  Mr. Wise, if you could pause it
 3    there.
 4    Q.  Captain Ortega, what did we see in that portion of the
 5    video?
 6    A.  So at that point the crowd was able to push the officers
 7    back and were able to gain access into the building.
 8              MS. ROCHA:  And, Mr. Wise, if we could go to 5:44
 9    and play just a few seconds until 5:50.
10              (Video playing)
11    Q.  Captain Ortega, what are you seeing in this portion of
12    the video that we just watched?
13    A.  At this point we have more officers there.  We have the
14    one window to the right barricaded up, and we are trying to
15    get the rest of the crowd out of the building.
16    Q.  Was this similar to the video that we saw in the Senate
17    parliamentarian door, where at certain times the Capitol
18    Police officers were holding a door and were unable to keep
19    the rioters out?
20              MR. MACHADO:  Objection; leading.
21              THE COURT:  Sustained.
22    Q.  On a normal day -- I think you said that visitors were
23    able to visit the Crypt on a normal day in the Capitol?
24    A.  That is correct.
25    Q.  What would a visitor that wanted to visit the Crypt on a
```

1    normal day need to do?

2    A.  They'd have to go on a tour.  So they would enter

3    through the CVC, sign up for a tour, and be led by a tour

4    guide, and they would go through these areas.

5    Q.  What's the CVC?

6    A.  I apologize.  The Capitol Visitor's Center.

7    Q.  Okay.  And where is the Capitol Visitor's Center?

8    A.  First Street in the north and southeast -- between the

9    north and southeast would be the entrance to the Capitol

10   Visitor's Center.

11   Q.  Could individuals, members of the public, also visit the

12   Crypt if, for example, they were meeting with their member

13   of Congress or accompanied by someone?

14   A.  They would be able to do that as well.

15   Q.  How would that work?

16   A.  So it's usually worked through the congressional

17   offices.  They would set up that appointment.  They would be

18   given -- Capitol Police would be given a list that this

19   individual would be able to come in the building.  They

20   would be met by a staffer at either the north or south door,

21   and they would be escorted in the building.

22          MS. ROCHA:  No further questions.

23          THE COURT:  Captain Ortega, one question I have.

24   Maybe you can clarify.  I don't really understand this whole

25   issue about the alarm.

1          How did the alarm work that day?  And when was it

2     on, and when was it not on?

3          THE WITNESS:  Are you referring to the exit door?

4     So as soon as those --

5          THE COURT:  At those wing doors.

6          THE WITNESS:  So as soon as the door is open, it

7     automatically triggers off an alarm.  So as soon as it's

8     swung open after the individual kicked it open, an audible

9     alarm is going to continuously go off.

10          THE COURT:  So that's at 2:12.

11          THE WITNESS:  No, I think it's a little bit

12     further past that.  I can't recall the exact time.

13          THE COURT:  Okay.

14          THE WITNESS:  It's a little bit past the 12:00

15     time, but it goes off --

16          THE COURT:  2:12 I thought was when the --

17          THE WITNESS:  Yes, I believe it's around that

18     time.  I'm sorry, I thought you said 12.

19          THE COURT:  Okay.

20          THE WITNESS:  So the audible alarm will go off as

21     well, but it would also send an alarm to the department to

22     notify that the door has been opened.

23          THE COURT:  But there's an audible alarm going off

24     that everybody can hear?

25          THE WITNESS:  Correct, from that door.

```
 1              THE COURT:  And how long does that go off?

 2              THE WITNESS:  It continues to go on until the

 3      alarm's reset.  We would have to close the door and

 4      utilize -- put it back in safe; lock the door back up for

 5      the alarm to be reset.

 6              THE COURT:  And then how long did it go off that

 7      afternoon?

 8              THE WITNESS:  Until the door was reset.  It was a

 9      continuous audible alarm.

10              THE COURT:  So it was audible for --

11              THE WITNESS:  Several hours.

12              THE COURT:  Several hours.

13              THE WITNESS:  Correct.

14              THE COURT:  So I had -- okay.  So that's why I

15      wanted to get that straight.

16              So when this defendant, at 3 -- whatever that was,

17      whatever time he entered the building, would that alarm have

18      been going off?

19              THE WITNESS:  It would have.

20              THE COURT:  Okay.  That alarm would have been

21      audible when he came in -- he came in the doors as we saw

22      him.  You testified it was him coming through the door.

23      That audible alarm would have been going off?

24              THE WITNESS:  That is correct, sir.

25              THE COURT:  All right.  And when he left, it would
```

1    have still been going off?

2              THE WITNESS:  That is correct, sir.

3              THE COURT:  Okay.

4              All right.  Any follow-up from either side based

5    on those questions?

6              MS. ROCHA:  Not from the government, Your Honor.

7              MR. MACHADO:  Just -- thank you, Your Honor.

8                        RECROSS-EXAMINATION

9    BY MR. MACHADO:

10   Q.  Do you know the noise level of the people -- what was

11   going on at that time?

12   A.  I don't know the exact noise level, but I do know it's a

13   very loud, loud sound.

14   Q.  I'm talking about the crowd.

15   A.  Oh.

16   Q.  Was the crowd being loud as well?

17   A.  The crowd was loud.

18   Q.  Okay.  Thank you.

19             MR. MACHADO:  Nothing further, thank you.

20             THE COURT:  Okay.  Thank you, Captain.

21             THE WITNESS:  Thank you, Your Honor.

22             THE COURT:  Next witness.

23             MR. BARCLAY:  The United States calls Allen

24   Purcell.

25             (Witness sworn)

```
 1                   FBI SPECIAL AGENT ALLEN PURCELL, Sworn

 2                            DIRECT EXAMINATION

 3     BY MR. BARCLAY:

 4     Q.  Good afternoon.

 5     A.  Good afternoon.

 6     Q.  Can you please state your name for the record.

 7     A.  My name is Allen Purcell.  First name is spelled

 8     A-L-L-E-N.  Last name Purcell, P-U-R-C-E-L-L.

 9     Q.  And are you currently employed?

10     A.  I am not.  I'm retired.

11     Q.  What did you do before you retired?

12     A.  I was a special agent with the Federal Bureau of

13     Investigation.

14     Q.  How long were you employed by the FBI?

15     A.  20 years.

16     Q.  And what did you do as a special agent for the FBI?

17     A.  I investigated violations of criminal law.

18     Q.  Briefly, what training did you do to become a special

19     agent with the FBI?

20     A.  I attended the FBI academy in Quantico, Virginia.

21     Q.  The government called you back from retirement to

22     testify today?

23     A.  Yes.

24     Q.  Okay.  And you had to travel to Washington to testify

25     today?
```

1    A.  That's correct.

2    Q.  And the government reimbursed your travel today?

3    A.  Yes, sir.

4    Q.  Special Agent Purcell, were you involved in the

5    investigation and arrest of an Isaac Yoder for offenses

6    committed on January 6, 2021?

7    A.  Yes, I was.

8    Q.  How did Mr. Yoder first come to your attention?

9    A.  His -- he was -- we were notified from a lead that was

10   sent from Washington Field Office investigators that were

11   looking into January 6th.

12   Q.  And what steps did you take upon receiving that lead?

13   A.  Once we received the lead, we took that information and

14   used it to positively identify Mr. Yoder.

15   Q.  Can you describe a little bit about how you positively

16   identified him?

17   A.  We were provided a photo, which we then went and used

18   databases such as a driver's license to confirm his identity

19   and his whereabouts.  We also, based on a post, knew that he

20   owned Yoder Lock & Key, and we were able to locate him

21   through that.

22   Q.  Was he wearing any distinctive clothing in the photo

23   that you mentioned?

24   A.  Yes, that's how we basically confirmed visually that it

25   was the same individual, because the photo that we had

1    received in that lead was identical to -- the clothing he

2    was wearing in that was identical to the photo that was in

3    his Yoder Lock & Key website.

4    Q.  How would you describe the clothing that you saw?

5    A.  Colonial period attire.

6    Q.  What did you do after you had believed that you had

7    identified Mr. Yoder?

8    A.  We then set out to locate and make contact with

9    Mr. Yoder.

10   Q.  And did you, in fact, locate Mr. Yoder?

11   A.  We did.

12   Q.  Okay.  Can you describe your first interaction with

13   Mr. Yoder.

14   A.  Yes.  We basically passed on the road, and because he

15   was driving in his work van that had Yoder Lock & Key, we

16   recognized that that was him.

17        To the best of my recollection, we basically just

18   slowed down because we kind of waved at him.  And through

19   the window, we basically introduced ourselves and told him

20   who we were and that we needed to talk to him.

21        And at that point we just proceeded to kind of

22   turn the cars around, we pulled over to the side of the

23   road, and from that point forward we made verbal contact

24   with Mr. Yoder.

25   Q.  What was the nature of that conversation that you had?

1    A.  It was basically -- we explained to him that we needed

2    to talk about what happened while he was in Washington,

3    D.C., and that we knew that he had been in the Capitol, and

4    that -- and that we needed to do an interview with him.  We

5    needed to sit down and talk about, you know, what the events

6    were leading up to that and why he went in and that type of

7    thing.

8    Q.  And did you, in fact, conduct or set up an interview

9    with Mr. Yoder?

10   A.  We did.  We told him that it was up to him.  It was

11   not -- you know, he didn't have to come down, but we sure

12   would appreciate a chance to be able to sit down and talk

13   with him.  And that he was more -- I mean, we could -- at

14   that time we explained to him we could talk there, we could

15   talk at his house; we could go to the office; wherever he

16   felt comfortable, and we explained to him that it would be

17   his choice.

18           And he agreed that he could meet us later.  I

19   believe after he got off work or when he finished he would

20   be able to come down and sit down with us and have an

21   interview.

22   Q.  So did -- did you ultimately -- did you, in fact, have a

23   formal interview with Mr. Yoder?

24   A.  We did.

25   Q.  Okay.  And do you remember roughly how long after that

1   side-of-the-road interaction that was?

2   A.  Specifically I cannot remember because it has been a

3   while, but I think -- I believe it was later that same day.

4   Q.  And where was that conducted?

5   A.  That was conducted at our Joplin resident agency in

6   Joplin, Missouri.

7   Q.  Who attended -- and do you remember when that was?

8   A.  I don't remember the exact date, but it was in March of

9   2021.

10  Q.  Okay.  Who attended that interview?

11  A.  That was myself; my partner, Special Agent Stacy Moore;

12  Mr. Yoder; his wife, Kelly; and also with them, they had

13  brought their children with them.  The two older children

14  remained in an adjacent room, and at that time Mrs. Yoder

15  had an infant in arms, and the infant in arms was in the

16  interview room with us.

17  Q.  Do you remember roughly how long that interview was?

18  A.  I don't recall the exact time, but if I had to estimate,

19  it would have probably been about an hour and a half.

20  Q.  And do you recall what the person that you interviewed

21  looks like?

22  A.  Yes.

23  Q.  Okay.  And do you see that person in the courtroom

24  today?

25  A.  Yes, sir.  He's sitting just behind you.

1    Q.  Could you just identify him by an item of clothing?

2    A.  It's Mr. Yoder, yes.  He's wearing a mask.  He just

3    pulled his mask down now.

4              MR. BARCLAY:  Let the record reflect that Agent

5    Purcell has identified the defendant.

6              MR. MACHADO:  No objection.

7    Q.  Did Mr. Yoder interview voluntarily, or was he compelled

8    to do so?

9    A.  No, he volunteered voluntarily, and at the beginning of

10   the interview we reemphasized that point, that his

11   willingness to talk to us was, you know, completely

12   voluntary; that he could stop at any time that he wanted;

13   that he could leave if he felt uncomfortable.  And we also

14   emphasized that we were very grateful that he was willing to

15   sit down and talk to us.

16   Q.  During that interview did you ask Mr. Yoder whether he

17   had been inside the United States Capitol on January 6,

18   2021?

19   A.  I did.

20   Q.  And what did he say?

21   A.  He said yes.

22   Q.  What, if anything, did Mr. Yoder say about why he had

23   come to D.C. in the first place?

24   A.  He had mentioned that he was here to support the

25   president at that time in the rally that was held on January

1  6th.

2  Q.  Did he tell you how he got to D.C.?

3  A.  He said that he drove, left the day before and drove

4  through the night to get here in the early morning hours of

5  January 6th.

6  Q.  Did he drive by himself, or was he with other people?

7  A.  He was with his father, his two brothers, a niece and

8  nephew, as I recall.

9  Q.  And did Mr. Yoder tell you what happened when he and his

10  family arrived in D.C.?

11  A.  He explained that once they got here, that they found an

12  open parking spot near the Capitol.  From there, they then

13  moved down to where President Trump was going to be

14  speaking, down near the White House and where the podium had

15  been set up down there for that speech.

16  Q.  Do you remember if they said roughly at what time they

17  might have gotten to the speech?

18  A.  It was roughly around 4:00 a.m.

19  Q.  Did Mr. Yoder say anything about what happened when they

20  arrived at the rally?

21  A.  Once they arrived initially at the rally, they had come

22  into an area that was secure around where the podium was.

23  And at that point his family and him separated because he

24  had -- there were several articles that security would not

25  allow for him to bring inside of that secure perimeter.  So

1   he remained outside with the flags and made his way over and

2   stood over by the Washington Monument for the rest of the

3   morning.

4   Q.  Do you remember what time Mr. Yoder said that President

5   Trump actually spoke that day roughly?

6   A.  He indicated that Trump was supposed to speak earlier

7   that morning, around 11:00 or so, but did not actually get

8   up to start speaking until around 1:00.

9   Q.  So between -- did Mr. Yoder say what he did between 4:00

10   a.m., when they arrived, and around 1:00 p.m.?

11   A.  He said that he remained in and around the Washington

12   Monument, and that he just interacted with other supporters

13   around that time, and had stopped periodically to have

14   photos taken while he was there.

15   Q.  Did Mr. Yoder say that he, in fact, watched Former

16   President Trump's speech?

17   A.  He did from a distance.

18   Q.  Did he say at that time anything about the United States

19   Capitol?

20   A.  No.  From what I recall, he just mentioned that he could

21   see -- from his vantage point at the Washington Monument, he

22   could see both down toward the podium toward Trump, and he

23   could also see up toward the Capitol; and that he noticed at

24   one point that there was a breakaway of a crowd of people

25   that were making their way to the Capitol prior to Trump

1    finishing his speech.

2    Q.  After the speech, what did Mr. Yoder say, if anything,

3    about what he did?

4    A.  He just mentioned that he began to make his way back to

5    the vehicle and that he -- it was not a rushed process, that

6    he had made his way basically following the crowd up and had

7    actually stopped at a souvenir place to buy T-shirts.

8    Q.  Did Mr. Yoder say whether he, in fact, arrived back at

9    his family's vehicle?

10   A.  He did.  He eventually made it back and remained there

11   until the rest of his family arrived.

12   Q.  What did he say happened next, if anything?

13   A.  At that point is when his family and -- forgive me,

14   because I can't remember the exact order, but I believe his

15   father showed up, and then not too much then after his

16   brother showed up with the niece and nephew.

17   Q.  What, if anything, did Mr. Yoder say happened at that

18   moment?

19   A.  At that point his -- he had heard from his brothers.

20   They seemed distressed and upset, had indicated that --

21   words to the effect that it was bad.  Pence had folded, and

22   that they had broke into the Capitol.

23   Q.  What, if anything, did they say about pepper spray or

24   rubber bullets?

25   A.  They mentioned having -- one of the brothers had

1    mentioned having been hit by rubber bullets, and the other

2    brother had mentioned about having pepper spray.  And it was

3    also witnessed by Mr. Yoder that the niece and nephew had --

4    were also irritated by the irritants from the pepper spray

5    that had been dispersed on them at some point.

6    Q.  How did Mr. Yoder say that he reacted to this

7    information?

8    A.  He immediately headed toward the Capitol.

9    Q.  Did he say why he did that?

10   A.  He felt that there was -- he knew that something

11   significant was happening, and that he wanted to be there to

12   provide witness to what was occurring.

13   Q.  Did he say anything else other than providing -- being

14   part of something significant --

15   A.  He said he wanted to be there to help if there needed to

16   be help.

17   Q.  Did Mr. Yoder say what he saw as he ran -- as he went

18   towards the Capitol?

19   A.  He said that people were coming the opposite way, in

20   other words, moving away from the Capitol.  And to the best

21   I recall, he described it as that whatever had happened had

22   already occurred, and that people were leaving the Capitol.

23   Q.  Did he say anything at all about barricades?

24   A.  He did.  He mentioned that as he approached the Capitol,

25   that there was, in fact, barricades, but he did not

1    interpret those barricades as blocking him; more as a funnel

2    to steer people toward the Capitol.

3    Q.  Did he say what he did when he encountered those

4    barricades?

5    A.  He went around them.

6    Q.  And by "around," did you interpret that to mean closer

7    towards the Capitol?

8    A.  Yes, yes, toward -- he continually made his way toward

9    the Capitol.

10   Q.  Did Mr. Yoder say what happened after he encountered

11   these barricades?

12   A.  From there, as he made his way around, as I recall, he

13   then used the scaffolding to make access to the west patio.

14   Q.  When he was on what you're calling the west patio, did

15   he say anything about what he may have seen there?

16   A.  He said that as he made his way onto the patio, which we

17   know now is toward the west Senate door, that he saw broken

18   glass and a broken door.

19   Q.  Did Mr. Yoder say that he entered the Capitol at some

20   point?

21   A.  He did.

22   Q.  Okay.  What did he say?

23   A.  He said that he made his way in through where the doors

24   had been broken open.  And when he went in, immediately he

25   came into contact with law enforcement at the door.

1   Q.  What did he say about the law enforcement that he --

2   A.  He said that they asked if he was going to cooperate,

3   and he said yes.

4   Q.  What, if anything, did Mr. Yoder say happened after he

5   went inside the Capitol?

6   A.  He said that once he made it inside, he said that he

7   witnessed the others in the building, and that his remark

8   was that they were not -- they did not appear to be normal

9   Trump supporters.  He had heard comments being made, like

10  calling law enforcement "pigs," that type of thing, and it

11  made him uncomfortable.

12  Q.  Did he say anything about the state of the Capitol at

13  that time?

14  A.  He just said that there were people everywhere, and that

15  the first thing he noticed was a pile of wood that was in

16  the foyer or the entryway through the doors that he had just

17  entered.

18  Q.  And what, if anything, did he say he did when he

19  encountered this pile of wood?

20  A.  At that point he stood on the pile and basically made an

21  announcement, and it was words to the effect that we needed

22  to -- that everyone needed to remain peaceful.

23  Q.  What did Mr. Yoder say about people's reactions --

24  people's reaction to this announcement, if anything?

25  A.  Basically that it was ignored.

1   Q.  What, if anything, did Mr. Yoder say he did next?

2   A.  From there, he got down from the pile and began to just

3   move along with the crowd south through the hallway toward

4   the Crypt.

5   Q.  And what happened in the Crypt, according to Mr. Yoder?

6   A.  He entered the Crypt and noticed that there were a bunch

7   of statues.  I believe he described it as a Rotunda.  And

8   that there were two law enforcement officers standing next

9   to those statues -- next to almost every statue.

10  Q.  Did Mr. Yoder say anything about photographs that day?

11  A.  He mentioned that as he walked around, that there were

12  photographs being taken of him, and that he was certain that

13  he was probably captured in photographs.

14  Q.  Did Mr. Yoder say that at some point he decided to turn

15  around?

16  A.  He did.  He mentioned that after looking around, that he

17  knew -- and I believe he used words to the effect that there

18  were really no winners on what was going on, and that he

19  decided to make his way back out of the Capitol.

20  Q.  What, if anything, did he say happened as he made his

21  way back out the way he came?

22  A.  He just said that he moved through the hallway.  At one

23  point he was -- what he did recall was that he was stopped

24  by a young lady who asked him for his photograph, and he

25  posed with her for that photograph, and that was the only

1    photograph that he recalls purposely standing still for with

2    someone.

3    Q.  Did Mr. Yoder say whether he exited the Capitol?

4    A.  He did.  He said that he exited out of the same doors

5    that he had entered.

6    Q.  What, if anything, did Mr. Yoder say happened after he

7    exited?

8    A.  He said he made his way back down off of the west side

9    of the Senate and back to his vehicle.

10   Q.  What, if anything, did he say happened after he made it

11   to the vehicle?

12   A.  The one thing I recall was that when they got back, he

13   had received over his phone the message that came out that

14   said that D.C. was under a new curfew, that he did not --

15   they did not stay.  They just got into their vehicle and

16   began the trip home to Missouri.

17   Q.  During the interview, what, if anything, did you and

18   Mr. Yoder discuss regarding physical evidence from January

19   6, 2021?

20   A.  I asked him that it was probably going to be necessary

21   at some point to collect the items that he wore during that

22   period, and that there would be a possibility that we would

23   also need to look at his phone in case there were any

24   pertinent communications or photographs that were taken

25   during that event.

1    Q.  Starting with the clothing, did he, in fact, surrender

2    the clothing that he wore to --

3    A.  He did.

4    Q.  Do you recall when that happened?

5    A.  It was -- I can't remember the exact date, but it was a

6    couple of months after our initial interview, because we

7    were not sure what exactly we needed, and we were looking to

8    get more specific guidance to make sure we had that.

9    Q.  When he -- did Mr. Yoder come in again to give this

10   clothing?

11   A.  He did.

12   Q.  Okay.  Did you see him again when he came back in?

13   A.  Yes, I did.

14   Q.  What paperwork did Mr. Yoder have to sign, if any, to --

15   in connection with the clothes?

16   A.  He sent a consent to search, and also he signed an FD --

17   I believe it's a 1059, which is a receipt for property,

18   at which we listed the items that we were receiving from

19   Mr. Yoder voluntarily.  And then at that point we both

20   signed that document indicating his giving us and us

21   receiving those items.

22   Q.  Why is it important to fill out a property receipt

23   after --

24   A.  That way all those items are accounted for that he did

25   give to us so that at some point in time we could return

1    those items to him.

2    Q.  Let me show you what's previously marked as Government's

3    505 for identification.

4            Do you recognize this?

5    A.  Yes, I do.

6    Q.  What is this?

7    A.  This is our FD-597.

8    Q.  And your signature is on the bottom left?

9    A.  The "Received By" is my signature.

10   Q.  And is this an exact -- does this appear to be an exact

11   copy of the property receipt that you had Mr. Yoder

12   complete?

13   A.  Yes.

14   Q.  And what's the date on the top?

15   A.  The date is May 19, 2021.

16           MR. BARCLAY:  I move to admit Government's 505.

17           MR. MACHADO:  No objection.

18           THE COURT:  Received.

19   Q.  So what does this document reflect?

20   A.  It reflects the items that we received from Mr. Yoder

21   that day.

22   Q.  And what are those items?

23   A.  There was a tricorn hat and a colonial period blue

24   overcoat, a white cravat or a sash, and a tan vest.

25   Q.  So I think you said this, but those are the items that

1    Mr. Yoder gave to you and the FBI on May 19, 2021?

2    A.  That's correct.

3    Q.  After they've been received, how does the FBI typically

4    maintain physical evidence like clothing?

5    A.  It then goes into our chain of custody, which we sign

6    and document, and then it goes into our evidence storage

7    room until trial.

8    Q.  Did the FBI follow those procedures here in this case?

9    A.  Yes, they did.

10          MR. BARCLAY:  Your Honor, may I approach the

11   witness to show him several pieces of clothing?

12   Q.  I'm now going to show you what's been previously marked

13   as Government's Exhibit 501 for identification.

14          Do you recognize this?

15   A.  Yes, I do.

16   Q.  What is it?

17   A.  This is the tricorn hat.

18   Q.  How do you know it's the tricorn hat?

19   A.  Because it's part of the colonial dress that was worn

20   during that event.

21          MR. BARCLAY:  I'm going to move to admit

22   Government's 501.

23          MR. MACHADO:  No objection.

24          THE COURT:  Received.

25   Q.  And does this appear to match the tricorn hat that he

 1    wore on January 6th, based on your investigation?

 2    A.  Yes.

 3    Q.  I'm also going to pull up on the screen Government's

 4    Exhibit 501A for identification.  Is this photo

 5    substantially similar to the hat I just showed you in

 6    Government's 501?

 7    A.  It is.

 8              MR. MACHADO:  No objection to 501A.

 9    Q.  Now I'm going to show you what's been marked --

10    previously marked as Government's Exhibit 502 for

11    identification.

12              Do you recognize this?

13    A.  Yes, I do.

14    Q.  What is it?

15    A.  This is the blue overcoat that Mr. Yoder wore.

16              MR. BARCLAY:  Move to admit.

17              MR. MACHADO:  No objection.

18              THE COURT:  Received.

19    Q.  And does it appear to match the overcoat that he wore on

20    January 6th?

21    A.  Yes.

22    Q.  Now I'm going to pull up 502A for identification.

23              Is this photo substantially similar to the

24    overcoat that I just handed you, 502 --

25    A.  It is.

1    Q.  I'm now going to show you what's previously been marked

2    as 503.

3              MR. MACHADO:  No objection to 502, if it's being

4    moved.

5              THE COURT:  502A and 501A are both received

6    without objection.

7    Q.  So this is Government's 503 for identification.

8              Do you recognize this?

9    A.  Yes.

10   Q.  What is it?

11   A.  This is the cravat or the sash.

12             MR. BARCLAY:  Okay.  Move to admit Government's

13   503.

14             MR. MACHADO:  No objection.

15             THE COURT:  Received.

16   Q.  And does this appear to match the sash that he -- that

17   Mr. Yoder wore on January 6, 2021?

18   A.  Yes.

19   Q.  I'm now going to pull up on the screen Government's

20   503A.  Is this photo substantially similar to the cravat

21   that I just showed you in 503?

22   A.  Yes.

23             MR. BARCLAY:  Move to admit 503A.

24             MR. MACHADO:  No objection.

25             THE COURT:  Received.

1    Q.  I'm now going to show you what's been previously marked

2    as Government's 504 for identification.

3              Do you recognize this?

4    A.  I do.

5    Q.  What is it?

6    A.  This is the vest.

7              MR. BARCLAY:  Move to admit Government's 504.

8              MR. MACHADO:  No objection.

9              THE COURT:  Received.

10   Q.  Is this the same -- appear to match the vest that

11   Mr. Yoder wore on January 6, 2021?

12   A.  That's correct.

13   Q.  I'm now going to pull up Government's 504A for

14   identification.

15              Is this photo substantially similar to the vest I

16   just showed you?

17   A.  Yes.

18              MR. BARCLAY:  Move to admit Government's 504A.

19              MR. MACHADO:  No objection.

20              THE COURT:  Received.

21   Q.  Are there any items that you saw Mr. Yoder wearing on

22   January 6, 2021, that he did not surrender to the FBI in May

23   of 2021?

24   A.  To the best of my recollection, it was -- he had some

25   what I would describe as high riding boots, leather boots,

1    and a saber.

2    Q.  Anything that you recall him holding that he did or did

3    not surrender?

4    A.  If you're referring to the American flag, that would

5    have been the other item that was in the photo that we

6    received.

7    Q.  Did you specifically request that Mr. Yoder turn over

8    those items that we just talked about, or did you leave it

9    up to him?

10   A.  I did not request -- I requested -- my request, to the

11   best of my recollection, what I asked him to do, was all the

12   items that he had in that photo to bring with him so that we

13   could collect those items.

14   Q.  When you say "that photo," you're referring to an open

15   source -- a photo that you found through your investigation?

16   A.  That's correct.

17   Q.  Did Mr. Yoder turn over anything else besides his

18   clothes on May -- in May of 2021?

19   A.  He allowed us to conduct a voluntary search of his

20   phone.

21   Q.  Did Mr. Yoder sign anything in connection with that

22   voluntary search of the phone?

23   A.  He did.  He signed a consent to search form.

24   Q.  I'm now going to show you what's been previously marked

25   as Government's 506 for identification.

```
 1              Do you recognize this?

 2   A.  Yes, I do.

 3   Q.  What is this?

 4   A.  This is the consent to search computer, cell phones.

 5   Q.  Is that your signature under the signature -- above the

 6   "Signature of Witness" line?

 7   A.  Yes.

 8   Q.  And so is this an exact -- appear to be an exact copy of

 9   the consent to search form that you had Mr. Yoder complete?

10   A.  Yes.

11              MR. BARCLAY:  Move to admit Government's 506.

12              MR. MACHADO:  No objection.

13              THE COURT:  Received.

14   Q.  Generally speaking, what does this document reflect?

15   A.  It shows that Mr. Yoder voluntarily allowed us to -- his

16   consent to search his phone.

17   Q.  I'm now going to show you what's been previously marked

18   as Government's Exhibit 507 for identification.

19              Do you recognize this?

20   A.  Yes.  This is an FBI form FD-26 consent to search.

21   Q.  Is that your signature on the bottom of the first page

22   as the witness?

