**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **v.** | ) |
| | )   **21-CR-505-RCL** |
| **ISAAC YODER,** | ) |
| | ) |
| **Defendant.** | ) |

**JOINT MOTION FOR EXTENSION OF TIME
TO FILE PROPOSED FINDINGS OF FACT
AND CONCLUSIONS OF LAW**

COME NOW the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Defendant Isaac Yoder, by and through his attorney, John L. Machado, and requests an extension of seven (7) days, until May 1, 2023, in which to file their joint Proposed Findings of Facts and Conclusions of Law . In support of this motion, the parties state as follows:

1.      On March 20 and 21, 2023, the court held a two-day bench trial in the present matter. Mr. Yoder was charged via information with four misdemeanors: (a) Entering and Remaining in a Restricted Building, in violation of 18 U.S.C. § 1752(a)(1); (b) Disorderly and Disruptive Conduct in a Restricted Building, in violation of 18 U.S.C. §1752(a)(2); (c) Violent Entry and Disorderly Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D); and (d) Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G). Mr. Yoder was allowed to remain on his personal recognizance.

1

2.      After all the evidence was received, the court requested that the parties submit the Proposed Findings of Facts and Conclusions of Law. The court asked the parties to agree upon and submit a mutually agreed upon due date.

3.      Per mutual agreement by the parties, on March 29, 2023, the court issued an order setting a deadline for the submission of the Proposed Findings of Facts and Conclusions of Law of April 25, 2023.

4.      In the time between the trial and the deadline, there have been some unexpected complications regarding the trial transcripts in this matter. Specifically, the defense has had issues in obtaining the transcripts from the court reporter because of issues within the voucher system.[1] Therefore, this has hindered the ability for the parties to prepare and file a joint Proposed Findings of Facts and Conclusions of Law.

5.      Accordingly, the parties are jointly requesting an extension of one week, until May 1, 2023, to file their joint Proposed Findings of Facts and Conclusions of Law.

Wherefore, for the reasons provided above, the parties respectfully request an extension of time, until May 1, 2023, in order to file their joint Proposed Findings of Facts and Conclusions of Law in this matter.

---

[1] The defense ordered the transcript from the court reporter via the CJA voucher system as soon as the trial concluded. The court reporter indicated that she would provide the transcript once the voucher had been approved. However, a copy of the transcript has not been received yet, as the submitted voucher had not been approved. Upon information and belief, apparently the voucher was inadvertently sent to Judge Sullivan (who was initially handling this case) rather than Judge Lamberth, and therefore was delayed. The court reporter has indicated that she will provide a copy to counsel regardless of the voucher approval provided that the voucher eventually gets approved. Upon information and belief, at last check by defense counsel, it appears that the voucher was approved by the court yesterday.

Respectfully submitted,


ISAAC YODER                                    MATTHEW M. GRAVES
By Counsel                                     UNITED STATES ATTORNEY
                                               D.C. Bar Number 481052



/s/ John L. Machado                            By: /s/ Sarah W. Rocha
JOHN L. MACHADO, ESQ.                          SARAH W. ROCHA
Counsel for Isaac Yoder                        Trial Attorney / Detailee
Bar No. 449961                                 D.C. Bar No. 977497
503 D Street, NW, Suite 310                    219 S. Dearborn Street, Fifth Floor
Washington, DC 20001                           Chicago, Illinois 60604
(703) 989-0840                                 (202) 330-1735
johnlmachado@gmail.com                         sarah.wilsonrocha@usdoj.gov

                                               MICHAEL L. BARCLAY
                                               Assistant United States Attorney
                                               Member of N.Y. Bar
                                               U.S. Attorney's Office for the District of
                                               Columbia
                                               601 D Street, NW
                                               Washington, D.C. 20530
                                               (202) 252-7669
                                               Michael.Barclay@usdoj.gov