IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) 21-CR-505-RCL |
| ISAAC YODER, | ) |
| | ) |
| Defendant. | ) |

# ORDER

UPON CONSIDERATION of the Joint Motion for Extension of Time to File Proposed Findings of Fact and Conclusions of Law, and good cause having been shown, it is hereby on this 27th day of April, 2023,

**ORDERED** that the motion is **GRANTED**. It is also

**ORDERED** that the parties shall file their Proposed Findings of Fact and Conclusions of Law by May 1, 2023.

**SO ORDERED.**

_____
Judge Royce C. Lamberth
United States District Court

1