# Exhibit B

3/8/23, 3:34 PM  GiveSendGo - Isaac Yoder aka George Washington Legal Defense: The #1 Free Christian Fundraising Site.

Case 1:21-cr-00505-RCL Document 71-1 Filed 08/18/23 Page 2 of 7

  

Give  Share  Pray

# Isaac Yoder aka George Washington Legal Defense



Campaign Created by: **Emily Myers**

The funds from this campaign will be received by Isaac Yoder.

Goal: **USD $200,000**

Raised: **USD $ 16,646**

On January 6th my brother Isaac Yoder along with other family members traveled to Washington DC to peacefully protest what we did then and still do believe to be a stolen election.

Isaac was dressed as the most famous of our patriots, George Washington, and carrying our flag on a staff (dressing in similar costume is something Isaac has enjoyed doing for years for many occasions). After listening to Trump's speech, at some point Isaac walked over to the Capitol building. There were many police there and people were walking in and out of the

3/8/23, 3:34 PM GiveSendGo - Isaac Yoder aka George Washington Legal Defense: The #1 Free Christian Fundraising Site.

Case 1:21-cr-00505-RCL Document 71-1 Filed 08/18/23 Page 3 of 7




Give

noticeable costume, he was stopped by others to take pictures with him, which he obligingly allowed.

Now, he is being harassed, bullied, and intimidated. He is being advised by the FBI that while he may have rights, if he invokes them the FBI will respond in kind with harsher tactics. He is quickly incurring significant financial debt from the efforts required to defend himself. Isaac has a wife and three small children.

Many false articles have been put out about Isaac, including articles that tell names and ages of his children and showing pictures of them. They have put his phone number and link to his business out for everyone to see in what seems to be an attempt to destroy his business. While those who know him are supportive and know him to be patriotic and peaceful, he has recieved a lot of hate calls and e-mails from those who have read many of these slanderous reports.

Just last week Isaac was told to appear in court in Springfield, MO where he was detained for several hours and put in handcuffs and chains before being released on conditions.

While we are being told there will be a number of hearings coming up soon the real trial may not take place until next year.

Isaac has commited no crime to receive this treatment. If this and many other cases against innocent people who were in DC on Jan are allowed to go forward, the government will not stop there. Our freedoms are being taken away.

Thank you so much for your prayers and gifts.

Read less



UPDATES

 

Give

been so blessed by your generosity. I get so busy with 6 little children of my own that I don\'t get updates posted often, but we are so thankful for every single gift! Isaac has another hearng scheduled in a couple weeks. (How time flies!)

Read more

**Plea hearing tomorrow**   
October 27, 2021

Isaac will have a plea hearing tomorrow afternoon. Please pray for favor with the judge and both the lawyers involved. God has been so good and we are so grateful for all the prayers and financial support! We are blown away by how God is using His church to support us during this time. Thank

Read more

**Update #1**   
August 23, 2021

Isaac has another hearing tomorrow via ZOOM. He has some legal counsel for now, but they continue to look for a good (and affordable) lawyer to help in the longer term. As you feel led please be in prayer for this hearing tomorrow. Isaac and all of the family are so thankful for all the support people are showing! Thank you for your prayers, financial gifts and for sharing Isaac's story.

FOLLOW




Give

Click the Pray Now button to let the campaign owner know you are praying for them.

PRAY

Recent Donations

USD $
5

Lydia Sorrow

125 days ago
Praying for you and your family

 0

USD $
5

Lydia Sorrow

156 days ago
Praying for you and your family

 0

3/8/23, 3:34 PM GiveSendGo - Isaac Yoder aka George Washington Legal Defense: The #1 Free Christian Fundraising Site.

Case 1:21-cr-00505-RCL Document 71-1 Filed 08/18/23 Page 6 of 7

  

Give



# GiveSendGo, the place where help and hope go hand in hand.

## Start a GiveSendGo



    

Support GiveSendGo

| Blog | Jobs | Press | Contact Us |
| Testimonies | Prayer Wall | Pricing and Fees | Terms of Use |
| GiveSendGo Tips | Giver Army | Help Center | Privacy Policy |

3/8/23, 3:34 PM  GiveSendGo - Isaac Yoder aka George Washington Legal Defense: The #1 Free Christian Fundraising Site.

Case 1:21-cr-00505-RCL Document 71-1 Filed 08/18/23 Page 7 of 7




Give

Need Help?