8/3/2023

Honorable Judge Royce C. Lamberth

Senior Judge United States District Court for District of Columbia

Subject: Isaac Yoder Character Reference Letter

Dear Honorable Judge Lamberth,

We are writing to you in support of our son in-law Isaac Yoder. We have known Isaac since he was a teenager and we found him to be a gifted and godly young man. He's respectful and requested permission to "COURT" our daughter Kelly and they have been married 10 ½ years. They now have 3 beautiful children, ages 9, 7 and 3 and Isaac is such a loving father and a great provider. We are proud of him and his work ethics. He is well respected in the community and as a locksmith has helped many people even when they weren't able to pay him. He loves his country and stands on principle. He does not have a record and he is not a criminal.

His children need him home and we hope and pray that you consider community service instead of serving time in jail.

Thank you for taking time to read this.

Respectfully,
Carmen Vazquez
Albert Vazquez
USN Vietnam Veteran
West Haven, Connecticut

Your Honor,

      My name is Kaleb Jackson, and I live in Nevada, MO with my wife and two children.  I currently work as a co-owner of a small construction company, with prior work experience including a five-year enlistment in the United States Marine Corps.  I have personally known Isaac Yoder for around a year.  I also understand that he has been convicted of certain crimes pertaining to his involvement at the U.S. Capitol building on January 6, 2021.

      My most regular interactions with Isaac Yoder are at our church.  However, Nevada is a small town, and I run into him regularly while out and about.  I believe that every interaction I've had with him, he's either been working or he was with his family.  He seems to be a man who has structured his life around providing for his family and providing his needed locksmithing services to our community.  Given the legal matters at hand, and given our small town, I've heard a number of people talk about Isaac and his legal matters, and I have yet to hear anyone speak a bad word against him, and I think that's because this community knows him.  Even his reputation as a businessman is a testament to his character: in our small and tight-knit community, reputation is everything.  Isaac Yoder wouldn't have the reputation he does without a great measure of honesty and integrity.

      Isaac Yoder is a man of Christian faith, and it has been an encouragement to me to see first hand how the legal matters of the last 2.5 years have further grounded that faith.  His testimony in this regard has been an encouragement to our church as a whole.  Even when talking of his legal standing, I have yet to hear him speak a spiteful word against anyone.  As a fellow man and a fellow Christian, I would trust him with my life.

Very Respectfully,

*Kaleb R Jackson*

Kevin Rouintree
███████████
Nevada, MO 64772

August 14, 2023

The Honorable Royce C. Lamberth

Dear Judge Lamberth,

I am Kevin Rouintree, Professor Emeritus (Philosophy) of Cottey College, Nevada, Missouri. In advance of his sentencing, I wish to address the general character and way of life of Isaac Yoder.

In 2014, I became aware of Isaac Yoder as the younger brother of two men with whom I worshipped at Calvary Baptist Church, in Nevada, Missouri. Isaac was a local locksmith, not merely with a flair for patriotic display but with a consistent readiness to pursue the possibility of a friendly and meaningful conversation. Over the years, Isaac and I became better acquainted, significantly through such things as church plays and occasional small men's singing groups.

Since January 6, 2021, Isaac and I have conversed more frequently and with increasing intensity. Isaac has deepened significantly in these last two and a half years. I recall his anxiety and amazement when he first learned that he was being charged for his presence in the Capital. He was initially dismayed and somewhat unnerved at the measures being taken against him. It became quickly evident, however, that Isaac was neither going to panic nor grow angry, resentful, or hardened in any way. Along with his wife, Kelly, he has been willing to share his legal situation with those who are interested. But, at the same time, this couple has never allowed their own situation to crowd out the constancy of their own concern for others.

I wish to offer an example that speaks to Isaac's concern for others and his support for working appropriately with government authorities. In March 2023, several people in our church witnessed the sudden collapse of a local family. Trying to protect the three children involved, three couples met promptly with the children's father, Andrew Atkinson. Those three couples were Isaac and Kelly Yoder, my wife and I, and Isaac's sister, Patience, and her husband, Paul Guenther. The conversation that evening focused on the good of the children, the recovery of the father's ability to cope, and concern for the mother (against whom I had had to make a complaint that resulted in her first arrest and hospital observation). My first point with this example is that we called on Isaac and Kelly for their steadiness of concern and their insights into the good of vulnerable children and adults—and they did not disappoint us. I would also note that even as Paul and Patience (Yoder) Guenther took the children into their home for four months, we all supported them as they also took the initiative to work with local authorities. (Vernon County cases involving this situation include 23VE-PR00149 – IN RE

IN THE MATTER OF: ATKINSON CHILDREN and, for cases concerning Andrew Atkinson's wife, Hannah E. Bolles, cases 23VE-CR00195, 23VE-CR00258, and 23VE-PR00198.) Thus, not only did Isaac and Kelly Yoder reflect and speak with concern, but they also looked to uphold and to seek assistance from local governmental authorities.

