Isaac Yoder Character Reference Letter

Mr. John Machado,
    I am writing you because I believe it is very important that you hear from someone who personally knows him. Please take time to read these character reference letters. I will try to be brief. I have known Isaac since he was a teenage boy. He has always been respectful to his parents and others. He is very honest and trustworthy in his business dealings. He and his wife and children are faithful in attendance to our Baptist Church. Yes, he is very patriotic because he loves this country, but that is not his first love. His love for God and Jesus come first. He is a dedicated Christian and tries to live his life according to God's word, the Bible. Thank you for the opportunity to bring this to your attention.
           God Bless,
        Mr. and Mrs. Borders

8/7/23

Isaac Yoder Character Reference Letter

To: Honorable Judge Royce Lamberth,

My name is David Benham, and I'm a business owner in Charlotte, NC. I've been in business for over 20 years and have enjoyed much success in the real estate industry.

Ten years ago I hired Isaac Yoder to work for me. He came highly recommended from my father, who told me that Isaac was diligent, honest, and faithful. I found this to be true, and after working for me for several years I was honored to help him start his own business as a locksmith.

One thing I watched was how his work and his family life were always in balance. He loved his wife, cherished his kids, and worked hard at his job with precision. His life has encouraged me to do the same.

For the past few years I've seen his character under attack as a result of his presence in DC on Jan 6. The things I've heard about Isaac are simply not true.

Isaac Yoder is a good man. He loves our country and would never do anything to jeopardize peace in our nation. He's of the same ilk as many of the pivotal leaders that helped build this nation to greatness.

I hope you find this character reference helpful as you sentence this good man. I pray you can see the same things I've been able to see since he was a young man.

Sincerely,

David Berke

7/29/23

To Whom This May Concern,

My name is Chris Morris from Nevada, Missouri. I am the Chairman of the Deacon Council at Calvary Baptist Church in Nevada, MO.

I have known Issac Yoder and his family for over 20 years. He and his family attend church and fellowship with us and the congregation. Over the years, I have enjoyed visiting with him about his love of the Lord and his deep love for this country and for the history of our founding as a Nation.

Issac is a very talented musician and has entertained the church congregation with religious and patriotic songs over the years. He has a deep love for Christ his Savior as well as a deep love for the United States. He cares deeply for his wife and children as well as his family.

Issac owns a locksmith business in which he helps individuals and families in emergency situations. He has personally helped my family in several situations and has acted professionally and compassionate to others a true representation of a person with good moral character.

I consider Issac a man of impeccable integrity and character. I believe he has a deep love for his country is true and honest. I believe him to be a very Godly man and an upstanding member of society.

Sincerly,

Chris Morris

Chairman of the Deacon Council

Calvary Baptist Church, Nevada, MO

# Character Reference Letter for Isaac Yoder

To Mr. John Machado,                                          July 26, 2023

My name is Sarah Morris and I am offering a character reference letter for Isaac Yoder whom I have personally known for many years through his locksmith business, in friendship, and through our Church.

Isaac runs a locksmith business and has personally rescued our family over the years several times in emergency situations. He has worked in our home on our house doors and I absolutely have complete trust in Isaac to come into our home any time. At least one instance that Isaac came to rescue us was late at night. I needed my car the next morning to get to work. Isaac left his wife and family after he had arrived home from his work day and came over to our house to unlock my vehicle. This is the kind of character that Isaac Yoder exudes. He is a kind and loving family man that will go out of his way to help others and be a friend to anyone he meets. Isaac loves the Lord, his family, his country, and others and lives his life in a way that is exemplary for those around him to see. He always presents himself with level headedness and grace.

During our friendship with Isaac and his family, I have observed Isaac as an individual that has grown up in a loving and caring home. He is now living that life out in his own household with those same principals. He was brought up in a family with a desire to serve others and that has now carried on into his own family as an adult. His ready smile shows a demeanor of friendship and caring for others.

Isaac and his family clearly have a love for the Lord. They have a true desire to serve him and live their lives to be an example for others to follow and know our loving and kind Savior, Jesus Christ. Isaac and his family sit near us during church. He and Kelly love and care tremendously for their three children. Isaac is an affectionate, devoted, and kind father and husband. He is extremely involved with the upbringing and rearing of his children. On Sundays, I observe Isaac and Kelly holding and loving their children during our church service and after. He and his brothers and sisters would often play instruments and sing specials in our church when growing up. Isaac and his wife Kelly are now raising their own children in this same manner and their family have also sung specials together.

The picture I have included is one that I took after our church service near the 4th of July this year. Isaac and his family were dressed in 1776 period garb to showforth their patriotism for our beloved country. Isaac not only has a love for the Lord and his family, but also has a love for our great country as well.

Please do not hesitate to contact me if you should require any further information.
Sarah Morris
Cell Number: 1



Date: July 29, 2023

To Whom This May Concern,

My name is Annabelle Morris, a fellow member of Calvary Baptist Church, where Isaac Yoder attends. I am writing this letter as a reference of good character on behalf of Mr. Yoder. I have known him as a fellow church member who would be willing to help anyone out, regardless of the situation. Additionally, I know Mr. Yoder to be an individual who is of good, moral character.

I can confirm that in the time I have known him, Isaac Yoder is a trustworthy, honest, and hard-working man. He truly is a valued member of his family, church, and community.

