UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**ISAAC SAMUEL YODER,**<br><br>*Defendant.* | Case No. 1:21-cr-505-RCL |

## ORDER

It is hereby **ORDERED** that Defendant's Motion [74] for Reconsideration of the Sentence is **DENIED**. As stated in open court at the sentencing hearing, the Court considered and rejected the alternative sentence requested in the motion.

**IT IS SO ORDERED.**

Date: August 28, 2023

Royce C. Lamberth
United States District Judge

1