# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 21-CR-505 (RCL) |
| v. ) | |
| ) | Judge: Lamberth |
| ISAAC YODER, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

Notice is hereby given that the Defendant, Isaac Yoder, would like to exercise his right to appeal the judgment and sentence entered in this action on the 25th day of August, 2023, and signed by the court on the 29th day of August, 2023, to the United States Court of Appeals for the District of Columbia Circuit.

Respectfully submitted,

ISAAC YODER
By Counsel

/s/ John L. Machado
John L. Machado, Esq.
Bar. No. 449961
Counsel for Isaac Yoder
503 D St, NW, Suite 310
Washington, DC 20001
Phone: (703) 989-0840
E-mail: johnlmachado@gmail.com

## Certificate of Service

I hereby certify that a true copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system this 5th day of September, 2023, which will send a notification of such filing (NEF) to all counsel of record.

   /s/John L. Machado
John L. Machado, Esq.
Bar Number 449961
Attorney for Isaac Yoder
Law Office of John Machado
503 D Street NW, Suite 310
Washington, D.C. 20001
Telephone (703)989-0840
Email: johnlmachado@gmail.com