UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case. No. 21-cr-505 (RCL) |
| ) | |
| ISAAC SAMUEL YODER ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S OPPOSITION TO UNITED STATES' MOTION FOR EXTENSION OF TIME TO FILE ITS RESPONSE**

Isaac Samuel Yoder, through undersigned counsel, respectfully opposes the government's motion for an extension of time to file its response to his expedited motion for an indicative ruling. As Mr. Yoder explained in his filing, should this Court grant his motion, his projected release date would change to approximately April 18, 2024. The modification may also immediately impact his placement into a halfway house or home confinement.[1] Any delay therefore risks Mr. Yoder spending more time in prison than he ought to.

The government states that, "[b]ecause an appeal has been docketed, and the motion seeks only an indicative ruling, this extension will not prejudice the defense." Dkt. 84 at 1. The exact opposite is true. If this Court issues an indicative ruling in

---

[1] As of this filing, BOP's Inmate Locator indicates that Mr. Yoder is still incarcerated at Springfield MCFP and has an estimated release date of August 18, 2024. *See* https://www.bop.gov/inmateloc/.

1

Mr. Yoder's favor, Mr. Yoder will then need to seek a limited remand from the D.C. Circuit under Federal Rule of Appellate Procedure 12.1(b). Accordingly, he will have more procedural hurdles to jump through, increasing the risk that he improperly overserves his term of incarceration.

          Respectfully Submitted,

          A. J. KRAMER

          Federal Public Defender for the
          District of Columbia

          by:_____s/_____
          Molly Runkle
          Assistant Federal Public Defender
          625 Indiana Avenue, NW
          Washington D.C. 20004
          202-208-7500
          molly_runkle@fd.org