UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC SAMUEL YODER,<br><br>*Defendant.* | Case No. 21-cr-505 (RCL) |

## ORDER

Upon Motion of the Defendant and good cause appearing therefore, it is hereby **ORDERED** that the sealed portion of the Bench Trial transcript held on March 21, 2023 be unsealed for sole purpose of production of the transcripts to the defendant's appellate counsel for use in the appeal.

**IT IS SO ORDERED.**

SIGNED this _24th_ day of May, 2024.

_____
Royce C. Lamberth
United States District Judge