UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISAAC SAMUEL YODER,<br><br>*Defendant.* | Case No. 1:21-cr-505-RCL-1 |

### ORDER

Upon consideration of the D.C. Circuit's Order of February 27, 2025, No. 23-3151, it is hereby **ORDERED** that the case is **DISMISSED AS MOOT**.

**SO ORDERED**

Date: February 28, 2025

Royce C. Lamberth
United States District Judge

1