23   A.  It is.

24              MR. BARCLAY:  And I think this is a two-page

25   document, so if we can go to the second page.
```

1          Second page of the document, Mr. Wise.  Sorry.

2     Q.  Is that your signature under the first "Witnessed" on

3     the second page?

4     A.  Yes.

5     Q.  Okay.  So does this appear to be an exact copy of the, I

6     believe it's the FD-26 that you had Mr. Yoder complete?

7     A.  Yes.

8     Q.  Okay.

9          MR. BARCLAY:  So I move to admit Government's 507.

10          MR. MACHADO:  No objection.

11          THE COURT:  Received.

12     Q.  So what do these two documents that we just saw, 506 and

13     507, reflect concerning whether Mr. Yoder consented to the

14     search of his phone?

15     A.  Yes.

16     Q.  They do reflect that?

17     A.  He did.  He allowed us to voluntarily search that.

18     Q.  And did the FBI, in fact, search the phone?

19     A.  We did.

20     Q.  Did you conduct the search or did someone else in the

21     FBI conduct --

22     A.  We had a digital forensic expert do that process for us.

23     Q.  But are you familiar with kind of -- with the process

24     used to search the phone?

25     A.  Yes.  It's a software called Cellebrite that they use in

1    order to gather the contents of the phone and then analyze

2    that so we can review it.

3    Q.  Did you review some sort of results or output from the

4    phone?

5    A.  Yes.  That digital forensic analysis was provided to us

6    by the examiner so that we could review those contents.

7    Q.  As far as you know, was the phone searched using

8    standard procedures?

9    A.  Yes.

10              MR. MACHADO:  Objection; basis for knowledge.

11              THE COURT:  Lay a foundation if you want to get

12   that.

13   Q.  You've reviewed the -- you reviewed the output of the

14   report in this case.

15   A.  Yes.

16   Q.  Does it appear different somehow than other kind of

17   outputs that you've received through your training and

18   experience as an FBI agent?

19   A.  There was nothing different.

20   Q.  Okay.  So as far as you know, based on your training and

21   experience and what you reviewed, was this particular phone

22   searched using standard procedures?

23              MR. MACHADO:  Objection.

24              THE COURT:  Sustained.

25   Q.  We talked about the report that you reviewed.  Do items

1    on that report have time stamps?

2    A.   They do.

3    Q.   Do you recall what time zone the time stamps were in on

4    that report for Mr. Yoder's phone?

5    A.   They would have been Central Standard Time.

6    Q.   Is there another way that that's described on the

7    report?

8    A.   It would have been also what people refer to as UTC or

9    the Coordinated Universal Time.

10   Q.   And was it just UTC or UTC --

11   A.   UTC -- Central Time is UTC minus six.

12   Q.   What time zone is Missouri in?

13   A.   Central time.

14   Q.   Based on your review of the report, was the information

15   relating to the defendant's presence in the Capitol on

16   January 6th in the phone?

17            MR. MACHADO:  Objection.

18            THE COURT:  Overruled.

19   A.   Yes.

20   Q.   I'd like to show you Government's 508 for

21   identification.

22            MR. MACHADO:  Your Honor, may we approach or --

23            THE COURT:  Yes.

24            MR. MACHADO:  There's no jury.  My apologies.

25            Your Honor, with regard to this exhibit, unless

1     the witness can say that he saw the messages of it, then --

2     on the phone itself, then I don't think he can authenticate

3     that that's what was on his phone.

4             MR. BARCLAY:  I believe we stipulated to the

5     authentication of the items from the phone.

6             MR. MACHADO:  The Court's indulgence.

7             (Pause)

8             MR. MACHADO:  You're right.  I withdraw my

9     objection.  That's correct.  My apologies.

10            THE COURT:  Okay.  All right.

11    Q.  So I'll just direct your attention to Government's 508

12    for identification.

13            Do you recognize this?

14    A.  Yes.

15    Q.  And what is this?

16    A.  This is the analysis or the report that was provided to

17    me after the analysis.

18    Q.  Okay.  And is this the complete analysis, or is this

19    only a part of the analysis that we're looking at?

20    A.  Only a part.

21    Q.  And does this appear to be a fair and accurate

22    representation of the portion of the Cellebrite report that

23    contains text messages between Isaac Yoder and Kelly,

24    whoever that is?

25    A.  Yes.

1          MR. BARCLAY:  So move to admit 508.

2          MR. MACHADO:  No objection.

3          THE COURT:  Received.

4    Q.  Who is Kelly?

5    A.  Kelly is his wife.

6    Q.  And how do you know that?

7    A.  I have met her.

8    Q.  How on this report do you know that that -- his wife is

9    the same person who is the Kelly in this report?

10   A.  On this report, because of the area code of the phone

11   number and the context to which they were messaging back and

12   forth.

13   Q.  Okay.

14   A.  Also prior to this, in his interview with us, he had

15   mentioned that the only person he recalled texting while he

16   was inside the Capitol was to his wife.

17   Q.  So is it fair to say that these were consistent with

18   your knowledge and understanding of their relationship and

19   what Mr. Yoder told you?

20   A.  That's correct.

21   Q.  Okay.  Can you explain what the messages on the right

22   that start "To," a number, and "Kelly."  Who are those from

23   in green?

24   A.  Okay.  The green -- the green box is the messages from

25   Mr. Yoder, and that is being sent to the Kelly for the

1    recipient of that message.

2    Q.  And what about the blue ones on the left-hand side

3    there?

4    A.  Those are responses to that message.

5    Q.  Okay.  So we're going to start with the top.

6         MR. MACHADO:  Your Honor, may I have the Court's

7    indulgence to speak to counsel?

8         (Counsel confer)

9         MR. BARCLAY:  Just to make this more streamlined,

10   can we go to Government's 511 for identification.

11        MR. MACHADO:  There's going to be no objection to

12   511, Your Honor.

13        MR. BARCLAY:  Okay.  I'm going to move to admit

14   Government's 511.

15        MR. MACHADO:  No objection.

16   Q.  So can you read the first text here sent between Isaac

17   and Kelly, the one at the very top.

18   A.  It says, "We are parked at the Capitol and are walking

19   to the White House."

20   Q.  Did Kelly respond to that?

21   A.  She did.  She said, "OK. Praying for your protection!"

22   Q.  What was the time stamp for Isaac's first message?

23   A.  The first message was at 4:00 a.m. Central time.

24   Q.  Okay.  After Mrs. Yoder responded, "OK.  Praying for

25   your protection!" did Mr. Yoder respond again?

1    A.   He did, but this time it was a photograph.

2    Q.   Okay.   And understanding that this document is compiled

3    from our documents, what -- how, when you were reading the

4    report, were you able to tell that he sent a photograph?

5    A.   Because it's chronologically by time as the messages

6    come in and are sent.

7    Q.   And is the underlying file contained somewhere on the

8    phone?

9    A.   It would have been contained -- if you're referring to

10   photographs, it would have been contained on that phone.

11   Q.   So can you make out what's in that photograph at all?

12   A.   It's a little dark, but that is Mr. Yoder standing next

13   to an individual who is also in period dress.

14            MR. BARCLAY:   Can we go to the next page.

15   Q.   Does Mrs. Yoder respond?

16   A.   It looks like his wife responded and asked him about "Is

17   that you and another person wearing a costume?   It's so dark

18   there still."

19   Q.   And what time was that text?

20   A.   And that was at 6:47 Central.

21   Q.   What's the next text in this thread?

22   A.   It's another photograph.

23   Q.   And who sent that photograph to who?

24   A.   Mr. Yoder.

25   Q.   Sent it to...?

1    A.   To Kelly.

2    Q.   Okay.  Can you describe what that photograph depicts?

3    A.   Again, that's another photograph of Mr. Yoder and the

4    individual that was in the earlier photograph as well.

5    Q.   And, again, although it's compiled in this manner, is

6    the photograph itself contained separately on the phone?

7    A.   Yes.

8    Q.   How does Kelly -- Mrs. Yoder -- respond to this, if at

9    all?

10   A.   "That's awesome!!!"

11          And also, "How's it going there?  I heard it's

12   cold!!"

13          MR. BARCLAY:  Can we go to the next page.

14   Q.   What happens next in this thread?

15   A.   Then there's a message that is received from Kelly and

16   says, "Hey.  Are you OK?"

17          MR. BARCLAY:  Can we actually go back to the prior

18   page.

19   Q.   So what's the time stamp of that first message that you

20   said "That's awesome"?

21   A.   At the very top you're referring to or --

22   Q.   The middle of the page below the photo.

23   A.   That text messages that came in from "That's awesome,"

24   that's 11:45 a.m., Central time.

25   Q.   And what was the time stamp on the next page, that first

 1   message that we just looked at, "Hey.  Are you OK?"

 2   A.  That came in at 1:53 p.m. Central.

 3   Q.  So between those two times, did Mr. Yoder respond?

 4   A.  No, no.

 5   Q.  What's the next -- what is the next message in this

 6   chain?

 7   A.  It was a response from Mr. Yoder that said, "Yes.

 8   Pray!"

 9   Q.  And did he say anything else?

10   A.  He responds again, "But yes."

11   Q.  What's the time stamp?

12   A.  The latter time stamp was at 2:20 p.m. Central.

13   Q.  How, if at all, did Mrs. Yoder respond?

14   A.  She responded by saying, "Take a picture!"

15          And then followed by, "OK yes I'm praying

16   fervently!!!"

17   Q.  What did you interpret the request to take a picture to

18   mean?

19          MR. MACHADO:  Objection; speculation.

20          THE COURT:  Sustained.

21          MR. BARCLAY:  I'm just going to pull up

22   Government's 509.

23   Q.  Does this appear to be the photo that we were just

24   talking about in the first message -- the first picture

25   message in the thread we were just talking about?

1   A.  Yes, that's the first photo.

2       MR. BARCLAY:  Okay.  I'm going to move to admit

3   509.

4       MR. MACHADO:  No objection.

5       MR. BARCLAY:  And 510.

6   Q.  Does this appear to be the second picture message that

7   we were talking about in that thread?

8   A.  It is.

9       MR. BARCLAY:  Okay.  Move to admit 510.

10      MR. MACHADO:  No objection.

11      THE COURT:  Received.

12      MR. BARCLAY:  We can take that down.  Thank you.

13  Q.  As part of your investigation into Mr. Yoder, did you

14  locate open-source videos depicting Mr. Yoder inside the

15  U.S. Capitol?

16  A.  Yes.  I was provided with closed-caption TV from the

17  Capitol Police for January 6th.

18  Q.  In addition to the closed-caption, did you also locate

19  what I'm calling open source videos?

20  A.  I do not recall at the time that I had the

21  investigation seeing any other video of Mr. Yoder other than

22  what was provided to me on the CCTV.  The only other images

23  of Mr. Yoder was provided as still from -- still captures

24  off of social media.

25  Q.  Are you now aware of open source videos depicting

1    Mr. Yoder inside the U.S. Capitol?

2    A.  I am.

3    Q.  What does open source -- what do you understand "open

4    source" to mean?

5    A.  That is publicly readily available information usually

6    over places such as the Internet.

7    Q.  You mentioned Capitol surveillance footage that you

8    reviewed.  Did you identify Mr. Yoder in that footage?

9    A.  I did.

10   Q.  And how do you know that it was Mr. Yoder in that

11   footage?

12   A.  I had seen him and recognized him specifically because

13   of the colonial period dress that he was wearing.

14            MR. BARCLAY:  I'm now going to show you what has

15   been marked as Government's 304 for identification.

16            (Video playing)

17            MR. BARCLAY:  And can we pause.

18            I'm just -- I'm going to move to admit

19   Government's 304.

20            MR. MACHADO:  No objection.

21   Q.  Does this appear to be CCTV footage of the Capitol?

22   A.  It does.

23   Q.  And have you reviewed other -- have you and I reviewed

24   other open source videos and Capitol surveillance footage

25   together?

1    A.  Yes, we have.

2    Q.  Okay.  We'll get through them.

3             So why don't we -- what are we looking at here?

4    What is depicted in the surveillance footage?

5    A.  This is closed-caption surveillance television of the

6    west Senate doors.

7             MR. BARCLAY:  Can we just pull up 201 quickly.

8    Q.  Does this appear to be the same footage that is depicted

9    in 201?  There's 303 and 201.

10   A.  It is.

11            MR. BARCLAY:  Okay.  Go back to 303 -- I'm sorry,

12   304.  Start at the beginning and just play through, and

13   pause at eight seconds, Mr. Wise.

14            (Video playing)

15            MR. BARCLAY:  Pause there.

16   Q.  So I know there's a circle there.  Was that in the

17   original CCTV footage that you reviewed, or is that

18   something that the government might have added for the

19   purposes of this exhibit?

20   A.  That was in the original footage.

21   Q.  I'm sorry, the red circle in the middle.

22   A.  No, the red circle was not, but the imagery in the video

23   was.

24   Q.  Okay.  Do you see the defendant in this video?

25   A.  I do.

1    Q.   And where is he?

2    A.   He is holding the flag, and you can see the tricorn hat

3    that he is wearing just there in the entryway.

4    Q.   What's the time stamp?

5    A.   The time stamp is 3:14 p.m.

6          MR. BARCLAY:   Let's play this through.

7          (Video playing)

8          MR. BARCLAY:   Let's pause at about 42 seconds

9    here.

10   Q.   Okay.   What did you see Mr. Yoder just do?

11   A.   This was him standing on the pile that he had described

12   in our interview.

13   Q.   And did you see a woman behind him?

14   A.   Say it again.

15   Q.   Did you see a woman behind him?

16          MR. BARCLAY:   We can rewind it a few seconds.

17   Maybe back to 39 seconds.

18          A little bit further.

19          Okay.   Let's play that forward.

20          (Video playing)

21          MR. BARCLAY:   Okay.   We can pause there.

22   Q.   Did you see a woman standing behind Mr. Yoder?

23   A.   Directly behind him, yes.

24   Q.   And what happened as Mr. Yoder got up on that furniture?

25   A.   From there, that is when he described to me that he was

1    telling people to remain peaceful.

2    Q.  I'm actually just talking about the video that we can

3    see here.  Did you see anything happen with the woman behind

4    him as he got up on the --

5              MR. MACHADO:  Objection.  The video speaks for

6    itself.

7              THE COURT:  Overruled.

8    A.  Please state that again or ask that again, please.

9    Q.  When Mr. Yoder -- you were looking at this video, and

10   Mr. Yoder got up on the pile of furniture.  Did you see

11   anything happen with regards to the woman who was standing

12   behind him?

13   A.  I lost visibility of her, but she kind of leaned back

14   then behind him.

15             MR. BARCLAY:  Let's keep playing.  Pause it at 48

16   seconds.

17             (Video playing)

18             MR. BARCLAY:  Just one more second.  I'm sorry,

19   Mr. Wise.

20             Okay.  Let's pause here.

21   Q.  Do you see there's now a split screen on the video?

22   A.  I do.

23   Q.  Do you recognize the video on the right?

24   A.  The video on the right, I do recognize it, but that was

25   after attorneys had shown me that.

1    Q.  This is a video that the attorneys and you have reviewed

2    together in the past?

3    A.  That's correct.

4    Q.  Okay.  Who is depicted in the video on the right?

5    A.  That's Mr. Yoder.

6    Q.  Okay.  And in the video on the left is the CCTV?

7    A.  That's correct.

8    Q.  Okay.

9          MR. BARCLAY:  Let's play and pause at about 1:07.

10          I'm sorry, can we pause this?  I just want to make

11    sure that the sound is on.

12          (Video playing)

13          MR. BARCLAY:  Let's rewind it back, Mr. Wise --

14    I'm sorry -- to about 48 seconds.  Now we can play it

15    through.

16          (Video playing)

17          MR. BARCLAY:  Let's pause here.

18    Q.  Did you hear what Mr. Yoder said in that video?

19    A.  It was difficult.  I picked up bits and pieces.

20    Q.  What bits and pieces did you pick up?

21    A.  That basically it seemed to me that he was indicating

22    that people would lose credibility if they continued doing

23    what they were doing in and around there.

24    Q.  Based on the split screen that we were seeing earlier,

25    does it appear that Mr. Yoder gave that speech right after

1    he entered the Capitol?

2    A.  Yes, when he entered and stood on the wood pile.

3    Q.  Okay.

4          MR. BARCLAY:  Let's keep playing.

5          (Video playing)

6          MR. BARCLAY:  Pause about 1:15.

7    Q.  Okay.  Do you see again there is a split screen here?

8    A.  I do.

9    Q.  And this is surveillance footage on the left at this

10   point?

11   A.  Say that again.

12   Q.  On the left do you see the surveillance footage?

13   A.  That's correct.

14   Q.  Is that the full surveillance footage or a zoomed-in

15   version?

16   A.  Zoomed-in.

17   Q.  And the image on the right, is that one of the open

18   source materials that you reviewed --

19   A.  Yes.

20   Q.  -- with the attorneys?

21   A.  Yes.

22   Q.  And do you see Mr. Yoder in the material -- in the

23   picture on the right?

24   A.  Yes.

25   Q.  Which person is he?

1    A.  He is the one standing in the colonial period garments

2    and holding the American flag.

3    Q.  And based on the similarities between the two, do you

4    believe that's when this photo -- this photo was taken on

5    the right based on the similarities with the surveillance

6    footage on the left?

7    A.  Yes.

8            MR. BARCLAY:  Let's play this through the end.

9            (Video playing)

10   Q.  What did you just see Mr. Yoder do?

11   A.  He left the wood pile, and he is now making his way

12   south down the hallway toward the direction of the Crypt.

13   Q.  Is that the fastest way out of the Capitol?

14   A.  No.

15   Q.  Is that further into the -- if you know, is that further

16   into the Capitol or on your way to an exit?

17   A.  It is moving toward the center of the Capitol.

18           MR. BARCLAY:  And just for clarity, I'm going to

19   admit Government's 401 and 410.

20           MR. MACHADO:  I'm sorry, 4 -- okay.  304.  Which

21   one is 401?

22           MR. BARCLAY:  401 and 410, which are the

23   underlying --

24           MR. MACHADO:  Oh, okay, the underlying ones?

25           MR. BARCLAY:  Yes.

1    MR. MACHADO:  No objection to those.

2    Q.  Okay.  I'm now going to show you what's been previously

3    introduced as Government's 203.

4         MR. BARCLAY:  It's also surveillance footage,

5    Mr. Wise.

6    Q.  Do you know what this is?

7    A.  This is the Crypt.

8    Q.  Okay.

9         MR. BARCLAY:  Let's fast forward to 3:20, which

10   is...

11        I'm going to pause it at about 3:27.  And that

12   time stamp is 3 --

13   Q.  What's the time stamp on this frame?

14   A.  It's -- oh, I see it.  It is 3:17 p.m.

15   Q.  Do you see the defendant in this frame?

16   A.  Yes, I do.

17   Q.  Can you circle him?

18   A.  The defendant is standing in the center of the frame

19   holding the American flag in the period dress.

20        MR. BARCLAY:  Now I'm going to switch to

21   Government's 204.

22   Q.  Do you know what this is?

23   A.  This is also still the Crypt.

24        MR. BARCLAY:  Let's fast forward to 1:55 and keep

25   playing through.

```
 1                    (Video playing)
 2                    MR. BARCLAY:  Let's pause it there.  2:19 of the
 3     video.
 4     Q.  What is the time stamp on the surveillance footage?
 5     A.  The time stamp is 3:18 p.m.
 6     Q.  And do you see the defendant in this still frame?
 7     A.  I do.
 8     Q.  And can you circle him on the screen, if possible.
 9     A.  (Witness complies)
10                    MR. BARCLAY:  Okay.  Now we're going to go back to
11     203.
12                    Let's go to 6:50.
13                    (Video playing)
14                    MR. BARCLAY:  Let's pause about 7:20.
15     Q.  What's the time stamp here?
16     A.  The time stamp is 3:21 p.m.
17     Q.  And do you see the defendant?
18     A.  I do.
19     Q.  Can you circle him?
20     A.  (Witness complies)
21     Q.  What did you see happen in those last few seconds that
22     we just watched?
23     A.  Mr. Yoder proceeded around the Crypt and was just
24     observing around him; and there were also moments of pausing
25     and people taking his photograph.
```

1    Q.  I'm now going to show you what's been previously

2    admitted as Government's 405.

3              Do you recognize the defendant in this photo?

4    A.  I do.

5    Q.  And can you describe where he is in this photo?

6    A.  He's in the Crypt.

7    Q.  I'm sorry, where in the -- like where -- which person is

8    he in this photo?

9    A.  Where is he in front of?

10   Q.  Which person is he?  There are four people in this

11   photo.  Can you just be specific about the person that he

12   is.

13   A.  Oh, okay.  He's the forward-most person in the image.

14   Q.  Now I'm going to show you Government's 406.

15             Again, do you see the defendant in this photo?

16   A.  I do.

17   Q.  Is he in the same position, most forward?

18   A.  Same position, most-forward individual.

19   Q.  I'll show you Government's 407.

20             Do you recognize the defendant in this photo?

21   A.  I do.

22   Q.  Where is he?

23   A.  He's center of the photo, but toward the back portion of

24   the photo toward the wall.

25             MR. BARCLAY:  Government's 408.

1    Q.  Do you recognize the defendant in this photo?

2    A.  I do.

3    Q.  And where is he?

4    A.  He is also standing next to the law enforcement officer,

5    and he is up against the wall.

6              MR. BARCLAY:  Okay.  Government's 409.

7    Q.  Do you recognize the defendant in this photo?

8    A.  I do.

9    Q.  And where is he?

10   A.  Basically same position as the previous photo, standing

11   next to law enforcement next to the wall.

12   Q.  I'm now going to show you Government's 411.

13             Is this one of the photos that you were testifying

14   about earlier --

15   A.  Yes, it is.

16   Q.  -- that you identified -- did you identify this photo as

17   part of your investigation?

18   A.  Yes.

19   Q.  Do you recognize the defendant in this photo?

20   A.  I do.

21   Q.  And where is he?

22   A.  He is standing next to the female holding the American

23   flag.

24   Q.  And what does it appear that he's doing in this photo?

25   A.  Posing for a photo.

```
 1              MR. BARCLAY:  I'm now going to show you
 2    Government's 305, which I'm also going to move to admit.
 3              MR. MACHADO:  I'm sorry?
 4              MR. BARCLAY:  305.
 5              MR. MACHADO:  Have these, 411 through --
 6              MR. BARCLAY:  They should have been admitted
 7    through stipulation, but just for clarity, Government's 405,
 8    406, 407, 408, 409, 411 the government moves to admit.
 9              MR. MACHADO:  No objection to 305.
10              MR. BARCLAY:  And the government further moves to
11    admit 305.
12              (Video playing)
13    Q.  Does this appear to be similar to CCTV footage that
14    you've reviewed previously?
15    A.  Yes.
16    Q.  Okay.
17              (Video playing)
18              MR. BARCLAY:  Let's jump ahead to 1:29 or, excuse
19    me, 1:39.
20    Q.  I know there's a circle on the screen.  Was that circle
21    in the surveillance footage you originally reviewed, or has
22    that been added by the government?
23    A.  No.
24    Q.  It's been added by the --
25    A.  It's been added.
```

```
 1     Q.  Okay.

 2               MR. BARCLAY:  Keep playing.

 3               (Video playing)

 4     Q.  Do you see the defendant in this footage?

 5     A.  I do.

 6     Q.  And where is he?

 7     A.  He is now heading north out of the hallway.

 8     Q.  Is he the person with the circle around him?

 9     A.  That is correct.

10               (Video playing)

11               MR. BARCLAY:  Let's jump ahead to about four

12     minutes, and pause at four minutes.

13     Q.  What's the time stamp here?

14     A.  Time stamp is 3:32 p.m.

15     Q.  And do you see the defendant?

16               Do you see the defendant in this still frame?

17     A.  Yes.

18     Q.  Okay.  And where is he?

19     A.  He is to the left of the screen with the red circle

20     around him.

21               MR. BARCLAY:  Let's play this through.

22               (Video playing)

23               MR. BARCLAY:  Let's pause here at 4:22 of the

24     clip.

25     Q.  What is the time stamp?  What's the time stamp?
```

1   A.  The time stamp is 3:33 p.m.

2   Q.  And what do you see the defendant doing here?

3   A.  The defendant is making his exit out of the west Senate

4   doors, and he is the one with the red circle around him.

5            MR. BARCLAY:  One moment, Your Honor.

6            (Pause)

7   Q.  Special Agent Purcell, we talked about -- earlier about

8   the interview that Mr. Yoder conducted with you.  Do you

9   remember when he was -- do you remember him talking about

10  the scaffolding specifically?

11  A.  Yes.

12  Q.  Okay.  And do you remember what he said that he -- what

13  happened with the scaffolding specifically, what he said

14  happened?

15  A.  He used it to gain entrance to the west patio.  He had

16  to climb it.

17  Q.  Did he say -- I'm sorry, say that one more time?

18  A.  He had to climb.

19            MR. BARCLAY:  And can we pull back up Government's

20  304?

21            And go about a minute in again.

22            (Video playing)

23            MR. BARCLAY:  Pause it at 50 seconds.  Thank you.

24            Can we go back to about 50 seconds?  I apologize.

25            Let's just play this through from about here.

```
 1                    (Video playing)
 2               MR. BARCLAY:  Okay.  Let's pause here, 1:09.
 3     Q.  Besides Mr. Yoder, did you hear anything else in that
 4     video?
 5     A.  There was mumbling and crowds and noise with the crowd
 6     in the riot.
 7     Q.  So you could hear the crowds.  Is that what you said?
 8     A.  Yes.
 9     Q.  Could you be more specific when you said "noise"?
10     A.  Crowd noise is the way I would describe it.
11     Q.  Did you hear any kind of ringing?
12               MR. MACHADO:  Objection; leading.
13               THE COURT:  Sustained.
14     Q.  What, if anything, else other than the crowd did you
15     hear?
16     A.  Nothing at this moment stands out.
17               MR. BARCLAY:  Just for clarity, can we go back to
18     202.  I'm sorry, Government's Exhibit 202.  I believe it's
19     surveillance footage.
20               The government's going to move to admit 202, if it
21     hasn't already been admitted.
22               MR. MACHADO:  No objection.
23               MR. BARCLAY:  And 204.  Again, the government
24     moves to admit 204.
25               MR. MACHADO:  No objection.
```

```
 1              MR. BARCLAY:  One moment, Your Honor.

 2              (Pause)

 3              MR. BARCLAY:  Nothing further.

 4              THE COURT:  Let's take ten minutes for a

 5     convenience break before you start.

 6              (Recess taken)

 7              THE COURT:  All right.  Mr. Machado, you may

 8     cross-examine.

 9              MR. MACHADO:  Thank you, Your Honor.

10                          CROSS-EXAMINATION

11     BY MR. MACHADO:

12     Q.  Good afternoon.

13     A.  Good afternoon.

14     Q.  Would it be safe to say that Mr. Yoder was pretty

15     cooperative with you?

16     A.  Absolutely.

17              THE COURT:  Compared to most of the people you

18     interview, right?

19              THE WITNESS:  Absolutely, sir.  That was what was

20     unique to this investigation, was that Mr. Yoder was very

21     cooperative throughout the process.

22     Q.  In fact, he handed over -- he handed over his phone,

23     which is not something that's usual, I presume?

24     A.  Yes.

25     Q.  Okay.  And he let you go through all of it and pull
```

1   whatever you needed from it?

2   A.  Yes.

3   Q.  And actually gave it to you so that you could run it

4   through the Cellebrite program?

5   A.  Yes.

6   Q.  He also gave up his clothing, which I understand is

7   hand-sewn, but was able to -- but gave it to you because you

8   needed it as evidence, correct?

9   A.  Yes.

10  Q.  With regard to all the videos, after speaking to him,

11  you viewed the closed-circuit -- let me clarify.

12          Did you view those videos before or after talking

13  to him?

14  A.  After I talked to him.

15  Q.  Okay.  Now, so therefore, your main basis for

16  information to begin with was what he told you, correct?

17  A.  That's correct.

18  Q.  Was there anything that was contrary to what he said in

19  the videos?  Anything different?

20  A.  None that I found.

21  Q.  So kind of going through the process, when you talked to

22  him, it's true that he said that he went there because if

23  something was wrong, he would be in a position to provide

24  brave support to those caught in a bad situation.  Do you

25  recall --

```
 1    A.  Yes.

 2    Q.  -- that's what he said?

 3    A.  Yes.

 4    Q.  Okay.  With regard to -- you asked him about barricades

 5    also in the interview, correct?

 6    A.  That's correct.

 7    Q.  And he said that he -- there were officers at the

 8    barricades, but he did not resist them in any way, correct?

 9    A.  That's correct.

10    Q.  Nor was he told to stop; is that correct?

11    A.  That's correct.

12    Q.  Okay.  And then when he went in, he witnessed law

13    enforcement standing inside the doorway, correct?

14    A.  That's correct.

15    Q.  Okay.  Now, according to your statement, you said police

16    officers asked him, "Are you going to cooperate?"  And he

17    said "Yes."

18             Do you recall that?

19    A.  I do.

20    Q.  Do you recall when specifically that conversation

21    happened?  Was it as he was entering or as he was leaving,

22    or do you recall one way or the other?

23    A.  The best I recall was that it was as he was entering.

24    Q.  Okay.  To the best of your -- although this was a couple

25    of years ago.
```

1    A.  Yes, sir.

2    Q.  Okay.  Now, with regard to him getting and talking, he

3    told you that he was reminding everyone of the need to be

4    peaceful, correct?

5    A.  That's correct.

6    Q.  And his -- and basically that's -- we heard the video,

7    and he told them, "We don't riot.  We don't do bad things."

8         Do you recall that?

9    A.  I do.

10   Q.  Did you take -- it would be safe to say that he was

11   trying to cause things to be more orderly rather than

12   disorderly.  Would that be a correct statement?

13   A.  I think that would be an accurate description.

14   Q.  But unfortunately no one paid attention to him, correct?

15   At least that was his impression, correct?

16   A.  Correct.

17   Q.  And so he then left and went into the Crypt area,

18   correct?

19   A.  That's correct.

20   Q.  And based on the video, he just kind of walked around

21   the -- he walked from one side of the Crypt to the other; is

22   that correct?

23   A.  That is correct.

24   Q.  Okay.  And then he -- did he come back out the same door

25   that he came in, do you know?

1    A.  He did.

2    Q.  Okay.  And then he essentially retraced his steps to

3    leave?

4    A.  That's correct.

5    Q.  You saw pictures as far as him interacting with police

6    officers.

7    A.  Right.

8    Q.  Did he talk to you about his interactions with the

9    police officers, if you recall?

10   A.  I do not recall specifically in regards to any specific

11   officers.  I don't recall that.

12   Q.  Okay.  But you don't -- did he indicate to you that he

13   didn't resist or do anything improper with the police

14   officers, correct?

15   A.  That's correct.

16   Q.  Okay.  So during this situation, he, in fact, told you

17   that his emotion as far as how he felt over the whole

18   situation was not one of excitement or exultation, but one

19   of grief.  Do you remember that?

20   A.  I believe -- I recall it was something to the effect of

21   overwhelming.

22   Q.  Yes, that he was overwhelmed with grief, correct?

23   A.  Words to that effect.  I don't remember specifically

24   those words, but --

25   Q.  Do you recall that he said something to the effect of

1   that he -- that no one was a winner here, basically?

2   A.  That I do recall.

3   Q.  Did you get the sense that he was in any way

4   encouraging -- while being in there, encouraging anything to

5   stop the electoral vote?

6   A.  He made no statement indicating that that was why he

7   went.

8   Q.  Okay.  Did he do anything with regard to suggesting that

9   he was not going to pay attention to the police?

10  A.  No.

11  Q.  Okay.  With regard to the curfew, there was a curfew

12  that was announced later in the day because of the

13  situation, correct?

14  A.  Yes.

15  Q.  And what he told you was that in response to the curfew,

16  they left; so they tried not to violate the curfew by

17  leaving.

18  A.  That's correct.

19  Q.  He also told you that he did not pick up or steal

20  anything, correct?

21  A.  That's correct.

22  Q.  He didn't cause any damage, correct?

23  A.  None.

24  Q.  And this is all confirmed by what we see in the video,

25  correct?

1    A.   That's correct.

2    Q.   And he informed you that at no time did law enforcement

3    officials attempt to stop him or advise him that he could

4    not be anywhere, including inside the Capitol?  Do you

5    recall?

6    A.   That's his testimony.  He said he was not asked to stop

7    or was -- tried to be retained from going in.

8    Q.   Did anything in the videos contradict that?

9    A.   No.

10   Q.   And, in fact, as far as cooperating, he told you he

11   intended to cooperate fully, correct?

12   A.   Yes.

13   Q.   And even offered, if you needed to speak to him again,

14   he'd be fine with it.  Correct?

15   A.   Yes.

16   Q.   Okay.

17            All right.  So turning to the texts.  So is it

18   your understanding that, based on the timing, one of the

19   texts was sent while he was inside the Capitol?

20   A.   That is correct.

21   Q.   Which one do you believe it was?

22   A.   That is the text to his wife.

23   Q.   Okay.  And basically what she was telling him was that

24   she was praying for him, praying for his protection.

25   Correct?

```
 1    A.  That's correct.

 2    Q.  And now with regard to the photo, I don't know how much

 3    of a historian you are, but I'll ask you:  The gentleman

 4    that he was standing with, do you recall what type of

 5    uniform he was wearing?

 6    A.  From the earlier-in-the-day photo?

 7    Q.  Yes.

 8    A.  That would have been during the Civil War era.

 9    Q.  Yes.  Do you know -- he was wearing blue.  Do you know

10    which side wore blue?

11    A.  Yes, the Union.

12    Q.  Correct.  Not the Confederacy, correct?

13    A.  That's correct.

14    Q.  For what it's worth, the winners, right?

15              MR. MACHADO:  All right.  Strike that.

16    Q.  But with regard to the texts that were shown, at no

17    point was Mr. Yoder announcing some sort of pride of what he

18    did.  Correct?

19    A.  He showed none, no.

20    Q.  And he, in fact, was just having -- cooperation, just

21    kind of there talking about, you know, his wife praying for

22    him.  Correct?

23    A.  Yes.

24    Q.  And actually, when she said "take a picture," we have no

25    indication that he took a picture inside the Capitol,
```

1     correct?

2     A.  None that I'm aware of.

3     Q.  Okay.  Well, as far as what was presented here.

4          So to kind of summarize, with regard to Mr. Yoder,

5     did he at any point appear to be someone who was subverting

6     what was going on inside the Capitol?

7     A.  No.

8          MR. MACHADO:  Okay.  Thank you.  Nothing further.

9          THE COURT:  Any redirect?

10         MR. BARCLAY:  Can we pull up Government's 311

11    again.

12         MS. ROCHA:  Excuse me, did you say 311?

13         MR. BARCLAY:  311.

14         (Pause)

15         MS. ROCHA:  511.

16         MR. BARCLAY:  I'm sorry, 511.  I apologize, 511.

17                    REDIRECT EXAMINATION

18    BY MR. BARCLAY:

19    Q.  Okay.  Special Agent Purcell, can you actually read

20    Mrs. Yoder's text at the --

21    A.  The one at 6:37 a.m.?

22    Q.  Yes.

23    A.  "OK, praying for your protection!"

24    Q.  And the time stamp on that again?

25    A.  It was 6:37 a.m. Central.

1    Q.  Okay.

2              MR. BARCLAY:  Can we go to the next page in this.

3              And, I'm sorry, one more page.

4    Q.  And, again, what's Mr. Yoder's response at -- I'm sorry,

5    what does Mrs. Yoder say at 2:20 and 45 seconds, the bottom

6    of the page?

7    A.  2:20:45, "OK, yes, I am praying fervently!!!"

8    Q.  What is that in response to?

9    A.  It followed "Take a picture!"

10   Q.  But what do you think that she's responding to here?  Is

11   she responding to the 6:45 a.m. text that you saw earlier?

12   Is it in connection with that, or is it --

13   A.  That is not what I imparted from that message based on

14   the circumstances.

15   Q.  Okay.

16             MR. BARCLAY:  We can pull this down.

17   Q.  When did you retire from the FBI?

18   A.  I retired in June of 2022.

19   Q.  Are there any -- are there some videos that you have

20   seen in preparation for this case that you had not seen by

21   the time you had retired?

22   A.  There were videos that I had not seen prior to my

23   retirement, and the videos that I had been shown had been

24   shown to me by the U.S. Attorneys here.

25   Q.  Going back to the surveillance footage of when Mr. Yoder

1    first came into the Capitol, you reviewed that footage?

2    A.  Yes.

3    Q.  Did you see a conversation that Mr. Yoder had with law

4    enforcement when he first came in on the footage?

5    A.  I did not.

6    Q.  Okay.

7            MR. BARCLAY:  Can we pull up Government's 401

8    again.

9            You don't have to play it.

10   Q.  Is it possible there are things in this video that you

11   cannot -- that you are not able to hear today?

12   A.  It is possible.

13           MR. BARCLAY:  Okay.  Pull this down.

14   Q.  Going to the interview, I think you said Mr. Yoder said

15   to you that he wanted to provide brave support to those

16   caught in a bad situation?

17   A.  That's correct.

18   Q.  Who did you interpret "those caught in a bad situation"

19   to mean?

20   A.  I interpreted it to be the supporters for Trump that was

21   there at the Capitol.

22   Q.  And Mr. Yoder told you what his brother said to him by

23   the car.

24           What, if anything, did -- can you remind us what

25   Mr. Yoder said, if anything, his brother said to him by the

1    car?

2                    MR. MACHADO:  Objection; beyond the scope.

3                    THE COURT:  Overruled.

4    A.  Basically that they were upset.  They said it was bad,

5    and that President -- or Vice President Pence had folded.

6    Q.  And what, if any, action did Mr. Yoder take after that

7    again?

8    A.  He was upset.

9    Q.  What did he do though?

10   A.  He ran toward the Capitol.

11   Q.  Are there -- when you interviewed Mr. Yoder, did you

12   have all the information that you knew at the time that you

13   retired from the FBI?

14   A.  I did not have -- I did not finish the investigation due

15   to retirement.

16   Q.  And when you interviewed Mr. Yoder, did you have all the

17   information about Mr. Yoder's conduct that you have today?

18   A.  Please rephrase that.

19   Q.  Did you have all the information when you interviewed

20   Mr. Yoder that you have now sitting on the stand today

21   regarding this?

22   A.  No.

23                   MR. BARCLAY:  No further questions.

24                   THE COURT:  All right.  You can step down.  Thank

25   you, Agent.

```
 1                   THE WITNESS:  Thank you, sir.

 2                   THE COURT:  Let's talk to counsel about our

 3        schedule.

 4                   I assume the next witness is going to be longer

 5        than 30 minutes, so we'll probably start in the morning.

 6        And that's your final witness?

 7                   So let's talk about the defendant's schedule.

 8        What are you anticipating, other than the defendant possibly

 9        testifying?

10                   MR. MACHADO:  Your Honor, we intend to call one

11        witness.

12                   I'm sorry, I should stand.

13                   THE COURT:  Come up.

14                   MR. MACHADO:  Yes.  At this point we intend to

15        call one witness, and that will be Isaac Yoder himself.

16                   THE COURT:  It will be...?

17                   MR. MACHADO:  The defendant.

18                   THE COURT:  The defendant, okay.

19                   MR. MACHADO:  Isaac Yoder.  And that should be the

20        full extent of our case.

21                   THE COURT:  And does the government anticipate any

22        rebuttal then?