While he is always ready for conversation, Isaac Yoder is simply not a confrontational man. He is not given to any displays of inappropriate anger—and his remarkably well-behaved and happy children seem clearly to confirm what I am here asserting. Committed to right order in his faith and morals, Isaac is far more a reconciler than a divider. Did he trespass against certain boundaries on January 6, 2021? I accept the verdict that he did. Did he do so with rebellious intent? I am confident that he did not. On January 6, 2021, Isaac failed to recognize where certain boundaries of legal order stood. But this failure on his part did not involve a desire to transgress against the government of the United States.

Isaac Yoder is neither an antinomian nor a narrow-minded authoritarian. He is a man of steady goodwill, committed to the good of others and clearly cognizant of the need for goodwill to be expressed through good order. Given his character and way of life, society does not need to be protected from Isaac Yoder. Further, no citizen of the general character of Isaac Yoder needs to be deterred by punishments from harming this country—for no such citizen would wish to do so.

I appreciate the time you have taken to consider my thoughts.

Sincerely,

*Kevin Rountree*

Kevin Rountree, Ph. D. (University of Texas at Austin)
Professor Emeritus (Philosophy)
Cottey College
Nevada, Missouri 64772

## Fwd: Isaac Yoder Character Reference Letter:

1 me   age

**Amanda Fraga** <amafraga11@gmail.com>  Tue, Aug 15, 2023 at 12:26 PM
To: John Machado <johnlmachado@gmail.com>

---------- Forwarded message ---------
From: **Arthur Vance** <██████████████>
Date  Wed, Aug 9, 2023 at 4 01 PM
Subject: Isaac Yoder Character Reference Letter:
To: <Amafraga11@gmail.com>


I have known Isaac for many years here in the city of Nevada, Missouri. I've had him out to my house to replace a key for one of my cars. He was serious, but cordial and very professional. while on the job. I see Isaac out in the community from time to time and he's always quick to smile and say hello! His services would be greatly missed by the community, not to mention his wife and children who depend on I aac for everything!

Sincerely,  Arthur Vance

  Viru   free  www ava  t com

August 4, 2023

To Whomever This May Concern:
Re: Isaac Yoder Character Reference Letter

My wife Nancy and I have known Isaac Yoder for approximately 20 years. We attended a number of church related events with Isaac and his wife. We also attended the same church as Isacc's wife Kelly (and her parents) for approximately 7 years.

We know Isaac to be a person of excellent character and integrity. From our observations Isaac has a very mild mannered, gentle, and caring personality. Isaac is also very peaceable and nonviolent.

Isaac is musically gifted and has shared his music in church related events.

Thank you for your consideration of Isaac Yoder's good character.

Sincerely,
Tom Eldredge

Tom Eldredge, Ph.D., P.E.
Forest, VA 24551



**SCOTT BUERGE**

Nevada, MO 64772

July 12, 2023

Mr. John Machado
503 D. Street
NW Suite 310
Washington, DC 20001

Subject: Isaac Yoder Character Reference

Dear Mr. Machado:

I wish to inform you that I have known Mr. Yoder for many years and know Him to be an outstanding person and valued resident of this community. He is a locksmith and completely trusted by the citizens of this community. Mr. Yoder has a wife and several small children who adore him as their father and family leader.

Mr. Yoder has never been in any legal troubles or caused mistrust in any way that I am aware of, I hope you will treat him kindly and allow him to continue To be a very valuable and contributing citizen of this community.

Sincerely,

Scott Buerge

**EXHIBIT 7**

July 12, 2023

Mr John Machado
503 D Street
NW Suite 310
Washington DC 20001

RE: Isaac Yoder Character Reference Letter.

Dear Sir:

I have known Mr Isaac Yoder since he was a teen here in our small community. He was a peaceful person all the while & still is. He being the local locksmith is a very respectable, helpful & charitable person. (He once met an older widow here at my workplace and opened a locked metal box that her husband had left at his death. Mr Yoder would not charge her for his travel, time or opening the box for her.

I watch him with his young family (wife & little girls) and I think if all Daddys could be as gentle and patient as he is what an America we would have.

Over the years, I have seen his finely tailored historical jackets and breeches (made & tailored by him) That also speaks for patience and self control.

Please accept my thought about this wonderful young man, father & young faithful husband & friend.

Sincerely,
Charlotte Buerge
████████████████
Nevada, MO 64772

July 16 2023

[redacted]
Nevada
Missouri 64772

To whom it may concern,

    I hereby atest that Isaac Yoder is a good man, above trust and dutiful to his country and fellow man.

Isaac has the keys to life, honesty and harmony. As a locksmith, he could enter any house, business or vehicle but his values are such that this would only happen upon instruction to do so.