Sincerely,

Annabelle Morris

Annabelle Morris

July 26, 2023

Betty Claflin

████████████

Sheldon, Missouri 64784

Mr. John Machado
503 D Street
NW Suite 310
Washington, DC 20001

SUBJECT: **ISSAC YODER CHARACTER REFERENCE LETTER**

Dear Mr. Machado:

I became acquainted with **ISSAC YODER** when he was a small boy and played the piano at our church. His musical ability and talent are phenomenal.

I have witnessed Issac grow into an outstanding young man. He has a family and two very young daughters and has started a successful business as a locksmith.

His honesty, integrity, work ethic, and Christian morals are a beacon to others.

His love of our country and pride in our way of life should not be punished,

Sincerely,

Betty Claflin

Betty Claflin

August 6, 2023

Dear Mr. Machado,

I hope you will excuse a stranger addressing you, but I wanted to write today on behalf of Isaac Yoder. Mr. Yoder is a hard-working and valuable member of our community. For as long as we have resided here, I have always seen Mr. Yoder out and about town, working hard at his locksmithing business. I recently had the priviledge of recommending his services to my parents for their new home. Afterwards they praised Mr. Yoder's professionalism and efficiency. I humbly ask that leniency might be shown Mr. Yoder during his sentencing. Thank you.

Sincerely,

Adriel Koller

████████████

Warrensburg, MO
64093 `1332
August 12, 2023

Subject:   "Isaac Yoder Character Reference Letter"

Honorable Judge

On behalf of Isaac Yoder, I am writing to support his innocence in the United States Capitol Hill happenings on January 6, 2021.

Mr. Yoder is a resident of Nevada, Missouri.  He is known throughout the community as an honest, responsible citizen. He is a family man with a wife and children.  He is a tailor by trade and the costume he wore on January 6th was his own work.

Mr. Yoder was there as a Patriot; therefore, it is my conscience that persuaded me to write of his non-violent patriotic attendance on January 6, 2021, at the United States Capitol Hill.

Thank you for your consideration on this matter.

Sincerely,

Virginia Campbell

EXHIBIT 25

Cathy Jo Loy

███████████████████

Carthage MO 64836

Mr. John Machado
503 D Street
NW Suite 310
Washington DC 20001

To Whom It May Concern,

On January 6th, Isaac Yoder followed a group of American citizens into the United States
Capitol. He was dressed in an historic costume and was captured repeatedly on video walking
around respectfully, stopping for photos, and exiting within 18 minutes. There is no way his
action could be construed as anything other than that of peaceful and respectful.

Please consider Mr. Yoder's conduct and his record as a solid citizen, family man and
business owner. There is nothing in his demeanor that suggested anything scandalous and should
not be sentenced to anything more than a fine.

Respectfully,

Cathy Jo Loy

August 9, 2023


Subject: Isaac Yoder Character Reference


To Whom it may concern:

I have known Isaac Yoder for about 8 years.  He owns a locksmith business in our city and has done several jobs for me.  I have had many conversations with him about various subjects, including his activities that put him in this present situation.

I firmly believe that he will not participate in this kind of activity again.

He is well liked and has a good reputation in the area.  He can be trusted and his honesty, in my opinion, is without question.  This is further evidenced by his thriving locksmith business.  If he was not trustworthy he would not survive in his business.

I would ask that the sentencing judge impose the least penalty possible.  I believe that it would not serve any good purpose to incarcerate or impose a fine on Isaac.

He is a good family man and business owner.  In my travels and contacts around the area where we live, I find that the opinion of most people is very sympathetic toward Isaac's situation.

I spent over 35 years as a peace officer and retired from the Iowa Department of Public Safety at the rank of Special Agent-in-Charge, Division of Criminal Investigation, after 26 years of service.

I worked numerous cases; including public corruption, murder, drug trafficking, etc.  Several of my cases were adopted by the U. S. Attorney, Northern District of Iowa, in Cedar Rapids and Sioux City.

Over the years I consider myself to be a very good judge of character.  I think Isaac Yoder is of good character and believe his case should be treated as a very low- level offense that is not likely to be repeated.

Please feel free to contact me if there are additional questions.



Sincerely,

James Robert Henderson


Nevada, MO 64772

Phone: ▮▮▮▮▮▮▮ (cell)

August 9, 2023

Mr. John Machado
503 D Street
NW Suite 310
Washington DC
20001

Re: Isaac Yoder Character Letter

My wife and I have known Isaac Yoder and his family both personally and professionally for several years. We both can say that Isaac is a wonderful person. We have nothing but the highest respect for him, and that is a common feeling for the Nevada, MO and Vernon County MO residents.

I am the chairman of the Trustees for the United Methodist Church in Nevada and I have trusted Isaac to replace and repair the locks on all our church doors for years. His work in repairing damaged locks and recently replacing all the locks on the half dozen outside doors has been outstanding. We would not trust just anyone to do this work – but we definitely can trust Isaac!

We know that Isaac entered the capitol and peacefully walked around inside for less than 20 minutes. That peaceful action surely did not deserve the guilty verdict that he received. We very sincerely hope that his sentence should be extremely light.

Sincerely,

Jay and Kim Bowmaster

Milo, MO
64767