23                   MS. ROCHA:  At this time, no, Your Honor.

24                   THE COURT:  Okay.  Thank you.

25                   Then I'll give you all some closing argument time,
```

1    and I assume, as in most of these trials, that you want to

2    do proposed findings and conclusions.  I don't know if you

3    all are planning on that or not, and if you want to tie

4    that -- if you all want to talk about it tonight, a time

5    frame in which you want to do it.

6            I don't know how you all are expecting to do that

7    or not.  Some judges do it that way, and some don't.  My

8    experience is since it helps the Court of Appeals focus

9    things, it may be better.

10           But I'll let you all talk about that tonight and

11   you can talk about it with me tomorrow.

12           MS. ROCHA:  Would Your Honor have a preference for

13   how --

14           THE COURT:  I'm sorry?

15           MS. ROCHA:  How would Your Honor -- does Your

16   Honor have a preference of how you would like us to do that?

17           THE COURT:  I didn't hear you.

18           MS. ROCHA:  Do you have thoughts on how you'd like

19   us to do it?  That might help our conversations, given that

20   different Courts obviously have different --

21           THE COURT:  Well, I think in judge-alone cases

22   that it's usually helpful to have the parties' proposed

23   findings and conclusions.

24           But sometimes the parties feel overwhelmed with

25   their other duties at the time.  And, you know, I'll leave

1    it to you all as to your own schedules and what a reasonable

2    time is.

3            Sometimes parties feel like they need the

4    transcripts to do it, and so it affects the timing as well.

5    And I don't know what your own schedules are and how anxious

6    you are.

7            So I'll let you all talk about it amongst

8    yourselves first.

9            MS. ROCHA:  I will say, Your Honor, I'm scheduled

10   to start a trial in front of you on Monday.

11           THE COURT:  Oh, I understand.  I understand timing

12   is always a problem.

13           MR. MACHADO:  Your Honor, is it the Court's

14   intention to not make a verdict decision until you receive

15   what we have?

16           THE COURT:  Correct, correct.

17           MR. MACHADO:  So given that my client lives in

18   Missouri --

19           THE COURT:  I would always set a -- if there's to

20   be a sentencing, I always continue on home conditions and

21   set the sentencing at a different date.  And these kind of

22   cases are not going to be -- they're not going to report

23   immediately to jail even if there's a sentence.  These are

24   not the cases where -- it would be very unusual.

25           MR. MACHADO:  Although, would the Court allow the

1    verdict to be provided via video?  I think under the CARES

2    Act it is allowed.

3              THE COURT:  I think -- I'm not sure I can do that.

4              Now, if the -- well, no, this is a misdemeanor.  I

5    probably can do it with a waiver.  I think I can do it with

6    a waiver.  For a misdemeanor, I think I can do it with a

7    waiver.

8              The expiration of our COVID authority expired

9    about a couple of weeks ago.  We had authority under COVID,

10   and I think for felonies we can no longer take waivers.

11             MR. MACHADO:  Okay.

12             THE COURT:  But I think misdemeanors, I think we

13   can do it.

14             MR. MACHADO:  I think that is --

15             THE COURT:  I have no problems with waivers if I

16   have the statutory authority to do it.

17             MR. MACHADO:  That's fine, Your Honor.

18             THE COURT:  Because it makes sense for everybody

19   to be able to do it that way.

20             MR. MACHADO:  And perhaps it would give us also

21   time to work out the findings of fact.

22             THE COURT:  And when the parties agree, I can

23   agree to just about everything.  You all have been very

24   cooperative so far.

25             MR. MACHADO:  Given the fact that counsel has

1      trial on Monday, I think we can put it off.

2                  THE COURT:  I'll see you all at 10:00 tomorrow.

3                  MR. MACHADO:  Fantastic.  Thank you, Your Honor.

4                  (Whereupon the hearing was

5                   concluded at 4:36 p.m.)

6

7

8                  **CERTIFICATE OF OFFICIAL COURT REPORTER**

9

10                 I, LISA A. MOREIRA, RDR, CRR, do hereby

11     certify that the above and foregoing constitutes a true and

12     accurate transcript of my stenographic notes and is a full,

13     true and complete transcript of the proceedings to the best

14     of my ability.

15        Dated this 4th day of April, 2023.

16

17

                                    /s/Lisa A. Moreira, RDR, CRR
18                                  Official Court Reporter
                                    United States Courthouse
19                                  Room 6718
                                    333 Constitution Avenue, NW
20                                  Washington, DC 20001

21

22

23

24

25

## /

**/s/Lisa** [1] - 194:17

## 0

**0000** [1] - 84:18
**00:11** [1] - 85:1
**0530** [1] - 47:11

## 1

**1** [1] - 16:21
**10** [2] - 87:18, 87:21
**101** [6] - 42:15, 42:17, 43:1, 63:12, 64:5, 64:23
**102** [3] - 70:18, 71:2, 76:12
**104** [5] - 49:21, 51:2, 51:4, 55:8, 124:7
**105** [2] - 52:9, 52:25
**1059** [1] - 145:17
**106** [2] - 53:18, 54:2
**107** [2] - 15:24, 16:18
**108** [3] - 24:24, 25:2, 25:4
**109** [5] - 43:21, 44:6, 44:24, 46:9, 46:13
**10:00** [1] - 194:2
**10:32** [1] - 1:4
**119** [1] - 54:19
**11:00** [1] - 138:7
**11:45** [1] - 160:24
**12** [2] - 87:15, 128:18
**12:00** [1] - 128:14
**12:30** [2] - 17:19, 17:24
**12:45** [1] - 18:11
**12:50** [2] - 56:8, 64:10
**12:50ish** [1] - 111:19
**12:51** [1] - 85:4
**12:53** [2] - 56:8, 64:10
**12:57:20** [1] - 85:18
**12:58** [1] - 116:10
**12:58:31** [1] - 86:1
**13** [1] - 64:15
**1300** [1] - 64:15
**14** [1] - 27:16
**15** [1] - 41:14
**19** [2] - 146:15, 147:1
**1:00** [5] - 20:24, 21:3, 64:15, 138:8, 138:10
**1:04** [1] - 85:20
**1:07** [1] - 167:9
**1:09** [1] - 177:2
**1:10** [1] - 64:15
**1:15** [8] - 21:6, 21:7, 21:22, 22:8, 33:9, 33:10, 86:5, 168:6

## 1:21-cr-00505-RCL-1
[1] - 1:3
**1:29** [1] - 174:18
**1:36** [1] - 116:18
**1:37** [1] - 89:12
**1:39** [1] - 174:19
**1:45** [1] - 87:24
**1:53** [1] - 161:2
**1:55** [1] - 170:24

## 2

**2** [3] - 9:9, 11:19, 17:14
**20** [2] - 1:4, 131:15
**20001** [3] - 1:20, 1:24, 194:20
**201** [6] - 73:7, 103:25, 104:4, 164:7, 164:9
**202** [7] - 1:14, 1:17, 1:25, 118:8, 177:18, 177:20
**2020** [3] - 7:9, 30:17, 50:2
**2021** [40] - 8:21, 14:21, 14:23, 15:10, 16:15, 17:10, 17:12, 19:1, 19:3, 19:6, 19:22, 20:10, 22:2, 42:23, 44:3, 44:16, 46:14, 47:1, 48:3, 49:8, 49:14, 50:22, 52:2, 52:22, 54:12, 54:18, 75:24, 80:19, 124:1, 132:6, 135:9, 136:18, 144:19, 146:15, 147:1, 149:17, 150:11, 150:22, 150:23, 151:18
**2022** [1] - 187:18
**2023** [2] - 1:4, 194:15
**203** [5] - 76:19, 77:17, 77:19, 170:3, 171:11
**204** [3] - 170:21, 177:23, 177:24
**20530** [1] - 1:17
**21-505** [1] - 3:3
**214** [1] - 20:21
**219** [1] - 1:12
**252-7669** [1] - 1:17
**2:12** [6] - 89:14, 90:23, 93:5, 97:2, 128:10, 128:16
**2:13** [2] - 93:6, 93:7
**2:19** [1] - 171:2
**2:20** [2] - 161:12, 187:5
**2:20:45** [1] - 187:7
**2:23** [1] - 90:13

**2:25:48** [1] - 25:19
**2:26:02** [1] - 27:18
**2:42** [1] - 96:16
**2:42:19** [1] - 96:17
**2:48** [1] - 96:22
**2:48:58** [1] - 97:15

## 3

**3** [3] - 9:9, 129:16, 170:12
**30** [2] - 71:22, 190:5
**301** [3] - 99:6, 99:9, 99:11
**303** [2] - 115:23, 164:9, 164:11
**303A** [7] - 84:8, 89:9, 116:2, 116:3, 122:24, 125:6, 125:15
**304** [5] - 163:15, 163:19, 164:12, 169:20, 176:20
**305** [4] - 174:2, 174:4, 174:9, 174:11
**310** [1] - 1:20
**311** [3] - 186:10, 186:12, 186:13
**33** [1] - 118:15
**330-1735** [1] - 1:14
**333** [2] - 1:24, 194:19
**354-3187** [1] - 1:25
**37** [1] - 86:17
**39** [1] - 165:17
**3:10** [4] - 75:24, 76:1, 76:15, 90:21
**3:14** [5] - 7:20, 104:15, 105:21, 122:18, 165:5
**3:17** [1] - 170:14
**3:18** [1] - 171:5
**3:20** [1] - 170:9
**3:21** [1] - 171:16
**3:25** [1] - 118:13
**3:25:33** [1] - 118:14
**3:27** [1] - 170:11
**3:32** [1] - 175:14
**3:33** [2] - 8:21, 176:1
**3:39:28** [1] - 98:12

## 4

**4** [3] - 9:19, 12:20, 169:20
**400** [1] - 41:22
**401** [5] - 84:10, 169:19, 169:21, 169:22, 188:7
**403** [4] - 59:13, 79:15, 84:10, 84:15

**405** [2] - 79:17, 172:2, 174:7
**406** [4] - 80:7, 82:15, 172:14, 174:8
**407** [2] - 172:19, 174:8
**408** [2] - 172:25, 174:8
**409** [2] - 173:6, 174:8
**410** [2] - 169:19, 169:22
**411** [3] - 173:12, 174:5, 174:8
**42** [1] - 165:8
**45** [2] - 85:9, 187:5
**48** [2] - 166:15, 167:14
**4:00** [3] - 137:18, 138:9, 158:23
**4:05** [1] - 90:18
**4:07** [2] - 107:14, 113:17
**4:22** [1] - 175:23
**4:30** [1] - 100:24
**4:36** [1] - 194:5
**4:43** [2] - 96:4, 96:20
**4:49** [1] - 125:15

## 5

**50** [2] - 176:23, 176:24
**501** [3] - 147:13, 147:22, 148:6
**501A** [3] - 148:4, 148:8, 149:5
**502** [3] - 148:10, 148:24, 149:3
**502A** [2] - 148:22, 149:5
**503** [5] - 1:20, 149:2, 149:7, 149:13, 149:21
**503A** [2] - 149:20, 149:23
**504** [2] - 150:2, 150:7
**504A** [2] - 150:13, 150:18
**505** [2] - 146:3, 146:16
**506** [3] - 151:25, 152:11, 153:12
**507** [3] - 152:18, 153:9, 153:13
**508** [3] - 155:20, 156:11, 157:1
**509** [2] - 161:22, 162:3
**510** [2] - 162:5, 162:9
**511** [6] - 158:10, 158:12, 158:14, 186:15, 186:16
**55** [2] - 116:4, 122:24
**5:00** [1] - 100:22
**5:17** [1] - 125:16
**5:32** [1] - 97:11

**5:35** [1] - 96:24
**5:44** [1] - 126:8
**5:50** [1] - 126:9
**5:51** [1] - 97:23
**5th** [1] - 1:13

## 6

**6** [35] - 8:21, 14:21, 14:23, 15:10, 16:15, 17:10, 17:12, 19:1, 19:3, 19:6, 19:22, 20:10, 22:2, 42:23, 44:3, 44:16, 46:14, 47:1, 48:3, 49:8, 49:14, 50:22, 52:2, 52:22, 54:12, 54:17, 75:24, 80:19, 124:1, 132:6, 136:17, 144:19, 149:17, 150:11, 150:22
**60** [1] - 108:19
**601** [6] - 1:16, 13:13, 13:14, 13:21, 13:22, 13:23
**60604** [1] - 1:13
**6718** [2] - 1:23, 194:19
**6:37** [2] - 186:21, 186:25
**6:45** [1] - 187:11
**6:47** [1] - 159:20
**6:50** [1] - 171:12
**6th** [25] - 6:21, 7:20, 29:11, 39:18, 45:1, 45:3, 45:7, 45:13, 45:20, 49:7, 50:10, 54:5, 73:3, 75:21, 81:8, 81:15, 100:21, 104:15, 132:11, 137:1, 137:5, 148:1, 148:20, 155:16, 162:17

## 7

**703** [1] - 1:21
**7:00** [2] - 29:10, 33:16
**7:20** [1] - 171:14
**7th** [1] - 100:24

## 8

**8:00** [2] - 29:10, 33:16

## 9

**989-0840** [1] - 1:21
**9:00** [3] - 3:16, 29:19, 30:10

# A

A-L-L-E-N [1] - 131:8
a.m [9] - 1:4, 100:24,
137:18, 138:10,
158:23, 160:24,
186:21, 186:25,
187:11
ability [2] - 72:18,
194:14
able [32] - 20:8, 37:10,
49:10, 50:16, 53:15,
56:22, 57:16, 57:18,
60:22, 66:3, 85:13,
85:14, 86:9, 86:12,
87:10, 87:11, 87:13,
97:19, 98:4, 99:1,
126:6, 126:7,
126:23, 127:14,
127:19, 132:20,
134:12, 134:20,
159:4, 179:7,
188:11, 193:19
absolutely [2] -
178:16, 178:19
academy [1] - 131:20
acceptable [1] - 48:24
access [6] - 15:5,
20:8, 27:14, 68:6,
126:7, 141:13
accessible [1] - 87:9
accompanied [3] -
15:21, 20:12, 127:13
accompanying [1] -
15:19
according [4] - 7:2,
116:10, 143:5,
180:15
accounted [2] - 70:5,
145:24
accurate [14] - 16:13,
44:25, 45:2, 45:12,
50:23, 52:21, 54:7,
54:11, 70:24, 109:3,
109:12, 156:21,
181:13, 194:12
accurately [2] - 42:22,
44:2
Act [1] - 193:2
acted [1] - 12:4
acting [1] - 10:19
action [2] - 117:18,
189:6
Action [1] - 1:3
actions [5] - 9:17,
31:21, 32:2, 119:15,
119:16
active [5] - 44:22,
45:9, 45:10, 51:25,
60:10

actual [2] - 70:10,
113:7
added [6] - 45:19,
84:23, 164:18,
174:22, 174:24,
174:25
addition [3] - 6:24,
80:25, 162:18
additional [3] - 21:14,
52:18, 125:2
addressed [1] - 5:9
adjacent [1] - 95:25,
135:14
admissibility [1] -
13:18
admit [38] - 13:11,
13:12, 16:17, 24:24,
25:3, 42:25, 44:5,
51:1, 52:24, 54:1,
54:14, 71:1, 83:18,
84:6, 84:14, 99:5,
99:10, 99:22,
146:16, 147:21,
148:16, 149:12,
149:23, 150:7,
150:18, 152:11,
153:9, 157:1,
158:13, 162:2,
162:9, 163:18,
169:19, 174:2,
174:8, 174:11,
177:20, 177:24
admitted [7] - 8:25,
73:6, 77:22, 79:15,
172:2, 174:6, 177:21
adopt [1] - 19:19
advance [2] - 3:14,
16:14
advertising [1] - 11:5
advisable [1] - 30:12
advise [4] - 105:2,
105:4, 111:10, 184:3
advised [1] - 68:3
advising [1] - 107:3
affects [1] - 192:4
aftermath [1] - 103:2
afternoon [8] - 89:2,
101:7, 101:8, 129:7,
131:4, 131:5,
178:12, 178:13
afterwards [1] - 112:7
agencies [2] - 15:1,
15:4
agency [3] - 42:1,
105:6, 135:5
Agent [5] - 132:4,
136:4, 176:7,
186:19, 189:25
AGENT [2] - 2:9, 131:1
agent [13] - 3:10, 8:24,

21:5, 27:22, 39:22,
41:17, 41:18, 65:17,
131:12, 131:16,
131:19, 135:11,
154:18
agents [8] - 16:8,
20:14, 23:17, 24:13,
25:22, 26:17, 27:25,
40:5
ago [2] - 180:25, 193:9
agree [7] - 109:22,
110:18, 119:8,
119:21, 120:4,
193:22, 193:23
agreed [2] - 19:13,
134:18
ahead [6] - 69:7,
75:17, 77:9, 86:21,
174:18, 175:11
air [1] - 92:17
alarm [7] - 7:23, 8:2,
92:5, 92:7, 92:11,
92:12, 92:20, 112:5,
122:15, 127:25,
128:1, 128:7, 128:9,
128:20, 128:21,
128:23, 129:5,
129:9, 129:17,
129:20, 129:23
alarm's [1] - 129:3
alarms [1] - 9:7
ALLEN [2] - 2:9, 131:1
Allen [3] - 8:24,
130:23, 131:7
alleviate [1] - 31:22
allow [3] - 96:23,
137:25, 192:25
allowed [10] - 38:20,
81:13, 111:4, 111:5,
112:15, 121:4,
151:19, 152:15,
153:17, 193:2
allowing [1] - 109:19
allows [1] - 20:6
almost [2] - 58:16,
143:9
alone [1] - 191:21
alter [1] - 5:25
altered [1] - 16:11
AMERICA [1] - 1:2
America [1] - 3:3
American [4] - 151:4,
169:2, 170:19,
173:22
amount [4] - 57:21,
60:23, 60:24, 108:7
Amy [3] - 55:5, 61:16,
68:8
analysis [2] - 154:5,
156:16, 156:17,

156:18, 156:19
analyze [1] - 154:1
and-forth [1] - 26:16
announced [1] -
183:12
announcement [2] -
142:21, 142:24
announcing [1] -
185:17
answer [4] - 19:5,
34:25, 36:10, 115:19
anticipate [1] - 190:21
anticipating [1] -
190:8
anxious [1] - 192:5
anyway [1] - 64:17
AoC [1] - 60:11
apart [1] - 101:24
apologies [8] - 3:14,
3:18, 4:3, 63:22,
87:17, 96:24,
155:24, 156:9
apologize [5] - 45:13,
90:16, 127:6,
176:24, 186:16
Appeals [1] - 191:8
appear [20] - 16:11,
106:24, 142:8,
146:10, 147:25,
148:19, 149:16,
150:10, 152:8,
153:5, 154:16,
156:21, 161:23,
162:6, 163:21,
164:8, 167:25,
173:24, 174:13,
186:5
appearance [1] - 3:6
APPEARANCES [1] -
1:10
appeared [1] - 44:25
appointment [1] -
127:17
appreciate [2] - 88:2,
134:12
approach [3] - 3:5,
147:10, 155:22
approached [2] -
67:15, 140:24
appropriate [1] - 26:5
April [1] - 194:15
Architect [2] - 51:19,
52:6
area [67] - 9:6, 9:7,
20:3, 20:4, 25:8,
26:24, 29:16, 30:10,
43:13, 43:15, 44:22,
45:11, 46:5, 46:7,
52:3, 52:4, 52:14,
52:19, 53:9, 53:13,

53:23, 54:11, 58:4,
61:4, 64:23, 65:7,
65:8, 65:9, 65:12,
65:24, 66:10, 66:13,
66:17, 66:18, 70:5,
71:16, 72:20, 76:11,
76:12, 78:16, 79:20,
80:12, 81:6, 81:7,
81:9, 85:24, 86:10,
86:11, 90:6, 95:25,
96:1, 101:10, 102:6,
110:23, 111:10,
116:12, 116:14,
120:21, 121:3,
121:9, 121:12,
122:21, 137:22,
157:10, 181:17
Area [1] - 124:14
areas [10] - 35:7, 35:9,
35:11, 44:21, 47:15,
48:8, 65:2, 109:15,
124:23, 127:4
argument [1] - 190:25
Arizona [1] - 21:8
Arms [2] - 17:7, 18:2
arms [2] - 135:15
arrangements [1] -
4:19
arrest [1] - 132:5
arrival [2] - 19:3, 25:10
arrive [2] - 17:23,
47:10
arrived [12] - 20:16,
20:18, 54:21, 61:20,
61:21, 116:14,
137:10, 137:20,
137:21, 138:10,
139:8, 139:11
arriving [2] - 17:18,
17:25
articles [1] - 137:24
ascended [1] - 7:17
aside [5] - 28:20,
74:16, 74:19,
101:17, 122:4
aspect [1] - 108:21
assigned [5] - 15:3,
19:13, 22:14, 25:23,
39:25
assist [2] - 30:2, 69:25
assistant [4] - 41:21,
47:5, 68:7
assisted [4] - 69:15
assume [4] - 34:24,
37:21, 190:4, 191:1
atmosphere [1] -
122:17
attached [1] - 16:14
attempt [1] - 184:3
attempted [1] - 58:15

**attempting** [2] - 4:25, 34:14
**attend** [1] - 6:21
**attended** [3] - 131:20, 135:7, 135:10
**attending** [1] - 15:9
**attention** [5] - 119:5, 132:8, 156:11, 181:14, 183:9
**attire** [1] - 133:5
**attorney** [1] - 110:24
**Attorney's** [1] - 110:25
**attorneys** [3] - 166:25, 167:1, 168:20
**Attorneys** [1] - 187:24
**atypical** [1] - 32:16
**audible** [9] - 92:12, 112:5, 128:8, 128:20, 128:23, 129:9, 129:10, 129:21, 129:23
**audio** [1] - 72:21
**authenticate** [1] - 156:2
**authentication** [1] - 156:5
**authority** [4] - 104:25, 193:8, 193:9, 193:16
**authorized** [7] - 20:4, 26:10, 32:20, 75:15, 81:13, 81:17, 117:3
**automatically** [1] - 128:7
**available** [3] - 4:16, 56:11, 163:5
**avenue** [2] - 55:13, 56:9
**Avenue** [13] - 1:24, 55:15, 55:16, 56:10, 57:18, 57:21, 57:23, 85:5, 85:14, 102:21, 103:4, 111:20, 194:19
**aware** [17] - 4:23, 20:2, 31:25, 33:18, 37:5, 66:11, 78:25, 95:2, 103:5, 103:7, 108:14, 113:1, 118:20, 121:24, 122:7, 162:25, 186:2
**awesome** [3] - 160:10, 160:20, 160:23

## B

**back-up** [1] - 61:20
**backed** [1] - 68:24
**background** [8] - 12:20, 78:15, 79:20, 80:1, 80:8, 116:22,

116:23, 123:16
**backside** [1] - 25:15
**bad** [10] - 6:11, 10:3, 10:20, 109:5, 139:21, 179:24, 181:7, 188:16, 188:18, 189:4
**bags** [1] - 48:15
**balls** [1] - 61:7
**banister** [2] - 65:9, 86:11
**bar** [2] - 71:21
**bARCLAY** [2] - 152:24, 160:17
**BARCLAY** [106] - 1:15, 6:8, 6:11, 8:1, 13:7, 13:17, 13:21, 13:24, 14:3, 16:2, 16:17, 16:21, 17:14, 18:19, 24:23, 25:3, 27:15, 27:18, 28:1, 28:5, 30:19, 32:19, 34:17, 34:23, 36:9, 39:13, 40:11, 130:23, 131:3, 136:4, 146:16, 147:10, 147:21, 148:16, 149:12, 149:23, 150:7, 150:18, 152:11, 153:9, 156:4, 157:1, 158:9, 158:13, 159:14, 160:13, 161:21, 162:2, 162:5, 162:9, 162:12, 163:14, 163:17, 164:7, 164:11, 164:15, 165:6, 165:8, 165:16, 165:21, 166:15, 166:18, 167:9, 167:13, 167:17, 168:4, 168:6, 169:8, 169:18, 169:22, 169:25, 170:4, 170:9, 170:20, 170:24, 171:2, 171:10, 171:14, 172:25, 173:6, 174:1, 174:4, 174:6, 174:10, 174:18, 175:2, 175:11, 175:21, 175:23, 176:5, 176:19, 176:23, 177:2, 177:17, 177:23, 178:1, 178:3, 186:10, 186:13, 186:16, 186:18, 187:2, 187:16,

188:7, 188:13, 189:23
**Barclay** [1] - 3:9
**Barclay)**.................
.............**14** [1] - 2:4
**Barclay)**.................
.............**39** [1] - 2:5
**Barclay)**.................
.............**131** [1] - 2:10
**Barclay)**.................
.............**186** [1] - 2:11
**barely** [1] - 62:9
**barricade** [1] - 23:19
**barricaded** [2] - 122:5, 126:14
**barricades** [12] - 7:11, 7:12, 38:19, 101:16, 122:6, 140:23, 140:25, 141:1, 141:4, 141:11, 180:4, 180:8
**barriers** [1] - 111:13
**baseball** [1] - 81:2
**based** [23] - 17:17, 18:12, 24:21, 28:21, 28:23, 35:17, 35:19, 42:9, 44:24, 45:1, 96:7, 111:3, 130:4, 132:19, 148:1, 154:20, 155:14, 167:24, 169:3, 169:5, 181:20, 184:18, 187:13
**basing** [1] - 111:3
**basis** [2] - 154:10, 179:15
**be..** [1] - 190:16
**bear** [1] - 119:4
**beaten** [1] - 77:6
**became** [1] - 34:4
**become** [2] - 33:25, 131:18
**beeping** [3] - 71:23, 106:11, 106:22
**BEFORE** [1] - 1:9
**beforehand** [2] - 4:3, 5:10
**began** [5] - 22:2, 22:9, 139:4, 143:2, 144:16
**begin** [1] - 179:16
**beginning** [6] - 49:24, 56:4, 69:14, 73:10, 136:9, 164:12
**begins** [1] - 5:19
**behalf** [1] - 3:13
**behaving** [1] - 11:22
**behind** [13] - 52:17, 53:24, 56:24, 115:9, 120:7, 135:25, 165:13, 165:15,

165:22, 165:23, 166:3, 166:12, 166:14
**below** [5] - 58:3, 79:6, 120:22, 160:22
**belt** [1] - 68:18
**BENCH** [1] - 1:8
**best** [9] - 105:17, 109:5, 133:17, 140:20, 150:24, 151:11, 180:23, 180:24, 194:13
**better** [4] - 26:24, 104:13, 112:11, 191:9
**between** [21] - 13:10, 13:17, 19:10, 23:8, 29:10, 33:16, 37:13, 45:17, 46:2, 56:8, 61:3, 61:9, 62:10, 106:22, 127:8, 138:9, 156:23, 158:16, 161:3, 169:3
**beyond** [4] - 9:2, 124:3, 125:13, 189:2
**Biden** [1] - 7:16
**big** [2] - 112:17, 112:20
**bike** [32] - 7:11, 23:19, 37:2, 37:6, 37:11, 37:12, 37:14, 37:16, 51:16, 51:20, 56:1, 56:22, 56:24, 66:1, 66:3, 67:2, 67:3, 102:6, 102:10, 102:19, 111:20, 111:23, 112:2, 124:4, 124:22, 125:1, 125:2, 125:4, 125:9, 125:13
**bird's** [1] - 72:18
**bit** [8] - 21:6, 113:17, 119:3, 123:3, 128:11, 128:14, 132:15, 165:18
**bits** [2] - 167:19, 167:20
**black** [1] - 53:14
**blaring** [1] - 7:23
**blinded** [1] - 61:12
**blockades** [2] - 10:9, 10:11
**blockages** [1] - 112:10
**blocking** [2] - 122:4, 141:1
**blue** [7] - 69:17, 69:18, 146:23, 148:15, 158:2, 185:9, 185:18
**Board** [4] - 38:24, 52:15, 52:20, 53:10

**boisterous** [1] - 119:14
**boots** [2] - 150:25
**bother** [1] - 112:6
**bottle** [1] - 58:23
**bottles** [2] - 58:13, 66:24
**bottom** [15] - 9:22, 17:15, 38:5, 43:12, 43:16, 43:17, 59:16, 62:18, 76:22, 76:25, 95:4, 146:8, 152:21, 187:5
**boundaries** [1] - 20:2
**boundary** [1] - 20:5
**box** [1] - 157:24
**brand** [1] - 12:22
**brave** [2] - 179:24, 188:15
**breach** [24] - 10:8, 22:10, 22:15, 22:19, 22:24, 23:19, 56:9, 57:17, 58:7, 60:13, 64:11, 68:4, 69:11, 86:12, 92:17, 92:23, 101:9, 101:15, 102:11, 111:19, 117:12, 122:2
**breached** [23] - 7:5, 26:9, 27:4, 35:8, 39:20, 58:9, 70:9, 70:10, 89:19, 92:9, 92:10, 92:18, 92:21, 93:1, 101:11, 101:22, 111:14, 111:18, 112:10, 116:11, 116:14, 117:10, 121:25
**breaches** [10] - 23:11, 24:1, 24:3, 24:21, 28:24, 33:4, 33:10, 34:3, 103:6, 112:9
**breaching** [4] - 31:20, 33:2, 60:2, 117:15
**break** [6] - 64:25, 85:13, 86:9, 87:25, 117:18, 178:5
**breakaway** [1] - 138:24
**breaking** [5] - 32:14, 32:18, 67:22, 74:13, 110:16, 110:17, 110:20, 110:22, 117:22, 117:24
**breaks** [1] - 103:12
**brief** [1] - 6:9
**briefly** [5] - 17:20, 69:24, 70:2, 70:3, 131:18
**bring** [6] - 49:4, 72:1,

78:17, 112:15,
137:25, 151:12
**bringing** [2] - 70:6,
112:18
**brings** [1] - 87:1
**broke** [4] - 67:12,
101:12, 101:13,
139:22
**broken** [6] - 12:3,
33:3, 92:6, 141:17,
141:18, 141:24
**brother** [4] - 139:16,
140:2, 188:22,
188:25
**brothers** [3] - 137:7,
139:19, 139:25
**brought** [4] - 29:24,
48:22, 70:15, 135:13
**building** [63] - 7:21,
8:18, 8:19, 8:20, 9:5,
9:10, 9:11, 9:14,
9:16, 9:20, 9:21,
11:14, 11:20, 23:10,
24:3, 26:10, 26:22,
27:11, 28:11, 32:15,
33:2, 33:5, 33:11,
33:24, 34:11, 36:23,
39:3, 42:23, 48:22,
48:24, 49:3, 49:22,
50:4, 56:14, 56:15,
68:22, 69:3, 69:8,
69:11, 70:10, 70:24,
72:19, 81:10, 81:12,
81:15, 81:17, 81:22,
83:4, 83:12, 92:18,
92:20, 92:23, 92:25,
94:9, 110:17, 111:2,
118:23, 126:7,
126:15, 127:19,
127:21, 129:17,
142:7
**buildings** [10] - 42:11,
47:8, 47:9, 47:15,
49:17, 49:19, 55:19,
68:6, 68:11, 68:12
**bullets** [2] - 139:24,
140:1
**bunch** [2] - 59:17,
143:6
**bureau** [1] - 51:18
**Bureau** [1] - 131:12
**bus** [1] - 81:5
**business** [6] - 11:5,
21:14, 84:2, 100:6,
121:2, 121:7