I am glad to know Isaac. He is a friend, a role model and a fine example of what this country stands for.

    God Bless Him.

    Sincerely
    Henry John Lina

7/16/2023

Nevada, MO 64772

August 13, 2023

To Whom It May Concern,

I have known Isaac Yoder for close to two years, due to my job at a local home improvement store. He is a consistently well-mannered, cheerful and well-spoken gentleman each time I have interacted with him. I have since met his lovely wife Kelly and their three beautiful children. In my conversations with Isaac, he has proved himself to be a well-educated and sincere patriot, desirous of only good for his country and fellow Americans. In his profession, he is very respected for the fine work he does.

    We are blessed to have Isaac and his family as part of our community!

Sincerely,
Melanie Lisa

Aug. 7th, 2023

Dear Sir,

I am writing in regards to my brother Isaac Yoder.  I live not far from him and know that he is known by his extended family and by the people of this community as an honest and hard working man. He loves his family and his country. He has had a great love for the history of our country and enjoys sharing his knowledge of it with others. I know he may be concerned for the way this country is heading, but I also know he is a very kind and peaceable fellow. He went to Washington D.C. with others in his extended family including wives, little children and babies. They certainly had no intention of anything but peaceful protest, that the election would be more carefully looked into as to whether it had been fairly conducted; which seems only reasonable. Isaac is a law abiding citizen and is a good man to do business with or have as a neighbor.

Sincerely,

Coco Moore

█████████████

Sheldon, MO  64784

8/7/23

Isaac Yoder Character Reference Letter

To: Honorable Judge Royce Lamberth,

My name is David Benham, and I'm a business owner in Charlotte, NC. I've been in business for over 20 years and have enjoyed much success in the real estate industry.

Ten years ago I hired Isaac Yoder to work for me. He came highly recommended from my father, who told me that Isaac was diligent, honest, and faithful. I found this to be true, and after working for me for several years I was honored to help him start his own business as a locksmith.

One thing I watched was how his work and his family life were always in balance. He loved his wife, cherished his kids, and worked hard at his job with precision. His life has encouraged me to do the same.

For the past few years I've seen his character under attack as a result of his presence in DC on Jan 6. The things I've heard about Isaac are simply not true.

Isaac Yoder is a good man. He loves our country and would never do anything to jeopardize peace in our nation. He's of the same ilk as many of the pivotal leaders that helped build this nation to greatness.

I hope you find this character reference helpful as you sentence this good man. I pray you can see the same things I've been able to see since he was a young man.

Sincerely,

David Berka

Isaac Yoder is as fine a man as you could ever hope to meet. His good name goes before him, and his upstanding reputation follows him. I first met Isaac many years ago and have really gotten to know him over the past few years. In all of that time I have nothing but good things to say about him!

Isaac is a <u>Family Man</u>:
I have seen Isaac in his everyday life as he loves, gives, and works tirelessly providing for his wife and children. In his interactions with his family I have always witnessed him as a good, kind, and upstanding husband/father.

Isaac is a <u>Hard Worker</u>:
I have seen Isaac work through the day long no matter the conditions; and heard about how he is out helping his customers in the middle of night when the rest of us are sound asleep. He has a strong work ethic. A man who has built a business and a name people can trust.

Isaac is <u>Selfless and Dependable</u>:
I have seen Isaac in his dealings with his friends and family and he is always putting others before himself. When I had a big life event and a massive undertaking going on in my life, Isaac was there. He did more for me than anyone else outside of my own family. Anytime I needed help, he was always there. I could always count on him. He would even find ways to help me without me asking; pouring out his time and resources. To say that he was a blessing to me would be an understatement.

Isaac is <u>Trustworthy</u>:
Isaac has built a reputation not only in his dealings with his friends, but also in his community as being someone you can trust and rely on. I highly trust Isaac, but I think that an even better proof of this fact other than me simply saying so, is his business. Being a locksmith is no small thing. If people hire you they are trusting you with access to, and the keeping safe of their most valuable possessions and loved ones. I believe that the success of his business, and his good name speaks volumes to his trustworthiness and character.

Isaac is a good <u>Friend</u>:
Isaac is someone you want in your corner. He will be there in the good times and the bad, always ready to help. He is the kind of friend everyone wishes they had. I am proud and blessed to call him my friend.

I could go on about his good character but I know that you must be very busy. I just wanted you to know how fine of a man Isaac Yoder is. I hope that this letter is able to give you a picture into his life, and how well he is thought of by his community. Thank you for your time.