**buy** [1] - 139:7
**BY** [17] - 14:3, 30:24,
39:13, 40:23, 45:16,
64:22, 75:18, 78:24,
89:7, 94:3, 100:1,

101:6, 122:11,
130:9, 131:3,
178:11, 186:18

## C

**calm** [1] - 58:24
**camera** [2] - 77:14,
78:3
**cameras** [8] - 54:23,
72:2, 72:3, 72:4,
72:12, 72:23, 73:3,
83:24
**cannot** [6] - 37:24,
110:3, 112:12,
135:2, 188:11
**cans** [1] - 62:12
**cap** [1] - 81:2
**capitol** [2] - 34:14,
42:9
**Capitol** [249] - 5:6,
6:12, 6:14, 7:4, 7:7,
7:8, 7:15, 7:19, 7:21,
7:24, 8:6, 8:13, 8:18,
8:20, 9:1, 9:11, 9:12,
9:13, 9:20, 9:21,
10:6, 12:18, 15:2,
15:3, 15:6, 15:7,
15:8, 15:11, 16:8,
17:5, 17:7, 17:10,
17:12, 17:18, 17:24,
18:22, 18:23, 19:3,
19:8, 19:11, 19:14,
19:15, 19:20, 20:9,
20:16, 22:3, 22:13,
22:16, 22:20, 22:25,
23:8, 23:9, 23:10,
24:1, 24:5, 24:22,
26:9, 26:11, 26:22,
27:4, 27:6, 27:11,
27:14, 28:11, 28:12,
28:14, 30:2, 31:25,
32:2, 33:2, 33:18,
33:22, 34:11, 34:15,
35:4, 35:12, 35:14,
37:11, 37:23, 38:12,
38:14, 38:18, 38:24,
39:3, 39:4, 39:6,
39:25, 40:1, 40:3,
40:6, 40:8, 41:3,
41:8, 41:9, 41:11,
41:12, 41:15, 41:23,
41:25, 42:1, 42:7,
42:8, 42:10, 42:21,
42:23, 43:8, 43:25,
44:11, 46:25, 47:4,
47:20, 47:23, 48:3,
48:7, 48:8, 48:11,
48:12, 48:19, 49:8,
49:10, 49:11, 49:13,
49:16, 50:7, 50:22,

51:11, 51:19, 52:6,
52:15, 52:20, 53:10,
54:19, 55:6, 55:10,
55:17, 55:19, 55:23,
56:2, 56:13, 56:17,
56:20, 57:19, 57:24,
67:10, 67:22, 68:15,
70:7, 70:9, 70:13,
70:15, 70:23, 71:12,
72:7, 72:15, 72:18,
72:19, 72:24, 73:20,
76:23, 77:15, 78:10,
78:22, 79:5, 79:24,
80:5, 80:16, 80:23,
80:24, 81:3, 81:21,
82:7, 84:3, 84:4,
84:20, 87:3, 87:12,
90:5, 94:7, 94:9,
94:13, 94:20, 95:7,
95:8, 97:17, 97:21,
98:3, 98:20, 103:3,
104:17, 106:8,
106:23, 111:1,
116:15, 120:9,
120:10, 120:24,
121:25, 123:18,
126:17, 126:23,
127:6, 127:7, 127:9,
127:18, 134:3,
136:17, 137:12,
138:19, 138:23,
138:25, 139:22,
140:8, 140:18,
140:20, 140:22,
140:24, 141:2,
141:7, 141:9,
141:19, 142:5,
142:12, 143:19,
144:3, 155:15,
157:16, 158:18,
162:15, 162:17,
163:1, 163:7,
163:21, 163:24,
168:1, 169:13,
169:16, 169:17,
184:4, 184:19,
185:25, 186:6,
188:1, 188:21,
189:10
**CAPTAIN** [2] - 2:6,
40:21
**Captain** [52] - 41:5,
42:18, 43:4, 43:22,
44:9, 45:17, 46:2,
46:25, 50:16, 51:6,
52:10, 53:19, 54:4,
55:9, 59:9, 64:23,
69:16, 70:19, 71:5,
72:4, 73:12, 75:19,
76:10, 77:11, 77:20,
78:25, 79:19, 80:8,

82:21, 83:15, 84:19,
85:3, 85:12, 85:22,
86:7, 86:19, 89:8,
89:16, 94:2, 95:14,
96:15, 97:13, 98:11,
98:16, 100:2,
100:20, 122:12,
123:7, 125:18,
126:4, 126:11,
127:23
**captain** [8] - 41:11,
41:18, 41:20, 47:5,
57:11, 67:16, 101:7,
130:20
**caption** [3] - 162:16,
162:18, 164:5
**capture** [3] - 72:21,
72:23
**captured** [1] - 143:13
**captures** [3] - 72:25,
100:6, 162:23
**capturing** [1] - 55:1
**car** [3] - 7:3, 188:23,
189:1
**cardinal** [1] - 43:5
**care** [1] - 5:9
**CARES** [1] - 193:1
**carriage** [6] - 67:14,
67:20, 67:21, 89:24,
89:25, 95:21
**Carriage** [2] - 17:25,
20:18
**carrying** [1] - 12:13
**cars** [1] - 133:22
**case** [12] - 9:2, 9:23,
74:10, 74:12, 76:6,
83:9, 87:21, 144:23,
147:8, 154:14,
187:20, 190:20
**Case** [1] - 3:3
**cases** [3] - 191:21,
192:22, 192:24
**caught** [2] - 179:24,
188:16, 188:18
**causing** [1] - 31:8
**cave** [1] - 8:4
**CCTV** [15] - 72:3, 72:4,
72:9, 72:10, 77:23,
83:16, 83:20, 83:23,
84:7, 85:16, 162:22,
163:21, 164:17,
167:6, 174:13
**CCV** [3] - 72:2, 73:3,
97:13
**cell** [2] - 115:5, 152:4
**Cellebrite** [3] - 153:25,
156:22, 179:4
**center** [1] - 27:19,
44:12, 78:17, 78:18,
78:19, 93:12,

120:22, 120:24,
169:17, 170:18,
172:23
**Center** [3] - 127:6,
127:7, 127:10
**Central** [1] - 186:25
**central** [8] - 155:5,
155:11, 155:13,
158:23, 159:20,
160:24, 161:2,
161:12
**ceremonial** [9] - 18:4,
18:14, 20:20, 22:1,
24:17, 24:18, 24:20,
25:11, 25:17
**certain** [11] - 4:7,
13:10, 13:18, 27:7,
31:21, 35:7, 48:8,
69:13, 109:15,
126:17, 143:12
**certainly** [3] - 5:7,
5:12, 83:3
**CERTIFICATE** [1] -
194:8
**certification** [10] - 7:9,
9:14, 17:13, 18:17,
21:17, 28:16, 29:21,
30:16, 47:18, 99:1
**certify** [1] - 194:11
**chain** [2] - 147:5,
161:6
**chamber** [1] - 21:4
**Chamber** [28] - 18:7,
18:9, 18:10, 18:13,
18:16, 20:23, 21:1,
21:2, 21:3, 21:11,
21:19, 21:23, 21:24,
22:8, 22:9, 25:16,
29:7, 29:16, 29:18,
30:9, 30:11, 30:13,
91:14, 91:15, 91:16,
100:18, 100:19
**Chambers** [2] - 29:23,
92:25
**chance** [1] - 134:12
**chaotic** [1] - 7:22
**charge** [4] - 27:22,
42:7, 47:8, 47:14
**charged** [1] - 37:6
**charges** [1] - 9:3
**Charlotte** [3] - 15:22,
20:14, 27:21
**chart** [1] - 17:21
**checkpoints** [1] - 39:1
**chemical** [3] - 58:22,
61:11, 65:17
**chemicals** [1] - 60:7
**Chicago** [1] - 1:13
**children** [4] - 5:23,
11:7, 135:13

**choice** [1] - 134:17
**choosing** [1] - 35:10
**choreographed** [1] - 18:14
**chose** [1] - 6:18
**chronologically** [1] - 159:5
**circle** [13] - 25:24, 85:7, 164:16, 164:21, 164:22, 170:17, 171:8, 171:19, 174:20, 175:8, 175:19, 176:4
**Circle** [3] - 85:4, 85:6, 85:7
**circled** [1] - 76:12
**circuit** [3] - 72:10, 179:11
**circumstances** [2] - 81:23, 187:14
**civil** [4] - 58:6, 67:15, 69:21, 80:23, 80:24, 185:8
**clarify** [3] - 120:21, 127:24, 179:11
**clarity** [3] - 169:18, 174:7, 177:17
**cleaned** [1] - 65:18
**cleaning** [2] - 61:17, 67:13
**clear** [8] - 26:14, 27:15, 28:1, 65:10, 71:24, 94:21, 121:13, 122:25
**cleared** [4] - 49:2, 70:7, 82:5, 82:8
**clearing** [1] - 98:19
**clearly** [3] - 108:18, 108:22, 109:1
**Clerk** [2] - 104:1, 118:9
**client** [23] - 13:2, 31:2, 31:9, 36:21, 63:22, 64:1, 107:10, 108:6, 110:8, 111:8, 112:13, 112:14, 112:24, 113:19, 114:3, 115:4, 115:15, 119:8, 119:9, 120:17, 121:16, 121:25, 192:17
**climb** [2] - 176:16, 176:18
**climbing** [8] - 65:9, 74:3, 74:25, 75:14, 76:3, 114:4, 114:12, 114:13
**clip** [3] - 27:24, 89:17, 175:24

**clips** [1] - 122:23
**close** [6] - 57:2, 60:23, 65:2, 104:12, 106:20, 129:3
**close-quarter** [1] - 60:23
**closed** [17] - 49:22, 50:5, 50:8, 50:11, 51:23, 52:14, 52:19, 53:9, 53:13, 53:23, 72:10, 81:16, 162:16, 162:18, 164:5, 179:11
**Closed** [1] - 124:14
**closed-caption** [3] - 162:16, 162:18, 164:5
**closed-circuit** [3] - 72:10, 179:11
**closer** [6] - 14:15, 67:6, 116:15, 124:2, 125:11, 141:6
**closest** [1] - 57:3
**closing** [1] - 190:25
**clothes** [2] - 145:15, 151:18
**clothing** [10] - 132:22, 133:1, 133:4, 136:1, 145:1, 145:2, 145:10, 147:4, 147:11, 179:6
**code** [1] - 157:10
**cold** [1] - 160:12
**collaborate** [1] - 19:19
**collapsed** [1] - 66:12
**colleague** [1] - 3:8
**collect** [2] - 144:21, 151:13
**College** [4] - 17:13, 18:18, 28:16, 29:22
**colonial** [3] - 133:5, 146:23, 147:19, 163:13, 169:1
**COLUMBIA** [1] - 1:1
**Columbia** [1] - 42:6
**combat** [4] - 58:8, 60:6, 60:8, 61:10
**combatting** [1] - 108:20
**comfortable** [1] - 134:16
**coming** [31] - 10:19, 32:14, 32:15, 38:16, 49:3, 57:20, 57:22, 59:21, 59:24, 60:1, 60:3, 60:5, 61:5, 61:8, 62:11, 65:20, 66:2, 74:3, 74:5, 74:8, 75:7, 77:4, 106:11, 107:10,

107:15, 107:22, 109:10, 118:25, 129:22, 140:19
**command** [3] - 68:7, 68:12, 69:18
**commander** [3] - 41:21, 47:6, 68:9
**commander's** [1] - 72:14
**commands** [3] - 110:4, 110:5, 110:7
**comments** [1] - 142:9
**committed** [1] - 132:6
**communicated** [1] - 111:7
**communications** [3] - 35:23, 39:14, 144:24
**company** [1] - 11:6
**compared** [1] - 178:17
**compelled** [1] - 136:7
**compiled** [3] - 83:16, 159:2, 160:5
**complete** [4] - 46:11, 146:12, 152:9, 153:6, 156:18, 194:13
**completed** [3] - 30:17, 46:12, 46:19
**completely** [3] - 61:12, 66:20, 136:11
**complex** [1] - 15:5
**Complex** [7] - 15:7, 24:2, 24:22, 27:5, 28:12, 40:4, 49:16
**complies** [5] - 25:25, 71:16, 124:18, 171:9, 171:20
**computer** [1] - 152:4
**con** [1] - 55:13
**concern** [5] - 23:17, 32:4, 32:8, 39:19, 68:7
**concerned** [2] - 26:23, 113:5, 119:19
**concerning** [2] - 27:12, 153:13
**concerted** [1] - 34:6
**concluded** [1] - 194:5
**conclusions** [2] - 191:2, 191:23
**conditions** [1] - 192:20
**conduct** [9] - 9:9, 9:11, 11:20, 11:25, 134:8, 151:19, 153:20, 153:21, 189:17
**conducted** [5] - 29:25, 30:14, 135:4, 135:5, 176:8

**Confederacy** [1] - 185:12
**confer** [2] - 21:15, 158:8
**confirm** [2] - 102:23, 132:18
**confirmed** [2] - 132:24, 183:24
**congregating** [1] - 57:1
**Congress** [14] - 28:25, 29:23, 38:9, 41:24, 47:19, 49:9, 52:6, 81:24, 87:10, 87:11, 98:22, 98:24, 100:7, 127:13
**congressional** [5] - 49:9, 52:6, 100:2, 100:14, 127:16
**Congressman** [1] - 83:7
**conjunction** [1] - 29:25
**connected** [1] - 92:11
**connection** [3] - 145:15, 151:21, 187:12
**Connor** [1] - 105:7
**consent** [6] - 145:16, 151:23, 152:4, 152:9, 152:16, 152:20
**consented** [1] - 153:13
**consider** [1] - 4:17
**considered** [2] - 12:25, 49:1
**consisted** [1] - 51:15
**consistent** [2] - 9:25, 157:17
**constitutes** [1] - 194:11
**Constitution** [4] - 1:24, 55:15, 194:19
**construction** [9] - 44:18, 44:21, 44:22, 45:9, 45:10, 46:11, 46:19, 51:25, 60:10
**contact** [5] - 31:5, 60:1, 133:8, 133:23, 141:25
**contained** [4] - 159:7, 159:9, 159:10, 160:6
**contains** [1] - 156:23
**contents** [2] - 154:1, 154:6
**context** [1] - 157:11
**continually** [1] - 141:8
**continue** [10] - 29:22, 64:3, 89:3, 89:22,

95:12, 96:23, 99:2, 113:13, 125:25, 192:20
**Continued** [1] - 89:6
**continued** [1] - 167:22
**continues** [2] - 60:21, 129:2
**continuous** [1] - 129:9
**continuously** [1] - 128:9
**contradict** [1] - 184:8
**contrary** [2] - 10:12, 179:18
**control** [6] - 34:15, 34:21, 35:3, 36:2, 109:10, 109:13
**controlled** [1] - 72:14
**controlling** [4] - 35:6, 35:11, 35:21, 57:7
**controls** [1] - 72:12
**convenience** [1] - 178:5
**conversation** [4] - 107:25, 133:25, 180:20, 188:3
**conversations** [1] - 191:19
**conveyed** [2] - 35:17, 39:18
**cooperate** [4] - 115:17, 142:2, 180:16, 184:11
**cooperated** [2] - 115:16, 115:21
**cooperating** [1] - 184:10
**cooperation** [1] - 185:20
**cooperative** [3] - 178:15, 178:21, 193:24
**coordinate** [2] - 15:3, 15:4
**coordinated** [2] - 19:10, 155:9
**copy** [4] - 16:13, 146:11, 152:8, 153:5
**corner** [3] - 55:12, 75:20, 107:17
**correct** [206] - 5:4, 13:24, 31:5, 31:9, 31:18, 32:7, 32:9, 32:10, 32:18, 33:12, 35:16, 36:8, 36:16, 36:19, 37:3, 37:4, 37:11, 37:15, 38:12, 38:13, 42:14, 45:21, 45:23, 46:22, 50:3, 50:6, 50:9, 50:12, 50:15, 53:5, 63:10,

64:18, 64:21, 65:4,
65:14, 66:8, 66:16,
71:18, 73:4, 73:22,
74:9, 75:9, 75:16,
76:14, 76:17, 77:5,
79:7, 83:5, 83:8,
83:11, 84:1, 84:5,
84:24, 86:4, 86:15,
91:19, 92:2, 92:15,
92:22, 93:21, 97:7,
98:5, 101:18,
101:19, 102:7,
102:8, 102:11,
102:14, 102:17,
102:21, 103:6,
103:12, 104:15,
104:17, 104:18,
104:19, 104:21,
104:22, 105:11,
105:16, 105:19,
105:20, 105:23,
105:24, 105:25,
106:5, 106:6, 107:1,
107:25, 108:5,
108:22, 108:23,
109:6, 109:7, 109:8,
109:15, 109:16,
109:23, 110:2,
110:12, 111:5,
111:6, 111:14,
112:7, 113:3, 113:4,
113:8, 113:9,
113:11, 113:12,
113:20, 113:21,
114:6, 114:15,
114:16, 114:22,
115:5, 115:6,
115:10, 115:17,
116:15, 116:16,
116:24, 116:25,
117:4, 117:5,
117:11, 117:19,
117:20, 117:23,
118:13, 118:14,
118:18, 118:19,
119:1, 119:2,
119:12, 119:13,
119:22, 119:23,
120:12, 120:23,
121:3, 121:15,
121:17, 126:24,
128:25, 129:13,
129:24, 130:2,
132:1, 147:2,
150:12, 151:16,
156:9, 157:20,
167:3, 167:7,
168:13, 175:9,
179:8, 179:16,
179:17, 180:5,
180:6, 180:8, 180:9,

180:10, 180:11,
180:13, 180:14,
181:4, 181:5,
181:12, 181:14,
181:15, 181:16,
181:18, 181:19,
181:22, 181:23,
182:4, 182:14,
182:15, 182:22,
183:13, 183:18,
183:20, 183:21,
183:22, 183:25,
184:1, 184:11,
184:14, 184:20,
184:25, 185:1,
185:12, 185:13,
185:18, 185:22,
186:1, 188:17,
192:16
**correctly** [1] - 53:7
**costume** [3] - 6:24,
113:8, 159:17
**counsel** [10] - 3:24,
4:24, 5:7, 5:10, 99:7,
99:17, 158:7, 158:8,
190:2, 193:25
**Count** [3] - 9:19,
11:19, 12:20
**count** [1] - 11:13
**counterpart** [1] - 24:5
**counterpart's** [1] -
22:17
**counterparts** [4] -
22:14, 26:12, 30:2,
40:4
**country** [2] - 91:21,
91:22
**counts** [4] - 9:9, 10:1,
11:12, 13:3
**couple** [6] - 65:2, 94:1,
122:23, 145:6,
180:24, 193:9
**course** [2] - 84:2,
105:18
**Court** [19] - 1:22, 1:23,
5:2, 6:1, 7:6, 7:14,
8:23, 10:2, 12:9,
12:19, 13:1, 13:2,
27:1, 41:1, 65:1,
94:22, 191:8,
192:25, 194:18
**COURT** [203] - 1:1,
3:11, 3:19, 3:24, 4:4,
5:16, 6:4, 6:6, 6:10,
13:5, 13:16, 13:20,
13:23, 13:25, 14:15,
16:20, 19:5, 19:17,
22:6, 22:12, 22:23,
23:5, 25:2, 28:19,
29:15, 30:21, 32:20,

34:19, 34:25, 36:10,
39:24, 40:12, 40:18,
43:3, 44:8, 45:4,
45:6, 45:19, 45:22,
46:1, 49:22, 50:2,
50:4, 50:7, 50:10,
50:13, 51:3, 51:5,
53:2, 54:3, 54:16,
59:3, 59:14, 59:23,
62:1, 63:3, 63:9,
63:13, 64:2, 64:6,
64:13, 64:16, 64:19,
69:7, 71:4, 73:17,
73:21, 73:23, 74:2,
74:8, 74:10, 75:10,
75:17, 76:1, 76:3,
76:15, 76:20, 77:2,
77:6, 77:9, 77:16,
77:19, 78:4, 78:8,
78:12, 78:14, 78:23,
81:10, 81:18, 82:3,
82:9, 82:12, 82:16,
82:20, 82:23, 83:3,
83:6, 84:14, 87:19,
87:24, 89:4, 90:20,
90:23, 90:25, 91:2,
91:9, 91:12, 91:17,
91:20, 91:25, 92:5,
92:9, 92:13, 92:20,
92:24, 93:4, 93:7,
93:9, 93:14, 93:16,
93:19, 93:22, 94:13,
96:8, 96:10, 96:16,
96:18, 96:22, 97:1,
97:5, 97:25, 98:6,
99:8, 99:11, 99:15,
101:3, 110:15,
114:3, 114:8,
115:19, 126:21,
127:23, 128:5,
128:10, 128:13,
128:16, 128:19,
128:23, 129:1,
129:6, 129:10,
129:12, 129:14,
129:20, 129:25,
130:3, 130:20,
130:22, 146:18,
147:24, 148:18,
149:5, 149:15,
149:25, 150:9,
150:20, 152:13,
153:11, 154:11,
154:24, 155:18,
155:23, 156:10,
157:3, 161:20,
162:11, 166:7,
177:13, 178:4,
178:7, 178:17,
186:9, 189:3,
189:24, 190:2,

190:13, 190:16,
190:18, 190:21,
190:24, 191:14,
191:17, 191:21,
192:11, 192:16,
192:19, 193:3,
193:12, 193:15,
193:18, 193:22,
194:2, 194:8
**Court's** [8] - 63:25,
88:2, 118:5, 120:19,
156:6, 158:6, 192:13
**Courthouse** [2] - 1:23,
194:18
**Courtroom** [2] - 87:18,
87:21
**courtroom** [2] - 5:23,
135:23
**COURTROOM** [3] -
3:2, 63:19, 104:7
**Courts** [1] - 191:20
**cover** [4] - 16:9, 16:13,
17:4, 114:20
**covered** [1] - 46:6
**COVID** [4] - 48:7, 48:9,
193:8, 193:9
**COVID-19** [1] - 48:6
**crash** [1] - 71:21
**cravat** [3] - 146:24,
149:11, 149:20
**create** [1] - 67:20
**created** [1] - 37:2
**credibility** [2] - 8:3,
167:22
**criminal** [1] - 131:17
**Criminal** [2] - 1:3, 3:3
**CRM** [1] - 1:12
**cropped** [1] - 6:23
**cross** [6] - 4:13, 5:12,
5:18, 101:3, 178:8
**CROSS** [3] - 30:23,
101:5, 178:10
**cross-examination** [2]
- 4:13, 5:12
**CROSS-
EXAMINATION** [3] -
30:23, 101:5, 178:10
**cross-examine** [2] -
101:3, 178:8
**crowd** [38] - 8:2,
55:22, 56:23, 57:6,
57:18, 57:20, 60:24,
61:2, 61:8, 61:13,
62:9, 62:13, 62:18,
62:20, 66:20, 66:21,
66:22, 67:5, 68:17,
68:20, 68:22, 69:3,
69:22, 106:23,
108:17, 122:20,
125:22, 126:6,

126:15, 130:14,
130:16, 130:17,
138:24, 139:6,
143:3, 177:5,
177:10, 177:14
**crowd's** [2] - 62:11,
106:17
**crowded** [1] - 119:22
**crowds** [2] - 177:5,
177:7
**CRR** [3] - 1:22, 194:10,
194:17
**cruiser** [3] - 69:19,
81:2, 97:20
**crying** [1] - 58:22
**Crypt** [37] - 8:7, 8:9,
8:10, 77:14, 78:4,
78:8, 78:12, 78:16,
78:21, 79:1, 79:4,
79:8, 79:10, 79:11,
79:13, 79:24, 80:13,
80:16, 81:7, 120:21,
121:4, 121:6,
121:17, 121:18,
126:23, 126:25,
127:12, 143:4,
143:5, 143:6,
169:12, 170:7,
170:23, 171:23,
172:6, 181:17,
181:21
**curfew** [5] - 144:14,
183:11, 183:15,
183:16
**current** [2] - 25:19,
26:25
**custody** [1] - 147:5
**CVC** [2] - 127:3, 127:5

## D

**D.C** [8] - 6:20, 78:19,
78:21, 134:3,
136:23, 137:2,
137:10, 144:14
**damage** [2] - 12:4,
183:22
**dark** [2] - 159:12,
159:17
**databases** [1] - 132:18
**date** [7] - 50:1, 99:3,
135:8, 145:5,
146:14, 146:15,
192:21
**Dated** [1] - 194:15
**daughter** [3] - 15:22,
20:13, 27:21
**day-to-day** [1] - 72:13
**days** [1] - 121:3
**DC** [4] - 1:17, 1:20,

1:24, 194:20
**dealing** [1] - 62:6
**Dearborn** [1] - 1:12
**decide** [1] - 57:13
**decided** [2] - 143:14, 143:19
**decision** [3] - 7:5, 24:19, 192:14
**decisions** [1] - 29:20
**decon** [2] - 58:13, 61:18
**deemed** [3] - 18:24, 26:5, 105:11
**defendant** [23] - 63:20, 74:13, 129:16, 136:5, 164:24, 170:15, 170:18, 171:6, 171:17, 172:3, 172:15, 172:20, 173:1, 173:7, 173:19, 175:4, 175:15, 175:16, 176:2, 176:3, 190:8, 190:17, 190:18
**Defendant** [2] - 1:6, 1:19
**defendant's** [2] - 155:15, 190:7
**defense** [3] - 4:24, 5:7, 99:7
**definitely** [1] - 33:22
**demonstrating** [5] - 9:19, 12:7, 12:11, 12:21, 12:25
**depart** [1] - 18:10
**department** [6] - 14:17, 14:20, 14:23, 69:20, 105:2, 128:21
**Department** [3] - 42:4, 42:5, 98:19
**departments** [1] - 15:2
**depict** [3] - 42:22, 44:2, 46:13
**depicted** [6] - 45:25, 46:9, 85:12, 164:4, 164:8, 167:4
**depicting** [2] - 162:14, 162:25
**depiction** [3] - 50:23, 52:21, 54:11
**depicts** [1] - 160:2
**deploy** [2] - 56:7, 61:7
**DEPUTY** [3] - 3:2, 63:19, 104:7
**describe** [27] - 8:16, 8:24, 19:7, 43:17, 45:6, 46:2, 46:16, 51:8, 53:7, 55:9, 64:23, 66:7, 70:2,

75:19, 84:19, 85:3, 89:16, 94:16, 124:8, 124:25, 132:15, 133:4, 133:12, 150:25, 160:2, 172:5, 177:10
**described** [8] - 66:13, 86:14, 102:21, 140:21, 143:7, 155:6, 165:11, 165:25
**describing** [2] - 24:4, 86:2
**description** [1] - 181:13
**designate** [1] - 18:3
**desk** [3] - 94:6, 94:17
**desktop** [1] - 104:8
**destruction** [1] - 36:12
**destructive** [2] - 36:6, 36:16
**detail** [6] - 20:14, 22:14, 25:23, 27:22, 59:9, 59:11
**detain** [1] - 67:13
**detection** [1] - 48:17
**detector** [1] - 82:23
**determination** [1] - 23:12
**determine** [2] - 19:21, 84:15
**determined** [1] - 30:4
**device** [1] - 48:17
**difference** [4] - 45:6, 45:17, 46:2, 46:18
**different** [30] - 42:3, 46:20, 49:15, 50:10, 51:22, 60:7, 60:9, 60:15, 61:7, 65:2, 65:11, 68:25, 77:25, 78:1, 78:3, 78:5, 78:6, 78:19, 78:20, 79:9, 102:17, 110:9, 122:6, 124:23, 154:16, 154:19, 179:19, 191:20, 192:21
**difficult** [2] - 4:18, 167:19
**dig** [1] - 68:18
**digital** [2] - 153:22, 154:5
**dignitaries** [1] - 44:10
**din** [1] - 8:1
**DIRECT** [4] - 14:2, 40:22, 89:6, 131:2
**direct** [1] - 156:11
**direction** [4] - 35:21, 36:3, 109:20, 169:12
**directions** [1] - 43:5

**directly** [2] - 94:23, 165:23
**Dirksen** [3] - 47:9, 56:14, 56:15
**disappear** [1] - 102:24
**disappeared** [2] - 66:20, 102:20
**disconnect** [1] - 115:25
**discuss** [2] - 19:18, 144:18
**discussed** [2] - 98:21, 122:12
**discussions** [1] - 21:25
**disorderly** [7] - 9:9, 9:11, 11:19, 11:24, 11:25, 36:19, 181:12
**dispatch** [2] - 67:24, 68:3
**dispersed** [1] - 140:5
**disrespectful** [1] - 12:17
**disruptive** [4] - 9:9, 11:20, 11:24, 36:8
**distance** [1] - 138:17
**distinctive** [1] - 132:22
**distressed** [1] - 139:20
**DISTRICT** [3] - 1:1, 1:1, 1:9
**District** [1] - 42:6
**disturbance** [5] - 58:6, 67:15, 69:22, 80:23, 80:24
**division** [8] - 14:17, 14:19, 14:24, 14:25, 47:6, 58:5, 68:8, 68:9
**document** [8] - 16:1, 145:20, 146:19, 147:6, 152:14, 152:25, 153:1, 159:2
**documents** [2] - 153:12, 159:3
**DOJ** [1] - 1:12
**DOJ-CRM** [1] - 1:12
**dome** [2] - 120:23, 121:1
**door** [82] - 7:21, 12:2, 37:25, 38:16, 39:4, 39:6, 44:13, 44:15, 56:18, 67:6, 67:14, 67:20, 67:21, 71:10, 74:14, 74:17, 75:11, 75:13, 75:15, 87:1, 87:5, 87:9, 89:24, 89:25, 90:1, 90:8, 90:9, 92:1, 92:8, 92:9, 92:10, 92:19,

95:5, 95:17, 95:18, 95:22, 95:24, 96:11, 101:13, 103:12, 105:23, 106:7, 106:10, 106:12, 106:14, 106:20, 107:2, 107:3, 107:5, 107:6, 107:9, 108:13, 108:16, 112:4, 113:22, 116:22, 116:23, 117:10, 117:14, 117:15, 117:19, 122:6, 122:14, 125:11, 125:22, 126:17, 126:18, 127:20, 128:3, 128:6, 128:22, 128:25, 129:3, 129:4, 129:8, 129:22, 141:17, 141:18, 141:25, 181:24
**Door** [21] - 7:22, 8:14, 71:6, 71:9, 71:13, 73:15, 76:13, 86:22, 87:6, 87:9, 90:15, 94:22, 95:2, 95:22, 96:1, 97:8, 103:9, 117:13, 122:14, 122:17, 125:20
**doors** [20] - 25:14, 25:15, 26:18, 32:15, 32:17, 33:3, 38:16, 87:8, 87:12, 87:13, 90:20, 116:22, 128:5, 129:21, 141:23, 142:16, 144:4, 164:6, 176:4
**Doors** [2] - 116:25, 117:1
**doorway** [9] - 58:19, 59:16, 59:17, 93:9, 93:12, 93:16, 103:8, 106:19, 180:13
**dots** [1] - 52:19
**double** [2] - 25:13, 26:18
**doubt** [1] - 9:3
**down** [40] - 18:19, 28:5, 40:12, 46:24, 51:24, 52:9, 55:13, 57:20, 57:25, 58:1, 58:15, 58:19, 58:24, 62:24, 69:9, 69:10, 72:1, 76:18, 82:11, 83:14, 102:21, 133:18, 134:5, 134:11, 134:12, 134:20, 136:3,

136:15, 137:13, 137:14, 137:15, 138:22, 143:2, 144:8, 162:12, 169:12, 187:16, 188:13, 189:24
**drag** [1] - 104:7
**dress** [7] - 11:7, 69:17, 81:4, 147:19, 159:13, 163:13, 170:19
**dressed** [2] - 6:22, 12:15
**drive** [1] - 137:6
**driver** [1] - 81:5
**driver's** [1] - 132:18
**driving** [1] - 133:15
**drops** [1] - 61:1
**drove** [1] - 137:3
**due** [4] - 4:21, 17:23, 48:6, 189:14
**during** [20] - 8:25, 23:12, 44:14, 46:10, 47:16, 50:22, 67:23, 69:17, 69:22, 70:14, 71:20, 81:15, 94:8, 136:16, 144:17, 144:21, 144:25, 147:20, 182:16, 185:8
**duties** [4] - 14:25, 41:19, 72:7, 191:25

### E

**earlier-in-the-day** [1] - 185:6
**early** [2] - 99:3, 137:4
**easier** [1] - 3:22
**east** [7] - 23:16, 23:25, 43:14, 66:10, 66:11, 68:17, 68:21
**East** [15] - 43:15, 56:19, 56:21, 56:24, 57:4, 57:10, 66:6, 66:7, 66:9, 67:7, 67:9, 67:11, 68:10, 73:24, 89:23
**edge** [1] - 8:9
**Edward** [1] - 3:9
**effect** [8] - 37:25, 103:22, 139:21, 142:21, 143:17, 182:20, 182:23, 182:25
**effective** [1] - 37:20
**effort** [4] - 12:17, 19:10, 34:6, 107:21
**efforts** [1] - 69:25
**eight** [1] - 164:13

**either** [7] - 3:25, 51:15, 94:5, 119:25, 121:11, 127:20, 130:4
**election** [4] - 7:9, 9:15, 30:17, 47:18
**electoral** [1] - 183:5
**Electoral** [4] - 17:13, 18:18, 28:16, 29:21
**Ellipse** [2] - 6:22, 55:2
**elsewhere** [2] - 20:21, 21:21
**email** [6] - 16:9, 16:13, 16:24, 17:1, 17:3, 17:5
**emblem** [1] - 97:21
**emergency** [6] - 71:10, 71:20, 95:5, 95:7, 95:10, 106:4
**emotion** [1] - 182:17
**emphasized** [1] - 136:14
**employed** [3] - 41:5, 131:9, 131:14
**employee** [1] - 72:8
**employees** [3] - 41:22, 52:7, 60:11
**enactment** [1] - 10:25
**encountered** [3] - 141:3, 141:10, 142:19
**encouraging** [2] - 183:4
**end** [8] - 9:23, 10:14, 28:3, 57:22, 70:6, 98:14, 100:20, 169:8
**ended** [2] - 59:15, 67:14
**ends** [2] - 86:22, 125:1
**enforcement** [15] - 24:12, 30:1, 42:6, 49:10, 52:7, 80:3, 141:25, 142:1, 142:10, 143:8, 173:4, 173:11, 180:13, 184:2, 188:4
**enforcing** [1] - 108:3
**engaged** [4] - 58:8, 61:10, 62:16, 108:1
**engaging** [3] - 60:5, 60:8, 60:14
**enormous** [1] - 57:21
**ensure** [1] - 47:15
**ensured** [1] - 26:12
**ensuring** [2] - 30:3, 70:5
**entail** [1] - 101:11
**enter** [13] - 7:1, 11:18, 37:24, 38:17, 38:21, 49:7, 49:10, 49:13,

53:12, 87:12, 87:13, 121:3, 127:2