Respectfully

Andrew Hurt

Jolene Hurt
Butler, MO 64730

August 21, 2023

The Honorable Royce Lamberth
Senior Judge
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, DC 20001

Dear Judge Royce Lamberth:

Your Honor, my name is Jolene Hurt and I live in Bates County, Missouri. Thank you for giving of your time to read this brief letter I am writing on behalf of Isaac Yoder whom I have known as a family friend for some time. He has been a very giving friend to one of my sons and so kind to all of us. I have been privileged to observe his treatment of his family, his colleagues, his friends, and his community.

Isaac Yoder is not only well known in our community here in southwest Missouri as a friend to many; but equally well as an honest, highly esteemed and hard working businessman. One can talk to business after business and learn of the care and respect he has for those who hire him for his locksmith skills. One can also traverse this community and hear of those he assists out of the kindness of his heart.

His respect for his country is something that is displayed in a tangible manner through one of his signature and well known hobbies...the artisan craft of being an historical period tailor and daily living in detailed historical costume. He will be seen on any given day and in any and every setting (ie. working, shopping, attending events, going to church, working outside, etc.) dressed up in historical period costume honoring either a person in history or an era. These outfits are made by Isaac himself. It's an amazing passion and talent. We enjoy it as a community as we see him and even his children donning these magnificent outfits.

I have known Isaac to faithfully and painstakingly respect local, state, and federal authorities and laws as a matter of practice. I've known him to be a leader who is a peacemaker and the reasonable voice in the room when disagreements arise.

I have witnessed, first hand, Isaac's exemplary treatment of his parents, his siblings, his wife and his precious children. It is beautiful to see. He has been a faithful provider for those under his roof and teaches his children, through words and through his life, to do hard and honest work and to reach out and care for others.

Your Honor, I pray that you will consider Isaac's honestly earned above reproach reputation as a citizen, a father, a husband, and his high value as a member of his community.

Sincerely,

Jolene Kay Hurt



John Machado <johnlmachado@gmail.com>

## Fwd: Issac Yoder Character Reference Letter
1 me   age

**Amanda Fraga** <amafraga11@gmail.com>                                    Thu, Aug 17, 2023 at 10:45 AM
To: John Machado <johnlmachado@gmail.com>

---------- Forwarded message ---------
From: **JANIE CLAFLIN** <██████████████>
Date  Tue, Aug 15, 2023 at 2 38 PM
Subject: Issac Yoder Character Reference Letter
To: <Amafraga11@gmail.com>

I have known ISSAC YODER  since he was a small child attending our church,  the Sheldon
Christian Church, Sheldon, MO.
He has matured into an admirable  young man who is an outstanding family man.  He is building
a bu  ine    a  a lock  mith   He and hi  family are well known and re  pected in our community

For an innocent 20  minute stroll through the Capitol building he is being punished.  For What?
He did nothing.  It is so saddening that completely innocent people can be harassed,  their lives and businesses ruined by the whims of politician

Please the weigh the consequences of punishment for a very good young man against the rewards of punishment for a no victim crime  to those who render unjust  judgement  against those they can gain power over.

Sincerely,  Betty Jane Claflin, ██████████, Sheldon  MO 64784, Phone: ██████████
email: ██████████████

**Isaac Yoder Character Reference Letter**



Mr. John Machado,

Greetings.

I have know Isaac Yoder for many years. He has always been an upstanding man and represenative of our community. I first met him in my real estate profession. He has done a lot of work for me, and others at my brokerage, and always provided fantastic customer service.

One thing that always drove me to do business with him, other than his efficiency and proper handling of the job, was how he carried himself. He was always dressed neat and clean. He took care of his appearance as much as he did his job. We received countless compliment from people about what a nice and well-kept man he was, and that was not only at work, but also his private life.

After hearing of his legal issues, I looked in to what he was charged with and also what evidence was against him. To be blatently honest, I cannot comprehend how any charges have stuck to him. Especially with the testimony from others about Isaac and his actions.

I am taking my valuable time to write this letter as a sign of support for Isaac and his legal actions on January 6th, a day that has been wildly blown out of proportion.

He has my support, and I hope others will peacefully exercise their rights to protest in the future.

Thank you for your time, I appreciate your service to our great nation as well.

1

August 9, 2023

To: The Judge Handling the Isaac Yoder Case

We are writing on behalf of Isaac Yoder and his family. Leaving aside our complete disgust with the travesty of convicting this man in the first place, we want to instead focus on what he means to our community.

Mr. Yoder lives in the heart of the Midwest, in a town of about 8400 people. He is a respected member of our community, a business leader, a Christian, a kind and caring neighbor, a patriot, and a family man. He is cherished by the people in our town. Since you hold his fate in your hands, we implore you to remember your robes and position are supposed to represent justice, not an agenda. This country has been bruised enough by the spectacle of unaccountable government. Please do not add to the unraveling of our nation through an unjust sentencing of this gentle soul.  Please return him to his family and his community.

Respectfully,

Jerry and Cyndia Haggard
Nevada, Missouri