**entered** [22] - 7:20, 7:24, 12:2, 21:1, 21:3, 24:25, 32:5, 32:24, 34:11, 56:14, 69:4, 69:8, 84:13, 101:13, 117:14, 129:17, 141:19, 142:17, 143:6, 144:5, 168:1, 168:2
**entering** [18] - 9:4, 11:13, 33:20, 33:24, 34:4, 49:17, 73:25, 105:22, 106:7, 110:8, 110:23, 111:2, 111:9, 119:25, 125:22, 180:21, 180:23
**entire** [3] - 11:21, 55:10, 62:3
**entities** [1] - 24:12
**entity** [1] - 42:6
**entourage** [2] - 20:15, 27:23
**entrance** [7] - 87:3, 87:5, 106:24, 107:1, 125:10, 127:9, 176:15
**entrances** [2] - 121:25, 122:6
**entry** [10] - 9:10, 11:25, 12:1, 32:20, 38:23, 75:15, 82:3, 95:6, 103:8, 108:4
**entryway** [2] - 142:16, 165:3
**era** [1] - 185:8
**escaping** [1] - 90:6
**escorted** [1] - 127:21
**especially** [1] - 105:18
**ESQ** [3] - 1:11, 1:15, 1:19
**essentially** [3] - 4:11, 79:6, 182:2
**establish** [5] - 9:13, 18:22, 19:25, 20:1, 20:4
**established** [3] - 19:13, 19:20, 28:13
**estimate** [1] - 135:18
**evacuated** [2] - 60:12, 98:24
**eve** [1] - 4:19
**event** [6] - 20:6, 26:11, 30:8, 52:1, 144:25, 147:20
**events** [3] - 15:9, 83:21, 134:5
**Events** [1] - 17:6

**eventually** [6] - 33:13, 61:2, 66:16, 70:6, 93:3, 139:10
**everywhere** [1] - 142:14
**evidence** [25] - 3:16, 5:25, 6:13, 7:6, 7:14, 9:2, 9:25, 10:10, 10:16, 11:1, 11:4, 11:8, 11:14, 11:21, 12:8, 13:1, 13:10, 13:19, 16:18, 76:6, 76:8, 144:18, 147:4, 147:6, 179:8
**evolving** [1] - 31:17
**exact** [16] - 33:7, 50:1, 62:2, 103:16, 111:7, 128:12, 130:12, 135:8, 135:18, 139:14, 145:5, 146:10, 152:8, 153:5
**exactly** [5] - 24:6, 101:10, 101:11, 101:25, 145:7
**EXAMINATION** [11] - 14:2, 30:23, 39:12, 40:22, 89:6, 101:5, 122:10, 130:8, 131:2, 178:10, 186:17
**examination** [2] - 4:13, 5:12
**examine** [2] - 101:3, 178:8
**examiner** [1] - 154:6
**example** [3] - 15:6, 38:4, 127:12
**except** [1] - 10:14
**exception** [1] - 110:10
**excitement** [1] - 182:18
**excuse** [3] - 19:2, 174:18, 186:12
**exhibit** [8] - 77:16, 79:18, 102:22, 103:15, 104:8, 110:4, 155:25, 164:19
**Exhibit** [43] - 13:12, 13:14, 13:22, 15:24, 16:17, 24:24, 42:15, 43:1, 43:21, 44:6, 46:13, 49:21, 51:2, 52:9, 52:25, 53:18, 54:2, 55:8, 63:12, 64:5, 70:18, 71:2, 73:7, 76:19, 77:17, 79:15, 80:7, 82:15, 84:8, 89:9, 99:6, 99:9, 103:25, 104:4,

118:8, 122:24, 124:7, 125:6, 147:13, 148:4, 148:10, 152:18, 177:18
**existence** [1] - 112:11
**exit** [22] - 56:18, 71:9, 71:10, 71:17, 87:5, 87:6, 87:8, 94:24, 95:3, 95:8, 95:9, 106:3, 106:4, 118:3, 119:22, 120:14, 120:17, 120:18, 125:22, 128:3, 169:16, 176:3
**exited** [3] - 144:3, 144:4, 144:7
**exiting** [6] - 59:18, 105:22, 118:2, 119:10, 119:11, 120:1
**exits** [1] - 119:17
**expect** [1] - 54:25
**expecting** [1] - 191:6
**experience** [5] - 42:9, 123:18, 154:18, 154:21, 191:8
**expert** [1] - 153:22
**expiration** [1] - 193:8
**expired** [1] - 193:8
**explain** [6] - 17:20, 27:1, 43:4, 45:17, 73:18, 157:21
**explained** [5] - 9:1, 134:1, 134:14, 134:16, 137:11
**explosive** [1] - 48:17
**extent** [3] - 35:21, 82:12, 190:20
**exterior** [4] - 24:1, 39:2, 42:13, 72:24
**extreme** [1] - 27:13
**extremes** [1] - 27:10
**exultation** [1] - 182:18
**eye** [2] - 61:12, 72:18
**eyes** [5] - 58:14, 58:24, 61:17, 61:18, 65:18

**F**

**face** [2] - 60:4, 62:24
**facilities** [1] - 15:5
**fact** [31] - 4:13, 10:19, 11:9, 11:15, 12:21, 19:1, 20:9, 20:12, 34:10, 37:9, 102:13, 106:17, 107:24, 108:24, 111:4, 112:17, 118:24,

133:10, 134:8, 134:22, 138:15, 139:8, 140:25, 145:1, 153:18, 178:22, 182:16, 184:10, 185:20, 193:21, 193:25
**factors** [2] - 122:12, 122:16
**facts** [1] - 13:18
**fair** [17] - 5:25, 16:13, 44:25, 45:2, 50:23, 52:21, 54:7, 54:11, 55:20, 70:13, 70:24, 95:25, 102:19, 103:17, 121:23, 156:21, 157:17
**fairly** [2] - 42:22, 44:2
**fall** [3] - 60:16, 101:24, 102:3
**familiar** [8] - 42:10, 71:5, 71:25, 72:2, 72:6, 100:2, 119:6, 153:23
**family** [16] - 6:16, 6:20, 7:1, 11:1, 11:6, 15:18, 17:9, 17:23, 20:13, 26:6, 40:10, 41:24, 137:10, 137:23, 139:11, 139:13
**family's** [2] - 7:3, 139:9
**fantastic** [1] - 194:3
**far** [18] - 12:1, 12:19, 31:24, 34:16, 37:2, 84:11, 108:4, 113:5, 113:22, 119:18, 123:7, 154:7, 154:20, 182:5, 182:17, 184:10, 186:3, 193:24
**fast** [3] - 119:3, 170:9, 170:24
**fastest** [1] - 169:13
**fateful** [1] - 7:5
**father** [2] - 137:7, 139:15
**FBI** [18] - 2:9, 3:9, 8:23, 131:1, 131:14, 131:16, 131:19, 131:20, 147:1, 147:3, 147:8, 150:22, 152:20, 153:18, 153:21, 154:18, 187:17, 189:13
**FD** [1] - 145:16
**FD-26** [2] - 152:20, 153:6

**FD-597** [1] - 146:7
**Federal** [1] - 131:12
**federal** [2] - 30:1, 42:1
**felonies** [1] - 193:10
**felt** [4] - 134:16, 136:13, 140:10, 182:17
**female** [2] - 58:21, 173:22
**fence** [5] - 57:5, 57:7, 101:20, 101:21, 101:24
**fences** [1] - 7:10
**fencing** [21] - 38:19, 51:16, 51:20, 52:14, 52:18, 52:22, 53:3, 53:23, 56:1, 123:11, 123:14, 123:20, 123:22, 123:23, 123:24, 123:25, 124:19, 124:20, 124:21
**fervently** [2] - 161:16, 187:7
**few** [13] - 7:17, 8:22, 17:7, 20:22, 21:24, 31:10, 58:12, 96:13, 98:9, 108:20, 126:9, 165:16, 171:21
**Field** [1] - 132:10
**fight** [1] - 59:1
**fighting** [4] - 23:7, 33:19, 61:3, 62:5
**fights** [1] - 60:6
**figured** [1] - 59:19
**figures** [1] - 53:14
**file** [1] - 159:7
**fill** [2] - 57:19, 145:22
**final** [2] - 89:19, 190:6
**finally** [4] - 8:20, 9:19, 12:6, 99:4
**findings** [3] - 191:2, 191:23, 193:21
**fine** [4] - 58:25, 184:14, 193:17
**finish** [1] - 189:14
**finished** [2] - 33:17, 134:19
**finishing** [1] - 139:1
**fire** [8] - 7:21, 71:9, 71:17, 87:5, 87:6, 87:8, 107:3
**fired** [7] - 67:24, 67:25, 68:1, 91:12, 91:16, 91:20
**First** [5] - 55:13, 55:14, 124:2, 124:12, 127:8
**first** [41] - 6:7, 9:4, 11:13, 13:6, 16:3, 17:20, 26:8, 33:8,

33:10, 58:6, 70:22, 73:19, 75:7, 77:15, 89:16, 90:4, 91:2, 92:3, 92:22, 104:23, 120:3, 120:24, 124:11, 131:7, 132:8, 133:12, 136:23, 142:15, 152:21, 153:2, 158:16, 158:22, 158:23, 160:19, 160:25, 161:24, 162:1, 188:1, 188:4, 192:8
**fish** [1] - 78:2
**fishbowl** [1] - 78:2
**fisheye** [3] - 78:2, 121:19, 121:22
**fist** [2] - 60:6, 120:2
**five** [2] - 29:5, 75:25
**flag** [15] - 6:25, 7:2, 12:12, 81:18, 107:18, 107:19, 112:15, 112:19, 120:1, 151:4, 165:2, 169:2, 170:19, 173:23
**flag's** [1] - 112:20
**flagpole** [2] - 81:19, 113:2
**flags** [3] - 9:6, 58:11, 138:1
**fleece** [1] - 69:19
**floor** [15] - 18:4, 20:20, 26:8, 70:22, 73:19, 77:15, 78:10, 78:25, 79:4, 79:6, 79:11, 79:12, 90:5, 120:23, 120:24
**Floor** [1] - 1:13
**flooring** [2] - 79:25, 80:15
**flowed** [1] - 62:3
**fluid** [1] - 104:20
**focus** [1] - 191:8
**folded** [3] - 6:11, 139:21, 189:5
**folks** [3] - 55:1, 62:6, 108:8
**follow** [2] - 130:4, 147:8
**follow-up** [1] - 130:4
**followed** [3] - 53:7, 161:15, 187:9
**follower** [1] - 10:21
**following** [6] - 11:22, 11:23, 66:9, 105:9, 119:10, 139:6
**food** [1] - 62:12
**foot** [2] - 18:9, 20:19

**footage** [35] - 8:8, 73:2, 73:15, 77:23, 83:16, 83:20, 83:23, 84:7, 85:16, 97:13, 113:4, 117:20, 163:7, 163:8, 163:11, 163:21, 163:24, 164:4, 164:8, 164:17, 164:20, 168:9, 168:12, 168:14, 169:6, 170:4, 171:4, 174:13, 174:21, 175:4, 177:19, 187:25, 188:1, 188:4
**FOR** [1] - 1:1
**force** [5] - 72:17, 105:1, 105:3, 105:8, 105:11
**forced** [1] - 6:12
**foregoing** [1] - 194:11
**forensic** [2] - 153:22, 154:5
**forgive** [1] - 139:13
**forgot** [1] - 90:17
**form** [3] - 151:23, 152:9, 152:20
**formal** [1] - 134:23
**former** [1] - 14:14
**Former** [1] - 138:15
**forth** [2] - 26:16, 157:12
**forthcoming** [1] - 7:16
**forward** [10] - 92:14, 95:20, 119:3, 133:23, 165:19, 170:9, 170:24, 172:13, 172:17, 172:18
**forward-most** [1] - 172:13
**foundation** [7] - 19:4, 32:19, 34:17, 34:24, 54:9, 115:18, 154:11
**four** [7] - 9:3, 13:2, 107:9, 108:18, 172:10, 175:11, 175:12
**fourth** [1] - 12:6
**foyer** [1] - 142:16
**frame** [9] - 25:19, 27:19, 64:16, 170:13, 170:15, 170:18, 171:6, 175:16, 191:5
**frankly** [5] - 36:15, 105:15, 106:3, 109:4, 120:23
**front** [7] - 56:23, 57:6, 57:16, 74:21, 74:24,

172:9, 192:10
**Front** [30] - 43:13, 43:15, 51:23, 52:13, 53:22, 53:25, 57:12, 57:14, 57:15, 57:16, 57:19, 63:4, 63:5, 63:9, 66:6, 66:7, 66:9, 67:8, 67:9, 67:11, 68:10, 73:23, 73:24, 74:1, 74:5, 74:7, 75:10, 85:24, 89:23, 124:12
**frozen** [1] - 62:12
**fuck** [1] - 68:25
**fucking** [2] - 60:19, 60:20
**fulfilled** [1] - 5:14
**full** [4] - 46:11, 168:14, 190:20, 194:12
**fully** [2] - 44:17, 184:11
**functions** [1] - 51:22
**funnel** [2] - 106:23, 141:1
**furniture** [2] - 165:24, 166:10
**furthest** [1] - 53:8

**G**

**gain** [2] - 126:7, 176:15
**garb** [2] - 11:10, 103:22
**garments** [1] - 169:1
**garner** [1] - 105:7
**Garrison** [1] - 81:5
**gather** [1] - 154:1
**gathered** [1] - 125:21
**gathering** [1] - 23:25
**gear** [1] - 69:22
**general** [2] - 36:24, 71:16
**generally** [4] - 14:11, 19:24, 102:24, 152:14
**gentleman** [1] - 185:3
**George** [2] - 6:22, 10:23
**gestures** [1] - 113:24
**given** [7] - 4:8, 104:25, 127:18, 191:19, 192:17, 193:25
**glass** [5] - 25:14, 32:14, 92:5, 92:7, 141:18
**gotta** [2] - 65:19
**Government** [25] - 13:12, 13:22, 25:2, 44:6, 49:21, 51:2,

52:25, 54:2, 55:8, 63:11, 64:4, 70:18, 71:2, 73:7, 76:19, 77:17, 80:7, 82:15, 84:8, 89:9, 99:6, 99:9, 122:24, 124:6, 125:5
**government** [37] - 3:5, 4:5, 4:7, 5:6, 5:24, 6:8, 9:24, 10:4, 12:7, 13:5, 13:7, 13:12, 21:14, 35:15, 40:14, 42:25, 44:5, 51:1, 52:24, 54:1, 54:14, 71:1, 76:12, 83:18, 83:19, 84:6, 96:5, 99:9, 130:6, 131:21, 132:2, 164:18, 174:8, 174:10, 174:22, 177:23, 190:21
**Government's** [43] - 15:24, 16:17, 24:24, 25:3, 42:15, 43:1, 43:21, 52:9, 53:18, 79:14, 103:25, 146:16, 147:13, 148:3, 148:6, 148:10, 149:12, 149:19, 150:2, 150:7, 150:13, 150:18, 152:11, 153:9, 155:20, 156:11, 158:10, 158:14, 161:22, 163:15, 163:19, 169:19, 170:3, 170:21, 172:2, 172:14, 172:19, 173:12, 174:2, 176:19, 177:18, 186:10, 188:7
**government's** [11] - 5:14, 9:2, 146:2, 147:22, 149:7, 151:25, 152:18, 172:25, 173:6, 174:7, 177:20
**grab** [5] - 58:23, 59:8, 59:24, 68:18
**grabbed** [4] - 57:4, 57:10, 65:18, 67:4
**grabbing** [1] - 60:25
**grabs** [1] - 61:16
**graham** [1] - 105:7
**grant** [1] - 5:18
**grateful** [1] - 136:14
**green** [4] - 61:22, 157:23, 157:24
**greeted** [1] - 18:1

**grief** [2] - 182:19, 182:22
**ground** [5] - 62:13, 62:24, 65:16, 101:25, 102:3
**grounds** [18] - 9:5, 9:10, 11:14, 11:20, 41:25, 42:8, 42:10, 47:9, 47:15, 49:8, 49:11, 49:13, 55:6, 55:19, 57:24, 72:18, 72:19, 84:21
**group** [3] - 20:25, 60:1, 66:6
**groups** [1] - 121:4
**guess** [3] - 29:20, 43:6, 74:11, 83:6, 89:16, 94:5, 95:6, 96:13, 105:9, 107:6, 117:19, 119:5, 123:7
**guessing** [1] - 4:15
**guest** [2] - 121:9, 121:12
**guidance** [1] - 145:8
**guide** [2] - 118:23, 127:4
**guilty** [3] - 9:25, 13:2, 74:23
**gun** [3] - 62:17, 68:18, 91:4
**gun's** [1] - 62:20
**guy** [1] - 74:19

**H**

**half** [2] - 17:15, 135:19
**Hall** [3] - 78:5, 78:6, 78:9
**halls** [1] - 6:15
**hallway** [5] - 25:15, 143:3, 143:22, 169:12, 175:7
**halt** [1] - 28:22
**hammer** [5] - 60:17, 60:19, 60:20, 60:21, 61:1
**hammers** [1] - 60:15
**hand** [12] - 48:16, 58:18, 75:20, 80:13, 80:22, 85:8, 86:23, 86:25, 91:4, 125:23, 158:2, 179:7
**hand-sewn** [1] - 179:7
**handed** [4] - 67:5, 148:24, 178:22
**handing** [1] - 66:24
**happy** [3] - 5:13, 54:10, 87:22
**hard** [3] - 8:1, 58:23, 108:10

**hardly** [2] - 75:14, 77:3
**harm** [3] - 27:9, 30:6
**harm's** [1] - 6:16
**Hart** [1] - 47:9
**hat** [9] - 69:19, 81:5, 107:17, 146:23, 147:17, 147:18, 147:25, 148:5, 165:2
**Hawa** [5] - 13:8, 14:6, 17:17, 25:7, 39:14
**HAWA** [2] - 2:3, 14:1
**haywire** [1] - 62:7
**Head** [2] - 16:7, 16:14
**head** [1] - 68:19
**headed** [1] - 140:8
**heading** [1] - 175:7
**headquarters** [4] - 26:17, 54:19, 56:6, 56:14
**heads** [1] - 14:16
**hear** [21] - 7:6, 7:10, 7:14, 8:1, 8:13, 8:23, 10:10, 34:10, 34:19, 62:9, 87:19, 99:8, 128:24, 167:18, 177:3, 177:7, 177:11, 177:15, 188:11, 191:17
**heard** [9] - 6:14, 33:10, 34:13, 35:17, 36:2, 139:19, 142:9, 160:11, 181:6
**hearing** [4] - 22:15, 24:8, 33:21, 194:4
**hears** [1] - 13:1
**hearsay** [6] - 22:5, 22:11, 22:21, 29:14, 59:2, 61:25
**held** [2] - 41:15, 136:25
**HELD** [1] - 1:9
**helmet** [1] - 80:23
**helmets** [3] - 76:24, 80:24, 97:20
**help** [8] - 15:4, 15:7, 104:1, 115:25, 122:4, 140:15, 140:16, 191:19
**helped** [1] - 65:15
**helpful** [2] - 124:17, 191:22
**helps** [1] - 191:8
**hence** [1] - 99:22
**hereby** [1] - 194:10
**high** [1] - 150:25
**highest** [1] - 14:13
**himself** [4] - 92:4, 105:18, 137:6, 190:15
**hinge** [1] - 106:14

**historian** [1] - 185:3
**history** [4] - 94:7, 94:9, 94:13, 94:19
**hit** [2] - 65:16, 140:1
**hitting** [1] - 60:8
**Hmm** [1] - 76:4
**hold** [4] - 18:6, 33:16, 33:23, 97:5
**holding** [7] - 6:25, 126:18, 151:2, 165:2, 169:2, 170:19, 173:22
**home** [2] - 144:16, 192:20
**honest** [1] - 62:3
**honestly** [1] - 62:7
**Honor** [81] - 3:2, 3:7, 3:12, 3:23, 4:2, 4:11, 4:23, 4:24, 5:21, 6:5, 6:8, 7:10, 8:7, 8:13, 9:24, 13:9, 13:15, 16:19, 19:16, 22:22, 23:4, 30:22, 34:23, 40:15, 40:16, 40:20, 44:23, 45:5, 45:14, 45:25, 50:6, 50:9, 50:12, 51:4, 53:5, 54:6, 59:2, 59:22, 61:25, 63:1, 63:20, 63:22, 64:1, 64:3, 69:5, 75:16, 76:9, 76:17, 77:18, 84:9, 84:16, 87:17, 87:22, 89:2, 90:22, 93:24, 96:6, 96:17, 98:1, 100:25, 101:4, 130:6, 130:7, 130:21, 147:10, 155:22, 155:25, 158:6, 158:12, 176:5, 178:1, 178:9, 190:10, 190:23, 191:12, 191:15, 191:16, 192:9, 192:13, 193:17, 194:3
**HONORABLE** [1] - 1:9
**hopefully** [1] - 3:20
**hour** [2] - 56:9, 135:19
**hours** [10] - 10:9, 29:5, 47:11, 64:11, 64:15, 108:20, 121:7, 129:11, 129:12, 137:4
**house** [6] - 21:9, 21:12, 28:21, 57:3, 65:21, 134:15
**House** [10] - 17:7, 18:9, 18:10, 18:13, 18:16, 20:25, 21:1,

21:2, 21:3, 21:12, 22:8, 23:12, 24:22, 26:22, 29:23, 30:7, 30:11, 43:9, 43:10, 47:24, 47:25, 57:23, 83:9, 91:15, 91:16, 92:25, 100:18, 137:14, 158:19
**housekeeping** [1] - 5:22
**huge** [2] - 56:23, 57:6
**Hyman** [4] - 55:5, 61:16, 68:9, 68:13

**I**

**idea** [2] - 54:25, 55:20
**identical** [2] - 133:1, 133:2
**identification** [15] - 15:24, 146:3, 147:13, 148:4, 148:11, 148:22, 149:7, 150:2, 150:14, 151:25, 152:18, 155:21, 156:12, 158:10, 163:15
**identified** [6] - 76:11, 95:15, 132:16, 133:7, 136:5, 173:16
**identify** [8] - 8:18, 53:15, 97:19, 98:4, 132:14, 136:1, 163:8, 173:16
**identity** [1] - 132:18
**ignored** [3] - 7:12, 9:5, 142:25
**IL** [1] - 1:13
**image** [3] - 6:23, 168:17, 172:13
**imagery** [1] - 164:22
**images** [4] - 6:2, 84:11, 100:9, 162:22
**imagine** [1] - 91:24
**immediately** [3] - 140:8, 141:24, 192:23
**imparted** [1] - 187:13
**impeded** [1] - 8:16
**important** [3] - 19:24, 20:1, 145:22
**importantly** [2] - 79:11, 80:22
**impression** [1] - 181:15
**improper** [2] - 121:2, 182:13
**IN** [1] - 1:1
**inaugural** [13] - 23:1,

23:6, 23:11, 43:19, 44:1, 44:3, 44:16, 46:3, 46:4, 51:24, 58:2, 58:3, 85:23
**inauguration** [8] - 7:16, 44:14, 46:8, 46:10, 46:12, 46:17, 46:18, 46:20
**include** [2] - 20:3, 42:13
**included** [2] - 20:5, 20:15
**including** [3] - 32:9, 84:11, 184:4
**incorrect** [2] - 38:1, 123:9
**incorrectly** [1] - 95:16
**Independence** [1] - 55:13
**independence** [1] - 55:14
**indicate** [1] - 182:12
**indicated** [11] - 4:7, 10:19, 32:4, 44:24, 54:6, 99:17, 111:12, 117:2, 122:13, 138:6, 139:20
**indicates** [2] - 53:8, 117:2
**indicating** [5] - 65:4, 110:1, 145:20, 167:21, 183:6
**indication** [6] - 10:7, 10:11, 11:17, 12:10, 112:24, 185:25
**individual** [13] - 60:17, 67:13, 80:21, 81:16, 82:25, 83:2, 91:11, 127:19, 128:8, 132:25, 159:13, 160:4, 172:18
**individuals** [29] - 17:8, 20:7, 22:25, 23:1, 23:4, 23:8, 23:16, 23:18, 23:24, 26:8, 26:14, 26:21, 27:2, 27:4, 28:23, 30:3, 31:9, 32:13, 32:23, 32:24, 33:24, 34:11, 35:24, 36:23, 95:20, 114:12, 118:17, 118:23, 127:11
**indoors** [1] - 107:4
**indulgence** [6] - 64:1, 118:5, 118:6, 120:19, 156:6, 158:7
**infant** [1] - 135:15
**information** [27] - 5:6, 16:12, 22:10, 22:13, 22:18, 24:2, 24:8,

24:11, 24:12, 24:14, 33:1, 34:9, 35:19, 36:14, 39:17, 40:2, 40:4, 40:7, 132:13, 140:7, 155:14, 163:5, 179:16, 189:12, 189:17, 189:19
**informed** [2] - 67:16, 184:2
**initial** [6] - 60:12, 64:11, 92:17, 111:19, 117:12, 145:6
**inquiry** [1] - 89:3
**inside** [38] - 8:18, 9:1, 21:4, 21:5, 26:18, 38:11, 42:6, 48:24, 49:17, 52:4, 55:5, 76:10, 77:14, 78:19, 79:23, 80:24, 81:17, 81:21, 81:22, 82:7, 92:23, 92:25, 115:20, 121:4, 122:14, 136:17, 137:25, 142:5, 142:6, 157:16, 162:14, 163:1, 180:13, 184:4, 184:19, 185:25, 186:6
**inspection** [1] - 14:19
**INSPECTOR** [1] - 2:3
**Inspector** [4] - 13:7, 17:17, 61:15, 68:13
**inspector** [5] - 14:10, 25:7, 39:14, 55:5, 68:8
**instance** [3] - 15:2, 37:2, 40:7
**instructions** [1] - 11:23
**intend** [3] - 5:24, 190:10, 190:14
**intended** [1] - 184:11
**intense** [1] - 34:4
**intent** [1] - 9:18
**intention** [1] - 192:14
**intentions** [1] - 27:7
**interacted** [1] - 138:12
**interacting** [3] - 33:19, 115:12, 182:5
**interaction** [5] - 114:21, 114:23, 120:11, 133:12, 135:1
**interactions** [1] - 182:8
**interesting** [1] - 75:4
**interior** [4] - 42:13,

70:15, 72:24, 91:13
**Internet** [1] - 163:6
**interpret** [4] - 141:1, 141:6, 141:17, 188:18
**interpreted** [1] - 188:20
**interview** [19] - 8:25, 134:4, 134:8, 134:21, 134:23, 135:10, 135:16, 135:17, 136:7, 136:10, 136:16, 144:17, 145:6, 157:14, 165:12, 176:8, 178:18, 180:5, 188:14
**interviewed** [6] - 8:22, 108:24, 135:20, 189:11, 189:16, 189:19
**introduce** [1] - 41:1
**introduced** [2] - 133:19, 170:3
**introduces** [1] - 61:16
**intruder** [1] - 91:2
**intruders** [1] - 91:25
**investigated** [2] - 49:5, 131:17
**Investigation** [1] - 131:13
**investigation** [9] - 83:1, 132:5, 148:1, 151:15, 162:13, 162:21, 173:17, 178:20, 189:14
**investigators** [1] - 132:10
**invited** [2] - 121:8, 121:12
**involve** [1] - 6:2
**involved** [8] - 6:1, 7:2, 11:6, 17:8, 30:8, 70:2, 117:21, 132:4
**irritants** [1] - 140:4
**irritated** [1] - 140:4
**is..** [1] - 170:10
**ISAAC** [1] - 1:5
**Isaac** [17] - 3:3, 3:10, 3:13, 6:13, 6:20, 6:25, 7:12, 7:17, 7:20, 8:15, 10:5, 117:9, 132:5, 156:23, 158:16, 190:15, 190:19
**Isaac's** [1] - 158:22
**issue** [9] - 4:2, 4:24, 5:7, 48:6, 82:18, 84:12, 112:18, 112:20, 127:25

**issues** [2] - 65:6, 69:20
**item** [9] - 49:1, 81:20, 81:24, 82:1, 82:4, 82:7, 83:11, 136:1, 151:5
**items** [19] - 48:17, 60:9, 60:15, 61:7, 122:3, 144:21, 145:18, 145:21, 145:24, 146:1, 146:20, 146:22, 146:25, 150:21, 151:8, 151:12, 151:13, 154:25, 156:5
**Itinerary** [1] - 17:16
**itinerary** [1] - 17:22
**itself** [10] - 24:3, 46:17, 46:21, 50:5, 50:8, 60:10, 91:14, 156:2, 160:6, 166:6

**J**

**jacket** [1] - 69:19
**jackets** [2] - 81:2, 97:20
**jail** [1] - 192:23
**January** [61] - 6:20, 7:20, 8:21, 14:21, 14:23, 15:10, 16:14, 17:10, 17:12, 19:1, 19:3, 19:6, 19:22, 20:10, 22:2, 29:11, 39:18, 42:23, 44:3, 44:16, 45:1, 45:3, 45:7, 45:12, 45:20, 46:14, 46:25, 48:3, 49:7, 49:8, 49:13, 50:10, 50:22, 52:2, 52:22, 54:5, 54:12, 54:17, 73:3, 75:21, 75:24, 80:19, 81:8, 81:15, 100:21, 100:24, 104:14, 123:25, 132:6, 132:11, 136:17, 136:25, 137:5, 144:18, 148:1, 148:20, 149:17, 150:11, 150:22, 155:16, 162:17
**Jencks** [6] - 4:6, 4:12, 4:17, 4:21, 5:11, 5:16
**job** [2] - 8:17, 41:19
**Joe** [1] - 7:16
**JOHN** [2] - 1:19, 1:19
**John** [1] - 3:12
johnlmachado@

**gmail.com** [1] - 1:21
**join** [1] - 6:14
**joined** [1] - 3:8
**joint** [2] - 47:19, 98:22
**Joplin** [2] - 135:5, 135:6
**judge** [2] - 104:23, 191:21
**JUDGE** [1] - 1:9
**Judge** [3] - 3:15, 30:19, 87:21
**judge-alone** [1] - 191:21
**judges** [1] - 191:7
**jump** [2] - 174:18, 175:11
**jumped** [1] - 66:22
**June** [1] - 187:18
**jury** [4] - 3:15, 3:16, 3:20, 155:24

**K**

**keep** [8] - 35:7, 113:16, 116:7, 126:18, 166:15, 168:4, 170:24, 175:2
**Kelly** [14] - 8:14, 8:16, 135:12, 156:23, 157:4, 157:5, 157:9, 157:22, 157:25, 158:17, 158:20, 160:1, 160:8, 160:15
**kept** [1] - 84:2
**Key** [1] - 132:20, 133:3, 133:15
**kicked** [1] - 128:8
**kicks** [2] - 103:11, 103:12
**kind** [30] - 4:25, 8:3, 31:17, 31:21, 35:19, 35:24, 53:6, 63:8, 66:1, 66:14, 80:3, 102:16, 105:1, 106:16, 106:18, 109:19, 118:17, 120:21, 123:22, 133:18, 133:21, 153:23, 154:16, 166:13, 177:11, 179:21, 181:20, 185:21, 186:4, 192:21
**knocked** [5] - 37:6, 37:14, 37:16, 37:17, 37:20
**knowing** [4] - 23:25, 26:21, 27:10, 75:13
**knowledge** [14] - 32:24, 33:8, 33:21,

33:22, 35:20, 36:6, 36:9, 36:17, 36:18, 39:17, 112:25, 115:15, 154:10, 157:18
**knowledgeable** [1] - 81:6, 83:24
**known** [1] - 36:22
**knows** [3] - 4:24, 34:18, 34:20

**L**

**lack** [2] - 26:24, 112:11
**lady** [1] - 143:24
**LAMBERTH** [1] - 1:9
**laminated** [1] - 94:19
**laminated-type** [1] - 94:19
**landing** [7] - 25:21, 61:4, 62:11, 65:8, 86:11, 86:14, 125:14
**Lanelle** [2] - 13:8, 14:6
**LANELLE** [2] - 2:3, 14:1
**large** [4] - 23:15, 48:20, 57:18, 122:19
**larger** [1] - 81:24
**last** [6] - 66:1, 80:14, 97:25, 98:16, 98:18, 108:20, 131:8, 171:21
**late** [1] - 3:15
**latter** [1] - 161:12
**LAW** [1] - 1:19
**law** [21] - 24:11, 30:1, 42:5, 49:10, 52:7, 56:18, 80:3, 110:16, 110:17, 110:20, 110:22, 131:17, 141:25, 142:1, 142:10, 143:8, 173:4, 173:11, 180:12, 184:2, 188:3
**lawn** [1] - 53:14
**LAWRENCE** [1] - 1:15
**lay** [2] - 51:19, 154:11
**layer** [2] - 123:25, 124:3
**layers** [1] - 49:15
**lead** [9] - 25:15, 62:6, 66:5, 66:17, 89:23, 132:9, 132:12, 132:13, 133:1
**leaders** [2] - 14:13, 29:1
**leading** [5] - 18:15, 39:23, 126:20, 134:6, 177:12

**leaned** [1] - 166:13
**learned** [1] - 7:4
**least** [9] - 3:20,
101:17, 102:20,
103:18, 112:15,
113:2, 113:7,
120:15, 181:15
**leather** [1] - 150:25
**leave** [7] - 8:6, 8:17,
10:15, 136:13,
151:8, 182:3, 191:25
**leaving** [4] - 118:25,
140:22, 180:21,
183:17
**led** [2] - 68:20, 127:3
**left** [38] - 4:10, 8:20,
10:15, 24:18, 25:16,
43:7, 45:12, 45:24,
46:3, 46:5, 53:8,
55:11, 56:13, 60:13,
65:8, 75:20, 76:25,
80:22, 85:8, 86:23,
86:25, 89:8, 93:11,
95:23, 125:23,
129:25, 137:3,
146:8, 158:2, 167:6,
168:9, 168:12,
169:6, 169:11,
175:19, 181:17,
183:16
**left-hand** [6] - 75:20,
80:22, 85:8, 86:23,
86:25, 158:2
**lens** [7] - 78:1, 78:2,
78:3, 121:19, 121:22
**less** [2] - 7:23, 61:6
**lethal** [3] - 61:7, 105:1,
105:8
**letting** [3] - 26:17,
26:18, 71:23
**level** [3] - 41:21,
130:10, 130:12
**liaison** [4] - 14:24,
14:25, 16:8, 39:22
**library** [1] - 56:18
**license** [1] - 132:18
**lieutenant** [1] - 41:18
**Lieutenant** [2] - 8:14,
8:16
**life** [1] - 10:25
**lifestyle** [1] - 12:22
**limited** [1] - 52:5
**line** [9] - 51:12, 51:15,
52:3, 52:18, 53:4,
66:9, 109:17,
119:11, 152:6
**lining** [1] - 10:17
**liquid** [2] - 58:12,
58:22
**Lisa** [1] - 1:22

**LISA** [1] - 194:10
**list** [1] - 127:18
**listed** [1] - 145:18
**listened** [1] - 64:8
**literally** [1] - 8:8
**live** [2] - 54:23, 55:1
**lives** [1] - 192:17
**lobby** [1] - 25:8
**local** [1] - 30:1
**locate** [5] - 132:20,
133:8, 133:10,
162:14, 162:18
**location** [15] - 10:7,
23:23, 24:20, 25:7,
26:6, 26:14, 28:7,
28:10, 28:11, 29:4,
30:4, 36:1, 63:8,
101:15, 106:1
**locations** [5] - 29:2,
34:5, 35:24, 102:17,
102:25
**lock** [2] - 59:10, 129:4
**Lock** [3] - 132:20,
133:3, 133:15
**lockdown** [1] - 68:16
**locksmith** [1] - 11:6
**look** [18] - 44:19,
45:10, 46:8, 55:11,
57:20, 62:4, 72:18,
76:7, 76:22, 77:20,
77:25, 78:20, 84:22,
86:21, 112:6,
114:11, 119:6,
144:23
**looked** [12] - 42:23,
44:3, 44:20, 45:20,
46:14, 46:16, 46:20,
52:22, 54:12, 112:7,
114:8, 161:1
**looking** [22] - 25:7,
43:5, 44:1, 51:8,
52:13, 79:12, 80:17,
85:23, 89:18, 90:2,
90:4, 90:16, 95:19,
97:1, 113:6, 114:3,
132:11, 143:16,
145:7, 156:19,
164:3, 166:9
**looks** [3] - 114:5,
135:21, 159:16
**lose** [1] - 167:22
**lost** [3] - 8:3, 51:7,
166:13
**loud** [9] - 7:22, 62:9,
71:23, 106:11,
119:14, 130:13,
130:16, 130:17
**Lower** [3] - 85:24,
125:2, 125:11
**lower** [4] - 44:13,

44:15, 58:4, 120:23
**Lukaszewicz** [1] - 67:5
**lunch** [2] - 87:25, 88:4

**M**

**ma'am** [2] - 30:25,
72:3
**Machado** [5] - 3:13,
5:4, 30:21, 116:1,
178:7
**MACHADO** [133] -
1:19, 1:19, 3:12,
3:22, 4:2, 4:5, 10:2,
13:14, 13:22, 16:19,
19:4, 19:16, 22:5,
22:11, 22:21, 23:3,
25:5, 28:18, 29:14,
30:22, 30:24, 34:18,
34:20, 39:11, 39:23,
43:2, 44:7, 44:23,
45:5, 45:14, 53:1,
54:6, 54:9, 54:15,
59:2, 59:12, 59:22,
61:25, 63:1, 63:22,
63:25, 69:5, 71:3,
84:9, 87:17, 87:20,
87:23, 88:2, 96:6,
99:17, 99:20, 99:24,
101:4, 101:6, 104:1,
104:5, 104:10,
113:14, 114:2,
114:7, 114:13,
115:23, 116:3,
116:7, 116:13,
116:18, 116:20,
117:7, 118:5, 118:8,
119:4, 119:17,
120:19, 122:9,
126:20, 130:7,
130:9, 130:19,
136:6, 146:17,
147:23, 148:8,
148:17, 149:3,
149:14, 149:24,
150:8, 150:19,
152:12, 153:10,
154:10, 154:23,
155:17, 155:22,
155:24, 156:6,
156:8, 157:2, 158:6,
158:11, 158:15,
161:19, 162:4,
162:10, 163:20,
166:5, 169:20,
169:24, 170:1,
174:3, 174:5, 174:9,
177:12, 177:22,
177:25, 178:9,
178:11, 185:15,
186:8, 189:2,

190:10, 190:14,
190:17, 190:19,
192:13, 192:17,
192:25, 193:11,
193:14, 193:17,
193:20, 193:25,
194:3
**Machado)**................
................**30** [1] - 2:4
**Machado)**................
................**101** [1] -
2:7
**Machado)**................
................**130** [1] -
2:8
**Machado)**................
................**178** [1] -
2:10
**machines** [1] - 48:15
**madam** [2] - 104:1,
118:9
**magnetometer** [2] -
105:25, 106:4
**magnetometers** [4] -
27:7, 39:1, 48:14,
48:16
**main** [3] - 28:11, 33:2,
179:15
**maintain** [1] - 147:4
**majority** [1] - 118:25
**make-shift** [1] -
102:16
**managing** [1] - 61:4
**manner** [4] - 32:16,
34:13, 105:3, 160:5
**map** [5] - 43:5, 55:11,
66:14, 76:11, 124:25
**March** [3] - 1:4, 50:2,
135:8
**marched** [1] - 9:20
**marching** [3] - 8:8,
12:8, 36:19
**mark** [2] - 44:12, 71:14
**marked** [10] - 15:23,
146:2, 147:12,
148:9, 148:10,
149:1, 150:1,
151:24, 152:17,
163:15
**mask** [3] - 40:18,
136:2, 136:3
**match** [4] - 147:25,
148:19, 149:16,
150:10
**material** [1] - 168:22
**materials** [1] - 168:18
**matter** [1] - 5:22
**McPheeters** [1] - 3:10
**mean** [21] - 34:4,
35:23, 37:17, 45:19,

71:19, 72:3, 72:9,
75:12, 91:4, 101:10,
101:12, 108:22,
113:5, 116:2, 124:8,
124:10, 134:13,
141:6, 161:18,
163:4, 188:19
**meaning** [4] - 27:6,
28:20, 31:19, 37:12
**means** [5] - 17:21,
18:6, 33:3, 35:10,
68:5
**meant** [1] - 65:3
**measures** [5] - 27:13,
31:16, 48:9, 48:10,
49:12
**media** [1] - 162:24
**meet** [3] - 18:16,
29:18, 134:18
**meeting** [1] - 127:12
**meetings** [1] - 15:8
**Mehta** [1] - 3:15
**Mehta's** [1] - 87:21
**member** [7] - 18:1,
20:19, 25:9, 38:5,
38:9, 81:23, 127:12
**members** [25] - 15:18,
17:6, 17:9, 17:23,
18:8, 18:16, 20:25,
21:12, 28:21, 28:25,
29:23, 30:7, 38:4,
38:6, 41:24, 48:19,
49:9, 52:5, 70:15,
87:10, 87:11, 98:23,
127:11
**mentioned** [17] -
24:16, 31:7, 53:6,
64:25, 104:23,
132:23, 136:24,
138:20, 139:4,
139:25, 140:1,
140:2, 140:24,
143:11, 143:16,
157:15, 163:7
**message** [13] - 144:13,
158:1, 158:4,
158:22, 158:23,
160:15, 160:19,
161:1, 161:5,
161:24, 161:25,
162:6, 187:13
**messages** [6] - 156:1,
156:23, 157:21,
157:24, 159:5,
160:23
**messaging** [1] -
157:11
**messy** [1] - 3:17
**met** [5] - 20:23, 55:4,
60:3, 127:20, 157:7

**metal** - 82:23, 123:21
**method** [1] - 39:20
**Metropolitan** [3] - 42:3, 42:5, 98:18
**mic** [1] - 14:15
**MICHAEL** [1] - 1:15
**Michael** [3] - 3:8, 15:17, 47:22
**michael.barclay@ usdoj.gov** [1] - 1:18
**middle** [5] - 94:24, 111:23, 124:15, 160:22, 164:21
**might** [7] - 91:22, 104:1, 104:7, 118:24, 137:17, 164:18, 191:19
**mind** [1] - 111:4
**minus** [1] - 155:11
**minute** [5] - 7:23, 73:17, 86:17, 90:25, 176:21
**minutes** [9] - 20:22, 63:14, 87:14, 99:14, 107:9, 175:12, 178:4, 190:5
**misdemeanor** [2] - 193:4, 193:6
**misdemeanors** [1] - 193:12
**misheard** [2] - 45:8, 45:13
**mission** [2] - 14:11, 41:23
**Missouri** [4] - 135:6, 144:16, 155:12, 192:18
**mix** [1] - 63:5
**mob** [1] - 6:15
**models** [1] - 78:21
**moment** [11] - 30:19, 40:16, 63:17, 100:25, 118:6, 119:4, 120:15, 139:18, 176:5, 177:16, 178:1
**moments** [1] - 171:24
**Monday** [3] - 1:4, 192:10, 194:1
**montage** [1] - 84:7
**months** [4] - 8:22, 50:7, 50:11, 145:6
**Monument** [3] - 138:2, 138:12, 138:21
**Moore** [1] - 135:11
**MOREIRA** [1] - 194:10
**Moreira** [2] - 1:22, 194:17
**morning** [17] - 3:7,

3:12, 14:4, 14:6, 30:25, 31:1, 40:24, 40:25, 60:12, 63:13, 98:22, 99:4, 100:24, 137:4, 138:3, 138:7, 190:5
**most** [7] - 79:11, 80:21, 172:13, 172:17, 172:18, 178:17, 191:1
**most-forward** [1] - 172:18
**motorcade** [7] - 17:25, 18:2, 23:14, 23:17, 23:18, 23:23, 24:13
**mountain** [2] - 67:2, 67:3
**move** [39] - 13:11, 16:17, 18:2, 23:13, 23:21, 23:22, 24:19, 24:24, 25:3, 26:20, 42:25, 44:5, 51:1, 52:24, 54:1, 54:14, 71:1, 83:18, 84:6, 99:5, 99:10, 119:22, 143:3, 146:16, 147:21, 148:16, 149:12, 149:23, 150:7, 150:18, 152:11, 153:9, 157:1, 158:13, 162:2, 162:9, 163:18, 174:2, 177:20
**moved** [7] - 21:13, 28:6, 99:22, 102:10, 137:13, 143:22, 149:4
**movement** [2] - 18:11, 18:15
**movements** [1] - 15:7
**moves** [4] - 13:12, 174:8, 174:10, 177:24
**moving** [6] - 18:8, 18:12, 28:24, 62:25, 140:20, 169:17
**MPD** [1] - 120:8
**MR** [238] - 3:12, 3:22, 4:2, 4:5, 6:8, 6:11, 8:1, 10:2, 13:7, 13:14, 13:17, 13:21, 13:22, 13:24, 14:3, 16:2, 16:17, 16:19, 16:21, 17:14, 18:19, 19:4, 19:16, 22:5, 22:11, 22:21, 23:3, 24:23, 25:3, 25:5, 27:15, 27:18, 28:1, 28:5, 28:18, 29:14,

30:19, 30:22, 30:24, 32:19, 34:17, 34:18, 34:20, 34:23, 36:9, 39:11, 39:13, 39:23, 40:11, 43:2, 44:7, 44:23, 45:5, 45:14, 53:1, 54:6, 54:9, 54:15, 59:2, 59:12, 59:22, 61:25, 63:1, 63:22, 63:25, 69:5, 71:3, 84:9, 87:17, 87:20, 87:23, 88:2, 96:6, 99:17, 99:20, 99:24, 101:4, 101:6, 104:1, 104:5, 104:10, 113:14, 114:2, 114:7, 114:13, 115:23, 116:3, 116:7, 116:13, 116:18, 116:20, 117:7, 118:5, 118:8, 119:4, 119:17, 120:19, 122:9, 126:20, 130:7, 130:9, 130:19, 130:23, 131:3, 136:4, 136:6, 146:16, 146:17, 147:10, 147:21, 147:23, 148:8, 148:16, 148:17, 149:3, 149:12, 149:14, 149:23, 149:24, 150:7, 150:8, 150:18, 150:19, 152:11, 152:12, 152:24, 153:9, 153:10, 154:10, 154:23, 155:17, 155:22, 155:24, 156:4, 156:6, 156:8, 157:1, 157:2, 158:6, 158:9, 158:11, 158:13, 158:15, 159:14, 160:13, 160:17, 161:19, 161:21, 162:2, 162:4, 162:5, 162:9, 162:10, 162:12, 163:14, 163:17, 163:20, 164:7, 164:11, 164:15, 165:6, 165:8, 165:16, 165:21, 166:5, 166:15, 166:18, 167:9, 167:13, 167:17, 168:4, 168:6, 169:8, 169:18, 169:20, 169:22, 169:24,

169:25, 170:1, 170:4, 170:9, 170:20, 170:24, 171:2, 171:10, 171:14, 172:25, 173:6, 174:1, 174:3, 174:4, 174:5, 174:6, 174:9, 174:10, 174:18, 175:2, 175:11, 175:21, 175:23, 176:5, 176:19, 176:23, 177:2, 177:12, 177:17, 177:22, 177:23, 177:25, 178:1, 178:3, 178:9, 178:11, 185:15, 186:8, 186:10, 186:13, 186:16, 186:18, 187:2, 187:16, 188:7, 188:13, 189:2, 189:23, 190:10, 190:14, 190:17, 190:19, 192:13, 192:17, 192:25, 193:11, 193:14, 193:17, 193:20, 193:25, 194:3
**MS** [103] - 3:7, 4:23, 5:20, 6:5, 40:14, 40:23, 42:16, 42:25, 43:20, 44:5, 45:16, 46:24, 49:20, 51:1, 51:4, 51:7, 52:8, 52:24, 53:17, 54:1, 54:8, 54:10, 54:14, 55:7, 63:11, 63:15, 63:17, 64:3, 64:22, 70:17, 71:1, 71:24, 72:1, 73:9, 75:18, 76:9, 76:18, 77:10, 77:17, 78:24, 79:14, 80:6, 82:10, 82:14, 83:13, 83:18, 84:6, 84:16, 84:25, 85:9, 85:19, 86:5, 86:16, 87:14, 87:22, 89:2, 89:7, 89:11, 89:13, 90:12, 90:17, 91:1, 93:24, 94:3, 95:12, 96:3, 96:12, 96:19, 96:23, 97:10, 97:23, 98:1, 98:8, 98:13, 99:5, 99:9, 99:12, 99:19, 99:22, 100:1, 100:25, 101:2, 110:13, 115:18, 116:1, 122:11, 123:3, 123:5, 124:6, 125:5, 125:15,

125:25, 126:2, 126:8, 127:22, 130:6, 186:12, 186:15, 190:23, 191:12, 191:15, 191:18, 192:9
**multiple** [4] - 8:12, 30:1, 103:5, 124:22
**multiplier** [1] - 72:17
**mumbling** [1] - 177:5

---

## N

**N.W** [1] - 1:20
**name** [11] - 14:4, 16:22, 16:24, 16:25, 41:2, 90:1, 90:6, 131:6, 131:7, 131:8
**names** [1] - 84:23
**narrative** [2] - 63:2, 69:5
**nation** [1] - 14:13
**national** [1] - 15:2
**nature** [2] - 5:23, 133:25
**navigate** [1] - 15:7
**near** [7] - 7:4, 8:14, 23:10, 58:1, 83:20, 137:12, 137:14
**necessarily** [1] - 6:2
**necessary** [2] - 18:24, 144:20
**need** [23] - 20:8, 57:11, 63:17, 63:19, 87:25, 104:1, 104:7, 127:1, 144:23, 181:3, 192:3
**needed** [18] - 5:17, 10:15, 23:13, 26:12, 31:21, 87:18, 87:21, 133:20, 134:1, 134:4, 134:5, 140:15, 142:21, 142:22, 145:7, 179:1, 179:8, 184:13
**negative** [1] - 120:11
**nephew** [3] - 137:8, 139:16, 140:3
**never** [3] - 31:5, 34:9, 106:8
**new** [1] - 144:14
**next** [23] - 40:13, 56:3, 61:4, 99:3, 130:22, 139:12, 143:1, 143:8, 143:9, 159:12, 159:14, 159:21, 160:13, 160:14, 160:25, 161:5, 173:4, 173:11, 173:22,

187:2, 190:4
**Nicholas** [1] - 92:16
**niece** [3] - 137:7,
139:16, 140:3
**night** [1] - 137:4
**nine** [1] - 99:14
**noise** [7] - 71:23,
106:11, 130:10,
130:12, 177:5,
177:9, 177:10
**nonCOVID** [1] - 121:7
**none** [4] - 179:20,
183:23, 185:19,
186:2
**nonJanuary-6th** [1] -
87:11
**noon** [1] - 64:9
**normal** [9] - 33:14,
33:15, 81:3, 121:5,
121:7, 126:22,
126:23, 127:1, 142:8
**normally** [1] - 123:24
**north** [9] - 43:6, 43:7,
55:14, 57:9, 123:8,
127:8, 127:9,
127:20, 175:7
**northbound** [1] -
68:21
**Northeast** [1] - 54:20
**northwest** [1] - 86:8
**note** [2] - 3:15, 3:20
**notes** [1] - 194:12
**nothing** [13] - 11:23,
30:20, 39:11,
105:13, 106:25,
109:24, 121:2,
122:9, 130:19,
154:19, 177:16,
178:3, 186:8
**notice** [1] - 107:9
**noticed** [6] - 5:22,
57:1, 62:23, 138:23,
142:15, 143:6
**notification** [1] - 17:5
**notified** [3] - 49:3,
82:2, 132:9
**notify** [2] - 53:12,
128:22
**number** [7] - 13:20,
34:7, 34:8, 51:3,
77:16, 157:11,
157:22
**numerous** [1] - 24:21
**NW** [3] - 1:16, 1:24,
194:19

## O

**O-R-T-E-G-A** [1] - 41:4
**object** [8] - 4:20,

44:23, 45:1, 69:5,
84:9, 94:18, 96:6,
99:23
**objection** [68] - 13:14,
16:19, 19:4, 19:16,
21:7, 22:5, 22:11,
22:21, 23:3, 25:5,
28:18, 28:22, 29:14,
32:19, 34:17, 34:24,
36:9, 39:23, 43:2,
44:7, 45:14, 53:1,
54:9, 54:15, 59:2,
59:12, 59:22, 61:25,
63:1, 71:3, 84:15,
99:7, 99:18, 110:13,
115:18, 126:20,
136:6, 146:17,
147:23, 148:8,
148:17, 149:3,
149:6, 149:14,
149:24, 150:8,
150:19, 152:12,
153:10, 154:10,
154:23, 155:17,
156:9, 157:2,
158:11, 158:15,
161:19, 162:4,
162:10, 163:20,
166:5, 170:1, 174:9,
177:12, 177:22,
177:25, 189:2
**obligation** [1] - 4:12
**obligations** [1] - 5:15
**observe** [7] - 55:21,
55:24, 56:22, 57:16,
57:18, 103:2, 117:24
**observed** [6] - 55:22,
55:25, 58:4, 65:15,
66:18
**observing** [1] - 171:24
**obstacles** [2] - 37:10,
37:12
**obviously** [6] - 32:8,
75:3, 94:22, 95:2,
113:6, 191:20
**occur** [1] - 83:2
**occurred** [6] - 57:17,
64:11, 64:20, 68:1,
115:14, 140:22
**occurring** [4] - 24:21,
32:12, 65:1, 140:12
**OF** [5] - 1:1, 1:2, 1:8,
1:19, 194:8
**offenses** [1] - 132:5
**offered** [1] - 184:13
**Office** [2] - 110:25,
132:10
**office** [19] - 18:2, 18:4,
20:19, 20:20, 22:1,
24:17, 24:18, 24:20,

25:12, 25:17, 29:17,
30:10, 47:8, 56:6,
59:9, 59:11, 72:14,
87:2, 134:15
**OFFICE** [1] - 1:19
**officer** [21] - 22:16,
40:8, 41:17, 58:20,
58:21, 62:23, 67:2,
72:20, 76:20, 80:22,
92:2, 108:15,
114:25, 120:7,
120:8, 120:9,
120:10, 120:12,
120:13, 123:18,
173:4
**officers** [81] - 10:12,
10:17, 11:17, 35:12,
35:14, 39:25, 40:3,
52:17, 53:16, 53:24,
54:24, 57:1, 57:4,
57:10, 58:5, 58:7,
58:10, 58:16, 59:25,
60:23, 62:6, 62:23,
65:15, 65:16, 66:1,
66:5, 66:19, 67:13,
67:16, 67:18, 69:10,
74:17, 76:21, 76:23,
77:6, 80:1, 80:3,
80:5, 80:13, 80:23,
80:25, 81:4, 82:21,
85:15, 86:12, 92:13,
92:18, 98:19,
101:22, 102:15,
107:20, 108:2,
108:12, 108:18,
108:22, 109:9,
109:17, 109:18,
109:23, 110:1,
112:3, 114:21,
114:24, 115:9,
115:17, 118:17,
118:18, 124:5,
125:12, 125:21,
125:23, 126:6,
126:13, 126:18,
143:8, 180:7,
180:16, 182:6,
182:9, 182:11,
182:14
**offices** [2] - 55:18,
127:17
**OFFICIAL** [1] - 194:8
**official** [2] - 21:24,
194:18
**Official** [1] - 1:23
**officials** [2] - 35:3,
184:3
**often** [1] - 11:4
**OK** [7] - 158:21,
158:24, 160:16,

161:1, 161:15,
186:23, 187:7
**older** [1] - 135:13
**once** [14] - 20:18,
30:4, 30:9, 37:20,
58:3, 67:11, 91:13,
92:10, 92:16,
111:22, 132:13,
137:11, 137:21,
142:6
**one** [74] - 4:2, 5:21,
8:12, 10:18, 12:3,
15:13, 21:8, 25:22,
30:19, 31:9, 36:3,
40:16, 52:14, 57:10,
60:17, 61:21, 62:17,
66:1, 66:18, 67:12,
67:15, 80:21, 81:2,
86:17, 87:13, 89:25,
92:2, 92:3, 93:8,
93:10, 93:11, 93:12,
93:13, 94:5, 97:20,
100:25, 102:21,
108:6, 109:10,
115:5, 117:10,
121:5, 121:8,
121:11, 123:25,
124:11, 126:14,
127:23, 138:24,
139:25, 143:22,
144:12, 158:17,
166:18, 168:17,
169:1, 169:21,
173:13, 176:4,
176:5, 176:17,
178:1, 180:22,
181:14, 181:21,
182:18, 183:1,
184:18, 184:21,
186:21, 187:3,
190:10, 190:15
**one's** [1] - 113:10
**ones** [4] - 107:20,
108:19, 158:2,
169:24
**open** [32] - 12:2,
32:15, 33:4, 46:7,
48:3, 48:7, 48:8,
71:21, 71:22, 81:10,
81:12, 87:4, 95:4,
103:12, 106:15,
106:20, 107:5,
107:6, 117:19,
128:6, 128:8,
137:12, 141:24,
151:14, 162:14,
162:19, 162:25,
163:3, 163:24,
168:17
**open-source** [1] -

162:14
**opened** [1] - 128:22
**opening** [3] - 3:25,
6:9, 105:23
**openings** [2] - 86:21,
95:21
**opinion** [1] - 111:3
**opportunity** [1] - 10:4
**opposite** [1] - 140:19
**option** [2] - 91:3, 91:6
**orange** [2] - 58:12,
60:4
**order** [12] - 26:13,
37:10, 38:24, 52:14,
52:19, 53:9, 66:5,
70:10, 102:6,
108:12, 139:14,
154:1
**ordering** [1] - 8:17
**orderly** [3] - 10:19,
11:22, 181:11
**orders** [2] - 104:25,
120:13
**original** [3] - 28:13,
164:17, 164:20
**originally** [3] - 31:20,
54:17, 174:21
**Ortega** [55] - 40:14,
41:3, 41:5, 42:18,
43:4, 43:22, 44:9,
45:17, 46:2, 46:25,
50:16, 51:6, 52:10,
53:19, 54:4, 55:9,
59:9, 64:23, 69:16,
70:19, 71:5, 72:4,
73:12, 75:19, 76:10,
77:11, 77:20, 78:25,
79:19, 80:8, 82:21,
83:15, 84:19, 85:3,
85:12, 85:22, 86:7,
86:19, 89:8, 89:16,
94:2, 95:14, 96:15,
97:13, 98:11, 98:16,
100:2, 100:20,
122:12, 123:7,
125:18, 126:4,
126:11, 127:23
**ORTEGA** [3] - 2:6,
40:21, 89:5
**ourselves** [1] - 133:19
**outdoors** [2] - 107:4,
107:7
**outer** [4] - 49:16,
111:22, 116:11,
116:14
**outfit** [1] - 31:12
**outnumbered** [2] -
33:25, 108:22
**outpowered** [1] -
33:25

**output** [2] - 154:3, 154:13
**outputs** [1] - 154:17
**outside** [10] - 24:13, 24:15, 38:14, 59:17, 77:7, 78:10, 103:3, 122:17, 122:21, 138:1
**overall** [1] - 36:12
**overcoat** [4] - 146:24, 148:15, 148:19, 148:24
**overhead** [2] - 42:21, 84:20
**overpowered** [1] - 34:3
**overruled** [20] - 19:5, 19:17, 22:6, 22:12, 22:23, 23:5, 28:19, 29:15, 36:10, 39:24, 45:4, 59:3, 59:14, 59:23, 69:7, 96:8, 110:15, 155:18, 166:7, 189:3
**overruling** [1] - 34:23
**overrun** [1] - 62:18
**overview** [2] - 5:5, 85:4
**overwhelmed** [6] - 74:16, 74:18, 108:18, 108:21, 182:22, 191:24
**overwhelming** [4] - 34:7, 34:8, 109:4, 182:21
**own** [2] - 192:1, 192:5
**owned** [1] - 132:20

# P

**P-U-R-C-E-L-L** [1] - 131:8
**p.m** [35] - 7:20, 8:21, 17:19, 17:24, 20:24, 21:4, 25:19, 27:18, 29:10, 29:11, 29:19, 33:9, 33:17, 64:15, 75:25, 85:4, 85:18, 86:1, 93:8, 96:17, 97:15, 98:12, 100:22, 104:15, 118:14, 138:10, 161:2, 161:12, 165:5, 170:14, 171:5, 171:16, 175:14, 176:1, 194:5
**pads** [1] - 97:22
**page** [18] - 16:1, 16:2, 74:21, 74:24, 119:18, 152:21,

152:24, 152:25, 153:1, 153:3, 159:14, 160:13, 160:18, 160:22, 160:25, 187:2, 187:3, 187:6
**PAGE** [1] - 2:2
**Page** [2] - 16:21, 17:14
**paid** [1] - 181:14
**pandemic** [2] - 49:24, 49:25
**panic** [1] - 58:17
**pants** [1] - 69:18
**paper** [1] - 94:19
**paperwork** [1] - 145:14
**parading** [7] - 8:8, 9:19, 12:6, 12:11, 12:20, 12:25, 36:19
**paralegal** [1] - 3:9
**Park** [3] - 61:20, 62:16, 62:22
**parked** [2] - 7:4, 158:18
**parking** [1] - 137:12
**parliamentarian** [1] - 126:17
**parliamentarian's** [3] - 95:17, 95:24, 96:11
**part** [17] - 4:6, 11:5, 12:12, 18:17, 25:5, 37:15, 37:16, 37:18, 52:13, 58:5, 140:14, 147:19, 156:19, 156:20, 162:13, 173:17
**particular** [8] - 5:3, 14:17, 27:2, 36:21, 37:25, 39:8, 39:17, 154:21
**particularly** [3] - 4:15, 38:19, 65:24
**parties** [8] - 4:17, 6:1, 13:10, 13:18, 24:25, 191:24, 192:3, 193:22
**parties'** [1] - 191:22
**partner** [1] - 135:11
**pass** [1] - 52:3
**passed** [7] - 24:9, 24:11, 36:11, 36:14, 40:2, 40:8, 133:14
**passing** [2] - 24:10, 24:14
**past** [10] - 7:13, 85:15, 86:12, 101:21, 111:22, 111:25, 128:12, 128:14, 167:2
**path** [1] - 26:12

**pathway** [1] - 102:20
**patio** [4] - 141:13, 141:14, 141:16, 176:15
**patrol** [2] - 55:5, 56:4
**patrolled** [5] - 55:6, 55:9, 55:19, 55:21, 56:3
**Pause** [10] - 40:17, 63:21, 63:24, 101:1, 118:7, 120:20, 156:7, 176:6, 178:2, 186:14
**pause** [29] - 25:1, 27:18, 73:11, 87:22, 89:14, 96:12, 97:10, 98:8, 116:13, 122:25, 126:2, 163:17, 164:13, 164:15, 165:8, 165:21, 166:15, 166:20, 167:9, 167:10, 167:17, 168:6, 170:11, 171:2, 171:14, 175:12, 175:23, 176:23, 177:2
**paused** [2] - 90:3, 94:2
**pausing** [1] - 171:24
**pay** [1] - 183:9
**Peace** [3] - 85:4, 85:6, 85:7
**peaceful** [3] - 142:22, 166:1, 181:4
**pelted** [1] - 62:12
**Pence** [13] - 6:11, 15:17, 15:22, 17:9, 20:9, 20:13, 20:17, 21:18, 26:6, 27:20, 47:22, 139:21, 189:5
**Pence's** [1] - 19:2
**penn** [1] - 56:9
**Penn** [4] - 57:18, 85:5, 85:14, 111:19
**Pennsylvania** [5] - 56:10, 57:21, 57:22, 102:21, 103:4
**people** [63] - 10:16, 10:18, 12:4, 12:16, 27:12, 31:8, 31:20, 32:5, 32:8, 32:9, 33:19, 33:20, 34:16, 35:3, 35:22, 38:20, 48:10, 49:12, 57:22, 68:24, 74:3, 74:25, 75:7, 75:12, 75:13, 81:5, 95:8, 101:17, 105:22, 106:21, 106:23, 107:21, 107:25, 108:19,

109:9, 109:15, 109:19, 110:1, 110:10, 110:21, 111:5, 113:20, 114:4, 116:11, 117:10, 118:25, 119:11, 120:14, 120:15, 121:6, 130:10, 137:6, 138:24, 140:19, 140:22, 141:2, 142:14, 155:8, 166:1, 167:22, 171:25, 172:10, 178:17
**people's** [2] - 142:23, 142:24
**pepper** [10] - 61:1, 61:7, 91:7, 91:9, 91:10, 91:17, 139:23, 140:2, 140:4
**perfect** [2] - 97:12, 98:10
**perhaps** [7] - 5:4, 36:6, 36:7, 91:21, 109:14, 109:17, 193:20
**perimeter** [52] - 7:8, 7:12, 18:22, 18:24, 19:1, 19:6, 19:8, 19:9, 19:19, 19:20, 19:25, 20:1, 20:2, 20:4, 20:8, 26:10, 28:13, 33:4, 37:17, 37:18, 38:18, 39:19, 49:16, 50:21, 50:24, 51:10, 51:16, 51:17, 51:18, 51:21, 51:23, 52:4, 55:17, 55:23, 55:24, 56:2, 57:3, 58:9, 60:2, 66:12, 67:21, 85:14, 89:19, 101:13, 101:20, 101:22, 111:22, 111:23, 123:12, 124:15, 137:25
**perimeters** [6] - 19:12, 20:7, 36:25, 37:1, 111:10, 124:4
**period** [8] - 122:18, 133:5, 144:22, 146:23, 159:13, 163:13, 169:1, 170:19
**periodically** [1] - 138:13
**permitted** [2] - 49:7, 49:13
**person** [21] - 10:21, 18:23, 37:24, 93:19,

104:24, 106:8, 108:4, 113:6, 114:13, 119:6, 135:20, 135:23, 157:9, 157:15, 159:17, 168:25, 172:7, 172:10, 172:11, 172:13, 175:8
**personal** [2] - 32:24, 36:9
**personally** [1] - 59:25
**personnel** [3] - 17:8, 20:15, 24:10, 26:16, 117:3
**perspective** [1] - 5:14
**pertinent** [1] - 144:24
**phone** [26] - 6:23, 24:9, 26:16, 115:5, 144:13, 144:23, 151:20, 151:22, 152:16, 153:14, 153:18, 153:24, 154:1, 154:4, 154:7, 154:21, 155:4, 155:16, 156:2, 156:3, 156:5, 157:10, 159:8, 159:10, 160:6, 178:22
**phones** [1] - 152:4
**photo** [51] - 43:10, 43:12, 43:14, 43:16, 43:25, 44:12, 45:10, 45:12, 45:24, 51:9, 53:19, 76:23, 76:25, 77:1, 80:14, 103:23, 115:13, 132:17, 132:22, 132:25, 133:2, 148:4, 148:23, 149:20, 150:15, 151:5, 151:12, 151:14, 151:15, 160:22, 161:23, 162:1, 169:4, 172:3, 172:5, 172:8, 172:11, 172:15, 172:20, 172:23, 172:24, 173:1, 173:7, 173:10, 173:16, 173:19, 173:24, 173:25, 185:2, 185:6
**photograph** [19] - 52:10, 79:20, 80:9, 80:17, 80:18, 81:7, 143:24, 143:25, 144:1, 159:1, 159:4, 159:11, 159:22, 159:23, 160:2,

160:3, 160:4, 160:6,
171:25
**photographed** [1] -
8:11
**photographs** [6] -
8:12, 143:10,
143:12, 143:13,
144:24, 159:10
**photos** [4] - 121:18,
124:11, 138:14,
173:13
**physical** [6] - 60:6,
60:8, 110:5, 110:7,
144:18, 147:4
**physically** [1] - 106:13
**pick** [4] - 60:18, 60:19,
167:20, 183:19
**picked** [2] - 65:19,
167:19
**picketing** [5] - 9:20,
12:7, 12:11, 12:21,
12:25
**picks** [1] - 60:21
**picture** [13] - 74:21,
74:23, 75:4, 75:6,
76:5, 161:14,
161:17, 161:24,
162:6, 168:23,
185:24, 185:25,
187:9
**pictures** [4] - 12:16,
115:4, 123:15, 182:5
**piece** [1] - 125:4
**pieces** [3] - 147:11,
167:19, 167:20
**pigs** [1] - 142:10
**pile** [8] - 142:15,
142:19, 142:20,
143:2, 165:11,
166:10, 168:2,
169:11
**pillars** [1] - 79:10
**place** [18] - 8:7, 21:14,
22:16, 28:20, 31:16,
48:10, 49:12, 55:25,
56:1, 56:22, 70:4,
75:8, 78:6, 83:21,
99:4, 101:13,
136:23, 139:7
**placed** [1] - 15:1
**places** [1] - 163:6
**Plaintiff** [1] - 1:3
**plan** [4] - 19:21, 40:9,
99:10, 120:15
**planning** [2] - 4:10,
191:3
**platform** [3] - 23:1,
23:6, 23:11
**play** [37] - 27:16,
27:24, 28:3, 73:8,

84:25, 85:9, 85:20,
86:5, 86:16, 87:14,
89:13, 90:12, 90:18,
95:12, 96:3, 96:19,
96:24, 97:23, 98:13,
99:13, 107:8, 116:5,
116:20, 119:17,
125:16, 125:25,
126:9, 164:12,
165:6, 165:19,
167:9, 167:14,
169:8, 175:21,
176:25, 188:9
**playing** [63] - 7:25,
27:17, 28:4, 85:2,
85:11, 85:21, 86:6,
86:18, 87:16, 89:15,
90:14, 90:19, 95:13,
96:5, 96:9, 96:21,
96:25, 97:9, 97:24,
98:7, 98:15, 99:16,
99:25, 107:11,
113:16, 113:18,
114:10, 116:6,
116:7, 116:9,
116:19, 116:21,
118:11, 119:20,
119:24, 120:6,
123:2, 123:4,
125:17, 126:1,
126:10, 163:16,
164:14, 165:7,
165:20, 166:15,
166:17, 167:12,
167:16, 168:4,
168:5, 169:9,
170:25, 171:1,
171:13, 174:12,
174:17, 175:2,
175:3, 175:10,
175:22, 176:22,
177:1
**plaza** [8] - 23:16,
23:20, 66:10, 66:11,
67:8, 67:11, 68:17,
68:21
**Plaza** [5] - 56:19,
56:21, 56:24, 57:4,
57:10
**pleading** [1] - 74:22
**plugged** [1] - 104:6
**podium** [4] - 3:6,
137:14, 137:22,
138:22
**point** [96] - 18:10,
21:9, 21:15, 21:25,
29:17, 31:7, 33:25,
34:2, 37:5, 37:9,
56:7, 56:13, 56:17,
57:13, 57:17, 57:25,

58:10, 61:10, 61:14,
61:17, 61:19, 62:8,
62:17, 64:13, 65:23,
65:25, 66:2, 66:4,
66:5, 66:22, 67:4,
67:7, 67:8, 67:12,
67:18, 67:23, 68:2,
68:10, 68:20, 69:9,
69:12, 69:13, 69:14,
70:9, 74:12, 82:4,
83:2, 86:9, 91:7,
91:22, 93:2, 101:22,
102:19, 105:21,
105:22, 107:23,
108:6, 108:8,
108:11, 108:24,
109:8, 114:17,
115:14, 115:15,
116:11, 117:9,
118:16, 118:21,
119:5, 119:25,
121:16, 121:24,
122:20, 124:15,
126:6, 126:13,
133:21, 133:23,
136:10, 137:23,
138:21, 138:24,
139:13, 139:19,
140:5, 141:20,
142:20, 143:14,
143:23, 144:21,
145:19, 145:25,
168:10, 185:17,
186:5, 190:14
**pointed** [1] - 107:21
**pointing** [2] - 114:18,
114:19
**points** [2] - 38:20,
38:25
**pole** [6] - 112:17,
112:19, 112:21,
123:21, 123:23
**police** [43] - 10:12,
10:17, 11:17, 22:13,
34:14, 41:17, 42:10,
52:16, 53:16, 53:24,
54:24, 57:1, 57:4,
58:5, 58:16, 66:18,
72:20, 74:15, 74:20,
75:1, 80:1, 81:3,
92:1, 105:6, 108:15,
109:23, 112:3,
114:21, 114:23,
114:25, 115:9,
115:17, 115:21,
120:7, 120:12,
120:13, 124:4,
125:12, 180:15,
182:5, 182:9,
182:13, 183:9

**Police** [72] - 5:6, 7:7,
7:15, 8:14, 9:12,
15:6, 17:5, 17:7,
18:22, 19:8, 19:11,
19:15, 19:20, 22:14,
22:16, 23:8, 24:5,
26:12, 27:6, 28:14,
31:25, 32:3, 33:18,
33:22, 34:11, 34:15,
35:4, 35:12, 35:14,
38:24, 39:25, 40:3,
40:6, 40:8, 41:8,
41:10, 41:11, 41:13,
41:16, 41:23, 42:1,
42:3, 42:5, 47:4,
52:15, 52:20, 53:10,
54:19, 55:23, 56:13,
61:20, 62:16, 62:22,
72:7, 72:15, 76:23,
80:5, 80:23, 84:3,
84:4, 97:17, 97:21,
98:3, 98:18, 104:18,
111:1, 120:9,
120:10, 123:18,
126:18, 127:18,
162:17
**policeman** [2] - 91:3,
97:5
**political** [4] - 11:3,
11:10, 12:14, 12:23
**portion** [8] - 95:14,
96:7, 98:18, 125:18,
126:4, 126:11,
156:22, 172:23
**portions** [1] - 98:16
**posed** [1] - 143:25
**posing** [1] - 173:25
**position** [7] - 33:19,
41:9, 77:3, 172:17,
172:18, 173:10,
179:23
**positions** [1] - 41:15
**positively** [2] - 132:14,
132:15
**possibility** [1] - 144:22
**possible** [3] - 171:8,
188:10, 188:12
**possibly** [2] - 48:16,
190:8
**post** [1] - 132:19
**Post** [2] - 74:22, 74:24
**posted** [5] - 52:17,
53:16, 53:24, 67:6,
80:2
**pouring** [2] - 106:17,
122:20
**practice** [1] - 84:3
**pray** [1] - 161:8
**praying** [8] - 158:21,
158:24, 161:15,

184:24, 185:21,
186:23, 187:7
**pre** [1] - 48:9
**pre-COVID** [1] - 48:9
**preference** [2] -
191:12, 191:16
**pregnant** [1] - 59:7
**preparation** [3] - 73:1,
83:15, 187:20
**prepare** [1] - 5:18
**prepared** [1] - 54:22
**preparing** [1] - 98:22
**presence** [4] - 9:13,
23:15, 27:1, 155:15
**present** [2] - 3:13,
118:17
**presentation** [1] - 5:25
**presented** [2] - 27:2,
186:3
**President** [13] - 6:21,
17:9, 19:2, 20:9,
20:17, 21:18, 26:5,
56:5, 137:13, 138:4,
138:16, 189:5
**president** [29] - 7:16,
14:14, 15:13, 15:16,
15:18, 17:11, 17:18,
17:23, 18:8, 18:15,
21:10, 23:13, 24:16,
26:13, 26:20, 27:21,
28:6, 28:25, 29:3,
29:6, 29:17, 30:13,
40:9, 44:10, 44:15,
47:22, 83:4, 136:25
**President's** [1] - 64:11
**president's** [8] - 18:4,
23:18, 23:23, 25:10,
25:11, 25:17, 25:23,
27:22
**presidential** [3] - 7:9,
9:15, 30:17
**presidents** [1] - 14:14
**presumably** [2] -
105:13, 120:14
**presume** [3] - 31:3,
31:16, 178:23
**pretty** [1] - 178:14
**prevent** [6] - 61:8,
66:2, 67:21, 77:4,
109:9, 125:21
**preventing** [2] - 59:18,
109:14
**previous** [2] - 4:8,
173:10
**previously** [16] - 10:9,
73:6, 77:22, 86:14,
111:12, 146:2,
147:12, 148:10,
149:1, 150:1,
151:24, 152:17,

170:2, 172:1, 174:14
**pride** [1] - 185:17
**primarily** [1] - 84:7
**primary** [2] - 42:5, 47:12
**privy** [1] - 35:15
**problem** [2] - 4:6, 192:12
**problems** [1] - 193:15
**procedures** [3] - 147:8, 154:8, 154:22
**proceed** [6] - 3:25, 5:19, 6:6, 10:8, 27:24, 64:2
**proceeded** [8] - 20:18, 20:23, 21:11, 21:16, 21:22, 30:10, 133:21, 171:23
**proceeding** [2] - 22:7, 29:21
**proceedings** [2] - 28:23, 194:13
**process** [7] - 69:15, 93:25, 139:5, 153:22, 153:23, 178:21, 179:21
**processes** [1] - 81:25
**profanity** [1] - 6:2
**program** [1] - 179:4
**progressed** [1] - 32:1
**project** [1] - 46:12
**proper** [3] - 84:15, 105:15, 106:18
**property** [3] - 145:17, 145:22, 146:11
**proposed** [2] - 191:2, 191:22
**protect** [4] - 14:13, 41:24, 69:22, 70:10
**protected** [3] - 18:23, 35:7, 70:4
**protectee** [1] - 15:11
**protectees** [5] - 14:12, 15:4, 15:13, 27:13, 40:1
**protection** [5] - 37:15, 158:21, 158:25, 184:24, 186:23
**protesters** [19] - 37:5, 58:8, 58:11, 59:17, 59:19, 60:14, 60:16, 61:5, 65:9, 65:25, 66:3, 66:18, 67:22, 68:5, 85:13, 86:9, 89:19, 101:21, 102:9
**protocol** [1] - 105:9
**protocols** [1] - 108:3
**prove** [1] - 9:2
**provide** [4] - 4:12, 140:12, 179:23,

188:15
**provided** [9] - 4:6, 5:6, 132:17, 154:5, 156:16, 162:16, 162:22, 162:23, 193:1
**providing** [1] - 140:13
**public** [13] - 32:21, 48:3, 48:19, 50:5, 50:8, 50:11, 53:12, 81:16, 87:4, 106:24, 107:1, 121:13, 127:11
**publicly** [1] - 163:5
**pull** [34] - 14:15, 18:19, 43:20, 49:20, 52:8, 52:9, 53:17, 55:7, 63:11, 64:4, 70:17, 73:9, 76:19, 79:14, 80:6, 82:14, 84:17, 89:11, 99:12, 115:23, 118:10, 125:15, 148:3, 148:22, 149:19, 150:13, 161:21, 164:7, 176:19, 178:25, 186:10, 187:16, 188:7, 188:13
**pulled** [4] - 50:18, 67:4, 133:22, 136:3
**pulling** [2] - 105:10, 118:8
**pumping** [1] - 120:2
**punched** [1] - 58:12
**Purcell** [8] - 8:24, 130:24, 131:7, 131:8, 132:4, 136:5, 176:7, 186:19
**PURCELL** [2] - 2:9, 131:1
**purpose** [7] - 17:1, 17:3, 18:5, 18:12, 40:2, 81:21, 82:6
**purposely** [1] - 144:1
**purposes** [1] - 164:19
**pursuant** [2] - 24:24, 59:13
**push** [7] - 34:7, 36:3, 71:21, 85:15, 101:21, 126:6
**pushed** [5] - 7:12, 33:3, 65:21, 101:17, 102:4
**pushes** [1] - 103:12
**pushing** [2] - 33:23, 68:23
**put** [11] - 34:6, 34:7, 42:16, 67:18, 67:20, 92:17, 123:21,

123:23, 123:24, 129:4, 194:1

## Q

**Quantico** [1] - 131:20
**quarter** [1] - 60:23
**questioned** [1] - 75:2
**questions** [9] - 35:16, 40:11, 93:25, 94:1, 101:2, 111:11, 127:22, 130:5, 189:23
**quickly** [1] - 164:7
**quite** [4] - 10:12, 11:4, 31:10, 75:4
**quote** [1] - 33:14
**quote-unquote** [1] - 33:14

## R

**rack** [14] - 23:19, 51:16, 51:20, 56:1, 56:22, 56:24, 66:1, 66:4, 124:4, 125:1, 125:2, 125:4, 125:9, 125:13
**racks** [15] - 7:11, 37:2, 37:6, 37:11, 37:12, 37:14, 37:15, 37:16, 102:6, 102:10, 102:20, 111:21, 111:23, 112:2, 124:22
**radio** [8] - 22:17, 24:9, 33:22, 35:18, 35:23, 39:14, 62:7, 68:3
**radiofrequency** [1] - 40:6
**railing** [6] - 61:6, 63:6, 65:9, 86:11, 86:23, 95:23
**raised** [1] - 4:24
**rally** [6] - 6:21, 7:1, 7:3, 136:25, 137:20, 137:21
**ran** [6] - 31:7, 58:20, 62:24, 66:22, 140:17, 189:10
**rather** [2] - 119:21, 181:11
**ray** [1] - 48:15
**RDR** [3] - 1:22, 194:10, 194:17
**re** [1] - 10:25
**re-enactment** [1] - 10:25
**reach** [1] - 23:24
**reacted** [1] - 140:6
**reaction** [1] - 142:24

**reactions** [1] - 142:23
**read** [3] - 38:23, 158:16, 186:19
**readily** [1] - 163:5
**reading** [1] - 159:3
**ready** [1] - 109:1
**real** [1] - 48:25
**really** [5] - 12:22, 57:2, 58:22, 127:24, 143:18
**reason** [7] - 10:23, 39:25, 83:11, 104:25, 106:9, 108:15, 115:16
**reasonable** [4] - 9:3, 81:21, 82:6, 192:1
**reasons** [1] - 9:1
**rebuttal** [1] - 190:22
**recalled** [1] - 157:15
**recap** [2] - 46:13, 76:10
**receipt** [3] - 145:17, 145:22, 146:11
**receive** [1] - 192:14
**received** [35] - 13:25, 16:20, 33:8, 34:9, 43:3, 44:8, 51:5, 53:2, 54:3, 54:16, 71:4, 87:18, 87:20, 99:11, 132:13, 133:1, 144:13, 146:9, 146:18, 146:20, 147:3, 147:24, 148:18, 149:5, 149:15, 149:25, 150:9, 150:20, 151:6, 152:13, 153:11, 154:17, 157:3, 160:15, 162:11
**receiving** [8] - 24:5, 24:7, 24:9, 24:12, 33:1, 132:12, 145:18, 145:21
**recently** [1] - 74:14
**recess** [2] - 63:14, 88:4
**Recess** [1] - 63:16, 178:6
**recipient** [1] - 158:1
**recognize** [52] - 42:18, 43:22, 50:18, 50:20, 52:10, 53:19, 70:19, 73:12, 77:11, 79:8, 79:19, 79:22, 79:23, 80:8, 95:14, 100:11, 100:15, 146:4, 147:14, 148:12, 149:8, 150:3, 152:1, 152:19, 156:13,

166:23, 166:24, 172:3, 172:20, 173:1, 173:7, 173:19
**recognized** [2] - 133:16, 163:12
**recollection** [4] - 21:23, 133:17, 150:24, 151:11
**recommendable** [1] - 30:12
**recommendation** [1] - 19:14
**record** [10] - 3:6, 14:5, 41:2, 84:2, 94:21, 100:3, 100:14, 116:1, 131:6, 136:4
**recorded** [1] - 83:25
**recording** [1] - 55:2
**RECROSS** [1] - 130:8
**RECROSS-EXAMINATION** [1] - 130:8
**red** [9] - 9:5, 44:13, 51:12, 51:15, 52:3, 52:4, 53:4, 95:4, 107:3, 107:4, 164:21, 164:22, 175:19, 176:4
**redacted** [1] - 16:12
**redirect** [1] - 186:9
**REDIRECT** [3] - 39:12, 122:10, 186:17
**reemphasized** [1] - 136:10
**refer** [3] - 18:6, 81:5, 155:8
**referred** [2] - 78:1, 95:16
**referring** [9] - 45:11, 101:19, 101:23, 122:5, 128:3, 151:4, 151:14, 159:9, 160:21
**reflect** [5] - 136:4, 146:19, 152:14, 153:13, 153:16
**reflects** [1] - 146:20
**regard** [18] - 11:12, 11:19, 31:15, 35:20, 37:11, 40:3, 103:24, 108:3, 118:12, 155:25, 179:10, 180:4, 181:2, 183:8, 183:11, 185:2, 185:16, 186:4
**regarding** [3] - 13:18, 144:18, 189:21
**regards** [2] - 166:11, 182:10
**region** [1] - 15:2

**regrettable** [1] - 4:14
**regular** [3] - 84:2, 84:3, 121:2
**reimbursed** [1] - 132:2
**relates** [1] - 14:12
**relating** [1] - 155:15
**relationship** [1] - 157:18
**relevance** [3] - 84:10, 84:11, 96:7
**relevant** [1] - 40:8
**relocated** [2] - 29:1, 29:2
**relocating** [1] - 70:8
**relocation** [4] - 69:14, 69:24, 69:25, 70:11
**remain** [5] - 20:21, 21:21, 67:9, 142:22, 166:1
**remained** [6] - 56:4, 74:17, 135:14, 138:1, 138:11, 139:10
**remaining** [3] - 9:4, 11:13, 11:14
**remark** [1] - 142:7
**remarks** [1] - 64:8
**remember** [23] - 26:2, 50:1, 54:22, 60:18, 61:12, 61:19, 61:21, 87:1, 121:21, 134:25, 135:2, 135:7, 135:8, 135:17, 137:16, 138:4, 139:14, 145:5, 176:9, 176:12, 182:19, 182:23
**remind** [2] - 79:9, 188:24
**reminding** [1] - 181:3
**remove** [1] - 122:4
**removed** [1] - 9:16
**repeat** [2] - 16:23, 35:2
**rephrase** [1] - 189:18
**replay** [1] - 103:15
**replica** [3] - 48:25, 49:1, 82:19
**report** [14] - 54:17, 154:14, 154:25, 155:1, 155:4, 155:7, 155:14, 156:16, 156:22, 157:8, 157:9, 157:10, 159:4, 192:22
**Reporter** [3] - 1:22, 1:23, 194:18
**REPORTER** [1] - 194:8
**representation** [4] -

44:25, 45:2, 54:7, 156:22
**Representatives** [2] - 18:17, 30:7
**request** [5] - 81:24, 151:7, 151:10, 161:17
**requested** [1] - 151:10
**requires** [1] - 4:12
**resembles** [1] - 119:21
**reset** [3] - 129:3, 129:5, 129:8
**resident** [1] - 135:5
**resist** [2] - 180:8, 182:13
**respects** [1] - 10:21
**respond** [13] - 56:11, 57:13, 58:7, 59:25, 67:7, 92:3, 92:19, 158:20, 158:25, 159:15, 160:8, 161:3, 161:13
**responded** [8] - 30:2, 56:5, 58:2, 64:7, 65:23, 158:24, 159:16, 161:14
**responding** [2] - 187:10, 187:11
**responds** [1] - 161:10
**response** [5] - 105:15, 161:7, 183:15, 187:4, 187:8
**responses** [1] - 158:4
**responsibilities** [2] - 41:19, 47:7
**responsibility** [1] - 47:13
**rest** [3] - 126:15, 138:2, 139:11
**restricted** [12] - 7:7, 7:11, 9:4, 9:6, 9:7, 9:10, 11:14, 11:20, 81:7, 81:9, 110:23, 123:12
**restrictions** [1] - 121:7
**restroom** [1] - 63:23
**result** [1] - 39:21
**results** [1] - 154:3
**resume** [1] - 9:15
**Resumed** [1] - 89:5
**retained** [1] - 184:7
**retire** [1] - 187:17
**retired** [6] - 8:24, 131:10, 131:11, 187:18, 187:21, 189:13
**retirement** [3] - 131:21, 187:23, 189:15
**retraced** [1] - 182:2

**retreated** [1] - 92:1
**return** [6] - 8:11, 9:24, 10:14, 30:13, 33:15, 145:25
**returned** [5] - 24:16, 29:7, 29:13, 29:16, 33:14
**returning** [1] - 63:23
**review** [5] - 83:16, 154:2, 154:3, 154:6, 155:14
**reviewed** [14] - 73:2, 154:13, 154:21, 154:25, 163:8, 163:23, 164:17, 167:1, 168:18, 174:14, 174:21, 188:1
**revolutionary** [4] - 10:25, 11:10, 31:12, 103:22
**rewind** [2] - 165:16, 167:13
**riding** [1] - 150:25
**right-hand** [3] - 58:18, 80:13, 125:23
**ringing** [1] - 177:11
**riot** [5] - 10:3, 10:20, 76:24, 177:6, 181:7
**rioters** [6] - 8:5, 8:16, 8:17, 9:13, 9:16, 126:19
**risk** [1] - 27:3
**road** [3] - 133:14, 133:23, 135:1
**ROCHA** [104] - 1:11, 3:7, 4:23, 5:20, 6:5, 40:14, 40:23, 42:16, 42:25, 43:20, 44:5, 45:16, 46:24, 49:20, 51:1, 51:4, 51:7, 52:8, 52:24, 53:17, 54:1, 54:8, 54:10, 54:14, 55:7, 63:11, 63:15, 63:17, 64:3, 64:22, 70:17, 71:1, 71:24, 72:1, 73:9, 75:18, 76:9, 76:18, 77:10, 77:17, 78:24, 79:14, 80:6, 82:10, 82:14, 83:13, 83:18, 84:6, 84:16, 84:25, 85:9, 85:19, 86:5, 86:16, 87:14, 87:22, 89:2, 89:7, 89:11, 89:13, 90:12, 90:17, 91:1, 93:24, 94:3, 95:12, 96:3, 96:12, 96:19, 96:23, 97:10, 97:23, 98:1, 98:8,

98:13, 99:5, 99:9, 99:12, 99:19, 99:22, 100:1, 100:25, 101:2, 110:13, 115:18, 116:1, 122:11, 123:3, 123:5, 124:6, 125:5, 125:15, 125:25, 126:2, 126:8, 127:22, 130:6, 186:12, 186:15, 190:23, 191:12, 191:15, 191:18, 192:9
**Rocha** [1] - 3:7
**Rocha).......................
..............40** [1] - 2:7
**Rocha).......................
..............122** [1] - 2:8
**role** [5] - 31:25, 39:21, 47:3, 47:7, 109:9
**roll** [3] - 54:23, 54:24, 55:3
**Ronald** [3] - 40:14, 41:3
**RONALD** [4] - 2:6, 40:21, 41:3, 89:5
**room** [5] - 54:23, 54:24, 55:3, 135:14, 135:16, 147:7
**Room** [2] - 1:23, 194:19
**Rotunda** [4] - 78:11, 79:5, 120:25, 143:7
**roughly** [5] - 134:25, 135:17, 137:16, 137:18, 138:5
**route** [2] - 26:4, 26:5
**row** [1] - 17:20
**rows** [1] - 10:17
**ROYCE** [1] - 1:9
**rubber** [2] - 139:24, 140:1
**ruckus** [2] - 22:15, 31:8
**rule** [1] - 10:21
**Rule** [1] - 59:13
**rules** [2] - 11:23, 108:3
**run** [4] - 26:4, 26:7, 95:20, 179:3
**runs** [5] - 11:6, 58:20, 58:21, 61:2
**rushed** [1] - 139:5
**Russell** [4] - 47:9, 68:22, 69:3, 69:8

## S

**S-214** [4] - 18:3, 18:5, 20:19, 22:1

**saber** [1] - 151:1
**safe** [6] - 36:5, 47:16, 109:2, 129:4, 178:14, 181:10
**safely** [2] - 6:16, 70:6
**safety** [1] - 40:9
**SAMUEL** [1] - 1:5
**Samuel** [1] - 3:4
**Sanchez** [1] - 61:16
**Sarah** [1] - 3:7
**SARAH** [1] - 1:11
**sarah.wilsonrocha@
usdoj.gov** [1] - 1:14
**sash** [3] - 146:24, 149:11, 149:16
**Saturday** [2] - 4:10, 4:14
**saw** [26] - 74:11, 77:25, 85:12, 85:13, 86:3, 89:17, 89:22, 89:24, 90:20, 93:19, 101:21, 107:17, 115:7, 121:16, 122:14, 123:14, 126:16, 129:21, 133:4, 140:17, 141:17, 150:21, 153:12, 156:1, 182:5, 187:11
**scaffolding** [36] - 7:15, 7:18, 9:7, 44:21, 45:11, 45:20, 45:22, 45:23, 46:5, 58:1, 58:19, 59:15, 59:16, 59:20, 59:21, 59:24, 60:3, 60:10, 60:15, 61:3, 61:5, 61:9, 63:4, 63:6, 65:7, 86:10, 112:1, 122:21, 125:3, 125:9, 125:10, 125:14, 141:13, 176:10, 176:13
**scene** [1] - 75:5
**schedule** [2] - 190:3, 190:7
**scheduled** [7] - 47:17, 47:20, 47:22, 47:24, 47:25, 100:20, 192:9
**schedules** [2] - 192:1, 192:5
**schematic** [2] - 70:24, 95:15
**schematics** [2] - 70:22, 90:4
**scope** [1] - 189:2
**screaming** [2] - 58:24, 68:23
**screen** [22] - 25:15, 25:24, 27:15, 28:1,

43:18, 44:13, 50:16,
51:7, 71:14, 90:3,
94:25, 104:8, 123:1,
123:10, 148:3,
149:19, 166:21,
167:24, 168:7,
171:8, 174:20,
175:19
**screened** [3] - 27:5,
32:5, 48:17
**screening** [4] - 32:11,
48:13, 82:22, 82:24
**screenings** [1] - 49:18
**scroll** [1] - 16:2
**search** [13] - 145:16,
151:19, 151:22,
151:23, 152:4,
152:9, 152:16,
152:20, 153:14,
153:17, 153:18,
153:20, 153:24
**searched** [2] - 154:7,
154:22
**second** [11] - 16:2,
18:4, 20:20, 78:10,
79:4, 93:8, 152:25,
153:1, 153:3, 162:6,
166:18
**seconds** [23] - 27:16,
71:22, 75:25, 85:10,
86:17, 87:15, 96:13,
98:9, 107:10, 116:4,
118:15, 122:24,
126:9, 164:13,
165:8, 165:16,
165:17, 166:16,
167:14, 171:21,
176:23, 176:24,
187:5
**Secret** [18] - 5:5, 7:6,
9:12, 14:8, 14:12,
15:10, 17:8, 18:21,
19:7, 19:10, 19:18,
19:24, 24:10, 25:22,
27:5, 27:24, 39:21,
40:5
**secret** [1] - 14:18
**secretary** [1] - 87:2
**secretary's** [1] - 95:17
**Section** [1] - 17:6
**section** [1] - 94:7
**secure** [16] - 20:8,
23:23, 24:20, 26:6,
26:13, 28:6, 28:10,
28:13, 29:2, 29:3,
30:4, 39:19, 101:12,
102:6, 137:22,
137:25
**securing** [1] - 70:4
**security** [28] - 7:2,

19:21, 20:6, 20:14,
22:3, 22:10, 22:19,
22:24, 23:19, 24:1,
26:9, 27:3, 28:24,
29:25, 30:14, 31:15,
33:17, 37:17, 37:18,
40:9, 48:9, 48:10,
48:13, 49:12, 49:15,
49:18, 51:18, 137:24
**see** [93] - 4:19, 6:24,
8:7, 10:18, 25:14,
25:18, 27:19, 46:5,
46:7, 51:12, 52:13,
52:16, 52:18, 53:14,
53:23, 53:24, 57:20,
57:21, 76:23, 77:2,
86:23, 93:17, 95:20,
97:16, 98:16, 100:8,
104:2, 104:12,
106:14, 107:14,
107:15, 107:18,
107:23, 108:1,
108:7, 110:1, 110:7,
112:7, 113:2,
113:19, 113:24,
114:12, 114:18,
114:23, 115:2,
115:12, 117:9,
117:20, 118:1,
118:3, 119:16,
120:1, 120:7,
121:22, 123:7,
123:10, 123:11,
123:22, 125:1,
126:4, 135:23,
138:21, 138:22,
138:23, 145:12,
164:24, 165:2,
165:10, 165:13,
165:15, 165:22,
166:3, 166:10,
166:21, 168:7,
168:12, 168:22,
169:10, 170:14,
170:15, 171:6,
171:17, 171:21,
172:15, 175:4,
175:15, 175:16,
176:2, 183:24,
188:3, 194:2
**seeing** [24] - 24:14,
43:17, 46:3, 75:20,
77:11, 84:19, 85:3,
85:16, 85:22, 86:7,
86:19, 103:18,
104:14, 104:17,
106:23, 107:10,
110:9, 114:4,
121:21, 123:18,
125:18, 126:11,
162:21, 167:24

**seem** [1] - 118:16
**Senate** [97] - 7:21,
8:14, 17:6, 17:25,
18:1, 18:7, 18:9,
18:10, 20:18, 20:21,
20:23, 21:9, 21:10,
21:11, 21:13, 21:19,
21:23, 21:24, 22:9,
24:22, 25:16, 26:8,
26:22, 29:7, 29:16,
29:18, 29:23, 30:9,
30:13, 43:8, 47:6,
47:8, 47:9, 47:14,
47:15, 48:1, 48:2,
55:18, 56:15, 57:9,
58:5, 67:14, 67:20,
67:21, 68:4, 68:5,
68:6, 68:8, 68:9,
69:9, 69:10, 70:7,
71:5, 71:9, 71:13,
73:15, 73:20, 73:21,
76:13, 83:9, 86:22,
87:1, 87:6, 87:8,
89:24, 89:25, 90:1,
90:8, 90:9, 90:15,
91:13, 92:19, 92:25,
94:22, 95:1, 95:17,
95:21, 95:22, 95:23,
95:25, 97:3, 97:7,
100:19, 103:9,
116:25, 117:1,
117:13, 122:14,
122:17, 125:20,
126:16, 141:17,
144:9, 164:6, 176:3
**Senate's** [1] - 87:2
**senator** [1] - 83:6
**senators** [14] - 18:15,
20:23, 20:24, 21:10,
21:13, 21:15, 21:18,
21:25, 28:21, 29:19,
30:6, 30:11, 69:14,
70:4
**send** [1] - 128:21
**sense** [4] - 36:24,
112:22, 183:3,
193:18
**sent** [11] - 17:5, 59:9,
132:10, 145:16,
157:25, 158:16,
159:4, 159:6,
159:23, 159:25,
184:19
**sentence** [1] - 192:23
**sentencing** [2] -
192:20, 192:21
**separate** [1] - 28:21
**separated** [3] - 6:25,
21:9, 137:23
**separately** [1] - 160:6

**Sergeant** [2] - 17:7,
18:2
**sergeant** [5] - 41:17,
61:16, 67:5, 92:3,
92:16
**sergeants** [1] - 67:16
**served** [1] - 17:4
**Service** [19] - 5:5, 7:6,
9:12, 14:8, 14:12,
14:18, 15:10, 17:8,
18:21, 19:7, 19:11,
19:18, 19:25, 24:10,
25:22, 27:5, 27:25,
39:22, 40:5
**services** [1] - 51:18
**session** [6] - 47:19,
47:24, 47:25, 48:2,
83:10, 98:22
**set** [30] - 7:8, 7:15,
18:22, 18:24, 19:1,
19:6, 19:7, 19:8,
19:9, 19:12, 20:3,
20:6, 44:17, 46:10,
51:16, 51:17, 51:21,
51:23, 51:24, 54:23,
66:1, 70:11, 125:13,
127:17, 133:8,
134:8, 137:15,
192:19, 192:21
**set-up** [2] - 46:10,
51:24
**sets** [2] - 51:18, 125:9
**setting** [1] - 20:2
**several** [12] - 49:15,
55:22, 67:12, 79:9,
111:9, 111:20,
111:21, 111:23,
129:11, 129:12,
137:24, 147:11
**sewn** [1] - 179:7
**share** [1] - 40:4
**sheet** [1] - 17:4
**shields** [4] - 67:17,
67:19, 67:20, 125:12
**shift** [1] - 102:16
**shirt** [1] - 69:19
**shirts** [1] - 139:7
**shoot** [3] - 60:19,
60:20, 91:3
**shot** [4] - 60:23, 91:12,
91:16, 104:24
**shots** [4] - 67:24,
67:25, 68:1
**shoulder** [1] - 97:21
**show** [42] - 6:13, 9:17,
10:4, 10:5, 10:10,
10:16, 11:1, 11:4,
11:8, 11:15, 11:21,
12:8, 12:20, 15:23,
24:23, 42:15, 61:21,

65:3, 65:11, 73:5,
73:10, 99:10,
102:22, 103:24,
122:23, 124:6,
146:2, 147:11,
147:12, 148:9,
149:1, 150:1,
151:24, 152:17,
155:20, 163:14,
170:2, 172:1,
172:14, 172:19,
173:12, 174:1
**showed** [10] - 82:3,
116:24, 124:11,
124:14, 139:15,
139:16, 148:5,
149:21, 150:16,
185:19
**showing** [2] - 104:8,
124:25
**shown** [7] - 74:14,
97:13, 103:8,
166:25, 185:16,
187:23, 187:24
**shows** [3] - 102:22,
111:9, 152:15
**side** [58] - 21:12,
21:13, 22:19, 22:24,
23:10, 23:12, 23:16,
23:25, 24:22, 26:9,
26:22, 43:6, 43:7,
43:8, 43:9, 43:11,
43:16, 43:25, 45:12,
46:3, 46:4, 46:5,
46:7, 57:3, 57:9,
57:14, 58:18, 65:22,
67:9, 67:19, 68:6,
73:20, 73:21, 80:14,
80:22, 85:8, 86:23,
86:25, 87:2, 102:4,
106:15, 107:2,
109:18, 109:23,
124:3, 124:12,
125:11, 125:24,
130:4, 133:22,
135:1, 144:8, 158:2,
181:21, 185:10
**side-of-the-road** [1] -
135:1
**sight** [1] - 76:21
**sign** [17] - 38:5, 38:23,
53:8, 53:9, 53:11,
79:12, 94:24, 95:3,
95:4, 107:3, 107:4,
117:1, 124:14,
127:3, 145:14,
147:5, 151:21
**signage** [2] - 39:1,
39:2
**signal** [1] - 106:18

**signature** [7] - 146:8, 146:9, 152:5, 152:6, 152:21, 153:2
**signed** [3] - 145:16, 145:20, 151:23
**significant** [2] - 140:11, 140:14
**signs** [17] - 10:7, 11:16, 37:24, 38:2, 38:3, 38:17, 38:18, 39:5, 52:15, 52:20, 52:22, 53:23, 62:8, 111:21, 111:24, 112:2, 123:11
**similar** [12] - 35:19, 44:20, 74:11, 84:22, 94:10, 94:12, 126:16, 148:5, 148:23, 149:20, 150:15, 174:13
**similarities** [2] - 169:3, 169:5
**sit** [4] - 134:5, 134:12, 134:20, 136:15
**site** [3] - 44:21, 45:9, 70:11
**sits** [2] - 22:17, 23:11
**sitting** [3] - 10:6, 135:25, 189:20
**situation** [18] - 11:2, 12:10, 31:17, 31:22, 33:13, 34:16, 67:14, 104:20, 109:5, 109:6, 109:11, 109:13, 179:24, 182:16, 182:18, 183:13, 188:16, 188:18
**situations** [3] - 71:20, 95:7, 95:10
**six** [1] - 155:11
**size** [2] - 108:17, 112:15
**skirmishes** [1] - 67:12
**sky** [1] - 60:16
**slightly** [1] - 107:7
**slow** [1] - 119:22
**slowed** [1] - 133:18
**slowly** [2] - 59:19, 60:5
**snow** [7] - 7:10, 38:19, 51:15, 51:19, 52:14, 53:23, 56:1, 123:11, 123:14, 123:20, 123:22, 123:23, 123:24, 123:25, 124:20
**social** [1] - 162:24
**software** [1] - 153:25
**solidify** [1] - 5:1

**someone** [8] - 49:4, 83:23, 103:11, 106:7, 127:13, 144:2, 153:20, 186:5
**sometime** [2] - 29:10, 33:16
**sometimes** [5] - 78:4, 102:3, 191:24, 192:3
**somewhat** [1] - 18:14
**somewhere** [3] - 6:18, 9:22, 159:7
**soon** [5] - 3:18, 63:23, 128:4, 128:6, 128:7
**sorry** [34] - 15:6, 16:23, 54:8, 64:6, 67:16, 74:6, 79:17, 82:14, 89:25, 93:23, 95:22, 96:10, 113:15, 121:10, 122:2, 125:8, 128:18, 153:1, 164:11, 164:21, 166:18, 167:10, 167:14, 169:20, 172:7, 174:3, 176:17, 177:18, 186:16, 187:3, 187:4, 190:12, 191:14
**sort** [18] - 11:3, 12:23, 58:12, 58:22, 60:3, 61:11, 65:17, 83:1, 94:13, 94:17, 94:19, 95:3, 112:22, 117:3, 119:14, 120:1, 154:3, 185:17
**sound** [3] - 109:25, 130:13, 167:11
**sounded** [1] - 65:2
**sounds** [1] - 50:3
**source** [8] - 151:15, 162:14, 162:19, 162:25, 163:3, 163:4, 163:24, 168:18
**south** [7] - 43:9, 43:11, 57:3, 67:19, 127:20, 143:3, 169:12
**southeast** [2] - 127:8, 127:9
**souvenir** [1] - 139:7
**speaking** [5] - 8:5, 137:14, 138:8, 152:14, 179:10
**speaks** [1] - 166:5
**Special** [4] - 17:6, 132:4, 176:7, 186:19
**SPECIAL** [2] - 2:9, 131:1
**special** [9] - 3:9, 8:24,

27:22, 41:17, 41:18, 131:12, 131:16, 131:18, 135:11
**specialist** [1] - 3:9
**specific** [8] - 36:4, 36:13, 79:12, 118:15, 145:8, 172:11, 177:9, 182:10
**specific-looking** [1] - 79:12
**specifically** [17] - 42:7, 44:1, 47:14, 55:23, 65:8, 95:1, 108:6, 120:5, 121:22, 135:2, 151:7, 163:12, 176:10, 176:13, 180:20, 182:10, 182:23
**specifics** [1] - 28:9
**speculation** [3] - 19:16, 59:22, 161:19
**speech** [9] - 56:4, 56:6, 64:12, 137:15, 137:17, 138:16, 139:1, 139:2, 167:25
**spell** [1] - 41:2
**spelled** [1] - 131:7
**spit** [1] - 68:25
**split** [3] - 166:21, 167:24, 168:7
**spot** [1] - 137:12
**spots** [1] - 65:11
**spray** [11] - 60:4, 61:1, 91:8, 91:9, 91:10, 91:17, 105:10, 139:23, 140:2, 140:4
**sprayed** [3] - 58:11, 58:21, 61:11
**spread** [2] - 57:5, 57:8
**spring** [1] - 50:13
**squad** [1] - 58:6
**square** [2] - 55:10, 55:18
**Stacy** [1] - 135:11
**staff** [5] - 20:14, 27:23, 41:24, 49:9, 52:6
**staffer** [1] - 127:20
**stage** [14] - 43:19, 44:1, 44:3, 44:9, 44:16, 46:3, 46:4, 51:24, 58:2, 58:3, 77:4, 85:24, 86:3
**staged** [1] - 72:20
**staircase** [1] - 25:9, 38:4, 38:5, 38:10
**stairs** [10] - 20:19, 25:11, 25:21, 25:23, 38:6, 58:1, 61:13, 65:25, 86:13, 89:20

**stairway** [1] - 102:17
**stairwell** [3] - 65:24, 66:19, 125:3
**stamp** [22] - 25:20, 27:18, 75:25, 158:22, 160:19, 160:25, 161:11, 161:12, 165:4, 165:5, 170:12, 170:13, 171:4, 171:5, 171:15, 171:16, 175:13, 175:14, 175:25, 176:1, 186:24
**stamps** [2] - 155:1, 155:3
**stand** [4] - 18:6, 40:19, 189:20, 190:12
**standard** [5] - 19:12, 105:5, 154:8, 154:22, 155:5
**standing** [14] - 74:19, 143:8, 144:1, 159:12, 165:11, 165:22, 166:11, 169:1, 170:18, 173:4, 173:10, 173:22, 180:13, 185:4
**stands** [1] - 177:16
**start** [16] - 31:2, 32:25, 33:6, 43:6, 55:12, 59:21, 59:24, 60:5, 94:4, 138:8, 157:22, 158:5, 164:12, 178:5, 190:5, 192:10
**started** [10] - 3:14, 3:16, 33:4, 33:7, 47:12, 49:25, 57:2, 60:16, 69:24, 92:18
**starting** [9] - 3:5, 57:19, 61:13, 62:18, 67:19, 119:5, 122:24, 125:15, 145:1
**starts** [2] - 17:16, 61:17
**state** [8] - 3:6, 14:4, 14:16, 30:1, 58:16, 131:6, 142:12, 166:8
**State** [2] - 16:7, 16:14
**state's** [2] - 21:8, 28:22
**statement** [10] - 3:25, 6:9, 11:3, 11:11, 12:14, 12:23, 31:18, 180:15, 181:12, 183:6
**STATES** [3] - 1:1, 1:2, 1:9

**States** [38] - 1:11, 3:3, 3:8, 14:8, 14:11, 15:14, 18:21, 40:10, 41:8, 41:9, 41:11, 41:12, 41:23, 42:1, 42:7, 42:9, 42:21, 43:8, 47:3, 50:22, 51:11, 52:15, 52:20, 53:10, 56:16, 56:17, 56:19, 61:20, 70:23, 72:15, 80:5, 84:4, 84:20, 97:17, 130:23, 136:17, 138:18, 194:18
**stating** [1] - 62:10
**Statuary** [3] - 78:4, 78:6, 78:9
**statue** [1] - 143:9
**statues** [6] - 78:20, 79:10, 79:24, 80:15, 143:7, 143:9
**status** [2] - 22:3, 35:25
**statutory** [1] - 193:16
**stay** [1] - 144:15
**stayed** [2] - 6:15, 21:12
**steal** [1] - 183:19
**Steal** [1] - 6:21
**steer** [1] - 141:2
**stenographic** [1] - 194:12
**step** [4] - 40:12, 77:21, 83:19, 189:24
**steps** [4] - 31:24, 86:8, 132:12, 182:2
**sticks** [1] - 48:20
**still** [30] - 25:19, 28:12, 37:18, 44:18, 44:20, 44:22, 45:9, 45:10, 49:17, 56:22, 56:24, 57:22, 60:24, 64:12, 66:19, 76:4, 76:7, 76:15, 112:11, 115:13, 118:24, 121:18, 130:1, 144:1, 159:18, 162:23, 170:23, 171:6, 175:16
**stipulated** [1] - 156:4
**stipulation** [7] - 13:10, 13:17, 24:25, 25:6, 73:7, 79:16, 174:7
**stipulations** [1] - 4:25
**stood** [5] - 21:6, 74:16, 138:2, 142:20, 168:2
**stop** [9] - 10:13, 34:12, 34:14, 60:2, 63:3, 73:17, 84:17, 85:1, 90:25, 107:21, 114:2, 115:1, 117:7,

123:5, 136:12, 180:10, 183:5, 184:3, 184:6
**Stop** [1] - 6:21
**stopped** [8] - 9:14, 11:15, 49:5, 83:1, 89:10, 138:13, 139:7, 143:23
**stopping** [1] - 107:14
**storage** [1] - 147:6
**storming** [1] - 6:15
**story** [1] - 63:7
**straight** [3] - 86:21, 95:20, 129:15
**stream** [2] - 54:23, 55:1
**streaming** [1] - 55:3
**streamline** [1] - 93:25
**streamlined** [2] - 5:1, 158:9
**Street** [9] - 1:12, 1:16, 1:20, 54:19, 55:13, 55:14, 124:3, 124:12, 127:8
**street** [1] - 84:23
**strike** [1] - 185:15
**striking** [1] - 84:14
**struck** [1] - 58:10
**stuff** [1] - 122:5
**subject** [1] - 84:14
**submit** [4] - 10:10, 48:13, 48:14, 48:16
**subsided** [1] - 33:14
**substantially** [4] - 148:5, 148:23, 149:20, 150:15
**subverting** [1] - 186:5
**subway** [4] - 56:15, 56:16, 69:9, 69:10
**subways** [2] - 68:4, 68:5
**suddenly** [2] - 37:14, 50:13
**suggest** [3] - 10:14, 12:9, 12:19
**suggesting** [3] - 106:20, 106:22, 183:8
**suggestions** [1] - 19:18
**suggests** [1] - 12:7
**Suite** [1] - 1:20
**summarize** [1] - 186:4
**supervise** [1] - 41:22
**supervisor** [2] - 55:4, 68:8
**supervisory** [1] - 41:18
**support** [3] - 136:24, 179:24, 188:15

**supporters** [3] - 138:12, 142:9, 188:20
**supports** [1] - 10:24
**supposed** [8] - 3:17, 17:18, 48:2, 78:18, 101:14, 106:3, 118:10, 138:6
**surrender** [3] - 145:1, 150:22, 151:3
**surround** [1] - 61:13
**surrounded** [1] - 66:20
**surrounds** [1] - 62:20
**surveillance** [14] - 8:7, 163:7, 163:24, 164:4, 164:5, 168:9, 168:12, 168:14, 169:5, 170:4, 171:4, 174:21, 177:19, 187:25
**sustained** [4] - 126:21, 154:24, 161:20, 177:13
**SWAT** [2] - 61:21, 61:22
**sweep** [1] - 33:17
**sweeps** [2] - 29:25, 30:14
**switch** [1] - 170:20
**switched** [1] - 109:9
**sword** [8] - 48:23, 82:17, 82:18, 82:19, 113:5, 113:7, 113:8, 113:11
**sworn** [1] - 130:25
**Sworn** [3] - 14:1, 40:21, 131:1
**swung** [1] - 128:8
**system** [2] - 56:16, 92:11

# T

**T-shirts** [1] - 139:7
**tactics** [1] - 109:21
**tan** [1] - 146:24
**tarp** [2] - 46:6, 59:21
**team** [3] - 61:7, 61:21, 61:23
**technically** [2] - 78:17, 107:6
**television** [2] - 72:11, 164:5
**telltale** [1] - 79:12
**temporarily** [2] - 37:2, 67:11
**ten** [3] - 63:14, 107:10, 178:4
**Tennessee** [1] - 105:7

**term** [2] - 101:9, 112:11
**termed** [1] - 10:23
**terms** [1] - 43:5
**terrace** [1] - 74:8
**Terrace** [26] - 44:13, 57:14, 57:15, 58:1, 58:4, 61:15, 62:16, 63:7, 65:5, 65:14, 65:24, 66:4, 66:9, 67:6, 74:6, 85:24, 86:20, 89:18, 89:20, 89:21, 89:23, 95:19, 98:20, 112:1, 125:2, 125:11
**Terrance** [1] - 44:15
**testified** [2] - 35:13, 129:22
**testify** [2] - 131:22, 131:24
**testifying** [3] - 64:20, 173:13, 190:9
**testimony** [15] - 4:8, 4:20, 5:1, 5:24, 8:13, 9:11, 44:24, 45:1, 59:13, 73:1, 73:2, 83:15, 86:2, 98:21, 184:6
**text** [11] - 87:18, 87:20, 100:8, 156:23, 158:16, 159:19, 159:21, 160:23, 184:22, 186:20, 187:11
**texting** [1] - 157:15
**texts** [3] - 184:17, 184:19, 185:16
**THE** [292] - 1:1, 1:1, 1:9, 3:2, 3:11, 3:19, 3:24, 4:4, 5:16, 6:4, 6:6, 6:10, 13:5, 13:16, 13:20, 13:23, 13:25, 14:15, 16:20, 19:5, 19:17, 22:6, 22:12, 22:23, 23:5, 25:2, 28:19, 29:15, 30:21, 32:20, 32:22, 34:19, 34:25, 36:10, 39:24, 40:12, 40:18, 40:20, 43:3, 44:8, 45:4, 45:6, 45:8, 45:19, 45:21, 45:22, 45:23, 46:1, 49:22, 49:24, 50:2, 50:3, 50:4, 50:6, 50:7, 50:9, 50:10, 50:12, 50:13, 50:15, 51:3, 51:5, 53:2, 53:5, 54:3, 54:16, 59:3, 59:14, 59:23, 62:1,

62:2, 63:3, 63:5, 63:9, 63:10, 63:13, 63:19, 64:2, 64:6, 64:10, 64:13, 64:14, 64:16, 64:18, 64:19, 64:21, 69:7, 71:4, 73:17, 73:19, 73:21, 73:22, 73:23, 73:25, 74:2, 74:5, 74:8, 74:9, 74:10, 75:9, 75:10, 75:16, 75:17, 76:1, 76:2, 76:3, 76:15, 76:17, 76:20, 76:22, 77:2, 77:5, 77:6, 77:8, 77:9, 77:16, 77:19, 78:4, 78:6, 78:8, 78:9, 78:12, 78:13, 78:14, 78:15, 78:23, 81:10, 81:12, 81:18, 81:20, 82:3, 82:6, 82:9, 82:12, 82:16, 82:18, 82:20, 82:23, 82:25, 83:3, 83:5, 83:6, 83:8, 84:14, 87:19, 87:24, 89:4, 90:15, 90:20, 90:22, 90:23, 90:24, 90:25, 91:2, 91:7, 91:9, 91:10, 91:12, 91:15, 91:17, 91:19, 91:20, 91:24, 91:25, 92:2, 92:5, 92:7, 92:9, 92:10, 92:13, 92:15, 92:20, 92:22, 92:24, 93:2, 93:4, 93:6, 93:7, 93:8, 93:9, 93:11, 93:14, 93:15, 93:16, 93:18, 93:19, 93:21, 93:22, 94:13, 94:15, 96:8, 96:10, 96:16, 96:17, 96:18, 96:22, 97:1, 97:3, 97:5, 97:7, 97:25, 98:6, 99:8, 99:11, 99:15, 101:3, 104:7, 110:15, 114:3, 114:6, 114:8, 114:11, 115:19, 126:21, 127:23, 128:3, 128:5, 128:6, 128:10, 128:11, 128:13, 128:14, 128:16, 128:17, 128:19, 128:20, 128:23, 128:25, 129:1, 129:2, 129:6, 129:8, 129:10, 129:11, 129:12, 129:13, 129:14, 129:19, 129:20,

129:24, 129:25, 130:2, 130:3, 130:20, 130:21, 130:22, 146:18, 147:24, 148:18, 149:5, 149:15, 149:25, 150:9, 150:20, 152:13, 153:11, 154:11, 154:24, 155:18, 155:23, 156:10, 157:3, 161:20, 162:11, 166:7, 177:13, 178:4, 178:7, 178:17, 178:19, 186:9, 189:3, 189:24, 190:1, 190:2, 190:13, 190:16, 190:18, 190:21, 190:24, 191:14, 191:17, 191:21, 192:11, 192:16, 192:19, 193:3, 193:12, 193:15, 193:18, 193:22, 194:2
**themselves** [1] - 48:16
**therefore** [3] - 4:17, 12:24, 179:15
**they've** [3] - 4:6, 6:11, 147:3
**third** [1] - 11:25
**thoughts** [1] - 191:18
**thread** [4] - 159:21, 160:14, 161:25, 162:7
**three** [5] - 52:16, 80:1, 81:1, 86:21, 95:21
**throughout** [6] - 8:10, 15:1, 15:8, 38:3, 39:15, 178:21
**throwing** [1] - 60:6
**thrown** [3] - 58:14, 60:4, 62:13
**tie** [2] - 69:19, 191:3
**timeframe** [1] - 64:9
**timeline** [1] - 64:7
**timing** [5] - 84:12, 89:9, 184:18, 192:4, 192:11
**title** [1] - 14:9
**to..** [1] - 159:25
**today** [10] - 6:17, 6:18, 83:15, 131:22, 131:25, 132:2, 135:24, 188:11, 189:17, 189:20
**together** [5] - 63:18, 83:16, 125:21,

163:25, 167:2
**tomorrow** [2] - 191:11, 194:2
**tonight** [2] - 191:4, 191:10
**took** [8] - 12:16, 31:16, 56:15, 56:19, 99:4, 102:13, 132:13, 185:25
**tools** [1] - 60:13
**top** [22] - 16:22, 16:24, 25:8, 25:22, 43:14, 45:22, 57:15, 75:20, 75:22, 85:17, 86:13, 86:20, 94:6, 94:18, 94:24, 123:10, 125:3, 125:14, 146:14, 158:5, 158:17, 160:21
**totalitarian** [1] - 91:21
**touch** [3] - 25:24, 36:25, 70:3
**tour** [8] - 81:14, 121:4, 121:8, 121:11, 121:13, 127:2, 127:3
**tourists** [3] - 78:20, 81:11, 81:13
**tours** [3] - 78:17, 94:8, 121:14
**toward** [14] - 138:22, 138:23, 140:8, 141:2, 141:8, 141:17, 143:3, 169:12, 169:17, 172:23, 172:24, 189:10
**towards** [6] - 8:15, 68:21, 89:24, 113:20, 140:18, 141:7
**traffic** [1] - 24:9
**train** [1] - 56:16
**trained** [2] - 105:5, 105:6
**training** [3] - 131:18, 154:17, 154:20
**transcript** [2] - 194:12, 194:13
**TRANSCRIPT** [1] - 1:8
**transcripts** [3] - 4:16, 5:8, 192:4
**transition** [1] - 60:25
**trapped** [1] - 26:24
**travel** [2] - 131:24, 132:2
**tri** [1] - 107:17
**tri-corner** [1] - 107:17
**TRIAL** [1] - 1:8
**trial** [5] - 4:19, 5:24, 147:7, 192:10, 194:1

**trials** [3] - 3:19, 4:9, 191:1
**triangular** [1] - 63:8
**tricorn** [5] - 146:23, 147:17, 147:18, 147:25, 165:2
**tried** [2] - 183:16, 184:7
**triggered** [1] - 92:8
**triggers** [1] - 128:7
**trip** [1] - 144:16
**trouble** [1] - 31:8
**true** [3] - 31:11, 179:22, 194:11, 194:13
**Trump** [8] - 56:5, 137:13, 138:5, 138:6, 138:22, 138:25, 142:9, 188:20
**Trump's** [3] - 6:21, 64:8, 138:16
**try** [8] - 59:25, 60:1, 60:2, 61:8, 61:18, 77:4, 87:24, 118:9
**trying** [28] - 12:16, 23:9, 33:23, 34:15, 34:20, 35:3, 35:7, 36:2, 58:13, 58:17, 58:24, 62:6, 65:6, 66:17, 66:23, 67:1, 67:2, 67:22, 93:23, 97:5, 109:5, 109:9, 109:10, 109:12, 118:23, 125:21, 126:14, 181:11
**turn** [4] - 133:22, 143:14, 151:7, 151:17
**turning** [1] - 184:17
**tussling** [1] - 23:7
**TV** [4] - 74:15, 74:19, 74:22, 162:16
**two** [20] - 10:9, 15:25, 51:22, 62:23, 65:15, 74:17, 80:13, 87:14, 97:20, 108:10, 120:5, 125:9, 135:13, 137:7, 143:8, 152:24, 153:12, 161:3, 169:3
**two-page** [1] - 152:24
**type** [3] - 27:12, 94:19, 134:6, 142:10, 185:4
**typical** [1] - 19:12
**typically** [5] - 19:14, 48:21, 49:2, 72:13, 147:3

**U**

**U.S** [35] - 1:23, 7:7, 7:14, 8:13, 9:12, 15:3, 15:6, 16:8, 17:5, 17:7, 17:10, 17:24, 19:8, 19:14, 19:15, 24:5, 31:25, 39:21, 57:19, 71:12, 73:20, 77:15, 79:5, 79:24, 80:16, 82:7, 90:5, 98:20, 104:17, 110:24, 111:1, 162:15, 163:1, 187:24
**ultimately** [5] - 23:22, 28:6, 30:17, 112:4, 134:22
**unable** [1] - 126:18
**unauthorized** [13] - 22:25, 23:3, 26:8, 26:14, 26:21, 27:2, 28:23, 30:3, 32:13, 33:2, 33:20, 33:23, 36:23
**uncomfortable** [2] - 136:13, 142:11
**under** [9] - 44:18, 44:22, 59:20, 59:21, 144:14, 152:5, 153:2, 193:1, 193:9
**underground** [1] - 56:16
**underlying** [3] - 159:7, 169:23, 169:24
**underneath** [6] - 94:4, 94:5, 94:10, 94:11, 94:12, 94:24
**unfortunately** [2] - 69:21, 181:14
**uniform** [6] - 22:17, 61:22, 69:18, 81:4, 97:16, 185:5
**union** [2] - 10:22, 185:11
**unique** [1] - 178:20
**unit** [2] - 58:6, 61:21
**UNITED** [3] - 1:1, 1:2, 1:9
**United** [38] - 1:11, 3:3, 3:8, 14:8, 14:11, 15:14, 18:21, 40:10, 41:8, 41:9, 41:11, 41:12, 41:23, 42:1, 42:7, 42:9, 42:21, 43:8, 47:3, 50:21, 51:10, 52:15, 52:20, 53:9, 56:16, 56:17, 56:19, 61:20, 70:22, 72:14, 80:5, 84:4,

84:20, 97:16, 130:23, 136:17, 138:18, 194:18
**units** [1] - 56:11
**universal** [1] - 155:9
**unknown** [2] - 22:25, 23:24
**unless** [1] - 155:25
**unquote** [1] - 33:14
**unruliness** [1] - 36:24
**unruly** [2] - 32:16, 36:7
**unusual** [1] - 192:24
**up** [117] - 3:18, 4:3, 5:21, 7:8, 7:11, 7:15, 14:15, 18:16, 18:22, 18:24, 19:1, 19:6, 19:7, 19:8, 19:9, 19:12, 20:2, 20:3, 20:6, 20:19, 25:11, 33:5, 34:7, 42:16, 43:20, 44:17, 46:10, 49:20, 50:13, 50:18, 51:24, 52:9, 53:17, 54:23, 55:7, 55:15, 57:19, 59:15, 60:18, 60:19, 60:21, 61:6, 61:8, 61:13, 61:20, 61:22, 62:11, 62:21, 63:6, 63:11, 64:4, 65:9, 65:16, 65:19, 65:21, 65:25, 66:1, 66:2, 67:14, 67:20, 70:11, 70:17, 73:9, 76:19, 77:6, 79:14, 80:6, 82:3, 82:14, 84:17, 86:11, 86:22, 89:11, 99:12, 102:17, 114:7, 114:25, 115:23, 118:8, 120:4, 125:1, 125:14, 125:15, 126:14, 127:3, 127:17, 129:4, 130:4, 134:6, 134:8, 134:10, 137:15, 138:8, 138:23, 139:6, 139:15, 139:16, 148:3, 148:22, 149:19, 150:13, 151:9, 161:21, 164:7, 165:24, 166:4, 166:10, 167:19, 167:20, 173:5, 176:19, 179:6, 183:19, 186:10, 188:7, 190:13
**updates** [5] - 22:3, 24:4, 24:6, 35:24,

35:25
**Upper** [19] - 57:14, 57:15, 57:25, 61:15, 62:16, 63:6, 65:5, 66:4, 66:8, 67:6, 74:6, 86:20, 89:18, 89:20, 89:21, 89:22, 95:19, 98:19, 112:1
**upper** [2] - 65:14, 65:23
**upset** [2] - 139:20, 189:4, 189:8
**USAO** [1] - 1:16
**USCP** [2] - 67:24, 68:3
**usual** [1] - 178:23
**UTC** [5] - 155:8, 155:10, 155:11
**utilize** [4] - 16:7, 61:6, 105:2, 129:4
**utilized** [11] - 51:16, 71:10, 71:20, 72:7, 91:7, 91:10, 92:4, 94:8, 95:9, 102:15, 109:21
**utilizing** [2] - 60:16, 105:11
**UWT** [1] - 65:6

**V**

**van** [1] - 133:15
**vantage** [2] - 74:12, 138:21
**various** [4] - 9:5, 15:1, 38:3, 39:2
**vehicle** [4] - 55:6, 139:5, 139:9, 144:9, 144:11, 144:15
**vehicles** [1] - 23:22
**verbal** [2] - 110:3, 133:23
**verbally** [1] - 24:7
**verdict** [3] - 9:25, 192:14, 193:1
**version** [1] - 168:15
**versus** [2] - 36:3, 46:6
**vest** [4] - 146:24, 150:6, 150:10, 150:15
**via** [3] - 17:25, 18:9, 193:1
**vice** [32] - 14:14, 15:13, 15:16, 15:18, 17:11, 17:17, 17:22, 18:3, 18:8, 18:15, 21:10, 23:13, 23:18, 23:22, 24:16, 25:10, 25:11, 25:17, 25:23, 26:13, 26:20, 27:21, 28:6, 28:24, 29:3,

29:6, 29:17, 30:13,
40:9, 47:22, 83:3
**Vice** [7] - 17:9, 19:2,
20:9, 20:16, 21:18,
26:5, 189:5
**video** [49] - 7:23,
25:18, 73:7, 74:11,
74:12, 84:4, 84:7,
84:17, 85:1, 98:11,
98:17, 99:6, 99:10,
99:13, 100:8,
100:18, 103:11,
110:14, 117:15,
118:12, 120:3,
121:16, 122:13,
125:19, 126:5,
126:12, 126:16,
162:21, 164:14,
164:22, 164:24,
166:2, 166:5, 166:9,
166:21, 166:23,
166:24, 167:1,
167:4, 167:6,
167:18, 171:3,
177:4, 181:6,
181:20, 183:24,
188:10, 193:1
**Video** [56] - 7:25,
27:17, 28:4, 85:2,
85:11, 85:21, 86:6,
86:18, 87:16, 89:15,
90:14, 90:19, 95:13,
96:5, 96:9, 96:21,
96:25, 97:9, 97:24,
98:7, 98:15, 99:16,
99:25, 107:11,
113:18, 114:10,
116:6, 116:9,
116:19, 116:21,
118:11, 119:20,
119:24, 120:6,
123:2, 123:4,
125:17, 126:1,
126:10, 163:16,
165:7, 165:20,
166:17, 167:12,
167:16, 168:5,
169:9, 171:1,
171:13, 174:12,
174:17, 175:3,
175:10, 175:22,
176:22, 177:1
**videos** [15] - 84:12,
100:15, 103:19,
119:25, 162:14,
162:19, 162:25,
163:24, 179:10,
179:12, 179:19,
184:8, 187:19,
187:22, 187:23

**view** [9] - 42:21, 45:18,
50:16, 53:22, 72:19,
77:14, 77:20, 84:20,
179:12
**viewed** [1] - 179:11
**violate** [1] - 183:16
**violation** [3] - 4:21,
5:11, 5:17
**violations** [1] - 131:17
**violence** [1] - 6:2
**violent** [3] - 9:10,
11:25, 12:1
**violently** [1] - 12:5
**VIPs** [2] - 44:14, 47:20
**Virginia** [1] - 131:20
**visibility** [1] - 166:13
**visible** [1] - 109:24
**visit** [6] - 17:9, 19:2,
48:11, 126:23,
126:25, 127:11
**visiting** [3] - 14:16,
15:11, 48:12
**visitor** [1] - 126:25
**Visitor's** [3] - 127:6,
127:7, 127:10
**visitors** [5] - 41:25,
48:7, 48:8, 121:3,
126:22
**visits** [2] - 15:3, 40:1
**visually** [1] - 132:24
**voluntarily** [7] - 8:22,
74:18, 136:7, 136:9,
145:19, 152:15,
153:17
**voluntary** [3] - 136:12,
151:19, 151:22
**volunteered** [1] -
136:9
**vote** [2] - 28:22, 183:5
**votes** [5] - 17:13,
18:18, 21:8, 21:17,
29:22
**vs** [4] - 1:4, 3:3, 105:7

## W

**waited** [1] - 26:23
**waiting** [1] - 13:9
**waiver** [3] - 193:5,
193:6, 193:7
**waivers** [2] - 193:10,
193:15
**walk** [5] - 21:11, 44:9,
44:10, 48:14, 66:8
**walk-through** [1] -
48:14
**walked** [11] - 12:4,
20:25, 21:16, 25:10,
57:4, 57:25, 58:18,
66:14, 143:11,

181:20, 181:21
**walking** [15] - 12:10,
18:9, 22:9, 49:7,
66:17, 74:14, 75:13,
89:20, 106:21,
110:10, 110:11,
110:21, 113:10,
121:16, 158:18
**walkway** [5] - 56:10,
57:18, 85:5, 85:14
**wall** [5] - 118:17,
118:18, 172:24,
173:5, 173:11
**wand** [1] - 48:16
**war** [3] - 31:12,
103:22, 185:8
**warning** [2] - 6:1, 95:3
**wash** [1] - 58:23
**Washington** [15] -
1:17, 1:20, 1:24,
6:22, 10:24, 74:21,
74:24, 78:19,
131:24, 132:10,
134:2, 138:2,
138:11, 138:21,
194:20
**watch** [2] - 62:4, 72:14
**watched** [6] - 56:6,
100:8, 100:15,
126:12, 138:15,
171:22
**water** [6] - 58:13,
58:23, 61:17, 62:12,
65:18, 66:24
**wave** [1] - 77:3
**waved** [4] - 74:15,
74:20, 75:1, 133:18
**waving** [2] - 12:11,
120:1
**weak** [1] - 8:3
**weapon** [5] - 91:20,
91:21, 112:22,
112:25
**weapons** [4] - 27:8,
30:5, 32:9, 102:15
**wear** [3] - 69:21,
80:24, 108:4
**wearing** [26] - 11:10,
11:11, 12:13, 12:22,
31:12, 61:22, 69:16,
69:17, 69:18, 81:1,
81:2, 81:4, 97:16,
103:21, 110:11,
112:14, 132:22,
133:2, 136:2,
150:21, 159:17,
163:13, 165:3,
185:5, 185:9
**wears** [1] - 11:4
**website** [1] - 133:3

**Wednesday** [2] -
75:21, 75:24
**weeks** [2] - 7:17, 193:9
**West** [47] - 43:13,
44:13, 44:15, 51:23,
52:13, 53:22, 53:25,
57:11, 57:13, 57:14,
57:15, 57:16, 57:19,
57:25, 58:4, 61:15,
62:16, 63:4, 63:5,
63:7, 63:9, 65:5,
65:14, 65:23, 66:4,
66:8, 67:6, 73:23,
74:1, 74:5, 74:6,
74:7, 75:10, 85:24,
86:20, 89:18, 89:20,
89:21, 89:22, 95:19,
98:19, 112:1,
124:12, 125:2,
125:11
**west** [17] - 22:19,
22:24, 23:9, 39:4,
39:6, 43:12, 43:16,
43:25, 74:2, 123:8,
141:13, 141:14,
141:17, 144:8,
164:6, 176:3, 176:15
**westbound** [1] - 55:14
**whereabouts** [1] -
132:19
**White** [3] - 57:23,
137:14, 158:19
**white** [3] - 52:18,
69:18, 146:24
**whole** [4] - 46:10,
57:7, 127:24, 182:17
**wide** [1] - 106:15
**wife** [9] - 11:7, 20:13,
135:12, 157:5,
157:8, 157:16,
159:16, 184:22,
185:21
**willing** [1] - 136:14
**willingness** [1] -
136:11
**WILSON** [1] - 1:11
**window** [18] - 12:2,
26:20, 74:13, 74:25,
75:14, 76:4, 93:11,
93:13, 93:14, 93:20,
94:4, 94:5, 94:12,
114:4, 114:14,
114:15, 126:14,
133:19
**windows** [10] - 32:14,
32:18, 33:3, 93:10,
117:22, 117:24,
117:25, 122:15,
125:23
**wing** [2] - 92:19, 128:5

**Wing** [24] - 7:22, 8:14,
71:5, 71:9, 71:13,
73:15, 76:13, 86:22,
87:6, 87:8, 90:15,
94:22, 95:1, 95:22,
95:25, 97:4, 97:7,
103:9, 116:25,
117:1, 117:13,
122:14, 122:17,
125:20
**winner** [1] - 183:1
**winners** [2] - 143:18,
185:14
**wise** [50] - 3:9, 15:23,
18:20, 25:1, 27:16,
28:3, 42:16, 43:20,
46:24, 49:20, 52:8,
53:17, 55:7, 63:11,
64:4, 70:17, 72:1,
73:9, 76:18, 79:14,
80:6, 82:10, 83:13,
84:17, 84:25, 85:9,
85:19, 86:16, 89:11,
89:13, 90:12, 90:18,
91:1, 96:3, 96:12,
96:19, 97:10, 97:23,
98:8, 98:13, 99:12,
123:5, 125:25,
126:2, 126:8, 153:1,
164:13, 166:19,
167:13, 170:5
**withdraw** [2] - 45:14,
156:8
**witness** [16] - 5:5, 6:7,
13:6, 40:13, 130:22,
130:25, 140:12,
147:11, 152:6,
152:22, 156:1,
190:4, 190:6,
190:11, 190:15
**WITNESS** [86] - 2:2,
32:22, 40:20, 45:8,
45:21, 45:23, 49:24,
50:3, 50:6, 50:9,
50:12, 50:15, 53:5,
62:2, 63:5, 63:10,
64:10, 64:14, 64:18,
64:21, 73:19, 73:22,
73:25, 74:5, 74:9,
75:9, 75:16, 76:2,
76:17, 76:22, 77:5,
77:8, 78:6, 78:9,
78:13, 78:15, 81:12,
81:20, 82:6, 82:18,
82:25, 83:5, 83:8,
90:15, 90:22, 90:24,
91:7, 91:10, 91:15,
91:19, 91:24, 92:2,
92:7, 92:10, 92:15,
92:22, 93:2, 93:6,

93:8, 93:11, 93:15,
93:18, 93:21, 94:15,
96:17, 97:3, 97:7,
114:6, 114:11,
128:3, 128:6,
128:11, 128:14,
128:17, 128:20,
128:25, 129:2,
129:8, 129:11,
129:13, 129:19,
129:24, 130:2,
130:21, 178:19,
190:1
**Witness** [5] - 25:25,
71:16, 124:18,
171:9, 171:20
**witnessed** [3] - 140:3,
142:7, 180:12
**Witnessed** [1] - 153:2
**witnesses** [7] - 4:8,
4:9, 4:13, 4:21, 5:3,
7:7, 9:12
**woman** [5] - 165:13,
165:15, 165:22,
166:3, 166:11
**wood** [4] - 142:15,
142:19, 168:2,
169:11
**wooden** [4] - 94:6,
94:17, 112:17,
112:20
**word** [1] - 90:15
**words** [12] - 6:14,
9:17, 10:5, 21:24,
26:24, 100:9,
139:21, 140:20,
142:21, 143:17,
182:23, 182:24
**wore** [8] - 144:21,
145:2, 148:1,
148:15, 148:19,
149:17, 150:11,
185:10
**workday** [1] - 100:21
**works** [1] - 123:20
**Worksheet** [2] - 16:7,
16:14
**worn** [1] - 147:19
**worth** [1] - 185:14

# X

**x-ray** [1] - 48:15

# Y

**years** [3] - 41:14,
131:15, 180:25
**yelling** [3] - 113:24,
114:18, 114:19
**YODER** [1] - 1:5

**Yoder** [138] - 3:4, 3:13,
6:13, 6:20, 6:25,
7:12, 7:17, 7:20,
7:24, 8:2, 8:5, 8:11,
8:15, 8:18, 8:20,
8:25, 9:5, 9:20, 9:22,
10:5, 10:6, 10:18,
11:2, 11:16, 11:21,
36:15, 84:11,
103:17, 103:18,
103:21, 117:10,
132:5, 132:8,
132:14, 132:20,
133:3, 133:7, 133:9,
133:10, 133:13,
133:15, 133:24,
134:9, 134:23,
135:12, 135:14,
136:2, 136:7,
136:16, 136:22,
137:9, 137:19,
138:4, 138:9,
138:15, 139:2,
139:8, 139:17,
140:3, 140:6,
140:17, 141:10,
141:19, 142:4,
142:23, 143:1,
143:5, 143:10,
143:14, 144:3,
144:6, 144:18,
145:9, 145:14,
145:19, 146:11,
146:20, 147:1,
148:15, 149:17,
150:11, 150:21,
151:7, 151:17,
151:21, 152:9,
152:15, 153:6,
153:13, 156:23,
157:19, 157:25,
158:24, 158:25,
159:12, 159:15,
159:24, 160:3,
160:8, 161:3, 161:7,
161:13, 162:13,
162:14, 162:21,
162:23, 163:1,
163:8, 163:10,
165:10, 165:22,
165:24, 166:9,
166:10, 167:5,
167:18, 167:25,
168:22, 169:10,
171:23, 176:8,
177:3, 178:14,
178:20, 185:17,
186:4, 187:5,
187:25, 188:3,
188:14, 188:22,
188:25, 189:6,

189:11, 189:16,
189:20, 190:15,
190:19
**Yoder's** [5] - 9:16,
155:4, 186:20,
187:4, 189:17
**you's** [1] - 68:25
**young** [2] - 5:23,
143:24
**yourself** [3] - 25:24,
41:1, 59:11
**yourselves** [1] - 192:8
**yup** [1] - 107:18

# Z

**zone** [4] - 51:25,
60:11, 155:3, 155:12
**zoom** [1] - 17:15
**zoomed** [2] - 168:14,
168:16
**zoomed-in** [2] -
168:14, 168:16